A CERTIFIED TRUE COPY
ATTEST

By Denise Morgan-Stone on Feb 03, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
Feb 03, 2010

FILED
FEB - 5 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: CONSECO LIFE INSURANCE CO. LIFETREND
INSURANCE MARKETING AND SALES PRACTICES LITIGATION     MDL No. 2124

## TRANSFER ORDER

**Before the entire Panel**[*]: Defendant Conseco Life Insurance Co. (Conseco) seeks centralization, pursuant to 28 U.S.C. § 1407, for coordinated or consolidated pretrial proceedings of the three actions listed on Schedule A in the Middle District of Florida or, alternatively, the Southern District of Indiana. The defendant's motion encompasses an action each in the Northern District of California, the Middle District of Florida, and the Northern District of Florida.

Plaintiffs in the Northern District of Florida action support Conseco's motion and request that the Panel allow limited discovery concerning the insurance agency which sold them their policy. Plaintiff in the Middle District of Florida action supports centralization in the Middle District of Florida. Plaintiffs in the Northern District of California action oppose centralization and, alternatively, support selection of the Northern District of California as the transferee district.

On the basis of the papers filed and hearing session held, we find that these three actions involve common questions of fact, and that centralization under Section 1407 in the Northern District of California will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. All actions involve common factual allegations concerning the failure of certain Conseco Lifetrend policy premiums to "vanish" as represented, Conseco's failure to timely notify certain policyholders that their policies had become underfunded, and/or Conseco's imposition of substantial additional premiums and, relatedly, increased fees on such policies. Centralization under Section 1407 will eliminate duplicative discovery; prevent inconsistent pretrial rulings; and conserve the resources of the parties, their counsel and the judiciary.

We deny the request of plaintiffs in the Northern District of Florida action for us to decide whether to allow them to conduct certain case-specific discovery. Such issues are more appropriately decided by the transferee judge.

---

[*] Judge Hansen took no part in the decision of this matter.

- 2 -

The Northern District of California stands out as an appropriate transferee forum. One of the putative nationwide class actions is pending in this district and is advancing well. Accordingly, Judge Susan Yvonne Illston has had an opportunity to become familiar with this litigation.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, the actions listed on Schedule A and pending outside the Northern District of California are transferred to the Northern District of California and, with the consent of that court, assigned to the Honorable Susan Yvonne Illston for coordinated or consolidated pretrial proceedings with the action listed on Schedule A and pending in that district.

PANEL ON MULTIDISTRICT LITIGATION

_____
John G. Heyburn II
Chairman

| | |
|---|---|
| Robert L. Miller, Jr. | Kathryn H. Vratil |
| David R. Hansen* | W. Royal Furgeson, Jr. |
| Frank C. Damrell, Jr. | David G. Trager |

IN RE: CONSECO LIFE INSURANCE CO. LIFETREND
INSURANCE MARKETING AND SALES PRACTICES
LITIGATION                                                                                        MDL No. 2124

## SCHEDULE A

Northern District of California

Cedric Brady, et al. v. Conseco, Inc., et al., C.A. No. 3:08-5746

Middle District of Florida

Bill W. McFarland v. Conseco Life Insurance Co., C.A. No. 3:09-598

Northern District of Florida

William R. Muldrow, et al. v. Conseco Life Insurance Co., et al., C.A. No. 4:08-552