| | |
|---|---|
| RAOUL D. KENNEDY (STATE BAR NO. 40892)<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>Four Embarcadero Center, Suite 3800<br>San Francisco, California 94111<br>Telephone: (415) 984-6400<br>Facsimile: (415) 984-2698<br>Email: Raoul.Kennedy@skadden.com | The case management conference shall be heard on Frdiay, March 12, 2010, at 3:00 p.m.<br>A joint case management conference statement shall be filed one week prior to the conference. |

JAMES R. CARROLL (*PRO HAC VICE*)
DAVID S. CLANCY (*PRO HAC VICE*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Beacon Street, 31st Floor
Boston, Massachusetts 02108
Telephone: (617) 573-4800
Facsimile: (617) 573-4822
Email: James.Carroll@skadden.com
Email: David.Clancy@skadden.com

Attorneys for Defendant
Conseco Life Insurance Company

**IT IS SO ORDERED**
*Judge Susan Illston*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CEDRIC BRADY, DR. CHARLES HOVDEN, MARION HOVDEN, DR. EUGENE KREPS, DR. JOHN McNAMARA, DR. HISAJI SAKAI, and JEAN SAKAI, Individually and On Behalf Of All Others Similarly Situated,<br><br>     Plaintiffs,<br><br>  v.<br><br>CONSECO, INC. and CONSECO LIFE INSURANCE COMPANY,<br><br>     Defendants. | CASE NO.: 3:08-CV-05746-SI<br> M-10-2124<br><br><br><br><br><br>**NOTICE OF WITHDRAWAL OF CONSECO LIFE'S MOTION TO TEMPORARILY STAY ALL PROCEEDINGS AND SUBMISSION CONCERNING SCHEDULING CONFERENCE**<br><br>Date: February 12, 2010<br>Time: 9:00 a.m.<br>Place: Courtroom 10<br>Judge: The Honorable Susan Illston |

NOTICE OF WITHDRAWAL OF MOTION     CASE NO.: 3:08-CV-05746-SI

I. **NOTICE OF WITHDRAWAL OF MOTION TO STAY**

Defendant Conseco Life Insurance Company ("Conseco Life") respectfully withdraws its Motion To Temporarily Stay All Proceedings Pending Determination Of The Judicial Panel On Multidistrict Litigation ("Motion to Stay") (Docket No. 94). This withdrawal is based on the recent order of the MDL Panel consolidating this action ("Brady") with the other two pending federal court actions, and this Court's establishment of an MDL docket ("MDL Docket").[1] (See Brady Docket No. 107; see also In re Conseco Life Ins. Co., Case M:10-cv-02124-SI (N.D. Cal.), and Docket No. 1 thereto.)

II. **SUBMISSION CONCERNING SCHEDULING CONFERENCE**

In light of the order from the MDL Panel and the establishment of the MDL Docket, Conseco Life respectfully submits that a scheduling conference to coordinate or consolidate discovery and other pretrial proceedings may be appropriate. Should the Court be inclined to schedule a conference, one potential date is March 5, 2010. That date is currently set aside for a hearing on the Brady plaintiffs' motion for class certification, but Conseco Life submits that it would be premature to hear argument on that motion at that time: the McFarland action is also a putative class action, but -- unlike Brady -- the case has been stayed and plaintiff's motion for class certification has not yet been fully briefed. Given these competing and, to some degree, overlapping class certification motions, Conseco Life respectfully submits that piecemeal argument

---

[1] The other two actions are McFarland v. Conseco Life Ins. Co., No. 3:09-cv-598-TJC-MCR (M.D. Fla. filed July 2, 2009) (putative nationwide class action) ("McFarland") and Muldrow v. Conseco Life Ins. Co., No. 4:08-cv-552-RH-WCS (N.D. Fla. filed Dec. 12, 2008) (individual suit on behalf of two plaintiffs) ("Muldrow").

NOTICE OF WITHDRAWAL OF MOTION                              CASE NO.: 3:08-CV-05746-SI

and adjudication on this important issue would be inefficient, not only for the parties but particularly for the Court.[2]

Plaintiff's counsel in McFarland agrees to a conference on March 5, 2010; plaintiffs' counsel in Brady similarly agrees to a conference but does not agree to defer the hearing on their motion for class certification.

Dated:  February 10, 2010

Respectfully submitted,

/s/ David S. Clancy
RAOUL D. KENNEDY (State Bar No. 40892)
Skadden, Arps, Slate, Meagher & Flom LLP
Four Embarcadero Center, Suite 3800
San Francisco, California 94111
Telephone: (415) 984-6400
Facsimile: (415) 984-2698
Email: Raoul.Kennedy@skadden.com

JAMES R. CARROLL (*Pro Hac Vice*)
DAVID S. CLANCY (*Pro Hac Vice*)
Skadden, Arps, Slate, Meagher & Flom LLP
One Beacon Street, 31st Floor
Boston, Massachusetts 02108
Telephone: (617) 573-4800
Facsimile: (617) 573-4822
Email:  James.Carroll@skadden.com
Email:  David.Clancy@skadden.com

Attorneys for Defendant
Conseco Life Insurance Company

---

[2]  Similarly, Conseco Life believes that deposition discovery prior to coordination between, or consolidation of, the MDL cases would be inefficient, duplicative and wasteful, and Conseco Life is prepared to file motions for protective orders if necessary.