David J. Millstein (CSB #87878)
MILLSTEIN & ASSOCIATES
100 The Embarcadero Suite 200
San Francisco, California 94105
Telephone: (415) 348-0348
Facsimile: (415) 348-0336
E-mail:dmillstein@millstein-law.com

Scott D. Gilbert (Admitted *pro hac vice*)
August J. Matteis Jr. (Admitted *pro hac vice*)
Jonathan M. Cohen (Admitted *pro hac vice*)
Kathleen Hale (Admitted *pro hac vice*)
GILBERT LLP
1100 New York Avenue, NW, Suite 700
Washington, DC 20005
Telephone: (202) 772-2200
Facsimile: (202) 772-3333
Email: gilberts@gotofirm.com
Email: matteisa@gotofirm.com
Email: cohenj@gotofirm.com
Email: halek@gotofirm.com

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CONSECO LIFE INSURANCE CO. LIFE TREND INSURANCE MARKETING AND SALES PRACTICE LITIGATION | Case No. M:10-cv-02124-SI<br><br>DECLARATION OF AUGUST J. MATTEIS, JR. IN SUPPORT OF PLAINTIFFS' JOINT MOTION FOR CLASS CERTIFICATION |

I, August J. Matteis, Jr., declare:

1. I am a partner at Gilbert LLP.

2. Gilbert LLP and Millstein & Associates represent Cedric Brady, Charles Hovden, Marion Hovden, Eugene Kreps, John McNamara, Hisaji Sakai, and Jean Sakai ("Plaintiffs") in this matter.

3. Gilbert LLP and Millstein & Associates will vigorously pursue this litigation on behalf of the Plaintiffs and other absent class members.

4. Gilbert LLP has significant experience in complex litigation and class actions, having served as class counsel in the following cases:

- *Continental Casualty Company v. Employers Insurance Company of Wausau*, No. 601037/03 (N.Y. Super. Ct.): Representation of more than 20,000 individuals in a class action lawsuit against the Robert A. Keasbey Company, a defunct insulation contractor, for asbestos-related bodily injuries.

- *Charles v. Lawyers Title Ins. Corp.*, No. 06-02361 (D.N.J.); *Barandas v. Old Republic National Title Ins. Co.*, No. 06-01750 (D.N.J.): Representation of consumers in class action lawsuits against title insurance companies alleging systematic overcharging for title insurance premiums.

- *In re Resort Condominiums International, LLC*, No. 06-1222 (D.N.J.): Representation of a class of timeshare owners alleging consumer fraud by the world's largest timeshare exchange company.

- *The City of Goodlettsville, TN v. Priceline.com, Inc., et al.*, No. 08-00561 (M.D. Tenn.): Representation of a putative class of political subdivisions of the state of Tennessee that are suing internet travel companies for wrongfully failing to pay hotel taxes to those political subdivisions.

- *Shepard v. Dinequity, Inc*, No. 08-2416 (Kan.): Representation of consumers in a class action alleging they were misled and overcharged for items on Applebee's Weight Watchers menu.

5. Gilbert LLP also has been widely recognized as one of the nation's premier policyholder-side insurance law firms. Gilbert LLP has recovered more than a billion dollars in insurance proceeds for its clients, who range from individuals to Fortune 25 corporations. In 2008, Gilbert LLP's policyholder-side insurance practice was recognized by Chambers USA and Business Insurance Magazine.

6. David J. Millstein is the owner of Millstein & Associates. He is a trial attorney with 29 years of experience representing individuals and business in state and federal court in California.

7. To the extent additional expertise is needed, Gilbert LLP may consult with Berman DeValerio, counsel for Bill McFarland in the Middle District of Florida. Berman DeValerio has significant experience prosecuting nationwide class actions for nearly thirty years. They have prosecuted hundreds of class actions on behalf of consumers and investors.

8. Attached as Exhibit 1 is a true and correct copy of the October 7, 2008 letter from Conseco Life Insurance Company to Kenneth Hovden and Caren Hovden.

9. Attached as Exhibit 2 is a true and correct copy of *In re Conseco Life Ins. Co. Cost of Ins. Lit.*, 2005 WL 5678842 (C.D. Cal. 2005).

10. Attached as Exhibit 3 is a true and correct copy of *In re Conseco Life Ins. Co. Cost of Ins. Lit.*, 2005 WL 5678790 (C.D. Cal. 2005).

11. Attached as Exhibit 4 is a true and correct copy of CIG Life CK4 LifeTrend 3 & 4 Q and A.

12. Attached as Exhibit 5 is a true and correct copy of Cedric Brady's LifeTrend Policy.

13. Attached as Exhibit 6 is a true and correct copy of Policy Form NP-WL-92.

14. Attached as Exhibit 7 is a true and correct copy of Policy Form NP-WL-94.

15. Attached as Exhibit 8 is a true and correct copy of Policy Form NP-WL-86.

16. Attached as Exhibit 9 is a true and correct copy of Policy Form L A0078.

17. Attached as Exhibit 10 is a true and correct copy of Policy Form L A0080.

18. Attached as Exhibit 11 is a true and correct copy of the Lifetrend Consumer Guide.

19. Attached as Exhibit 12 is a true and correct copy of Eugene Kreps's Lifetrend Policy.

| | | |
|---|---|---|
| 1 | 20. | Attached as Exhibit 13 is a true and correct copy of the transcript from the November 18, 2009, deposition of Keith Turner. |
| 3 | 21. | Attached as Exhibit 14 is a true and correct copy of the transcript from the November 19, 2009 deposition of Frank Scuglik. |
| 5 | 22. | Attached as Exhibit 15 is a true and correct copy of the Lifetrend III Pamphlet. |
| 6 | 23. | Attached as Exhibit 16 is a true and correct copy of Cedric Brady's December 2000 Annual Statement. |
| 8 | 24. | Attached as Exhibit 17 is a true and correct copy of Eugene Kreps's December 2008 Annual Statement. |
| 10 | 25. | Attached as Exhibit 18 is a true and correct copy of John McNamara's November 2008 Annual Statement. |
| 12 | 26. | Attached as Exhibit 19 is a true and correct copy of Hisaji Sakai's June 2008 Annual Statement. |
| 14 | 27. | Attached as Exhibit 20 is a true and correct copy of the LifeTrend 3 & 4 Project Manual. |
| 16 | 28. | Attached as Exhibit 21 is a is a true and correct copy of a letter from Massachusetts General Life Insurance Company to Hisaji Sakai. |
| 18 | 29. | Attached as Exhibit 22 is a true and correct copy of Cedric Brady's December 2007 Annual Statement. |
| 20 | 30. | Attached as Exhibit 23 is a true and correct copy of a November 3, 2008 letter from Conseco Life Insurance Company to Eugene Kreps. |
| 22 | 31. | Attached as Exhibit 24 is a true and correct copy of a December 19, 2008 letter from Conseco Life Insurance Company to Eugene Kreps. |
| 24 | 32. | Attached as Exhibit 25 is a true and correct copy of *Strigliabotti v. Franklin Resources, Inc.*, 2006 WL 2792417 (N.D. Cal. 2006). |
| 26 | 33. | Attached as Exhibit 26 is a true and correct copy of *Jordan v. Paul Financial, LLC*, 2009 WL 192888 (N.D. Cal. Jan. 27, 2009). |

DECLARATION OF AUGUST J. MATTEIS, JR.     3:08-CV-05746-SI

3

34. Attached as Exhibit 27 is a true and correct copy of *Kelly v. City & County of San Francisco*, 2005 WL 3113065 (N.D. Cal. 2005).

35. Attached as Exhibit 28 is a true and correct copy of *Wiegele v. Fedex Ground Package System, Inc.*, 2008 WL 410691 (S.D. Cal. 2008).

36. Attached as Exhibit 29 is a true and correct copy of *Bracamonte v. Eskanos & Adler*, 2004 WL 1146624 (N.D. Cal. 2004).

37. Attached as Exhibit 30 is a chart setting forth the elements of breach of contract in all fifty states and the District of Columbia.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 11, 2010 in Washington, D.C.

By: _/s/ August J. Matteis, Jr._
August J. Matteis, Jr.

DECLARATION OF AUGUST J. MATTEIS, JR.  3:08-CV-05746-SI

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was mailed via United States mail, first class postage prepaid, on March 11, 2009, to the following:

James R. Carroll
David S. Clancy
Cale P. Keable
Skadden, Arps, Slate, Meagher & Flom LLP
One Beacon Street, 31st Floor
Boston, Massachusetts 02108

Raoul S. Kennedy
Skadden, Arps, Slate, Meagher & Flom LLP
Four Embarcadero Center, Suite 3800
San Francisco, California 94111

By: /s/ Kathleen Hale
Kathleen Hale

DECLARATION OF AUGUST J. MATTEIS, JR.                 3:08-CV-05746-SI