IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADY,<br><br>       Plaintiff,<br><br>  v.<br><br>CONSECO, INC.,<br><br>       Defendant.       / | No. C 10-cv-02 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>June 4, 2010</u> at <u>3:00 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>October 29, 2010</u>.

DESIGNATION OF EXPERTS: <u>10/29/10</u> (expert reports due 11/19/10); REBUTTAL: <u>12/21/10</u>

   Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>January 28, 2011</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>February 18, 2011</u>;

   Opp. Due <u>March 19, 2011</u>;  Reply Due <u>April 1, 2011</u>;

    and set for hearing no later than <u>April 16, 2011</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>May 10, 2011</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>May 23, 2011</u> at <u>8:30 AM</u>.,
   Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be  days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

                                                                                    SUSAN ILLSTON
                                                                                    United States District Judge

**United States District Court**
For the Northern District of California