IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRADY,

       Plaintiff,

  v.

CONSECO, INC.,

       Defendant.

_____/

No. MDL 10-2124 SI

**PRETRIAL PREPARATION ORDER**

     It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: June 4, 2010 at  3:00 p.m.
Counsel **must** file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is October 29, 2010.

DESIGNATION OF EXPERTS: 10/29/10 (expert reports due 11/19/10); REBUTTAL: 12/21/10

     Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is January 28, 2011.

DISPOSITIVE MOTIONS **SHALL** be filed by February 18, 2011;

     Opp. Due March 19, 2011;  Reply Due April 1, 2011;

      and set for hearing no later than April 15, 2011 at 9:00 AM.

PRETRIAL CONFERENCE DATE: May 10, 2011 at 3:30 PM.

JURY TRIAL DATE: May 23, 2011 at 8:30 AM.,
     Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be  days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: _____

SUSAN ILLSTON
United States District Judge