1  RAOUL D. KENNEDY (STATE BAR NO. 40892)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2  Four Embarcadero Center, Suite 3800
   San Francisco, California 94111
3  Telephone: (415) 984-6400
   Facsimile: (415) 984-2698
4  Email: Raoul.Kennedy@skadden.com

5  JAMES R. CARROLL (*PRO HAC VICE*)
   DAVID S. CLANCY (*PRO HAC VICE*)
6  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   One Beacon Street, 31st Floor
7  Boston, Massachusetts 02108
   Telephone: (617) 573-4800
8  Facsimile: (617) 573-4822
   Email: James.Carroll@skadden.com
9  Email: David.Clancy@skadden.com

10 Attorneys for Defendant
   Conseco Life Insurance Company
11

12                UNITED STATES DISTRICT COURT

13            FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                     SAN FRANCISCO DIVISION

15                                      ) MDL DOCKET NO.: 10-CV-2124-SI
                                        )
16                                      ) ALL CASES
                                        )
17 IN RE CONSECO LIFE INSURANCE         )
   COMPANY LIFETREND INSURANCE          ) **STIPULATION AND [PROPOSED]**
18 SALES AND MARKETING LITIGATION       ) **ORDER CONCERNING FILING**
                                        ) **UNDER SEAL OF CERTAIN**
19                                      ) **DOCUMENTS SUPPORTING**
                                        ) **CONSECO LIFE'S OPPOSITION TO**
20                                      ) **PLAINTIFFS' JOINT MOTION FOR**
                                        ) **CLASS CERTIFICATION**
21 _____  )

22

23

24

25

26

27

28

---

STIPULATION AND [PROPOSED] ORDER                        CASE NO.: M:10-CV-02124-SI

**STIPULATION**

WHEREAS, on March 11, 2010, Plaintiffs Cedric Brady, Dr. Charles Hovden, Dr. Marion Hovden, Dr. Eugene Kreps, Dr. John McNamara, Dr. Hisaji Sakai, Jean Sakai and Bill W. McFarland ("Plaintiffs") filed a joint motion for class certification ("Joint Motion");

WHEREAS, on April 22, 2010, defendant Conseco Life Insurance Company ("Conseco Life" (together with Plaintiffs, the "Parties")) will file an opposition to Plaintiffs' Joint Motion ("Opposition");

WHEREAS, the Parties' Stipulation and [Proposed] Order for the Protection and Exchange of Confidential Information (submitted on October 16, 2009 in the Brady matter,[1] and adopted by the Parties in this MDL (Brady Docket No. 77; MDL Docket No. 13) (the "Proposed Protective Order")) permits a party to designate as "Confidential" documents or information that contain "confidential or proprietary business, commercial, personal or financial information, trade secrets, confidential research or development, and/or credit, compliance personnel and administrative information";

WHEREAS, pages 4, 5, 40 and 41 of the Opposition and the following seven exhibits attached to the supporting declaration of Frank S. Scuglik (the "Designated Documents") are, or reference, materials that Conseco Life has designated as confidential pursuant to the Proposed Protective Order:

1. Exhibit 2, CLIC 0003532 - CLIC 0003537: Product Information for Form NP-WL-86 issued by Massachusetts General Life Insurance Company ("Massachusetts General"),

2. Exhibit 4, CLIC 0003546 - CLIC 0003551: Product Information for Form LA 0078/LA 0080 Issued by Philadelphia Life Insurance Company ("Philadelphia Life"),

3. Exhibit 6, CLIC 0003538 - CLIC 0003545: Product Information for Form for NP-END-86 issued by Massachusetts General,

4. Exhibit 9, CLIC 0003581 - CLIC 0003586: Product Information for Form NP-WL-92 issued by Massachusetts General,

---

[1] Brady, et al. v. Conseco Life, et al., No. 3:08-CV-05746-SI (N.D. Cal.), now consolidated into this MDL proceeding.

   5. Exhibit 11, CLIC 0003504 - CLIC 0003507: Product Information for Form NP-WL-92 issued by Philadelphia Life,

   6. Exhibit 13, CLIC 0003497 - CLIC 0003503: Product Information for Form for NP-WL-94 issued by Massachusetts General, and

   7. Exhibit 15, CLIC 0003570 - CLIC 0003580: Product Information for Form NP-WL-94 issued by Philadelphia Life.

WHEREAS, Conseco Life submits that the Designated Documents contain confidential and proprietary business information of Conseco Life, including, for example, confidential and proprietary business information relating to pricing information about life insurance policies;

WHEREAS, the Court previously granted Conseco Life's motion for leave to file the Designated Documents under seal in the Brady matter (Brady Docket No. 115); and

WHEREAS, the Parties agree that good cause exists now for filing the Designated Documents under seal, although Plaintiffs reserve their rights to challenge the confidentiality of the Designated Documents in a future proceeding or at trial;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the undersigned Parties as follows:

(1) Conseco Life may file the Designated Documents under seal until the final disposition of this case, including any appeals;

(2) At the conclusion of the litigation, after any appeals have been exhausted, the Designated Documents shall be returned to counsel for Conseco Life; and

(3) The clerk shall seal pages 4, 5, 40 and 41 of the Opposition and exhibits 2, 4, 6, 9, 11, 13 and 15 to Frank S. Scuglik's declaration in support thereof.

DATED: April 22, 2010                                       Millstein & Associates

                                                             By: /s/ David J. Millstein
                                                                  David J. Millstein
                                                             Attorneys for the Brady Plaintiffs

| | |
|---|---|
| DATED: April 22, 2010 | Gilbert LLP |
| | By: /s/ August J. Matteis, Jr. |
| | August J. Matteis, Jr. |
| | Attorneys for the Brady Plaintiffs |
| | |
| DATED: April 22, 2010 | Berman DeValerio |
| | By: /s/ Michael Pucillo |
| | Michael Pucillo |
| | Joseph J. Tabacco |
| | Chris Heffelfinger |
| | Attorneys for Plaintiff McFarland |
| | |
| DATED: April 22, 2010 | Skadden, Arps, Slate, Meagher & Flom LLP |
| | By: /s/ David S. Clancy |
| | Raoul D. Kennedy |
| | James R. Carroll (Admitted *Pro Hac Vice*) |
| | David S. Clancy (Admitted *Pro Hac Vice*) |
| | Attorneys for Defendant |
| | Conseco Life Insurance Company |

### ATTESTATION PURSUANT TO GENERAL ORDER 45

I, David S. Clancy, am the ECF User whose ID and password are being used to file this Stipulation And Proposed Order. In compliance with General Order 45.X.B, I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22nd day of April, 2010, at Boston, Massachusetts.

By: /s/ David S. Clancy
David S. Clancy

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   By: _____
Hon. Susan Illston