David J. Millstein (CSB #87878)
MILLSTEIN & ASSOCIATES
100 The Embarcadero Suite 200
San Francisco, California 94105
Telephone: (415) 348-0348
Facsimile: (415) 348-0336
E-mail:dmillstein@millstein-law.com

Scott D. Gilbert (ADMITTED *PRO HAC VICE*)
August J. Matteis Jr. (ADMITTED *PRO HAC VICE*)
Stephen A. Weisbrod (ADMITTED *PRO HAC VICE*)
Kathleen Hale (ADMITTED *PRO HAC VICE*)
GILBERT LLP
1100 New York Avenue, NW, Suite 700
Washington, DC 20005
Telephone: (202) 772-2200
Facsimile: (202) 772-3333
Email: gilberts@gotofirm.com
Email: matteisa@gotofirm.com
Email: weisbrods@gotofirm.com
Email: halek@gotofirm.com

Other Plaintiffs' Counsel Appear on Signature Page

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### NORTHERN DIVISION

| | |
|---|---|
| IN RE CONSECO LIFE INSURANCE CO. LIFE TREND INSURANCE MARKETING AND SALES PRACTICE LITIGATION | Case No. M:10-cv-02124-SI<br><br>DECLARATION OF KATHLEEN HALE IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION |

DECLARATION OF KATHLEEN HALE                                M:10-cv-02124-SI

I, Kathleen Hale, pursuant to 28 U.S.C. 1746, declare and state as follows:

1. I am an attorney at the law firm of Gilbert LLP, counsel to Cedric Brady, Charles Hovden, Marion Hovden, Eugene Kreps, John McNamara, Hisaji Sakai, and Jean Sakai ("Plaintiffs") in this matter.

2. Attached as Exhibit 1 is a true and correct copy of Marion Hovden's Life Insurance Policy, CLIC 4103-4124.

3. Attached as Exhibit 2 is a true and correct copy of Marion Hovden's Policy Values, CLIC 4133.

4. Attached as Exhibit 3 are true and correct copies of Cedric Brady's letter electing to participate in the Optional Premium Payment Provision, CLIC 2478; Marion Hovden's letter electing to participate in the Optional Premium Payment Provision, CLIC 1774; and Charles Hovden's letter electing to participate in the Optional Premium Payment Provision, CLIC 1456.

5. Attached as Exhibit 4 are true and correct copies of a December 22, 1993 letter from Conseco to Cedric Brady, CLIC 2300; and a December 23, 1993 letter from Conseco to Marion Hovden, CLIC 1435.

6. Attached as Exhibit 5 is a 50 State Survey on Extrinsic Evidence.

7. Attached as Exhibit 6 is a true and correct copy of Hisaji Sakai's Deposition Transcript.

8. Attached as Exhibit 7 is a true and correct copy of John McNamara's Deposition Transcript.

9. Attached as Exhibit 8 is a true and correct copy of Bill W. McFarland's Deposition Transcript.

10. Attached as Exhibit 9 is a true and correct copy of Marion Hovden's Deposition Transcript.

11. Attached as Exhibit 10 is a true and correct copy of Cedric Brady's Deposition Transcript.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Washington D.C.

Dated: May 13, 2010    By: _____
                                                    Kathleen Hale

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed on May 13, 2010, to the following:

> James R. Carroll
> David S. Clancy
> Christopher A. Lisy
> Cale P. Keable
> Skadden, Arps, Slate, Meagher & Flom LLP
> One Beacon Street, 31st Floor
> Boston, Massachusetts 02108
>
> Raoul S. Kennedy
> Skadden, Arps, Slate, Meagher & Flom LLP
> Four Embarcadero Center, Suite 3800
> San Francisco, California 94111

By: _/s/ Kathleen Hale_
Kathleen Hale

Declaration of Kathleen Hale                                M:10-cv-02124-SI