David J. Millstein (CSB #87878)
MILLSTEIN & ASSOCIATES
100 The Embarcadero Suite 200
San Francisco, California 94105
Telephone:      (415) 348-0348
Facsimile:      (415) 348-0336
E-mail:dmillstein@millstein-law.com

Scott D. Gilbert (ADMITTED *PRO HAC VICE*)
August J. Matteis Jr. (ADMITTED *PRO HAC VICE*)
Stephen A. Weisbrod (ADMITTED *PRO HAC VICE*)
Kathleen Hale (ADMITTED *PRO HAC VICE*)
GILBERT LLP
1100 New York Avenue, NW, Suite 700
Washington, DC 20005
Telephone:      (202) 772-2200
Facsimile:      (202) 772-3333
Email: gilberts@gotofirm.com
Email: matteisa@gotofirm.com
Email: weisbrods@gotofirm.com
Email: halek@gotofirm.com

Other Plaintiffs' Counsel Appear on Signature Page

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### NORTHERN DIVISION

| | |
|---|---|
| IN RE CONSECO LIFE INSURANCE CO. LIFE TREND INSURANCE MARKETING AND SALES PRACTICE LITIGATION | Case No. M:10-cv-02124-SI<br><br>STIPULATION AND [PROPOSED] ORDER CONCERNING FILING UNDER SEAL OF CERTAIN DOCUMENTS SUPPORTING PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION |

## STIPULATION

WHEREAS, on March 11, 2010, Plaintiffs Cedric Brady, Dr. Charles Hovden, Dr. Marion Hovden, Dr. Eugene Kreps, Dr. John McNamara, Dr. Hisaji Sakai, Jean Sakai and Bill W. McFarland ("Plaintiffs") filed a joint motion for class certification ("Joint Motion");

WHEREAS, on April 22, 2010, defendant Conseco Life Insurance Company ("Conseco Life" (together with Plaintiffs, the "Parties")) filed an opposition to Plaintiffs' Joint Motion ("Opposition");

WHEREAS on May 13, 2010, Plaintiffs will file a Reply Brief in Support of their Motion for Class Certification.

WHEREAS, the Parties' Stipulation and [Proposed] Order for the Protection and Exchange of Confidential Information (submitted on October 16, 2009 in the Brady matter, and adopted by the Parties in this MDL (Brady Docket No. 77; MDL Docket No. 13) (the "Proposed Protective Order")) permits a party to designate as "Confidential" documents or information that contain "confidential or proprietary business, commercial, personal or financial information, trade secrets, confidential research or development, and/or credit, compliance personnel and administrative information";

Whereas Pages 10-11 of the reply reference materials that Conseco Life has designated as confidential ("Designated Materials");

WHEREAS, Conseco Life submits that the Designated Materials contain confidential and proprietary business information of Conseco Life, including, for example, confidential and proprietary business information relating to pricing information about life insurance policies;

WHEREAS, the Court previously granted Conseco Life's motion for leave to file the Designated Materials under seal in the Brady matter (Brady Docket No. 115); and

WHEREAS, the Parties agree that good cause exists now for filing the Designated Materials under seal, although Plaintiffs reserve their rights to challenge the confidentiality of the Designated Materials in a future proceeding or at trial;

1    THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the undersigned
2 Parties as follows:
3    (1) Plaintiffs may file the Designated Materials under seal until the final disposition of
4 this case, including any appeals;
5    (2) At the conclusion of the litigation, after any appeals have been exhausted, the
6 Designated Materials shall be returned to counsel for Conseco Life; and
7    (3) The clerk shall seal pages 10-11 of the Plaintiffs' Joint Reply Brief in Support of their
8 Motion for Class Certification.

Dated: May 13, 2010                    Respectfully submitted,


/s/_____
David J. Millstein (CSB #87878)
  dmillstein@millstein-law.com

MILLSTEIN & ASSOCIATES
100 The Embarcadero Suite 200
San Francisco, California 94105
Telephone:    (415) 348-0348
Facsimile:    (415) 348-0336

Scott D. Gilbert (Admitted *pro hac vice*)
   gilberts@gotofirm.com
August J. Matteis, Jr. (Admitted *pro hac vice*)
   matteisa@gotofirm.com
Stephen A. Weisbrod (Admitted *pro hac vice*)
   weisbrods@gotofirm.com
Kathleen Hale (Admitted *pro hac vice*)
   halek@gotofirm.com

GILBERT LLP
1100 New York Avenue, NW
Suite 700
Washington, DC 20005
Telephone:    (202) 772-2200
Facsimile:    (202) 772-1924

*Counsel for the Brady Plaintiffs*

| | |
|---|---|
| 1 | |
| 2 | /s/_____ |
| | Christopher T. Heffelfinger (CSB #118058) |
| 3 | Joseph J. Tabacco, Jr. (CSB #75484) |
| | Bing W. Ryan (CSB #228641) |
| 4 | |
| | BERMAN DEVALERIO |
| 5 | Once California Street, Suite 900 |
| | San Francisco, CA 94111 |
| 6 | Telephone:    (415) 433-3200 |
| | Facsimile:    (415) 433-6382 |
| 7 | |
| | *Counsel for McFarland* |
| 8 | |
| 9 |  /s/_____ |
| | David S. Clancy |
| 10 | Cale P. Keable |
| | Skadden, Arps, Slate, Meagher & Flom LLP |
| 11 | One Beacon Street, 31st Floor |
| | Boston, Massachusetts  02108 |
| 12 | |
| 13 | *Counsel for Conseco Life Insurance Company* |

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, August J. Matteis, Jr., am the ECF User whose ID and password are being used to file this Stipulation And Proposed Order. In compliance with General Order 45.X.B, I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of May 2010 in Washington, D.C.

        /s/_____
        August J. Matteis, Jr.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:                           By: _____
                                    Hon. Susan Illston

## CERTIFICATE OF SERVICE

I certify that I have this day caused a true and accurate copy of the foregoing to be delivered to the following counsel via electronic filing:

    James R. Carroll
    David S. Clancy
    Christopher A. Lisy
    Cale P. Keable
    Skadden, Arps, Slate, Meagher & Flom LLP
    One Beacon Street, 31st Floor
    Boston, Massachusetts 02108

    Raoul S. Kennedy
    Skadden, Arps, Slate, Meagher & Flom LLP
    Four Embarcadero Center, Suite 3800
    San Francisco, California 94111

Dated: May 13, 2010

By:   /s/_____
       Kathleen Hale

STIPULATION AND [PROPOSED] ORDER   M:10-cv-02124-SI