1  RAOUL D. KENNEDY (STATE BAR NO. 40892)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2  Four Embarcadero Center, Suite 3800
   San Francisco, California 94111
3  Telephone: (415) 984-6400
   Facsimile: (415) 984-2698
4  Email: Raoul.Kennedy@skadden.com

5  JAMES R. CARROLL (*PRO HAC VICE*)
   DAVID S. CLANCY (*PRO HAC VICE*)
6  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   One Beacon Street, 31st Floor
7  Boston, Massachusetts 02108
   Telephone: (617) 573-4800
8  Facsimile: (617) 573-4822
   Email: James.Carroll@skadden.com
9  Email: David.Clancy@skadden.com

10 Attorneys for Defendant
   Conseco Life Insurance Company

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |
|---|---|
|  | MDL DOCKET NO.: 10-CV-2124-SI |
|  | ALL CASES |
| IN RE CONSECO LIFE INSURANCE COMPANY LIFETREND INSURANCE SALES AND MARKETING LITIGATION | **STIPULATION AND [PROPOSED] ORDER CONCERNING FILING OF REGULATORY SETTLEMENT AGREEMENT AND RELATED MEMORANDA OF LAW** |

Plaintiffs Cedric Brady, Dr. Charles Hovden, Dr. Marion Hovden, Dr. Eugene Kreps, Dr. John McNamara, Dr. Hisaji Sakai, Jean Sakai and Bill W. McFarland ("Plaintiffs") and defendant Conseco Life Insurance Company ("Conseco") (together, the "Parties") HEREBY STIPULATE AND AGREE as follows:

1. Plaintiffs filed a motion for class certification on March 11, 2010 (Docket No. 15);

2. Conseco filed its opposition to Plaintiffs' motion for class certification on April 22, 2010 (Docket No. 25) ("Opposition").

3. In its Opposition, Conseco advised Plaintiffs and the Court of a settlement in principle with its regulators concerning the same conduct that is at issue in this matter. (Opposition at 6, 8-9.) Conseco also advised Plaintiffs and the Court that when the settlement was finalized, Conseco would so inform the Court. (Id.)

4. That settlement has now been executed by Conseco and the five state regulators leading the investigation. A copy of the settlement agreement has been provided to Plaintiffs.

5. Conseco submits that the settlement agreement is directly relevant to the issue of whether a class should be certified in this matter: it provides (in the regulators' words) "substantial benefits" to the proposed class members, including relief from any obligation to pay the "underfunded" premium, and as such it is an additional significant factor weighing against certification of a nationwide class. A full discussion of the import of the settlement agreement is contained in the accompanying memorandum of law attached as Exhibit A. A true and correct copy of the settlement agreement itself is attached as Exhibit B.

6. Conseco submits that good cause exists to file these two documents now, so that the Court may consider them in advance of the upcoming June 18, 2010 hearing on Plaintiffs' motion for class certification. (Conseco could not have filed the settlement agreement with its Opposition because it was neither finalized nor executed at that time.) With the Court's permission, Conseco will formally file these documents on the docket.

7. Plaintiffs disagree that the settlement agreement weighs against the certification of a nationwide class, but recognize that the Court may wish to have the benefit of briefing on this issue prior to the hearing on class certification. With the Court's permission, therefore, Plaintiffs would

file a response setting forth their position on the settlement agreement in advance of the hearing, no later than 12:00 p.m. on June 17, 2010.

WHEREFORE, the Parties respectfully request that the Court permit Conseco to file (i) the settlement agreement between it and its state regulators and (ii) an accompanying memorandum of law explaining how and why the settlement agreement is informative on the issue of class certification, and permit Plaintiffs to file a response no later than 12:00 p.m. on June 17, 2010.

DATED:  June 11, 2010                                    Millstein & Associates

                                                By:  /s/ David J. Millstein
                                                        David J. Millstein
                                                    Attorneys for the Brady Plaintiffs

DATED:  June 11, 2010                                         Gilbert LLP

                                                By:  /s/ August J. Matteis, Jr.
                                                        August J. Matteis, Jr.
                                                    Attorneys for the Brady Plaintiffs

DATED:  June 11, 2010                                      Berman DeValerio

                                                By:  /s/ Michael Pucillo
                                                        Michael Pucillo
                                                      Joseph J. Tabacco
                                                      Chris Heffelfinger

                                                  Attorneys for Plaintiff McFarland

DATED:  June 11, 2010                          Skadden, Arps, Slate, Meagher & Flom LLP

                                                By:  /s/ James R. Carroll
                                                        Raoul D. Kennedy
                                                James R. Carroll (Admitted *Pro Hac Vice*)
                                                David S. Clancy (Admitted *Pro Hac Vice*)

                                                      Attorneys for Defendant
                                                  Conseco Life Insurance Company

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, James R. Carroll, am the ECF User whose ID and password are being used to file this Stipulation And Proposed Order.  In compliance with General Order 45.X.B, I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 11th day of June, 2010, at Boston, Massachusetts.

By: /s/ James R. Carroll
James R. Carroll

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:                                    By: _____
Hon. Susan Illston

## CERTIFICATE OF SERVICE

I, James R. Carroll, hereby certify that the foregoing document has been filed on June 11, 2010 through the ECF filing system.

I further certify that a copy of the foregoing document is being served by overnight courier on June 11, 2010 upon those counsel listed below not registered on the ECF filing system:

>Michael J. Pucillo
>BERMAN DeVALERIO
>4280 Professional Center Drive
>Suite 350
>Palm Beach Gardens, FL 33410

Dated:  June 11, 2010                           Respectfully submitted,


                                                _____/s/ James R. Carroll_____
                                                RAOUL D. KENNEDY
                                                Skadden, Arps, Slate, Meagher & Flom LLP
                                                Four Embarcadero Center, Suite 3800
                                                San Francisco, California 94111
                                                Telephone: (415) 984-6400
                                                Facsimile: (415) 984-2698
                                                Email: Raoul.Kennedy@skadden.com

                                                JAMES R. CARROLL (*Pro Hac Vice*)
                                                DAVID S. CLANCY (*Pro Hac Vice*)
                                                CHRISTOPHER A. LISY (*Pro Hac Vice*)
                                                Skadden, Arps, Slate, Meagher & Flom LLP
                                                One Beacon Street, 31st Floor
                                                Boston, Massachusetts 02108
                                                Telephone: (617) 573-4800
                                                Facsimile: (617) 573-4822
                                                Email: James.Carroll@skadden.com
                                                Email: David.Clancy@skadden.com
                                                Email: Christopher.Lisy@skadden.com

                                                Attorneys for Defendant
                                                Conseco Life Insurance Company