RAOUL D. KENNEDY (STATE BAR NO. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Embarcadero Center, Suite 3800
San Francisco, California 94111
Telephone: (415) 984-6400
Facsimile: (415) 984-2698
Email: Raoul.Kennedy@skadden.com

JAMES R. CARROLL (*PRO HAC VICE*)
DAVID S. CLANCY (*PRO HAC VICE*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Beacon Street, 31st Floor
Boston, Massachusetts 02108
Telephone: (617) 573-4800
Facsimile: (617) 573-4822
Email: James.Carroll@skadden.com
Email: David.Clancy@skadden.com

Attorneys for Defendant
Conseco Life Insurance Company

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|   |   |
|---|---|
|  | MDL DOCKET NO.: 3:10-MD-2124-SI |
|  | ALL CASES |
| IN RE CONSECO LIFE INSURANCE COMPANY LIFETREND INSURANCE SALES AND MARKETING LITIGATION | **STIPULATION AND [PROPOSED] ORDER CONCERNING FILING OF SUBMISSIONS SETTING FORTH AGENT DEPOSITION TESTIMONY RELATED TO CLASS CERTIFICATION** |

      Plaintiffs Cedric Brady, Dr. Charles Hovden, Dr. Marion Hovden, Dr. Eugene Kreps, Dr. John McNamara, Dr. Hisaji Sakai, Jean Sakai and Bill W. McFarland ("Plaintiffs") and defendant Conseco Life Insurance Company ("Conseco") (together, the "Parties") HEREBY STIPULATE AND AGREE as follows:

      1.    Plaintiffs filed a motion for class certification on March 11, 2010 (Docket No. 15).

      2.    Conseco filed its opposition to Plaintiffs' motion for class certification on April 22, 2010 (Docket No. 25).

      3.    Conseco sought to take the depositions of the Plaintiffs' selling agents to develop the factual record on issues relating to Plaintiffs' motion for class certification.  A dispute ensued with Plaintiffs about whether the depositions could appropriately proceed at this time, and the Court ruled that the depositions could proceed. Immediately thereafter, Conseco conferred with Plaintiffs and the witnesses about an agreeable schedule, and Conseco took the depositions of the three agents during the week of June 7-11, 2010.

      4.    Conseco submits that the deposition testimony elicited from the agents is highly relevant to the question of whether a class should be certified in this matter.  A submission explaining that position and setting forth relevant testimony from the agent depositions is attached hereto as Exhibit A.  Conseco submits that good cause exists to file this submission now, so that the Court may consider it in advance of the upcoming June 18, 2010 hearing on Plaintiffs' motion for class certification.  With the Court's permission, Conseco will formally file this document on the docket.

      5.    Plaintiffs disagree that the agent testimony weighs against the certification of a nationwide class, but recognize that the Court may wish to have the benefit of briefing on this issue prior to the hearing on class certification.  With the Court's permission, therefore, Plaintiffs would file a response in advance of the hearing, no later than 12:00 p.m. on June 17, 2010.

      WHEREFORE, the Parties respectfully request that the Court permit Conseco to file a submission setting forth testimony from the recent agent depositions, and permit Plaintiffs to file a response no later than 12:00 p.m. on June 17, 2010.

| | | |
|---|---|---|
| 1 | DATED: June 15, 2010 | Millstein & Associates |
| 2 | | |
| 3 | | By:  /s/ David J. Millstein |
| 4 | | David J. Millstein<br>Attorneys for the Brady Plaintiffs |
| 5 | DATED: June 15, 2010 | Gilbert LLP |
| 6 | | |
| 7 | | By:  /s/ August J. Matteis, Jr. |
| 8 | | August J. Matteis, Jr.<br>Attorneys for the Brady Plaintiffs |
| 9 | DATED: June 15, 2010 | Berman DeValerio |
| 10 | | |
| 11 | | By:  /s/ Michael Pucillo |
| 12 | | Michael Pucillo<br>Joseph J. Tabacco<br>Chris Heffelfinger |
| 13 | | |
| 14 | | Attorneys for Plaintiff McFarland |
| 15 | DATED: June 15, 2010 | Skadden, Arps, Slate, Meagher & Flom LLP |
| 16 | | |
| 17 | | By:  /s/ James R. Carroll |
| 18 | | Raoul D. Kennedy<br>James R. Carroll (Admitted *Pro Hac Vice*)<br>David S. Clancy (Admitted *Pro Hac Vice*) |
| 19 | | Attorneys for Defendant<br>Conseco Life Insurance Company |
| 20 | | |

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, James R. Carroll, am the ECF User whose ID and password are being used to file this Stipulation And Proposed Order.  In compliance with General Order 45.X.B, I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of June, 2010, at Boston, Massachusetts.

By:  /s/ James R. Carroll
James R. Carroll

1  PURSUANT TO STIPULATION, IT IS SO ORDERED,

3  Dated:                                  By: _____
                                                 Hon. Susan Illston

**CERTIFICATE OF SERVICE**

I, James R. Carroll, hereby certify that the foregoing document has been filed on June 15, 2010 through the ECF filing system.

I further certify that a copy of the foregoing document is being served by overnight courier on June 15, 2010 upon those counsel listed below not registered on the ECF filing system:

>Michael J. Pucillo
>BERMAN DeVALERIO
>4280 Professional Center Drive
>Suite 350
>Palm Beach Gardens, FL 33410

Dated: June 15, 2010

Respectfully submitted,

       /s/ James R. Carroll
RAOUL D. KENNEDY
Skadden, Arps, Slate, Meagher & Flom LLP
Four Embarcadero Center, Suite 3800
San Francisco, California 94111
Telephone: (415) 984-6400
Facsimile: (415) 984-2698
Email: Raoul.Kennedy@skadden.com

JAMES R. CARROLL (*Pro Hac Vice*)
DAVID S. CLANCY (*Pro Hac Vice*)
CHRISTOPHER A. LISY (*Pro Hac Vice*)
Skadden, Arps, Slate, Meagher & Flom LLP
One Beacon Street, 31st Floor
Boston, Massachusetts 02108
Telephone: (617) 573-4800
Facsimile: (617) 573-4822
Email: James.Carroll@skadden.com
Email: David.Clancy@skadden.com
Email: Christopher.Lisy@skadden.com

Attorneys for Defendant
Conseco Life Insurance Company