Joseph J. Tabacco, Jr. (SBN 75484)
Christopher T. Heffelfinger (SBN 118058)
Bing Ryan (SBN 228641)
**BERMAN DEVALERIO**
One California Street, Suite 900
San Francisco, CA  94111
Telephone: (415) 433-3200
Facsimile:  (415) 433-6282
Email: jtabacco@bermandevalerio.com
         cheffelfinger@bermandevalerio.com
         bryan@bermandevalerio.com

David J. Millstein (SBN 87878)
**MILLSTEIN & ASSOCIATES**
100 The Embarcadero, Suite 200
San Francisco, CA 94104
Telephone: (415) 348-0348
Facsimile: (415) 348-0336
Email: dmillstein@millstein-law.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CONSECO LIFE INSURANCE COMPANY LIFETREND INSURANCE SALES AND MARKETING LITIGATION | MDL Docket No. 10-MD-2124-SI <br><br> **DECLARATION OF CHRISTOPHER T. HEFFELFINGER IN SUPPORT OF MOTION FOR APPROVAL OF PRE-CLASS CERTIFICATION FORM OF NOTICE AND TURNOVER OF MAILING INFORMATION FOR PUTATIVE CLASS MEMBERS** |
| This Document Relates To: <br><br> *Brady v. Conseco Inc.*, No. 3:08-CV-5746-SI | Date:   August 13, 2010 <br> Time:   9:00 a.m. <br> Judge:  Courtroom 10, 19th Floor <br>            Hon. Susan Illston |

1  I, Christopher T. Heffelfinger, declare as follows:

2  1.  I am a partner in the San Francisco office of Berman DeValerio and counsel for plaintiffs in this matter. I am a member in good standing of the State Bar of California and am admitted to practice before this Court. I submit this Declaration in support of Plaintiffs' Motion for Approval of Pre-Class Certification Form of Notice and Turnover of Mailing Information for Putative Class Members.

2.  Attached hereto as Exhibit A is a true and correct copy of the Notice to Holders of LifeTrend 3 & 4 Policies.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 7th day of July, 2010, at San Francisco, California.

/s/ Christopher T. Heffelfinger
Christopher T. Heffelfinger

[10-MD-2124-SI] Decl. of C. Heffelfinger in Supp. of Mot. for Approval of Pre-Class Certification Form of Notice & Turnover of Mailing Info. for Putative Class Mems.   1

# EXHIBIT A

**[PROPOSED] NOTICE TO HOLDERS OF LIFETREND 3 & 4 POLICIES**

July __, 2010

**PLEASE TAKE NOTICE:**

A proposed class action is currently pending in the U.S. District Court for the Northern District of California, captioned *In Re Conseco Life Insurance Co., Life Trend Insurance and Marketing Practices*, Case No. M:10-cv-02124 SI (the "Proposed Conseco Class Action"). The Proposed Conseco Class Action encompasses lawsuits filed by policyholders who own "LifeTrend 3" and "LifeTrend 4" insurance policies (the "Policies"). The Plaintiffs in the Proposed Conseco Class Action seek to sue Conseco not only on behalf of themselves but also on behalf of other LifeTrend 3 and LifeTrend 4 policyholders throughout the United States.

Plaintiffs allege that, in a letter sent to policyholders in October 2008, Conseco announced that it planned to implement uniform and systematic changes in the way it administers the Policies. Plaintiffs allege that, to the extent the announced changes are carried out, they would violate the terms of the Policies and reduce or eliminate important Policy benefits. In June 2010, Conseco announced that, under a settlement agreement it has reached with various state insurance regulators (the "Regulatory Settlement"), Conseco has modified its planned administrative changes.

Plaintiffs are going forward with the Proposed Conseco Class Action. According to Plaintiffs, even though Conseco has modified its plans in accordance with the Regulatory Settlement, Conseco's administrative changes still will violate several Policy provisions to the detriment of policyholders.

As set forth in their Court submissions, including their Joint Amended Motion for Class Certification filed on July 7, 2010, the Plaintiffs bringing the Proposed Conseco Class Action allege:

- Conseco still intends to charge annual premiums that should not be charged to most policyholders because the premiums are improper under the Policies' Optional Premium Payment Provision (which is also sometimes referred to as the "vanish" provision).

- Conseco still intends to impose monthly expense charges that do not correspond to Conseco's actual expenses.

- Conseco still intends to impose higher cost-of-insurance deductions even though the factor that governs cost of insurance – mortality – has actually gone down.

- Conseco's various administrative changes will improperly dilute the 4.5 % interest rate guaranteed under the Policies.

1244/001/1283634.3

- Conseco intends to pass on to its policyholders financial losses that Conseco has incurred, even though the Policies contain provisions that preclude Conseco from seeking to recover its losses from policyholders.

Conseco vigorously disputes Plaintiffs' allegations concerning its conduct and vigorously opposes Plaintiffs' request to bring the case as a class action.

There has been no determination by the Court concerning the merits of Plaintiffs' allegations. In addition, the Court has not decided whether the case should be certified as a class action.

Conseco is in the process of sending information about the Regulatory Settlement to you and other LifeTrend policyholders. Some of the benefits of the Regulatory Settlement will be conferred on you automatically, with no further action by you. But as the Regulatory Settlement and related documentation explain, if you wish to avail yourself of certain optional benefits described in the Regulatory Settlement, you will have to execute a release form in favor of Conseco to receive those optional benefits. Before executing any release form that potentially could prevent you from participating as a class member in the Proposed Conseco Class Action, you should carefully review the Regulatory Settlement to ensure that you understand it and that you are satisfied with its terms. You also may wish to consider the submissions that Plaintiffs and Conseco have filed in the U.S. District Court in connection with the Proposed Conseco Class Action. You should keep in mind that the points of view expressed in those court filings are not rulings by the Court. The following selected documents are available at [**website address**]: (1) the operative complaints filed by the Plaintiffs in the Proposed Conseco Class Action; (2) the filings by Plaintiffs and Conseco concerning Plaintiffs' request for Class Certification; and (3) all orders issued by the Court in connection with Plaintiffs' class certification request. The website will be updated regularly.

If you cannot access the website and download these documents, you may request that copies be sent to you by contacting the following administrator: [**INSERT NAME, TELEPHONE NUMBER AND ADDRESS**]

**PLEASE DO NOT CONTACT THE COURT CONCERNING THIS NOTICE**

1244/001/1283634.3