1  David J. Millstein (CSB #87878)
   MILLSTEIN & ASSOCIATES
2  100 The Embarcadero Suite 200
   San Francisco, California 94105
3  Telephone:    (415) 348-0348
   Facsimile:    (415) 348-0336
4  E-mail:dmillstein@millstein-law.com

5  Scott D. Gilbert (Admitted *pro hac vice*)
   Stephen A. Weisbrod (Admitted *pro hac vice*)
6  August J. Matteis Jr. (Admitted *pro hac vice*)
   Kathleen Hale (Admitted *pro hac vice*)
7  GILBERT LLP
   1100 New York Avenue, NW, Suite 700
8  Washington, DC 20005
   Telephone:    (202) 772-2200
9  Facsimile:    (202) 772-3333
   Email: gilberts@gotofirm.com
10 Email: weisbrods@gotofirm.com
   Email: matteisa@gotofirm.com
11 Email: halek@gotofirm.com

12

13                    **UNITED STATES DISTRICT COURT**

14                **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

15                            **SAN FRANCISCO DIVISION**

16                                              )
                                                ) **Case No. M:10-cv-02124-SI**
17 **IN RE CONSECO LIFE INSURANCE CO.**         )
   **LIFE TREND INSURANCE MARKETING**           ) **DECLARATION OF**
18 **AND SALES PRACTICE LITIGATION**            ) **STEPHEN A. WEISBROD IN**
                                                ) **SUPPORT OF PLAINTIFFS'**
19                                              ) **AMENDED JOINT MOTION FOR**
                                                ) **CLASS CERTIFICATION**
20                                              )

21

22

23

24

25

26

27

28

DECLARATION OF STEPHEN A. WEISBROD                Case No. M:10-cv-02124-SI

I, Stephen A. Weisbrod, declare:

1. I am a partner at Gilbert LLP.
2. Gilbert LLP and Millstein & Associates represent Cedric Brady, Charles Hovden, Marion Hovden, Eugene Kreps, John McNamara, Hisaji Sakai, and Jean Sakai ("Plaintiffs") in this matter.
3. Attached as Exhibit 1 is a true and correct copy of the October 7, 2008 Form Letter to Charles Hovden from Conseco Life Insurance Company. [BRD 77-92]
4. Attached as Exhibit 2 is a true and correct copy of the Conseco Life Insurance Company Regulatory Settlement Agreement. [CLIC 7604-7688]
5. Attached as Exhibit 3 is a true and correct copy of the transcript of Proceedings for July 2, 2010 regarding class certification.
6. Attached as Exhibit 4 is a true and correct copy of the LifeTrend Policy of Eugene Kreps. [BRD000107-124]
7. Attached as Exhibit 5 is a true and correct copy of the LifeTrend Policy of Cedric Brady. [BRD0001-21]
8. Attached as Exhibit 6 is a true and correct copy of the Annual Statement of Eugene Kreps dated October 2007-October 2008. [BRD105-106]
9. Attached as Exhibit 7 is a true and correct copy of the Annual Statement of John McNamara dated November 2005-November 2006. [BRD000171-172]
10. Attached as Exhibit 8 is a true and correct copy of the Annual Statement of Hisaji Sakai dated June 2007-June 2008. [BRD000215-216]
11. Attached as Exhibit 9 is a true and correct copy of the LifeTrend Consumer Guide. [CLIC 3532-3533]
12. Attached as Exhibit 10 is a true and correct copy of the transcript from the deposition of Frank S. Scuglik dated November 19, 2009.
13. Attached as Exhibit 11 is a true and correct copy of the transcript from the deposition of Keith D. Turner dated November 18, 2009.

14. Attached as Exhibit 12 is a true and correct copy of the Annual Statement of Cedric Brady dated December 1999 to December 2000. [BRD00062-63]

15. Attached as Exhibit 13 is a true and correct copy of the LifeTrend Policy of Marion Hovden. [CLIC 4103-4124]

16. Attached as Exhibit 14 is a true and correct copy of the Values History Tables for Marion Hovden. [CLIC 4133-4148]

17. Attached as Exhibit 15 is a true and correct copy of the Regulatory Settlement Exhibit B, Conseco Life Insurance Company Policy endorsement. [CLIC 7663]

18. Attached as Exhibit 16 is a true and correct copy of the November 3, 2008 Letter to Eugene Kreps. [BRD000146]

19. Attached as Exhibit 17 is a true and correct copy of Florida Order dated December 22, 2008.

20. Attached as Exhibit 18 is a true and correct copy of Iowa Orders dated December 9, 2008 and December 18, 2008.

21. Attached as Exhibit 19 is a true and correct copy of Cal. Ins. Code §§ 790.035, 790.03.

22. Attached as Exhibit 19 is a true and correct copy of Iowa Code § 507.b7.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 7, 2010 in Washington, D.C.

By:   /s/ Stephen A. Weisbrod
      Stephen A. Weisbrod

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was mailed via United States mail, first class postage prepaid, on July 7, 2010, to the following:

>James R. Carroll
>David S. Clancy
>Cale P. Keable
>Skadden, Arps, Slate, Meagher & Flom LLP
>One Beacon Street, 31st Floor
>Boston, Massachusetts 02108
>
>Raoul S. Kennedy
>Skadden, Arps, Slate, Meagher & Flom LLP
>Four Embarcadero Center, Suite 3800
>San Francisco, California 94111

By:   /s/ Stephen A. Weisbrod
        Stephen A. Weisbrod