IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: CONSECO LIFE INSURANCE CO.

No. MDL 10-2124 SI

**SECOND PRETRIAL PREPARATION ORDER**

_____/

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT and Discovery Motions: January 28, 2011 at 9:00 a.m.. Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is August 28, 2011

DESIGNATION OF EXPERTS: 8/28/11 (expert reports due 9/16/11); REBUTTAL: 10/21/11
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is November 30, 2011.

DISPOSITIVE MOTIONS **SHAL** be filed by December 16, 2011;

Opp. Due January 27, 2012; Reply Due February 17, 2012;

and set for hearing no later than March 2, 2012 at 9:00 AM.

PRETRIAL CONFERENCE DATE: April 24, 2012 at 3:30 PM.

JURY TRIAL DATE: May 7, 2012 at 8:30 AM.,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be    days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS: n/a

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

SUSAN ILLSTON
United States District Judge