RAOUL D. KENNEDY (STATE BAR NO. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Embarcadero Center, Suite 3800
San Francisco, California 94111
Telephone: (415) 984-6400
Facsimile: (415) 984-2698
Email: Raoul.Kennedy@skadden.com

JAMES R. CARROLL (*PRO HAC VICE*)
DAVID S. CLANCY (*PRO HAC VICE*)
CHRISTOPHER A. LISY (*PRO HAC VICE*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Beacon Street, 31st Floor
Boston, Massachusetts 02108
Telephone: (617) 573-4800
Facsimile: (617) 573-4822
Email: James.Carroll@skadden.com
Email: David.Clancy@skadden.com
Email: Christopher.Lisy@skadden.com

Attorneys for Defendant
Conseco Life Insurance Company

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CONSECO LIFE INSURANCE COMPANY LIFETREND INSURANCE SALES AND MARKETING LITIGATION | CASE NO.: 3:10-MD-02124-SI <br><br> **STIPULATION AND PROPOSED ORDER CONCERNING THE BRIEFING SCHEDULE OF AND HEARING ON PLAINTIFFS' MOTIONS TO COMPEL** |

Pursuant to Civil Local Rule 7-12, plaintiffs Cedric Brady, Dr. Charles Hovden, Dr. Marion Hovden, Dr. Eugene Kreps, Dr. John McNamara, Dr. Hisaji Sakai and Bill W. McFarland ("Plaintiffs") and defendant Conseco Life Insurance Company ("Conseco Life") respectfully submit this Stipulation And Proposed Order Concerning The Briefing Schedule Of And Hearing On Plaintiffs' Motions to Compel.

WHEREAS, on December 23, 2010, Plaintiffs filed four motions to compel concerning certain discovery requests (Docket Nos. 140, 141, 142 and 143) ("Motions") from defendant Conseco Life Insurance Company ("Conseco Life");

WHEREAS, Conseco Life's oppositions to the Motions are due on January 7, 2011;

WHEREAS, for purposes of convenience and to conserve resources, Conseco Life may file a single consolidated opposition to the Motions as opposed to four separate oppositions;

WHEREAS, Local Rule 7-4 imposes a page limit of twenty-five pages on a brief or memorandum of points and authorities filed in support of an opposition;

WHEREAS, Plaintiffs' replies are due on January 14, 2011;

WHEREAS, the Motions are currently scheduled to be heard, and a Further Case Management Conference is scheduled to be held, on January 28, 2011; and

WHEREAS, because counsel for Conseco Life have certain significant conflicts with this schedule, counsel for Plaintiffs and Conseco Life have conferred and agree upon a modified briefing schedule and hearing date;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the undersigned as follows:

1.   Conseco Life may file its oppositions to Plaintiffs' Motion no later than January 21, 2011 and, if it chooses to file a consolidated opposition, may file one not to exceed forty-five pages in length;

2.    Plaintiffs may file their replies no later than January 28, 2011;

3. A hearing on Plaintiffs' Motions and a Further Case Management Conference may be scheduled for February 11, 2011, or at another time as the Court's schedule may permit[1]; and

4. The Parties may file a joint case management statement no later than seven days in advance of the Conference (February 4, 2011).

DATED: December 31, 2010                             Millstein & Associates

                                                By:  /s/ David J. Millstein
                                                     David J. Millstein

                                                Attorneys for the Brady Plaintiffs

DATED: December 31, 2010                             Gilbert LLP

                                                By:  /s/ Stephen A. Weisbrod
                                                     August J. Matteis, Jr.
                                                     Stephen A. Weisbrod

                                                Attorneys for the Brady Plaintiffs

DATED: December 31, 2010                             Berman DeValerio

                                                By:  /s/ Christopher T. Heffelfinger
                                                     Michael Pucillo
                                                     Joseph J. Tabacco
                                                     Christopher T. Heffelfinger

                                                Attorneys for Plaintiff McFarland

DATED: December 31, 2010                             Skadden, Arps, Slate, Meagher & Flom LLP

                                                By:  /s/ Christopher A. Lisy
                                                     Raoul D. Kennedy
                                                     James R. Carroll (Admitted *Pro Hac Vice*)
                                                     David S. Clancy (Admitted *Pro Hac Vice*)
                                                     Christopher A. Lisy (Admitted *Pro Hac Vice*)

                                                Attorneys for Defendant
                                                Conseco Life Insurance Company

---

[1] Plaintiffs' entry into this stipulation is contingent on a hearing date being set on or before February 11, 2011. When the Parties entered into this stipulation, it appeared from the Court's publicly available calendar that February 11, 2011 would be available.

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Christopher A. Lisy, am the ECF User whose ID and password are being used to file this Stipulation And Proposed Order. In compliance with General Order 45.X.B, I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 31st day of December, 2010, at Boston, Massachusetts.

By: /s/ Christopher A. Lisy
Christopher A. Lisy

PURSUANT TO STIPULATION, IT IS SO ORDERED,

Dated:         By: _____
Hon. Susan Illston