David J. Millstein (CSB #87878)
MILLSTEIN & ASSOCIATES
100 The Embarcadero Suite 200
San Francisco, California 94105
Telephone:     (415) 348-0348
Facsimile:     (415) 348-0336
E-mail:dmillstein@millstein-law.com

Scott D. Gilbert (ADMITTED *PRO HAC VICE*)
Stephen A. Weisbrod (ADMITTED *PRO HAC VICE*)
August J. Matteis Jr. (ADMITTED *PRO HAC VICE*)
Kathleen Hale (ADMITTED *PRO HAC VICE*)
GILBERT LLP
1100 New York Avenue, NW, Suite 700
Washington, DC 20005
Telephone:     (202) 772-2200
Facsimile:     (202) 772-3333
Email: gilberts@gotofirm.com
Email: weisbrods@gotofirm.com
Email: matteisa@gotofirm.com
Email: halek@gotofirm.com

*Other Plaintiffs' Counsel Appear on the Signature Page*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORIA
NORTHERN DIVISION**

| | |
|---|---|
| **IN RE CONSECO LIFE INSURANCE CO. LIFE TREND INSURANCE MARKETING AND SALES PRACTICE LITIGATION** | Case No. M:10-cv-02124-SI<br><br>STIPULATION AND [PROPOSED] ORDER TO CHANGE THE EXCLUSION DATE IN THE COURT-APPROVED CLASS NOTICE |

**STIPULATION**

WHEREAS, on December 22, 2010, the Court granted in part and denied in part Plaintiffs' Motion for Approval of Proposed Notice of Class Certification and Appointment of the Garden City Group to Administer the Notice.

WHEREAS, the Court approved the proposed Class Notice submitted by Plaintiffs on December 9, 2010, except that the Court did not approve proposed Section 4(b).

WHEREAS, the proposed Notice approved by the Court stated that January 31, 2010 would be the date by which any class member must inform the claims agent that he or she wishes to be excluded from the Class ("exclusion date"), and the reference to "January 31, 2010" was intended by Plaintiffs to be "January 31, 2011."

WHEREAS, the Plaintiffs have been working with the Garden City Group and Conseco Life Insurance Company since early January to revise the Notice per the Court's order, finalize the formatting of the Notice, and obtain a current contact list for all Class Members.

WHEREAS, a deadline of January 31, 2011 would give Class Members a very limited amount of time in which to exclude themselves from the Class.

WHEREAS, on January 12, 2011, the parties conferred and agreed to extend the exclusion date in the Notice to February 28, 2011.

WHEREAS, upon the Court's approval of this Stipulation, the Class Notice will be disseminated within three to five business days.

THEREFORE, IT IS STIPULATED AND AGREED by the undersigned Parties that:

The deadline for Class Members to exclude themselves from the Class will be February 28, 2011.

| | | |
|---|---|---|
| 1 | Dated: January 14, 2011 | Respectfully submitted, |

                                                              /s/
_____
Stephen A. Weisbrod (Admitted *pro hac vice*)
      weisbrods@gotofirm.com
Scott D. Gilbert (Admitted *pro hac vice*)
      gilberts@gotofirm.com
August J. Matteis, Jr. (Admitted *pro hac vice*)
      matteisa@gotofirm.com
Kathleen Hale (Admitted *pro hac vice*)
      halek@gotofirm.com
GILBERT LLP
1100 New York Avenue, NW
Suite 700
Washington, DC 20005
Telephone:   (202) 772-2200
Facsimile:   (202) 772-1924

David J. Millstein (CSB #87878)
      dmillstein@millstein-law.com
MILLSTEIN & ASSOCIATES
100 The Embarcadero Suite 200
San Francisco, California 94105
Telephone:   (415) 348-0348
Facsimile:   (415) 348-0336

Joseph J. Tabacco, Jr. (CSB #75484)
Christopher T. Heffelfinger (CSB #118058)
Bing W. Ryan (CSB #228641)
BERMAN DEVALERIO
Once California Street, Suite 900
San Francisco, CA 94111
Telephone:   (415) 433-3200
Facsimile:   (415) 433-6382

*Attorneys for Plaintiffs*


                                                              /s/
_____
James R. Carroll
David S. Clancy
Christopher A. Lisy

SKADDEN, ARPS, SLATE, MEAGHER &
      FLOM LLP
One Beacon Street, 31st Floor
Boston, MA  02108

*Counsel for Conseco Life Insurance Company*

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Stephen A. Weisbrod, am the ECF User whose ID and password are being used to file this Stipulation And Proposed Order.  In compliance with General Order 45.X.B, I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 14th day of January 2011 in Washington, D.C.

_____/s/_____
Stephen A. Weisbrod (Admitted *pro hac vice*)

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____        _____
                                                                  The Honorable Susan Illston
                                                                  United States District Court Judge

CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2011, a true and correct copy of the foregoing was delivered on the following counsel via electronic filing:

>Raoul D. Kennedy
>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
>Four Embarcadero Center, Suite 3800
>San Francisco, California 94111
>Email: Raoul.Kennedy@skadden.com

>James R. Carroll
>David S. Clancy
>Christopher A. Lisy
>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
>One Beacon Street, 31st Floor
>Boston, Massachusetts 02108
>Email: James.Carroll@skadden.com
>Email: David.Clancy@skadden.com
>Email: Cale.Keable@skadden.com

_____/s/_____
Stephen A. Weisbrod