David J. Millstein (CSB #87878)
MILLSTEIN & ASSOCIATES
100 The Embarcadero Suite 200
San Francisco, California 94105
Telephone:    (415) 348-0348
Facsimile:    (415) 348-0336
E-mail: dmillstein@millstein-law.com

Scott D. Gilbert (ADMITTED *PRO HAC VICE*)
Stephen A. Weisbrod (ADMITTED *PRO HAC VICE*)
August J. Matteis Jr. (ADMITTED *PRO HAC VICE*)
Kathleen Hale (ADMITTED *PRO HAC VICE*)
GILBERT LLP
1100 New York Avenue, NW, Suite 700
Washington, DC 20005
Telephone:    (202) 772-2200
Facsimile:    (202) 772-3333
Email: gilberts@gotofirm.com
Email: weisbrods@gotofirm.com
Email: matteisa@gotofirm.com
Email: halek@gotofirm.com

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
NORTHERN DIVISION

|  |  |
|---|---|
| **IN RE CONSECO LIFE INSURANCE CO. LIFE TREND INSURANCE MARKETING AND SALES PRACTICE LITIGATION** | Case No. M:10-cv-02124-SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFFS TO REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTIONS TO COMPEL** |

Pursuant to Civil Local Rule 7-12, Plaintiffs Cedric Brady, Charles Hovden, Marion Hovden, Eugene Kreps, John McNamara, Hisaji Sakai, and Bill W. McFarland ("Plaintiffs") and Defendant Conseco Life Insurance Company ("Conseco") respectfully submit this Stipulation and [Proposed] Order to Extend Time for Plaintiffs to Reply to Defendant's Opposition to Plaintiffs' Motions to Compel.

WHEREAS, on December 23, 2010, Plaintiffs filed four Motions to Compel, ECF Nos. 140, 141, 142, and 143;

WHEREAS, pursuant to the Stipulation Concerning the Briefing Schedule of and Hearing on Plaintiffs' Motions to Compel, ECF No. 149, Defendant filed its Opposition on January 21, 2011;

WHEREAS, Plaintiffs' response to Defendant's Opposition is due on January 28, 2011;

WHEREAS, Local Rule 7-4 impose a page limit of fifteen (15) pages on a reply brief or memorandum;

WHEREAS, pursuant to the Stipulation Concerning the Briefing Schedule of and Hearing on Plaintiffs' Motion to Compel, ECF No. 149, the Motions to Compel are currently scheduled to be heard on February 11, 2011;

WHEREAS, because of the number and complexity of issues raised in Plaintiffs' four Motions to Compel and Conseco's Opposition, and because several members of Plaintiffs' litigation team are travelling this week, counsel for Plaintiffs and Defendant have conferred and agree to extend the time for Plaintiffs' response from January 28, 2011 until January 31, 2011.

IT THEREFORE IS STIPULATED AND AGREED, by and between the undersigned, as follows:

1. Plaintiffs may file their Reply to Defendant's Opposition to Plaintiffs' Motions to Compel no later than January 31, 2011; and

2. If Plaintiffs choose to file a consolidated Reply, Plaintiffs may file one Reply brief or memorandum not to exceed thirty (30) pages in length.

| | |
|---|---|
| Dated: January 25, 2011 | Respectfully submitted, |

_____/s/_____
Stephen A. Weisbrod (Admitted *pro hac vice*)
    weisbrods@gotofirm.com
Scott D. Gilbert (Admitted *pro hac vice*)
    gilberts@gotofirm.com
August J. Matteis, Jr. (Admitted *pro hac vice*)
    matteisa@gotofirm.com
Kathleen Hale (Admitted *pro hac vice*)
    halek@gotofirm.com
GILBERT LLP
1100 New York Avenue, NW
Suite 700
Washington, DC 20005
Telephone:   (202) 772-2200
Facsimile:    (202) 772-1924

David J. Millstein (CSB #87878)
    dmillstein@millstein-law.com
MILLSTEIN & ASSOCIATES
100 The Embarcadero Suite 200
San Francisco, California 94105
Telephone:   (415) 348-0348
Facsimile:    (415) 348-0336

Joseph J. Tabacco, Jr. (CSB #75484)
Christopher T. Heffelfinger (CSB #118058)
Bing W. Ryan (CSB #228641)
BERMAN DEVALERIO
One California Street, Suite 900
San Francisco, CA 94111
Telephone:   (415) 433-3200
Facsimile:    (415) 433-6382

*Attorneys for Plaintiffs*


_____/s/_____
James R. Carroll
David S. Clancy
Christopher A. Lisy

SKADDEN, ARPS, SLATE, MEAGHER &
    FLOM LLP
One Beacon Street, 31st Floor
Boston, MA  02108

*Counsel for Conseco Life Insurance Company*

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Stephen A. Weisbrod am the ECF User whose ID and password are being used to file this Stipulation Extending Time to Reply to Defendant's Opposition to Plaintiffs' Motions to Compel. In compliance with General Order 45.X.B, I hereby attest that the concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 25th day of January 2011 at Washington, DC

                                            /s/
                                  Stephen A. Weisbrod (Admitted *pro hac vice*)

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____        _____
                                                    The Honorable Susan Illston
                                                    United States District Court Judge

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |
| 2 | I hereby certify that on January 25, 2011, a true and correct copy of the foregoing was |
| 3 | delivered on the following counsel via electronic filing: |

                Raoul D. Kennedy
                SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
                Four Embarcadero Center, Suite 3800
                San Francisco, California 94111
                Email: Raoul.Kennedy@skadden.com

                James R. Carroll
                David S. Clancy
                Christopher A. Lisy
                SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
                One Beacon Street, 31st Floor
                Boston, Massachusetts 02108
                Email: James.Carroll@skadden.com
                Email: David.Clancy@skadden.com
                Email: Cale.Keable@skadden.com

                                                        _____/s/_____
                                                        Stephen A. Weisbrod