IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CONSECO LIFE INSURANCE COMPANY LIFETREND INSURANCE SALES AND MARKETING LITITGATION _____/ | No. C 10-02124 SI  **ORDER REFERRING CASE TO MAGISTRATE JUDGE FOR DISCOVERY PURPOSES** |

This case is referred to a magistrate-judge for discovery purposes. All discovery related hearings currently scheduled before Judge Illston are hereby vacated and will be rescheduled by the assigned magistrate-judge.

**IT IS SO ORDERED.**

Dated: January 27, 2011

SUSAN ILLSTON
United States District Judge