David J. Millstein (CSB #87878)
MILLSTEIN & ASSOCIATES
100 The Embarcadero Suite 200
San Francisco, California 94105
Telephone:    (415) 348-0348
Facsimile:    (415) 348-0336
E-mail:dmillstein@millstein-law.com

Scott D. Gilbert (ADMITTED *PRO HAC VICE*)
Stephen A. Weisbrod (ADMITTED *PRO HAC VICE*)
August J. Matteis Jr. (ADMITTED *PRO HAC VICE*)
Kathleen Hale (ADMITTED *PRO HAC VICE*)
GILBERT LLP
1100 New York Avenue, NW, Suite 700
Washington, DC 20005
Telephone:    (202) 772-2200
Facsimile:    (202) 772-3333
Email: gilberts@gotofirm.com
Email: weisbrods@gotofirm.com
Email: matteisa@gotofirm.com
Email: halek@gotofirm.com

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
NORTHERN DIVISION

| | |
|---|---|
| **IN RE CONSECO LIFE INSURANCE CO. LIFE TREND INSURANCE MARKETING AND SALES PRACTICE LITIGATION** | Case No. M:10-cv-02124-SI <br><br> **STIPULATED REQUEST FOR ORDER AND [PROPOSED] ORDER CHANGING TIME FOR FURTHER CASE MANAGEMENT CONFERENCE** |

1  Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs Cedric Brady, Charles Hovden,
2  Marion Hovden, Eugene Kreps, John McNamara, Hisaji Sakai, and Bill W. McFarland
3  ("Plaintiffs") and Defendant Conseco Life Insurance Company ("Conseco") respectfully submit
4  this Stipulated Request for Order and [Proposed] Order Changing Time for Further Case
5  Management Conference.
6  WHEREAS, on January 27, 2011, the Court entered an Order Referring Case to
7  Magistrate Judge for Discovery Purposes, ECF No. 160, which vacated all discovery-related
8  hearings then currently scheduled before Judge Illston;
9  WHEREAS, pursuant to the Clerk's Notice, ECF No. 162, the Motions to Compel filed by
10 Plaintiffs, ECF Nos. 140, 141, 142, and 143, are scheduled to be heard by Magistrate Judge Chen
11 on Wednesday, March 9, 2011;
12 WHEREAS, pursuant to the Stipulation and Order Concerning the Briefing Schedule of
13 and Hearing on Plaintiffs' Motions to Compel, ECF No. 149, the Further Case Management
14 Conference ("Conference") is currently scheduled for Friday, February 11, 2011 and it was not
15 rescheduled by Judge Illston's Order or the Clerk's Notice;
16 WHEREAS, for purposes of efficient scheduling, counsel for Plaintiffs and Defendant
17 have conferred and agree to request that the Conference be continued until Wednesday, March 9,
18 2011.
19 IT THEREFORE IS STIPULATED AND AGREED, by and between the undersigned, as
20 follows:
21 1. The Further Case Management Conference may scheduled for Wednesday, March
22 9, 2011, or at another time as the Court's schedule may permit; and
23 2. The Parties may file a joint case management statement no later than seven days in
24 advance of the Conference (March 2, 2011).
25
26 Dated:  February 4, 2011                Respectfully submitted,
27
                                           _____/s/_____
28                                         Stephen A. Weisbrod (Admitted *pro hac vice*)

– 1 –

| | |
|---|---|
| 1 | weisbrods@gotofirm.com |
| | Scott D. Gilbert (Admitted *pro hac vice*) |
| 2 | gilberts@gotofirm.com |
| | August J. Matteis, Jr. (Admitted *pro hac vice*) |
| 3 | matteisa@gotofirm.com |
| | Kathleen Hale (Admitted *pro hac vice*) |
| 4 | halek@gotofirm.com |

GILBERT LLP
1100 New York Avenue, NW
Suite 700
Washington, DC 20005
Telephone:   (202) 772-2200
Facsimile:   (202) 772-1924

David J. Millstein (CSB #87878)
   dmillstein@millstein-law.com
MILLSTEIN & ASSOCIATES
100 The Embarcadero Suite 200
San Francisco, California 94105
Telephone:   (415) 348-0348
Facsimile:   (415) 348-0336

Joseph J. Tabacco, Jr. (CSB #75484)
Christopher T. Heffelfinger (CSB #118058)
Bing W. Ryan (CSB #228641)
BERMAN DEVALERIO
One California Street, Suite 900
San Francisco, CA 94111
Telephone:   (415) 433-3200
Facsimile:   (415) 433-6382

*Attorneys for Plaintiffs*


_____/s/_____
James R. Carroll
David S. Clancy
Christopher A. Lisy

SKADDEN, ARPS, SLATE, MEAGHER &
   FLOM LLP
One Beacon Street, 31st Floor
Boston, MA  02108

*Counsel for Conseco Life Insurance Company*

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Stephen A. Weisbrod am the ECF User whose ID and password are being used to file this Stipulated Request for Order Changing Time for Case Management Conference. In compliance with General Order 45.X.B, I hereby attest that the concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 4th day of February 2011 at Washington, DC

                                         /s/
                              Stephen A. Weisbrod (Admitted *pro hac vice*)

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:    2/8/11                                /s/ Susan Illston
                                                The Honorable Susan Illston
                                                United States District Court Judge

The case management conference is continued to 3/11/11 at 3 p.m.

CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2011, a true and correct copy of the foregoing was delivered on the following counsel via electronic filing:

>Raoul D. Kennedy
>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
>Four Embarcadero Center, Suite 3800
>San Francisco, California 94111
>Email: Raoul.Kennedy@skadden.com

>James R. Carroll
>David S. Clancy
>Christopher A. Lisy
>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
>One Beacon Street, 31st Floor
>Boston, Massachusetts 02108
>Email: James.Carroll@skadden.com
>Email: David.Clancy@skadden.com
>Email: Cale.Keable@skadden.com

_____/s/_____
Stephen A. Weisbrod