UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CONSECO LIFE INSURANCE CO. LIFE TREND INSURANCE MARKETING AND SALES PRACTICE LITIGATION | No. C-10-2124 SI (EMC)  **ORDER RE MEET AND CONFER** |

The parties are hereby ordered to meet and confer prior to the March 9, 2011 hearing on the discovery motions herein to negotiate resolution of the disputes. The parties shall explore and discuss options including conducting discovery in phases, using sampling techniques where appropriate, and employing Federal Rules of Evidence 502 to facilitate production without waiver of privilege. In addition, Plaintiffs shall identify with greater specificity and precision the categories of documents requests at issue and whether documents other than high level policy-type documents are necessary as to each category, particularly in the first phase of discovery should the parties agree to phased discovery. The parties shall be prepared to disclose at the hearing their last and best proposals to settle the disputes.

IT IS SO ORDERED.

Dated: March 7, 2011

_____
EDWARD M. CHEN
United States Magistrate Judge