# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CONSECO LIFE INSURANCE, | No. C 10-02124 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| Defendant. / | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: August 5, 2011 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is September 26, 2011.

DESIGNATION OF EXPERTS: 9/26/11; REBUTTAL: 10/14/11. Expert reports due: 11/12/11
  Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is December 21, 2011.

DISPOSITIVE MOTIONS **SHALL** be filed by January 13, 2012;

  Opp. Due January 27, 2012; Reply Due February 3, 2012 ;

  and set for hearing no later than February 17, 2012 at 9:00 AM.

PRETRIAL CONFERENCE DATE: April 24, 2012 at 3:30 PM.

JURY TRIAL DATE: May 7, 2012 at 8:30 AM.,
  Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be  days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The Court stayed the ADR process pending rulings on the pending discovery motions.
By the end of May 2011, counsel shall inform the Court of the ADR process selected and when it will occur.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 3/14/11

*Susan Illston*
SUSAN ILLSTON
United States District Judge