RAOUL D. KENNEDY (STATE BAR NO. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570
Email: Raoul.Kennedy@skadden.com

JAMES R. CARROLL (*PRO HAC VICE*)
DAVID S. CLANCY (*PRO HAC VICE*)
CHRISTOPHER A. LISY (*PRO HAC VICE*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Beacon Street, 31st Floor
Boston, Massachusetts 02108
Telephone: (617) 573-4800
Facsimile: (617) 573-4822
Email: James.Carroll@skadden.com
Email: David.Clancy@skadden.com
Email: Christopher.Lisy@skadden.com

Attorneys for Defendant
Conseco Life Insurance Company

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CONSECO LIFE INSURANCE COMPANY LIFETREND INSURANCE SALES AND MARKETING LITIGATION | CASE NO.: 3:10-MD-02124-SI <br><br> **STIPULATION AND P~~ROPOSED~~ ORDER CONCERNING THE BRIEFING SCHEDULE OF AND HEARING ON CONSECO LIFE'S MOTION TO DECERTIFY THE CLASS** |

1  Pursuant to Civil Local Rule 7-12, plaintiffs Cedric Brady, Dr. Charles Hovden, Dr. Marion
2  Hovden, Dr. Eugene Kreps, Dr. John McNamara, Dr. Hisaji Sakai and Bill W. McFarland
3  ("Plaintiffs") and defendant Conseco Life Insurance Company ("Conseco Life") respectfully
4  submit this Stipulation And Proposed Order Concerning The Briefing Schedule Of And Hearing
5  On Plaintiffs' Motions to Compel.

6  WHEREAS, on July 1, 2011, Conseco Life filed its Motion To Decertify The Class
7  (Docket No. 185) ("Motion To Decertify");

8  WHEREAS, Plaintiffs' opposition to the Motion To Decertify is due on July 15, 2011 and
9  Conseco Life's reply is due on July 22, 2011;

10  WHEREAS, the Motion To Decertify is scheduled for hearing on August 5, 2011;

11  WHEREAS, because counsel for Plaintiffs have certain conflicts with this schedule,
12  counsel for Plaintiffs and Conseco Life have conferred and agree upon a modified briefing
13  schedule and hearing date;

14  THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the undersigned as
15  follows:

16  1.  Plaintiffs may file their opposition to Conseco Life's Motion To Decertify no later
17  than August 19, 2011;

18  2.   Conseco Life may file its reply no later than September 16, 2011; and

19  3.  A hearing on Conseco Life's Motion To Decertify may be scheduled for October 28,
20  2011, or at another time as the Court's schedule may permit.

DATED: July 13, 2011                                          Gilbert LLP

                                                  By:  /s/ Stephen A. Weisbrod
                                                         August J. Matteis, Jr.
                                                         Stephen A. Weisbrod

                                                  Lead Counsel For Plaintiffs

STIPULATION                                    1                        CASE NO.: 3:10-MD-02124-SI

| | |
|---|---|
| DATED:  July 13, 2011 | Skadden, Arps, Slate, Meagher & Flom LLP |
| | By:  /s/ Christopher A. Lisy |
| | Raoul D. Kennedy |
| | James R. Carroll (Admitted *Pro Hac Vice*) |
| | David S. Clancy (Admitted *Pro Hac Vice*) |
| | Christopher A. Lisy (Admitted *Pro Hac Vice*) |
| | Attorneys for Defendant |
| | Conseco Life Insurance Company |

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Christopher A. Lisy, am the ECF User whose ID and password are being used to file this Stipulation And Proposed Order.  In compliance with General Order 45.X.B, I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of July, 2011, at Houston, Texas.

By:  /s/ Christopher A. Lisy
Christopher A. Lisy

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  7/14/11       By:  _Susan Illston_
Hon. Susan Illston