IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: CONSECO LIFE INSURANCE CO.

No. MDL 10-2124 SI

**Third**
**PRETRIAL PREPARATION ORDER**

/

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT and Discovery Motions: October 28, 2011 at 3:00 p.m. Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is February 27, 2012

DESIGNATION OF EXPERTS: February 27, 2012 (expert reports due 3/12/12 ); REBUTTAL: March 26, 2012 (expert reports due 4/13/12)
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is May 18, 2012.

DISPOSITIVE MOTIONS **SHAL** be filed by June 8,2012;

Opp. Due July 10, 2012;  Reply Due August 7, 2012;

and set for hearing no later than September 7, 2012 at 9:00 AM.

PRETRIAL CONFERENCE DATE: September 19, 2012 at 3:30 PM.

JURY TRIAL DATE: October 9, 2012 at 8:30 AM.,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be  days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS: n/a
Counsel shall inform the Court by August 12, 2011 of the magistrate they wish to conduct a settlement conference.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 8/10/11

SUSAN ILLSTON
United States District Judge

**United States District Court**
For the Northern District of California