1  David J. Millstein (CSB #87878)
   Barbara L. Lyons (CSB #173548)
2  MILLSTEIN & ASSOCIATES
   100 The Embarcadero, Suite 200
3  San Francisco, CA  94105
   Telephone:     (415) 348-0348
4  Facsimile:     (415) 348-0336
   Email: dmillstein@millstein-law.com
5         blyons@millstein-law.com

6  Stephen A. Weisbrod (Admitted *pro hac vice*)
   August J. Matteis, Jr. (Admitted *pro hac vice*)
7  Kathleen Hale (Admitted *pro hac vice*)
   GILBERT LLP
8  1100 New York Ave., NW
   Suite 700
9  Washington, DC  20036
   Telephone:     (202) 772-2200
10 Facsimile:     (202) 772-3333
   Email  weisbrods@gotofirm.com
11 Email: matteisa@gotofirm.com
   Email: halek@gotofirm.com
12
   *Other Plaintiffs' counsel Appear on the Signature Page*
13

14                UNITED STATES DISTRICT COURT

15             FOR THE NORTHERN DISTRICT OF CALIFORNIA

16                     SAN FRANCISCO DIVISION

17

| | |
|---|---|
| | ) Case No.  3:10-md-02124-SI |
| | ) |
| | ) STIPULATION AND [~~PROPOSED~~] |
| **IN RE CONSECO LIFE INSURANCE CO.** | ) ORDER MODIFYING THE PAGE |
| **LIFE TREND INSURANCE MARKETING** | ) LIMITS FOR PLAINTIFFS' |
| **AND SALES PRACTICE LITIGATION** | ) OPPOSITION TO CONSECO LIFE'S |
| | ) MOTION TO DECERTIFY THE CLASS |
| | ) AND CONSECO LIFE'S REPLY IN |
| | ) SUPPORT OF THE MOTION TO |
| | ) DECERTIFY |
| | ) |

Pursuant to Civil Local Rule 7-12, Plaintiffs Cedric Brady, Charles Hovden, Marion Hovden, Eugene Kreps, John McNamara, Hisaji Sakai, and Bill W. McFarland (collectively, "Plaintiffs") and Defendant Conseco Life Insurance Company ("Conseco Life") respectfully submit this Stipulation and [Proposed] Order Modifying the Page Limits for Plaintiffs' Opposition to Conseco Life's Motion to Decertify the Class and Conseco Life's Reply in Support of the Motion to Decertify.

WHEREAS, on July 1, 2011, Conseco Life filed a Motion to Decertify the Class, ECF No. 185, challenging the Court's prior class certification order in light of the recent decision by the United States Supreme Court in *Wal-Mart Stores, Inc. v. Dukes*;

WHEREAS, pursuant to the Stipulation Concerning the Briefing Schedule and Hearing on Conseco Life's Motion to Decertify the Class, ECF No. 187, Plaintiffs' opposition to the Motion to Decertify is due on Friday, August 19, 2011, and Conseco Life's reply in support of the Motion to Decertify is due on September 16, 2011;

WHEREAS, Local Rule 7-4 imposes a page limit of twenty-five (25) pages on an opposition brief or memorandum and fifteen (15) pages on a reply brief or memorandum;

WHEREAS, because of the complexity, importance, and dispositive nature of issues raised by Conseco's Motion to Decertify, counsel for Plaintiffs and Conseco Life have conferred and agree to modify the page limits set forth in Local Rule 7-4.

IT THEREFORE IS STIPULATED AND AGREED, by and between the undersigned, as follows:

1. Plaintiffs may file an opposition memorandum to Conseco Life's Motion to Decertify not to exceed fifty (50) pages;

2. Conseco Life may file a reply memorandum in support of their Motion to Decertify not to exceed twenty-five (25) pages.

| | |
|---|---|
| Dated:  August 17, 2011 | _____/s/_____<br>Stephen A. Weisbrod (Admitted *pro hac vice*)<br>        weisbrods@gotofirm.com<br>August J. Matteis, Jr. (Admitted *pro hac vice*)<br>        matteisa@gotofirm.com<br>Kathleen Hale (Admitted *pro hac vice*)<br>        halek@gotofirm.com<br>GILBERT LLP<br>1100 New York Avenue, NW<br>Washington, DC  20005<br>Telephone:    (202) 772-2200<br>Facsimile:    (202) 772-1924<br><br>David J. Millstein (CSB #87878)<br>        dmillstein@millstein-law.com<br>Barbara L. Lyons (CSB #173548)<br>        blyons@millstein-law.com<br>MILLSTEIN & ASSOCIATES<br>100 The Embarcadero, Suite 200<br>San Francisco, CA  94105<br>Telephone    (415) 348-0348<br>Facsimile    (415) 348-0336<br><br>*Counsel for the Brady Plaintiffs*<br><br>Joseph J. Tabacco, Jr. (CSB #75484)<br>        jtabacco@bermandevalerio.com<br>Christopher T. Heffelfinger (CSB #118058)<br>        cheffelfinger@bermandevalerio.com<br>Bing Zhang Ryan (CSB #228641)<br>        BRyan@bermandevalerio.com<br>BERMAN DEVALERIO<br>One California Street, Suite 900<br>San Francisco, CA  94111<br>Telephone    (415) 433-3200<br>Facsimile    (415) 433-6382<br><br>*Counsel for McFarland*<br><br><br>_____/s/_____<br>James R. Carroll<br>David S. Clancy<br>Christopher A. Lisy<br>SKADDEN, ARPS, SLATE, MEAGHER &<br>        FLOM LLP<br>One Beacon Street, 31st Floor<br>Boston, MA  02108<br><br>*Attorneys for Conseco Life Insurance Company* |

– 2 –

Stipulation and [Proposed] Order Modifying the Page Limits for Opposition and Reply to Motion to Decertify                    3:10-md-02124-SI

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Stephen A. Weisbrod am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order 45.X.B, I hereby attest that the concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of August 2011 at Washington, DC.

                                            /s/
                                    Stephen A. Weisbrod (Admitted *pro hac vice*)

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ___8/19/11_____             _____
                                                         The Honorable Susan Y. Illston

**Certificate of Service**

I hereby certify that on August 17. 2011, a true and correct copy of the foregoing was delivered on the following counsel via electronic filing:

> Raoul Kennedy
> SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
> 525 University Avenue, Suite 1100
> Palo Alto, CA  94301
> Email:  Raoul.Kennedy@skadden.com
>
> James R. Carroll
> David S. Clancy
> Christopher A. Lisy
> SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
> One Beacon Street, 31st Floor
> Boston, MA  02108
> Email:  James.Carroll@skadden.com
> Email:  David.Clancy@skadden.com
> Email:  Christopher.Lisy@skadden.com

_____/s/_____
Stephen A. Weisbrod