RAOUL D. KENNEDY (STATE BAR NO. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570
Email: Raoul.Kennedy@skadden.com

JAMES R. CARROLL (*PRO HAC VICE*)
DAVID S. CLANCY (*PRO HAC VICE*)
CHRISTOPHER A. LISY (*PRO HAC VICE*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Beacon Street, 31st Floor
Boston, Massachusetts 02108
Telephone: (617) 573-4800
Facsimile: (617) 573-4822
Email: James.Carroll@skadden.com
Email: David.Clancy@skadden.com
Email: Christopher.Lisy@skadden.com

Attorneys for Defendant
Conseco Life Insurance Company

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CONSECO LIFE INSURANCE COMPANY LIFETREND INSURANCE SALES AND MARKETING LITIGATION | CASE NO.: 3:10-MD-02124-SI (EDL)<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER CONCERNING THE BRIEFING SCHEDULE OF AND HEARING ON PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF EMAILS** |

STIPULATION                                                                                     CASE NO.: 3:10-MD-02124-SI

| | |
|---|---|
| 1 | Pursuant to Civil Local Rules 6-2 and 7-12, plaintiffs Cedric Brady, Dr. Charles Hovden, |
| 2 | Dr. Marion Hovden, Dr. Eugene Kreps, Dr. John McNamara, Dr. Hisaji Sakai and Bill W. |
| 3 | McFarland ("Plaintiffs") and defendant Conseco Life Insurance Company ("Conseco Life") |
| 4 | respectfully submit this Stipulation And Proposed Order Concerning The Briefing Schedule Of |
| 5 | And Hearing On Plaintiffs' Motion To Compel The Production Of Emails. |
| 6 | WHEREAS, on November 10, 2011, Plaintiffs filed their Motion To Compel The |
| 7 | Production Of Emails (Docket No. 230) ("Motion To Compel"); |
| 8 | WHEREAS, Conseco Life's opposition to the Motion To Compel is due on November 28, |
| 9 | 2011 and Plaintiffs' reply is due on December 5, 2011; |
| 10 | WHEREAS, the Motion To Compel is scheduled for hearing on December 20, 2011; |
| 11 | WHEREAS, because counsel for Conseco Life have certain conflicts with this schedule, |
| 12 | counsel for Plaintiffs and Conseco Life have conferred and agree upon a modified briefing |
| 13 | schedule and hearing date; |
| 14 | THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the undersigned as |
| 15 | follows: |
| 16 | 1.   Conseco Life may file its opposition to Plaintiffs' Motion To Compel no later than |
| 17 | December 1, 2011; |
| 18 | 2.    Plaintiffs may file their reply no later than December 8, 2011; and |
| 19 | 3.   A hearing on Plaintiffs' Motion To Compel may be scheduled for January 10, 2012, |
| 20 | or at another time as the Court's schedule may permit. |

DATED: November 28, 2011                                    Gilbert LLP

By:  /s/ Craig Litherland
        Craig Litherland
Lead Counsel For Plaintiffs

| | | |
|---|---|---|
| DATED: November 28, 2011 | | Skadden, Arps, Slate, Meagher & Flom LLP |

By: /s/ Christopher A. Lisy
Raoul D. Kennedy
James R. Carroll (Admitted *Pro Hac Vice*)
David S. Clancy (Admitted *Pro Hac Vice*)
Christopher A. Lisy (Admitted *Pro Hac Vice*)

Attorneys for Defendant
Conseco Life Insurance Company

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Christopher A. Lisy, am the ECF User whose ID and password are being used to file this Stipulation And Proposed Order. In compliance with General Order 45.X.B, I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 28th day of November, 2011, at Boston, Massachusetts.

By: /s/ Christopher A. Lisy
Christopher A. Lisy

PURSUANT TO STIPULATION, IT IS SO ORDERED,

Dated: November 29, 2011          By: _____
Hon. Elizabeth D. Laporte