IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

No. C -10-MD-02124 SI (EDL)

IN RE CONSECO LIFE INSURANCE
COMPANY LIFETREND INSURANCE
SALES AND MARKETING LITIGATION

**ORDER PURSUANT TO STIPULATION**

_____/

Pursuant to the parties' stipulation filed on December 7, 2011 (Docket No. 243), the Court orders as follows. Conseco Life may file its opposition to Plaintiff's Motion to Compel no later than December 21, 2011. Plaintiffs may file their reply no later than December 28, 2011. A hearing on Plaintiffs' Motion to Compel is scheduled for January 10, 2012 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: December 9, 2011

_Elizabeth D. Laporte_
ELIZABETH D. LAPORTE
United States Magistrate Judge