RAOUL D. KENNEDY (STATE BAR NO. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570
Email: Raoul.Kennedy@skadden.com

JAMES R. CARROLL (*PRO HAC VICE*)
DAVID S. CLANCY (*PRO HAC VICE*)
CHRISTOPHER A. LISY (*PRO HAC VICE*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Beacon Street, 31st Floor
Boston, Massachusetts 02108
Telephone: (617) 573-4800
Facsimile: (617) 573-4822
Email: James.Carroll@skadden.com
Email: David.Clancy@skadden.com
Email: Christopher.Lisy@skadden.com

Attorneys for Defendant
Conseco Life Insurance Company

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CONSECO LIFE INSURANCE COMPANY LIFETREND INSURANCE SALES AND MARKETING LITIGATION | CASE NO.: 3:10-MD-02124-SI<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER CONCERNING THE BRIEFING SCHEDULE OF AND HEARING ON PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT** |

STIPULATION                                                                 CASE NO.: 3:10-MD-02124-SI

Pursuant to Civil Local Rules 6-2 and 7-12, plaintiffs Cedric Brady, Dr. Charles Hovden, Dr. Marion Hovden, Dr. Eugene Kreps, Dr. John McNamara and Dr. Hisaji Sakai ("Plaintiffs") and defendant Conseco Life Insurance Company ("Conseco Life") respectfully submit this Stipulation And Proposed Order Concerning The Briefing Schedule Of And Hearing On Plaintiffs' Motion For Leave To Amend The Complaint.

WHEREAS, on December 8, 2011, Plaintiffs filed a Motion For Leave To File Second Amended Complaint (Docket No. 248) ("Motion To Amend The Complaint");

WHEREAS, Conseco Life's opposition is due on December 22, 2011 and Plaintiffs' reply is due on December 29, 2011;

WHEREAS, The Motion To Amend The Complaint is scheduled for hearing on January 13, 2012;

WHEREAS, on December 19, 2011, Conseco Life filed an Ex Parte Application For Two-Week Extension Of Briefing And Hearing Schedule On Plaintiffs' Motion To Amend The Complaint (Docket No. 250) ("Ex Parte Application") seeking a modified briefing and hearing schedule in light of the present case activity, the upcoming holidays, and certain personal and professional commitments of Conseco Life's attorneys;

WHEREAS, Plaintiffs and Conseco Life have since agreed to the modified briefing schedule and hearing date sought in Conseco Life's Ex Parte Application;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the undersigned as follows:

1.  Conseco Life may file its opposition to Plaintiffs' Motion To Amend The Complaint no later than January 6, 2012;

2.  Plaintiffs may file their reply no later than January 18, 2012;

3.  A hearing on Plaintiffs' Motion To Amend The Complaint may be scheduled for January 27, 2012, or at another time as the Court's schedule may permit; and, therefore,

4.  Conseco Life respectfully withdraws its Ex Parte Application.

| | |
|---|---|
| DATED:  December 21, 2011 | Gilbert LLP |
| | By:  /s/ Craig Litherland |
| | Craig Litherland |
| | Lead Counsel For Plaintiffs |
| | |
| DATED:  December 21, 2011 | Skadden, Arps, Slate, Meagher & Flom LLP |
| | By:  /s/ Christopher A. Lisy |
| | Raoul D. Kennedy |
| | James R. Carroll (Admitted *Pro Hac Vice*) |
| | David S. Clancy (Admitted *Pro Hac Vice*) |
| | Christopher A. Lisy (Admitted *Pro Hac Vice*) |
| | Attorneys for Defendant |
| | Conseco Life Insurance Company |

### ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Christopher A. Lisy, am the ECF User whose ID and password are being used to file this Stipulation And Proposed Order.  In compliance with General Order 45.X.B, I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of December, 2011, at Boston, Massachusetts.

By:  /s/ Christopher A. Lisy
Christopher A. Lisy

PURSUANT TO STIPULATION, IT IS SO ORDERED,

Dated:  12/21/11          By:  _[signature]_
Hon. Susan Illston