David J. Millstein (CSB #87878)
MILLSTEIN & ASSOCIATES
100 The Embarcadero Suite 200
San Francisco, California 94105
Telephone: (415) 348-0348
Facsimile: (415) 348-0336
Email: dmillstein@millstein-law.com

Craig J. Litherland (*Pro Hac Vice*)
Andrea K. Hopkins (*Pro Hac Vice*)
Michelle A. Price (*Pro Hac Vice*)
Emily P. Grim (*Pro Hac Vice*)
GILBERT LLP
1100 New York Avenue, NW, Suite 700
Washington, DC 20005
Telephone: (202) 772-2200
Facsimile: (202) 772-3333
Email: litherlandc@gotofirm.com
Email: hopkinsa@gotofirm.com
Email: pricem@gotofirm.com
Email: grime@gotofirm.com

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |
|---|---|
| IN RE CONSECO LIFE INSURANCE COMPANY LIFETREND INSURANCE SALES AND MARKETING LITIGATION | CASE NO.: 3:10-md-2124 SI (EDL)<br><br>ALL CASES<br><br>**STIPULATION AND [PROPOSED] ORDER RESOLVING PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS PROVIDED TO REGULATORS** |

Pursuant to Civil Local Rule 7-12, Plaintiffs and defendant Conseco Life Insurance Company ("Conseco Life") respectfully submit this Stipulation And [Proposed] Order Concerning Plaintiffs' Motion To Compel Production Of Documents Provided To Regulators:

WHEREAS, on May 21, 2012, Plaintiffs filed their Motion To Compel Production Of Documents Provided To Regulators (Docket No. 337; the "Motion");

WHEREAS, on June 4, 2012, Conseco Life filed its opposition to Plaintiffs' Motion (Docket No. 347), and on June 11, 2012, Plaintiffs filed their reply in further support of their Motion (Docket No. 351);

WHEREAS, counsel for Plaintiffs and counsel for Conseco Life have conferred further and reached the following agreement, which obviates the need for a ruling on Plaintiffs' motion at this time;

IT IS THEREFORE STIPULATED AND AGREED, by and between the undersigned, as follows:

1. <u>As to documents listed on Conseco Life's March 2, 2012 privilege log concerning withheld emails, and Conseco Life's March 2, 2012 privilege log concerning redacted emails (the "March 2, 2012 privilege logs"):</u>

    (a) On June 14, 2012 and June 15, 2012, Conseco Life, through its undersigned outside counsel, produced additional regulator communications, after running an electronic search of logged documents using the terms "Szumowski," "Humphries," "Gergen," "Koppin," "Murphy," "Wohlbach," "Neill," "Harpenau," "Orndorff," ".gov," and ".us," and after manually reviewing each document identified by that electronic search.

    (b) Pursuant to this Stipulation, Conseco Life's outside counsel will promptly run an electronic search on all documents identified in the March 2, 2012 privilege logs, with the exception of the documents identified pursuant to the electronic search identified in ¶ 1(a) (and thereafter manually reviewed), using the following additional search terms: "Atterholt,"

"jatterholt@idoi.in.gov," "Beckley," "jeffbeckley@indy.rr.com," "Bennett," "jim.bennett@floir.com," "Dinius," "mdinius@noblecon.net," "Eft," "reft@noblecon.net," "green," "joel.green@nebraska.gov," "Hughes," "damion.hughes@dora.state.co.us," "Joens," "nicole.joens@floir.com," "Kattman," "jkattman@noblecon.net," "Meade," "rosanne.mead@iid.iowa.gov," "Moskowits," "david.moskowits@tdi.state.tx.us," "Mumford," "jim.mumford@iid.iowa.gov," "Parr," "Regan," "matthew.c.regan@state.ma.us," "Swan," "kurt.swan@ct.gov," "Webb," "dwebb@idoi.in.gov," "Whitfield," "whitfieldj@insurance.ca.gov," "bknabel@noblecon.net," "Jeffers," and "jennan@earthlink.net."

    (c) Promptly upon completion of that search, Conseco Life's outside counsel will inform Plaintiffs of the number of documents returned by the electronic search described in ¶ 1(b).

    (d) Conseco Life's outside counsel will individually review each document returned by the electronic search described in ¶ 1(b).

    (e) To the extent a document reviewed in ¶ 1(d) is determined to contain a communication with a state insurance regulator, it will be produced with that communication not redacted (but with any privileged communication in the document redacted), and Conseco Life's March 2, 2012 privilege logs will be updated accordingly.

    (f) This re-review and production will be completed by July 11, 2012.

2. As to documents listed on Conseco Life's February 10, 2012 privilege log:

    (a) Conseco Life's outside counsel will confer with the following individuals (who had a role with respect to communicating with state insurance regulators) concerning what types or categories of documents were provided

2

STIPULATION AND [PROPOSED] ORDER    CASE NO.: 3:10-md-2124 SI (EDL)
RESOLVING PLAINTIFFS' MOTION TO COMPEL
PRODUCTION OF DOCUMENTS PROVIDED TO REGULATORS

to state insurance regulators: Eric Cochran; William Fritts; Christopher Nickele; Christopher Rigsbee; Frank Scuglik; and Keith Turner.

    (b) On the basis of the information learned during those conferences, Conseco Life's outside counsel will individually re-review each document listed on the February 10, 2012 privilege log, except for those documents in the following categories: minutes and agendas of internal meetings; notes of internal meetings; documents containing handwritten attorney comments; and exam responses clearly marked as drafts.

    (c) To the extent a document reviewed in ¶ 2(b) is determined to have been provided to a state insurance regulator, Conseco Life will produce that document, and Conseco Life's February 10, 2012 log will be updated accordingly.

    (e) This re-review and production will be completed by July 11, 2012, and Conseco Life, through its outside counsel, will contemporaneously notify Plaintiffs (i) that each of the steps set forth herein has been taken; and (ii) that it accordingly believes a reasonable, good faith effort has been made to determine which of the documents on the February 10, 2012 privilege log were provided to regulators.

3. On the basis of this Stipulation, Plaintiffs do not press for any further relief on their Motion as this time, but Plaintiffs reserve the right to press that Motion in the future to the extent they contend that this Stipulation has not been complied with.

| | |
|---|---|
| 1  Dated: June 25, 2012 | Respectfully submitted, |
| 2 | _____/s/_____ |
| 3 | Craig J. Litherland (Pro Hac Vice) |
|   | Andrea K. Hopkins (Pro Hac Vice) |
|   | Michelle A. Price (Pro Hac Vice) |
| 4 | Emily P. Grim (Pro Hac Vice) |
|   | GILBERT LLP |
| 5 | 1100 New York Avenue, NW, Suite 700 |
|   | Washington, DC 20005 |
| 6 | Telephone: (202) 772-2200 |
|   | Facsimile: (202) 772-3333 |
| 7 | Email: litherlandc@gotofirm.com |
|   | Email: hopkinsa@gotofirm.com |
| 8 | Email: pricem@gotofirm.com |
|   | Email: grime@gotofirm.com |

David J. Millstein (CSB #87878)
MILLSTEIN & ASSOCIATES
100 The Embarcadero Suite 200
San Francisco, CA 94105
Telephone: (415) 348-0348
Facsimile: (415) 348-0336
Email: dmillstein@millstein-law.com

Joseph J. Tabacco, Jr. (CSB #75484)
Christopher T. Heffelfinger (CSB #118058)
Bing W. Ryan (CSB #228641)
BERMAN DEVALERIO
Once California Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: jtabacco@bermandevalerio.com
Email: cheffelfinger@bermandevalerio.com
Email: bryan@bermandevalerio.com

Attorneys for Plaintiffs

4

|   |   |
|---|---|
| 1 | /s/ |
| 2 | RAOUL D. KENNEDY (State Bar No. 40892)<br>Skadden, Arps, Slate, Meagher & Flom LLP |
| 3 | 525 University Avenue, Suite 1100<br>Palo Alto, California 94301 |
| 4 | Telephone: (650) 470-4500<br>Facsimile: (650) 470-4570 |
| 5 | Email: Raoul.Kennedy@skadden.com |

                          /s/
RAOUL D. KENNEDY (State Bar No. 40892)
Skadden, Arps, Slate, Meagher & Flom LLP
525 University Avenue, Suite 1100
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570
Email: Raoul.Kennedy@skadden.com

JAMES R. CARROLL (Pro Hac Vice)
DAVID S. CLANCY (Pro Hac Vice)
CHRISTOPHER A. LISY (Pro Hac Vice)
ABRA C. BRON (Pro Hac Vice)
Skadden, Arps, Slate, Meagher & Flom LLP
One Beacon Street, 31st Floor
Boston, Massachusetts 02108
Telephone: (617) 573-4800
Facsimile: (617) 573-4822
Email:  James.Carroll@skadden.com
Email:  David.Clancy@skadden.com
Email:  Christopher.Lisy@skadden.com
Email:  Abra.Bron@skadden.com

Attorneys for Defendant
Conseco Life Insurance Company

## ATTESTATION PURSUANT TO GENERAL ORDER 45

     I, Michelle A. Price, am the ECF User whose ID and password are being used to file this Stipulation And Proposed Order.  In compliance with General Order 45.X.B, I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 25th day of June 2012, at Washington, DC.

                          /s/
Michelle A. Price

PURSUANT  TO STIPULATION, IT IS SO ORDERED,

Dated:  June 25, 2012

Hon. Elizabeth D. Laporte
United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*

5
STIPULATION AND [PROPOSED] ORDER
RESOLVING PLAINTIFFS' MOTION TO COMPEL
PRODUCTION OF DOCUMENTS PROVIDED TO REGULATORS

CASE NO.: 3:10-md-02124-SI (EDL)