David J. Millstein (CSB #87878)
MILLSTEIN & ASSOCIATES
100 The Embarcadero Suite 200
San Francisco, California 94105
Telephone:  (415) 348-0348
Facsimile:  (415) 348-0336
Email:  dmillstein@millstein-law.com

Craig J. Litherland (admitted *Pro Hac Vice*)
Andrea K. Hopkins (admitted *Pro Hac Vice*)
Michelle A. Price (admitted *Pro Hac Vice*)
Emily P. Grim (admitted *Pro Hac Vice)*
Daniel I. Wolf (admitted *Pro Hac Vice*)
GILBERT LLP
1100 New York Avenue, NW, Suite 700
Washington, DC 20005
Telephone:  (202) 772-2200
Facsimile:  (202) 772-3333
Email:  litherlandc@gotofirm.com
Email:  hopkinsa@gotofirm.com
Email:  pricem@gotofirm.com
Email:  grime@gotofirm.com
Email:  wolfd@gotofirm.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE CONSECO LIFE INSURANCE CO. LIFETREND INSURANCE MARKETING AND SALES PRACTICES LITIGATION** | **Case No. 3:10-md-02124-SI**<br><br>**DECLARATION OF ANDREA K. HOPKINS IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**Date:  December 7, 2012**<br>**Time: 9:00 a.m.**<br>**Judge: United States District Judge**<br>**          Susan Illston**<br>**          Courtroom 10, 19th Floor** |

1     I, Andrea Hopkins, declare as follows pursuant to 28 U.S.C. § 1746:

2     1.      I am an attorney at Gilbert LLP and counsel for the Plaintiffs in the above-captioned matter. I submit this declaration in support of Plaintiffs' Motion for Partial Summary Judgment.

3     2.      Attached as Exhibit 1 to this Declaration is a true and accurate copy of the Lifetrend Policy issued to Cedric Brady.

4     3.      Attached as Exhibit 2 to this Declaration is a true and accurate copy of the Lifetrend 3 Rate Card and Specifications, produced to Plaintiffs by Conseco.

5     4.      Attached as Exhibit 3 to this Declaration is a true and accurate copy of the Lifetrend 4 Rate Card and Specifications, produced to Plaintiffs by Conseco.

6     5.      Attached as Exhibit 4 to this Declaration is a true and accurate copy of Defendant Conseco Life Insurance Company's Responses and Objections to Plaintiffs' Fourth Set of Requests for Admission.

7     6.      Attached as Exhibit 5 to this Declaration is a true and accurate copy of the Product Specifications for Lifetrend III, produced to Plaintiffs by Conseco.

8     7.      Attached as Exhibit 6 to this Declaration is a true and accurate copy of the Product Specifications for Lifetrend IV, produced to Plaintiffs by Conseco.

9     8.      Attached as Exhibit 7 to this Declaration is a true and accurate copy of the Response to the Minnesota Department of Commerce Requests dated 10/28/2010, produced to Plaintiffs by Conseco.

10    9.      Attached as Exhibit 8 to this Declaration is a true and accurate copy of excerpts of the July 12, 2012 deposition of Christopher J. Nickele.

11    10.     Attached as Exhibit 9 to this Declaration is a true and accurate copy of a letter from Conseco Life Insurance Company regarding the Lifetrend Policy issued to Charles Hovden dated October 7, 2008.

12    11.     Attached as Exhibit 10 to this Declaration is a true and accurate copy of a letter from Mitchell Williams to Ms. Nicole Joens of the Florida Office of Insurance Regulation dated December 12, 2008, produced to Plaintiffs by Conseco.

1    12.    Attached as Exhibit 11 to this Declaration is a true and accurate copy of excerpts of the November 18, 2009 deposition of Keith Donald Turner.

13.    Attached as Exhibit 12 to this Declaration is a true and accurate copy of the Regulatory Settlement Agreement, produced to Plaintiffs by Conseco.

14.    Attached as Exhibit 13 to this Declaration is a true and accurate copy of a letter from Conseco Life Insurance Company to Cedric Brady dated December 19, 2008.

15.    Attached as Exhibit 14 to this Declaration is a true and accurate copy of the Regulatory Settlement Exhibit G – Details, produced to Plaintiffs by Conseco.

16.    Attached as Exhibit 15 to this Declaration is a true and accurate copy of the Lifetrend Current Annual COIs per $1,000 dated August 28, 2008, produced to Plaintiffs by Conseco.

17.    Attached as Exhibit 16 to this Declaration is a true and accurate copy of excerpts from the August 23, 2012 30(b)(6) deposition of Conseco Life Insurance Company by representative Gregory Turner.

18.    Attached as Exhibit 17 to this Declaration is a true and accurate copy of the Summarized Milliman Analysis Results with Sensitivity Testing, produced to Plaintiffs by Conseco.

19.    Attached as Exhibit 18 to this Declaration is a true and accurate copy of excerpts of the July 20, 2012 deposition of Bruce Winterhof.

20.    Attached as Exhibit 19 to this Declaration is a true and accurate copy of a Sources of Earnings Statement prepared by Conseco at the request of Plaintiffs' Counsel, produced to Plaintiffs by Conseco.

21.    Attached as Exhibit 20 to this Declaration is a true and accurate copy of a Memorandum from Tom Wohlbach to Barb Szumowski, Florida Office of Insurance Regulation, dated October 15, 2009, produced to Plaintiffs by Conseco.

22.    Attached as Exhibit 21 to this Declaration is a true and accurate copy of Home Office – Lifetrend 3 & 4 / NGE Changes / Conseco Life Insurance Company / 10/22/2008, produced to Plaintiffs by Conseco.

1   23.     Attached as Exhibit 22 to this Declaration is a true and accurate copy of an email from Keith Turner to Timothy Tongson, Jill Kirk, and John Richardson dated March 7, 2011, produced to Plaintiffs by Conseco.

24.     Attached as Exhibit 23 to this Declaration is a true and accurate copy of excerpts from the November 19, 2009 deposition of Frank S. Scuglik.

25.     Attached as Exhibit 24 to this Declaration is a true and accurate copy of excerpts from the June 22, 2012 deposition of Mark Alberts.

26.     Attached as Exhibit 25 to this Declaration is a true and accurate copy of a Memorandum from John Humphries and Tom Wohlbach to Barb Szumowski, Florida Office of Insurance Regulation, dated December 9, 2009, produced to Plaintiffs by Conseco.

27.     Attached as Exhibit 26 to this Declaration is a true and accurate copy of the Lifetrend Analysis, Fix, Focus, and Grow Presentation dated April 27, 2009, produced to Plaintiffs by Conseco.

28.     Attached as Exhibit 27 to this Declaration is a true and accurate copy of excerpts from the June 6, 2012 deposition of Nick Graner.

29.     Attached as Exhibit 28 to this Declaration is a true and accurate copy of Response to Request for Exam Information, produced to Plaintiffs by Conseco.

30.     Attached as Exhibit 29 to this Declaration is a true and accurate copy of a Memorandum to the 2008 Asset Adequacy File dated February 6, 2009,

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed at Washington, D.C., on September 27, 2012.

                        /s/

                      Andrea K. Hopkins