# Exhibit 1

### to Declaration of Andrea Hopkins in Support of Motion for Partial Summary Judgment



## MASSACHUSETTS GENERAL LIFE
### Insurance Company
A STOCK COMPANY/HEREINAFTER CALLED THE COMPANY
Boston, Massachusetts

This policy is a legal contract between the Company and the owner. READ YOUR POLICY CAREFULLY.

Upon receipt by the Company at its principal office of due proof that the insured died while this policy was in force, the Company will pay the proceeds immediately to the beneficiary.

All payments are subject to all of the provisions of this and the following pages of this policy signed on the Date of Issue at its Administrative Office, Englewood, Colorado. This policy is issued in consideration of the application and payment of the initial premium.

President

Secretary

NOTICE OF 20 DAY RIGHT TO EXAMINE THE POLICY

This policy may be cancelled by delivering or mailing the policy to Massachusetts General Life Insurance Company or to the insurance agent through whom it was effected before midnight of the twentieth day after receipt of such policy by the applicant. Upon such delivery or mailing, the policy shall be void from the beginning. Notice given by mail and return of the policy or contract by mail are effective on being postmarked, properly addressed and postage prepaid. The Company must return all payments made for this policy within ten days after it receives notice of cancellation and the returned policy.

ENDOWMENT AT AGE 95 LIFE INSURANCE. PROCEEDS PAYABLE AT DEATH. PROCEEDS MAY EXCEED GUARANTEED MINIMUM SUM INSURED. PREMIUMS PAYABLE DURING THE PREMIUM PERIOD SHOWN ON A POLICY DATA PAGE OR UNTIL PRIOR DEATH. OPTIONAL PREMIUM PAYMENT PROVISION AVAILABLE AFTER FIFTH POLICY YEAR. PREMIUMS ALLOCATED TO COST OF INSURANCE. BALANCE ACCUMULATING AT INTEREST IN AN ACCUMULATION ACCOUNT WHICH WILL VARY IN VALUE BASED UPON THE AMOUNT OF INTEREST CREDITED. CASH VALUE MAY EXCEED STATUTORY MINIMUM CASH VALUE. NON-PARTICIPATING — NO DIVIDENDS APPLICABLE

NP-END-86

BRD000001

## ALPHABETICAL GUIDE

| | |
|---|---|
| Additional Interest ..................... page 11 | Loan Interest Rate Change ........... page 7 |
| Age ................................. page 13 | Loan Value ......................... page 7 |
| Annual Report .................. ........ page 13 | Monthly Cost of Insurance ............ page 9 |
| Assignment........................ page 6, 11 | Monthly Cost of |
| Basis of Computations .............. page 9 | Insurance Rates................ page 9 |
| Beneficiary ......................... page 6 | Monthly Deduction .................. page 9 |
| Cash Value .......................... page 9 | Non-Participating.................... page 13 |
| Change in Payments ................ page 11 | Owner............................. page 6 |
| Claims of Creditors ................ page 11 | Owner and Beneficiary Change ...... page 6 |
| Date of Issue ....................... page 3 | Payments ......................... page 11 |
| Death of Beneficiary ................. page 6 | Payment of Proceeds ............... page 13 |
| Effective Date of Coverage........... page 13 | Policy Date ......................... page 13 |
| Election of Options ................. page 10 | Policy Loan ........................ page 7 |
| Elections, Designations, | Premium Class ...................... page 13 |
| Changes and Requests ........ page 13 | Proceeds........................... page 7, 13 |
| Entire Contract ...................... page 12 | Projection of Benefits and Values .... page 13 |
| Expense Charges ................... page 5 | Reinstatement ...................... page 6 |
| Error in Age or Sex ................. page 13 | Repayment ......................... page 8 |
| Grace Period ....................... page 6 | Simultaneous Death ................. page 6 |
| Guaranteed Maximum Monthly | Suicide Exclusion .................... page 13 |
| Mortality Charges ............. page 10 | Surrender Charge ................... page 9 |
| Guaranteed Values ..... ........... page 9 | Table of Guaranteed Policy Values . page 4 |
| Incontestability ................... page 13 | Table of Minimum Death Benefit ..... page 5 |
| Indebtedness ....................... page 7 | Table of Surrender Charges ......... page 5 |
| Initial Premium ...................... page 6 | Termination of Policy ............... page 8, 13 |
| Interest Credits ..................... page 8 | Where Payable ..................... page 6 |
| Loan Interest ....................... page 7 | Withdrawal ......................... page 11 |

## POLICY PROVISIONS

| | |
|---|---|
| Accumulation Account .......... ....page 8 | Owner, Beneficiary and |
| Death Benefit ................ .....page 7 | Assignment ................ page 6 |
| General Provisions ............... page 12 | Premium Payments, Grace Period |
| Policy Loans ............. .........page 7 | and Reinstatement ........... page 6 |
| Non-Forfeiture Provision .......... page 9 | Settlement Options Provision ...... page 10 |
| Optional Premium Payment ........ page 9 | |

## OPTIONAL BENEFITS

If you have purchased any optional benefits, they will be listed in the Benefit Description section of a
Policy Data Page and the rider providing the benefit will be inserted in the contract.

BRD000002

| | | | |
|---|---|---|---|
| American Life and Casualty Ins. Co. | Bankers National Life Ins. Co. | Great American Reserve Ins. Co. | Jefferson National Life Ins. Co. of Texas |
| P.O. Box 1976 • 1-800-544-0467 | P.O. Box 1911 • 1-800-888-4918 | P.O. Box 1911 • 1-800-888-4918 | P.O. Box 1911 • 1-800-888-4918 |
| Lamar Life Ins. Co. | Lincoln American Life Ins. Co. | Massachusetts General Life Ins. Co. | National Fidelity Life Ins. Co. |
| P.O. Box 1965 • 1-800-366-5542 | P.O. Box 1911 • 1-800-888-4918 | P.O. Box 1963 • 1-800-525-7662 | P.O. Box 1911 • 1-800-888-4918 |
| Philadelphia Life Ins. Co. | Vulcan Life Ins. Co. | Wabash Life Ins. Co. | |
| P.O. Box 1963 • 1-800-525-7662 | P.O. Box 1977 • 1-800-544-0467 | P.O. Box 1963 • 1-800-525-7662 | |

## CONSECO COMPANIES • CARMEL, IN • 46032

Cedric T. Brady
14 Martha Rd.
Orinda, CA 94563

DATE: 11-7-97

POLICY NO.: 10 PM005886

INSURED: Cedric T. Brady

OWNER:

In response to your request, we are pleased to provide the following information:

☐ ACCUMULATED VALUE = $ _____

☐ ANNIVERSARY DATE: ___/___/___

DIVIDENDS ON DEPOSIT: + $ _____

☐ DIVIDEND OPTION: _____

CASH VALUE OF PAID-UP

☐ CURRENT FACE AMOUNT OF PAID-UP ADDITIONAL

ADDITIONAL INSURANCE: + $ _____

INSURANCE OR ONE-YEAR TERM INSURANCE:

_____ + $ _____

$ _____

LOAN: - $ _____

☐ LOAN VALUE AVAILABLE AS OF:

SURRENDER CHARGE: - $ _____

___/___/___ = $ _____

NET CASH VALUE AS OF:

(Less interest from date of loan to next anniversary)

___/___/___ = $ _____

☐ AMOUNT TO ELIMINATE INDEBTEDNESS IF RECEIVED IN

☐ PREMIUM PAID TO DATE: ___/___/___

OUR OFFICE BY:

☐ MODE: _____ PREMIUM: $ _____

___/___/___ = $ _____

☐ FACE AMOUNT: $ _____

☐ PAID-UP AS OF: ___/___/___

☐ ASSIGNMENT: _____

☐ MATURES/EXPIRES AS OF: ___/___/___

☐ EXTENDED TERM INSURANCE: $ _____

☒ BENEFICIARY(IES): Susan M. Brady

AS OF: ___/___/___ TO EXPIRE ___/___/___

☐ REDUCED PAID-UP INSURANCE AS OF:

☐ PLAN OF COVERAGE: _____

___/___/___ = $ _____

☒ Contingent beneficiary - Brady Family Living Trust
☐

If you have any additional questions, please contact our office or your representative.

Holly M. Burke
Client Services Department

CC: _____

BRD000003

```
MASSACHUSETTS GENERAL              DATE:  12/15/87
  LIFE INS. CO.          POLICY NUMBER:  LO*M005585
2887 EAST BELLEVIEW
ENGLEWOOD, CO.  80111
```

          STATEMENT OF POLICY COST AND BENEFIT INFORMATION

                    PREPARED FOR: CEDRIC T BRADY
                    AGE BASIS: 45   MALE
                    ISSUE BASIS: SELECT NON-SMOKER

BASIC POLICY    ENDOWMENT AT AGE 95 LIFE INSURANCE. PROCEEDS PAYABLE AT
                DEATH, PRIOR TO AGE 95. NON-PARTICIPATING. NO DIVIDENDS
                APPLICABLE.

IMPORTANT       THE  PROJECTED  RESULTS  OF  YOUR  INSURANCE  PROGRAM  MAY
NOTICE          CHANGE DRASTICALLY WITH VARIATIONS IN THE INTEREST RATES,
                MORTALITY RATES (RISK CHARGES),  EXPENSE FACTORS, AND THE
                FREQUENCY,  TIMING AND  AMOUNT OF  YOUR PREMIUM PAYMENTS.
                YOU SHOULD READ  AND STUDY YOUR POLICY AND POLICY SUMMARY
                VERY CAREFULLY.

| POLICY YEAR | ANNUALIZED PREMIUM* | CASH VALUE END OF YEAR GUARANTEED | CASH VALUE END OF YEAR PROJECTED** | DEATH BENEFIT END OF YEAR GUARANTEED | DEATH BENEFIT END OF YEAR PROJECTED |
|---|---|---|---|---|---|
| 01 | 10,000.00 | 0 | 0 | 420,675 | 420,675 |
| 02 | 10,000.00 | 0 | 0 | 420,675 | 420,675 |
| 03 | 10,000.00 | 5,049 | 6,489 | 420,675 | 420,675 |
| 04 | 10,000.00 | 15,359 | 18,190 | 420,675 | 420,675 |
| 05 | 10,000.00 | 18,090 | 30,851 | 420,675 | 420,675 |
| 06 | 10,000.00 | 24,620 | 44,577 | 420,675 | 420,675 |
| 07 | 10,000.00 | 31,372 | 59,415 | 420,675 | 420,675 |
| 08 | 10,000.00 | 34,123 | 75,463 | 420,675 | 420,675 |
| 09 | 10,000.00 | 46,295 | 94,837 | 420,675 | 420,675 |
| 10 | 10,000.00 | 53,547 | 115,890 | 420,675 | 420,675 |
| 11 | 10,000.00 | 61,439 | 135,588 | 420,675 | 420,675 |
| 12 | 10,000.00 | 68,951 | 166,507 | 420,675 | 468,345 |
| 13 | 10,000.00 | 93,351 | 261,557 | 420,675 | 645,561 |
| 17 | 10,000.00 | 110,218 | 393,141 | 420,675 | 781,174 |
| 20 | 10,000.00 | 135,879 | 511,233 | 420,675 | 1,047,005 |
| AGE 60 | 10,000.00 | 93,351 | 261,557 | 420,675 | 645,561 |
| AGE 65 | 10,000.00 | 135,879 | 511,233 | 420,675 | 1,047,005 |

*    ASSUMES THE ANNUAL PREMIUM IS PAID ANNUALLY.

**   PROJECTED CASH VALUES REFLECT TERM CHARGES AND INTEREST RATES  AT
     CURRENT LEVELS. PRESENTLY THE COMPANY IS CREDITING INTEREST AT THE
     RATE OF  8.75 PERCENT PER YEAR.

BASED ON GUARANTEED VALUES THE POLICY MATURES AT AGE  95 FOR THE GUARAN-
TEED CASH VALUE.

BASED ON PROJECTED VALUES THE POLICY MATURES AT AGE  95 FOR THE PROJECTED
CASH VALUE.

THE GUARANTEED CASH VALUE IS BASED UPON THE MINIMUM GUARANTEED INTEREST
RATE OF 4.50 PERCENT AND WOULD ONLY BE APPLICABLE IN THE EVENT 75
PERCENT OF THE 90-DAY TIME CERTIFICATE OF DEPOSIT INTEREST RATE OF THE
CHEMICAL BANK OF NEW YORK DROPPED BELOW 4.50 PERCENT.

NP-END-86

NOTE:  THE TAX STATUS OF THIS POLICY AS IT APPLIES TO THE OWNER OF THIS
POLICY SHOULD BE REVIEWED EACH YEAR.

|  | NET PAYMENT COST INDEX* | | SURRENDER COST INDEX* | |
|---|---|---|---|---|
|  | GUARANTEED | PROJECTED | GUARANTEED | PROJECTED |
| YEAR 10 | 23.77 | 23.77 | 14.08 | 0.62 |
| YEAR 20 | 23.77 | 19.82 | 14.87 | - 3.37 |

GUARANTEED COST INDICES ARE BASED UPON GUARANTEED RATES OF INTEREST AND
MORTALITY.  PROJECTED COST INDICES ARE BASED UPON CURRENT RATES OF
INTEREST AND MORTALITY.

* EXPLANATIONS OF THE INTENDED USE OF THESE INDEXES ARE PROVIDED IN THE
  LIFE INSURANCE BUYERS GUIDE.

     POLICY LOAN INTEREST RATE IF ON FIXED BASIS IS 6.54% PER YEAR IF
     PAYABLE IN ADVANCE OR 7% IF PAYABLE IN ARREARS.  IF ON A VARIABLE
     RATE IS BASED ON A PUBLISHED AVERAGE WHICH IS THE  MONTHLY AVERAGE
     OF THE COMPOSITE YIELD ON  SEASONED CORPORATE BONDS AS PUBLISHED BY
     MOODY'S INVESTORS SERVICES, INC.

INTEREST WILL BE APPLIED ON BORROWED AMOUNTS EQUAL TO 4 1/2% IF ON A FIXED
LOAN INTEREST BASIS OR IF ON A VARIABLE LOAN RATE THE POLICY LOAN
INTEREST RATE LESS TWO AND ONE-HALF PERCENT (2 1/2%).

THIS DISCLOSURE IS FOR YOUR PROTECTION.  IT PROVIDES BASIC INFORMATION
ABOUT THE COST AND COVERAGE OF THIS POLICY.  READ IT CAREFULLY.  IT IS
NOT AN OFFER TO CONTRACT AND DOES NOT ALTER OR MODIFY ANY POLICY OR
RIDER.

THIS DISCLOSURE  IS  NOT  A  POLICY NOR  A PART  OF  THE  POLICY  WHOSE
NUMBER APPEARS ABOVE.  REFERENCE SHOULD BE MADE  TO THE POLICY FOR THE
OBLIGATIONS AND BENEFITS APPLICABLE TO EACH OF, THE OWNER OF THE POLICY
AND TO THE COMPANY.

AS DESCRIBED IN YOUR POLICY, THE FOLLOWING PROVISIONS APPLY:

   1)  THERE IS AN EXPENSE CHARGE OF   $2.50 PER MONTH WHICH MAY BE
       INCREASED TO A MAXIMUM OF $5.00 PER MONTH UPON PRIOR WRITTEN
       NOTIFICATION.

   2)  DURING THE FIRST TWO POLICY YEARS ONLY THERE IS AN ADDITIONAL
       MONTHLY EXPENSE CHARGE OF   $5.19 PER $1,000 OF INITIAL SUM
       INSURED.

   3)  THERE IS A SURRENDER CHARGE AS FOLLOWS  WHICH IS DEDUCTED FROM
       THE ACCUMULATION ACCOUNT IF THE POLICY IS SURRENDERED.

| YEAR | SURRENDER CHARGE | YEAR | SURRENDER CHARGE |
|---|---|---|---|
| 1-10 | 12,462.53 | 16 | 4,985.01 |
| 11 | 11,266.27 | 17 | 3,738.76 |
| 12 | 9,970.02 | 18 | 2,492.51 |
| 13 | 8,723.77 | 19 | 1,242.25 |
| 14 | 7,477.52 | 20 & THEREAFTER | NONE |
| 15 | 6,231.26 | | |

AGENT:    423VDG2
ADDRESS:  933 MACARTHUR BLVD.

          SAN LEANDRO    CA  94577

NP-END-86

POLICY DATA PAGE

INSURED CEDRIC T BRADY                     10PM005586   POLICY NUMBER
    AGE   45 - MALE                  DECEMBER 15, 1987   DATE OF ISSUE
    PLAN   ENDOWMENT AT AGE 95           $420,676   GUARANTEED MINIMUM SUM INSURED

| FORM NUMBER | BENEFIT DESCRIPTION | SUM INSURED | BENEFIT PERIOD | ANNUAL PREMIUM | YEARS PAYABLE |
|---|---|---|---|---|---|
| NP-END-86 | ENDOWMENT AT AGE 95 LIFE INSURANCE | $420,676 | TO AGE 95 | $10,000.02 | TO AGE |

| ANNUAL PREMIUM | $10,000.02 |
|---|---|
| PREMIUM FREQUENCY | PREMIUM PAYABLE |
| ANNUAL | $10,000.02 |
| SEMIANNUAL | $5,000.01 |
| QUARTERLY | $2,500.01 |
| MONTHLY BANK DRAFT | $833.30 |
| PREMIUM FREQUENCY | ANNUAL |

PREMIUM CLASS:                NON-SMOKER SELECT

POLICY LOAN INTEREST IS CHARGED IN ADVANCE BASED ON A FIXED RATE OF INTEREST.

MASSACHUSETTS GENERAL LIFE INSURANCE COMPANY
ADMINISTRATIVE OFFICES: 7887 EAST BELLEVIEW AVENUE, ENGLEWOOD, COLORADO 8011
PAGE 3

BRD000006

POLICY DATA PAGE
(CONTINUED)

TABLE OF GUARANTEED POLICY VALUES

THIS TABLE PRESUMES THAT THE INSURED PAYS THE FULL ANNUAL PREMIUM SHOWN
ON THE PRECEDING PAGE EACH YEAR.  THE FOLLOWING VALUES ARE THE
GUARANTEED VALUES PROVIDED BY THIS POLICY.

| END OF POLICY YEAR | WHICH OCCURS IN | CASH VALUE | CONTINUATION OF INSURANCE YEARS | DAYS |
|---|---|---|---|---|
| 1 | 1988 | $        0 | 0 | 8 |
| 2 | 1989 | 0 | 0 | 0 |
| 3 | 1990 | 5,049 | 1 | 227 |
| 4 | 1991 | 11,359 | 3 | 114 |
| 5 | 1992 | 18,090 | 4 | 275 |
| 6 | 1993 | 24,820 | 5 | 326 |
| 7 | 1994 | 31,972 | 6 | 327 |
| 8 | 1995 | 39,163 | 7 | 258 |
| 9 | 1996 | 46,275 | 8 | 130 |
| 10 | 1997 | 53,847 | 8 | 337 |
| 11 | 1998 | 61,419 | 9 | 130 |
| 12 | 1999 | 68,991 | 9 | 246 |
| 13 | 2000 | 76,484 | 9 | 349 |
| 14 | 2001 | 84,977 | 10 | 56 |
| 15 | 2002 | 93,391 | 10 | 119 |
| 16 | 2003 | 101,804 | 10 | 156 |
| 17 | 2004 | 110,218 | 10 | 168 |
| 18 | 2005 | 118,631 | 10 | 166 |
| 19 | 2006 | 127,465 | 10 | 149 |
| 20 | 2007 | 135,879 | 10 | 104 |
| AGE  60 | 2002 | 93,391 | 10 | 119 |
| AGE  65 | 2007 | 135,879 | 10 | 104 |

NON-FORFEITURE FACTORS
(PER EACH 1,000 OF INITIAL SUM INSURED)

| YEARS | FACTOR |
|---|---|
| 21+ | 19.36979 |

VALUES FOR YEARS NOT SHOWN WILL BE FURNISHED UPON REQUEST.

THIS TABLE SHOWS THE VALUES FOR THE GUARANTEED MINIMUM SUM INSURED
WITHOUT ANY ADJUSTMENT FOR INDEBTEDNESS SECURED BY THIS POLICY.

EXCESS INTEREST CREDITS AND MORTALITY SAVINGS MAY NOT BE
FULLY REFLECTED IN THE CASH VALUES ABOVE.

MASSACHUSETTS GENERAL LIFE INSURANCE COMPANY

NP-END-86                                    PAGE 4

BRD000007

POLICY DATA PAGE
(CONTINUED)

TABLE OF MINIMUM DEATH BENEFIT

| ATTAINED AGE | ---PERCENTAGE*-- MALE | FEMALE | ATTAINED AGE | ---PERCENTAGE*-- MALE | FEMALE |
|---|---|---|---|---|---|
| 0 | 2,373% | 3,806% | 50 | 332 | 407 |
| 5 | 2,006 | 3,552 | 55 | 275 | 336 |
| 10 | 1,854 | 2,160 | 60 | 232 | 275 |
| 15 | 1,338 | 1,723 | 65 | 198 | 235 |
| 20 | 1,122 | 1,411 | 70 | 172 | 197 |
| 25 | 934 | 1,148 | 75 | 153 | 168 |
| 30 | 760 | 930 | 80 | 139 | 147 |
| 35 | 618 | 751 | 85 | 128 | 132 |
| 40 | 496 | 607 | 90 | 121 | 120 |
| 45 | 404 | 495 | 95+ | 113 | 113 |

*PERCENT OF THE GREATER OF THE ACCUMULATION ACCOUNT OR THE GUARANTEED CASH VALUE.

FOR AGES NOT SHOWN, THE APPLICABLE PERCENTAGE WILL BE DETERMINED BY INTERPOLATING BETWEEN THE AGES THAT ARE SHOWN.

EXPENSE CHARGES

THERE IS A CHARGE OF $2.50 PER MONTH PER POLICY.  THIS CHARGE MAY BE INCREASED BY THE COMPANY AT A POLICY ANNIVERSARY BUT NOT TO EXCEED $5.00 PER MONTH PER POLICY AND ONLY UPON THE GIVING OF PRIOR NOTICE OF AN INCREASE TO THE OWNER.

DURING THE FIRST TWO POLICY YEARS ONLY THERE IS AN ADDITIONAL MONTHLY EXPENSE CHARGE OF  $1.19 PER $1,000 OF INITIAL SUM INSURED.

TABLE OF SURRENDER CHARGES

| YEAR | SURRENDER CHARGE | YEAR | SURRENDER CHARGE |
|---|---|---|---|
| 1 | $  12,463 | 11 | $  11,236 |
| 2 | 12,463 | 12 | 9,970 |
| 3 | 12,463 | 13 | 8,724 |
| 4 | 12,463 | 14 | 7,478 |
| 5 | 12,463 | 15 | 6,231 |
| 6 | 12,463 | 16 | 4,985 |
| 7 | 12,463 | 17 | 3,739 |
| 8 | 12,463 | 18 | 2,493 |
| 9 | 12,463 | 19 | 1,246 |
| 10 | 12,463 | 20 | AND THEREAFTER   0 |

MASSACHUSETTS GENERAL LIFE INSURANCE COMPANY

NP-END-86                          PAGE 5

BRD000008

## OWNER, BENEFICIARY AND ASSIGNMENT PROVISIONS

### OWNER

The owner means the owner set out in the application unless subsequently changed. During the insured's lifetime, the owner has the right to receive every benefit, exercise every right and enjoy every privilege granted by this policy.

### BENEFICIARY

The beneficiary named in the application will receive the proceeds upon death of the insured unless the beneficiary has been changed by the owner.

If more than one person is named as beneficiary, the proceeds will be paid in equal shares to the surviving beneficiaries unless otherwise provided.

If the beneficiary is "children," this means children born to or legally adopted by the insured.

### DEATH OF BENEFICIARY

If any beneficiary dies before the insured, that beneficiary's interest will pass to any surviving beneficiaries or contingent beneficiaries according to their respective interests.

If no beneficiary or contingent beneficiary survives the insured, the proceeds will be paid to the owner or the owner's estate.

### OWNER AND BENEFICIARY CHANGE

The owner may change the owner and the beneficiary at any time during the lifetime of the insured unless otherwise provided in a previous designation. Any change must be in a written form satisfactory to the Company.

The change will take effect on the date the request was signed, but it will not apply to any payments made by the Company before the request was received and recorded by the Company.

### SIMULTANEOUS DEATH

If any beneficiary dies within 15 days after the insured but before due proof of the insured's death is received by the Company, the proceeds will be paid as if the beneficiary died before such insured.

### ASSIGNMENT

This policy may be assigned. No assignment will be recognized by the Company unless a copy is filed with the Company. The Company will not be responsible for the validity of any assignment.

The claim of any assignee is subordinate to that of the Company, including any indebtedness to the Company.

The rights of the beneficiary and owner are subject to the rights of the assignee.

## PREMIUM PAYMENTS, GRACE PERIOD AND REINSTATEMENT PROVISIONS

### INITIAL PREMIUM

The initial premium is the premium due on the date of issue of this policy and is shown on a Policy Data Page.

### WHERE PAYABLE

Premiums are payable in advance to the Company at its administrative office. Premiums may be paid to an authorized representative of the Company upon delivery of a receipt signed by the President, a Vice President, or Secretary.

The owner may change the frequency of premium payment at any time. Each premium payment will be credited by the Company as described in the accumulation account section.

A check or draft given for all or any part of a premium, unless paid upon its presentation to the bank or person drawn on, shall not be considered as payment.

### GRACE PERIOD

A grace period of sixty-one (61) days will be allowed for the payment of each premium (except the initial premium) not paid on its due date. The policy will continue in full force during this period. If the insured dies during the grace period, the overdue premium will be deducted from the proceeds of the policy. The Company will send

a written notice 30 days before the end of the grace period to the owner's last address shown in the Company's records and to any assignee of record if the premium is not previously paid.

### REINSTATEMENT

Within five (5) years after the due date of the first unpaid premium, this policy may be reinstated, provided the following conditions are satisfied. The policy must not have been previously surrendered. Evidence of insurability satisfactory to the Company must be submitted. All premiums due and unpaid plus interest compounded on each policy anniversary at a rate of 6% per year must be paid. Any unpaid indebtedness that existed must be paid or reinstated, plus loan interest to the date of reinstatement.

The effective date of reinstatement of the policy will be the monthly anniversary day on or next following the day the Company approves the application for reinstatement.

Upon reinstatement the incontestability section will apply from the effective date of reinstatement. If the policy has been in force for 2 years, it will be contestable only as to statements made in the reinstatement application, and only for a period of two years after the effective date of reinstatement.

BRD000009

# DEATH BENEFIT PROVISION

## PROCEEDS

Upon receipt of due proof that the insured died while this policy was in force, the Company will pay the death benefit to the beneficiary. The death benefit payable will be the greater of:

(a) the sum insured on the date of death, shown on a Policy Data Page, or

(b) the accumulation account on the date of death multiplied by the applicable percentage at the insured's attained age as shown in the Table of Minimum Death Benefits on a Policy Data Page

less:

(1) any indebtedness; and

(2) any premium due and unpaid if the insured dies during the grace period. Indebtedness consists of any unpaid loans plus accrued interest.

The amount determined under (b) above complies with the Cash Value Accumulation Test as defined in Section 7702 of the Internal Revenue Code. The Company reserves the right to amend this policy to comply with future changes in the Code or any regulations or rulings issued thereunder as they relate to the definition of "life insurance". A copy of any such amendment will be provided to the owner.

# POLICY LOANS

## POLICY LOAN

The owner may obtain a loan at any time while this policy is in force and on the sole security thereof.

## LOAN VALUE

The loan value may not exceed the net cash value of the policy.

The Company may defer making a loan for not more than six months after application for the loan is made unless the loan is to pay premiums on policies with the Company.

## INDEBTEDNESS

Indebtedness means all existing loans on this policy plus earned interest which has either accrued or been added.

## LOAN INTEREST

Loan interest may be paid in advance or in arrears, at the option of the owner. This option may be chosen only at the date of issue. If not so chosen, interest will be payable in advance.

1. The following section applies only to policies with interest charged in advance:

   (a) The amount which may be borrowed is that amount which, with any unpaid interest, will equal the net cash value as of the date of the policy loan.

   (b) Interest will be charged in advance on a loan from the date the loan is made or increased, at a yearly

rate described below.

   (c) If interest is not paid when due, it is added to the loan.

2. The following section applies only to policies with interest charged in arrears:

   (a) The amount which may be borrowed is that amount which, with interest to the next policy anniversary, will equal the net cash value as of the next policy anniversary.

   (b) Interest will be charged on a loan from the date the loan is made or increased, at a yearly rate described below. Interest is payable at the end of each policy year.

   (c) If interest is not paid when due, it is added to the loan.

3. The remainder of this section applies to all policies. The interest rate is an effective annual rate. It will equal the maximum interest rate when interest is charged in arrears. It will equal the discount rate equivalent to the maximum interest rate when interest is charged in advance. The discount rate is determined as the maximum interest rate divided by the sum of one and the maximum interest rate.

The fixed loan interest rate is 7% per year if interest is charged in arrears, or 6.54% if charged in advance.

## LOAN INTEREST RATE CHANGE

The owner may change, upon written request to the Company, from the fixed loan interest rate basis,

BRD000010

described above, at any time, to a variable loan interest rate. The maximum variable loan interest rate is the greater of:

(a) A Published Monthly Average which is the Monthly Average of the Composite Yield on Seasoned Corporate Bonds as published by Moody's Investors Service, Inc. or any successor to that Service for the calendar month two months before the calendar month in which the loan is made or the policy year begins; if that Monthly Average is no longer published, a substantially similar average established by regulation by the insurance supervisory official of the state where the policy is delivered will be used; or

(b) 5½%.

The maximum interest rate may change at the beginning of each policy year, but not more often.

If the rate for a policy year is less than ½% higher than the rate for the previous year, the Company will not increase the rate to the new rate. If the rate is at least ½% less than the rate for the previous policy year, the Company will decrease the rate to the new rate, but not below 5½% per year.

The Company will notify the owner as soon as reasonably practical after making the loan of the current loan interest rate when:

(a) a loan is made on this policy, or
(b) if the interest rate is to be increased.

The owner may elect to change back to the fixed loan interest rate but not during the first five policy years after electing a variable loan interest rate.

Interest credited on borrowed amounts will be in the amount described in the Accumulation Account provision.

Any election to change the loan interest rate:

(a) will be effective on the policy anniversary following the election;
(b) will apply to all outstanding loans; and
(c) will apply to all future policy years until changed.

### REPAYMENT

A loan may be repaid at any time while this policy is in force. A loan that exists at the end of the grace period may not be repaid unless this policy is reinstated.

### TERMINATION OF POLICY

At any time the total indebtedness equals or exceeds the cash value, the policy will terminate without value.

At least 31 days before the date the policy terminates, the Company will send a notice of its intention to void the policy to the last known addresses of the owner and of any assignee of record.

## ACCUMULATION ACCOUNT

### INTEREST CREDITS

All premiums paid shall be credited to the accumulation account. On each monthly policy anniversary date, the applicable monthly deduction will be deducted from the accumulation account and the balance, if any, will be accumulated at interest, as described below.

The interest rate to be credited monthly to the accumulation account, except to that portion borrowed as a policy loan, during each calendar quarter, or portion thereof, shall be equal to seventy-five percent (75%) of the interest rate payable on the third business day immediately preceding each January 1, April 1, July 1, and October 1, by the Chemical Bank, New York, New York, or its successor(s) on three (3) month time certificates of deposit when that interest rate is below 16%. Eighty percent (80%) of the interest rate payable by the Chemical Bank will be credited when the certificates of deposit interest rate is 16% or greater.

Interest in excess of the above rate may be credited to the accumulation account at the option of the Company based upon its expectations as to future interest rates.

Should the Chemical Bank or its successor(s) cease issuing three (3) month time certificates of deposit, the Company reserves the right to substitute the three month certificate of deposit interest rate of another na-

tional banking institution of the Company's choice. Such substitution shall be subject to approval by the insurance regulatory authority of the state of residence of the owner, if required.

That portion of the accumulation account equal to an outstanding policy loan balance will earn interest of 4½% per year. If the owner has elected to pay a variable loan interest rate (see, "Loan Interest Rate Change"), the outstanding policy loan balance will earn interest on an annual rate equal to the policy loan interest rate in effect for the policy month, less 2½%. In no event will the accumulation account earn interest at a rate less than 4½% per year.

Premiums paid the Company will earn interest beginning on the first business day following the date of deposit of the premiums to the Company's account, but in no event later than the fifth business day immediately following receipt of such premiums at the Administrative Office of the Company except for the first premium. The first premium will earn interest beginning on the first business day immediately following approval for the issuance of this policy unless the premium is paid later. In such case, the premium will be credited in the normal manner for renewal premiums.



## OPTIONAL PREMIUM PAYMENT PROVISION

On any premium due date on or after the fifth policy anniversary the owner may elect in writing, prior to the end of the grace period, to pay an amount which is less than the premium then due on the policy. After such payment the amount remaining in the accumulation account must exceed the sum of: the then guaranteed cash value; plus the then applicable surrender charge; and any indebtedness. An amount equal to the premium actually paid will be credited to the accumulation account.

## NON-FORFEITURE PROVISION

### CASH VALUE

The cash value on any date to which premiums have been paid is the value of the accumulation account less the surrender charge at that time, but not less than the guaranteed cash value as shown in the Table of Guaranteed Policy Values on a Policy Data Page. The net cash value is the cash value less any indebtedness.

### GUARANTEED VALUES

Any premium not paid before the end of the grace period will result in the premium being in default as of the premium due date. Except for Option B below, default will result in the termination of this policy. If this policy has a net cash value, as applicable, one of the options listed below may be elected by written request to the Company no later than three (3) months after the premium due date. If no election is made within the election period, the automatic option will be Option B. The guaranteed policy values for these options are shown in the Table of Guaranteed Policy Values on a Policy Data Page.

### (A) Cash

This Option shall consist of the net cash value which will be the same as at the premium due date of this policy. The Company may defer paying the net cash value for not more than six (6) months after this option request is received.

### (B) Continuation of insurance

In the event any premiums (other than premiums for supplemental benefits provided by riders) are not paid before the end of the grace period, insurance coverage under this policy (excluding any supplemental benefits provided by riders) will be continued in an amount equal to the proceeds of this policy. This insurance shall continue until the net cash value is insufficient to cover the monthly deduction. In no event will such insurance be continued for a term less than that which the net cash value on the due date of the unpaid premium would purchase when applied as a net single premium. Such period of continued insurance shall not extend beyond an insured's age 100. Any net cash value remaining will be refunded at that time to the owner, provided the insured is living.

The insurance provided under Option B may be surrendered at any time for its net cash value as of the surrender date.

NR END 86

### BASIS OF COMPUTATIONS

Guaranteed cash values are based on the Commissioners 1980 Standard Ordinary Mortality Table, Age Last Birthday with interest at 5.5% compounded yearly.

The non-forfeiture values for this policy are equal to or greater than those required by law. The non-forfeiture values are calculated in accordance with the Standard Non-Forfeiture Value Method. A detailed statement of the method of computing values has been filed with the insurance supervisory official of the state in which the application for this policy was signed.

### SURRENDER CHARGE

Upon full surrender of this policy for its proceeds, a surrender charge will be imposed. Surrender charges for each policy year are located on a Policy Data Page. They are based upon the date to which premiums have been paid, except in the case of the exercise of Option B under the Non-Forfeiture Provisions. In that case the surrender charge shall be based upon the date of such exercise.

### MONTHLY DEDUCTION

The monthly deduction for a policy month will be calculated as (a) plus (b) where:

(a) is the cost of insurance plus the cost of additional benefits provided by rider for the policy month; and

(b) is the monthly expense charges as shown on a Policy Data Page.

### MONTHLY COST OF INSURANCE

Effective as of each policy monthly anniversary date, the monthly cost of insurance shall be determined. Such cost of insurance is determined as the sum of:

(1) the net sum insured multiplied by the applicable monthly cost of insurance rate, and

(2) one-twelfth (1/12th) of the extra risk charge.

Net sum insured is defined as:
the death benefit less the value of the accumulation account at such policy monthly anniversary date.

### MONTHLY COST OF INSURANCE RATES

The following table shows the maximum rates for the monthly cost of insurance per each $1,000 of net sum insured. The Company reserves the right to adjust the monthly cost of insurance being charged on any policy anniversary by increasing or decreasing the rates for the

9

BRD000012

NP-END-86                                  9                    ...continuing the rates for the

monthly cost of insurance under this plan by giving written notice to all insureds not less than ninety days prior to the date of such change. Any such change shall be subject to approval by the insurance regulatory authority of the state of residence of the owner, if required. In no event can the rates for the monthly cost of insurance be increased to an amount greater than the rates for the attained age of the insured specified in this table. The monthly cost of insurance rates, and any change in the monthly cost of insurance as provided herein, are and will be determined on a uniform basis for insureds of the same age, sex and classification for all policies issued with like benefits and provisions. The premium required for any supplemental benefits provided by riders that may be included in this policy are not included in the monthly cost of insurance rates and will be shown on a Policy Data Page. The rates for any supplemental benefits will not be changed by the Company. A change in the monthly cost of insurance will not alter the guaranteed values shown in the Table of Guaranteed Policy Values on a Policy Data Page.

## GUARANTEED MAXIMUM MONTHLY MORTALITY CHARGE
### TABLE OF (MONTHLY) COST OF INSURANCE RATES

| Attained Age | Rate Per 1,000 Male | Rate Per 1,000 Female | Attained Age | Rate Per 1,000 Male | Rate Per 1,000 Female | Attained Age | Rate Per 1,000 Male | Rate Per 1,000 Female |
|---|---|---|---|---|---|---|---|---|
| 0 | .22 | .16 | 34 | .17 | .13 | 68 | 2.93 | 1.65 |
| 1 | .09 | .07 | 35 | .18 | .14 | 69 | 3.21 | 1.79 |
| 2 | .08 | .07 | 36 | .19 | .15 | 70 | 3.51 | 1.95 |
| 3 | .08 | .07 | 37 | .21 | .16 | 71 | 3.87 | 2.15 |
| 4 | .08 | .06 | 38 | .22 | .18 | 72 | 4.27 | 2.40 |
| 5 | .07 | .06 | 39 | .24 | .19 | 73 | 4.73 | 2.71 |
| 6 | .07 | .06 | 40 | .26 | .21 | 74 | 5.24 | 3.06 |
| 7 | .07 | .06 | 41 | .29 | .23 | 75 | 5.78 | 3.44 |
| 8 | .06 | .06 | 42 | .31 | .25 | 76 | 6.36 | 3.87 |
| 9 | .06 | .06 | 43 | .34 | .27 | 77 | 6.96 | 4.32 |
| 10 | .06 | .06 | 44 | .37 | .29 | 78 | 7.59 | 4.82 |
| 11 | .07 | .06 | 45 | .40 | .31 | 79 | 8.26 | 5.37 |
| 12 | .08 | .06 | 46 | .43 | .33 | 80 | 9.01 | 6.00 |
| 13 | .09 | .06 | 47 | .46 | .35 | 81 | 9.86 | 6.73 |
| 14 | .10 | .07 | 48 | .50 | .37 | 82 | 10.82 | 7.58 |
| 15 | .12 | .07 | 49 | .54 | .40 | 83 | 11.90 | 8.55 |
| 16 | .13 | .08 | 50 | .59 | .43 | 84 | 13.08 | 9.63 |
| 17 | .14 | .08 | 51 | .64 | .46 | 85 | 14.32 | 10.81 |
| 18 | .15 | .08 | 52 | .70 | .50 | 86 | 15.63 | 12.09 |
| 19 | .16 | .09 | 53 | .76 | .53 | 87 | 16.98 | 13.47 |
| 20 | .16 | .09 | 54 | .84 | .57 | 88 | 18.38 | 14.95 |
| 21 | .16 | .09 | 55 | .92 | .61 | 89 | 19.83 | 16.56 |
| 22 | .16 | .09 | 56 | 1.00 | .65 | 90 | 21.38 | 18.31 |
| 23 | .15 | .09 | 57 | 1.09 | .69 | 91 | 23.05 | 20.25 |
| 24 | .15 | .10 | 58 | 1.19 | .73 | 92 | 24.94 | 22.47 |
| 25 | .15 | .10 | 59 | 1.29 | .77 | 93 | 27.24 | 25.16 |
| 26 | .14 | .10 | 60 | 1.41 | .82 | 94 | 30.45 | 28.74 |
| 27 | .14 | .10 | 61 | 1.54 | .88 | 95 | 35.49 | 34.15 |
| 28 | .14 | .11 | 62 | 1.69 | .96 | 96 | 44.52 | 43.54 |
| 29 | .14 | .11 | 63 | 1.86 | 1.06 | 97 | 62.83 | 62.19 |
| 30 | .15 | .11 | 64 | 2.05 | 1.17 | 98 | 83.33 | 83.33 |
| 31 | .15 | .12 | 65 | 2.25 | 1.28 | 99 | 83.33 | 83.33 |
| 32 | .15 | .12 | 66 | 2.46 | 1.40 | | | |
| 33 | .15 | .13 | 67 | 2.69 | 1.52 | | | |

Attained age is age last birthday.

The above rates are based upon the Commissioner's 1980 Standard Ordinary Mortality Table.

## SETTLEMENT OPTIONS PROVISION

### ELECTION OF OPTIONS

Any amount payable at the death of the insured or any other termination of the policy will be paid in one sum unless otherwise provided. All or part of this sum may be applied to any settlement option.

NP-END-86                                  10

BRD000013

Payment under a combination of options, or payment to joint or successive payees, or payment to a beneficiary that is not a natural person may be elected only with the consent of the Company.

Any election must be made in writing to the Company. The Company may require the policy for endorsement.

### Election By Owner
During the lifetime of the insured, the owner may elect to have the proceeds paid under one of the following options.

### Election By Beneficiary
At the time proceeds are payable to the beneficiary, the beneficiary may elect one of the payment options if proceeds are available to the beneficiary in a lump sum. The beneficiary has 12 months after payment becomes due to elect one of the following options.

### PAYMENTS
Payments will be made monthly unless otherwise elected.

The Company has the right to change the frequency of payments in order to make a periodic payment of at least $25.

The option date under Options 1, 2 and 3 is the date the proceeds are payable, or the date of election, whichever is later.

Under Option 3, proof of the age of the payee will be required at the time the first payment is due. The Company reserves the right to require proof that the payee is alive at the time of each payment.

### CHANGE IN PAYMENTS
Partial withdrawal under Options 1 and 2 may not be made.

All payments under Options 1 and 2 may be paid in one sum only with the consent of the Company. The value of any one sum payment will be the sum of any remaining guaranteed payments discounted at an interest rate of not less than 3% compounded annually.

Payments under Option 3 will be commuted only in event of death of the payee. Any payments that remain to be paid under Option 3 at the death of the payee will be paid in one sum. The value of the one sum payment will be the sum of the remaining guaranteed payments, discounted at an interest rate of not less than 3% compounded annually.

In the event additional interest is applicable to payments under Option 1, 2 or 3, any such payments, if paid in one sum, shall be discounted at an interest rate equal to that actually credited.

### WITHDRAWAL
The minimum proceeds that may be applied under Option 4 or 5 is $1,000. The payee does not have the right to withdraw any portion of the proceeds under Option 4. The minimum proceeds that may be applied or may remain after a withdrawal under Option 5 is $1,000. The

minimum amount that may be withdrawn is $1,000. Proceeds less than this amount will be paid in a lump sum to the payee.

The Company may postpone payment of any amount to be withdrawn for not more than 6 months from the date the written request for withdrawal is received in the Company's Principal Office.

### ASSIGNMENT
The proceeds payable under one of these options may not be assigned.

### CLAIMS OF CREDITORS
To the extent permitted by law, proceeds will not be subject to any claims of a payee's creditors.

### ADDITIONAL INTEREST
Additional interest, if any, paid over the guaranteed 3%, will be in an amount and by a method determined by the Company.

### OPTION 1.
### EQUAL PAYMENTS FOR A GUARANTEED PERIOD
Equal monthly payments for the number of years elected, not to exceed 25 years. Payments will begin on the option date.

#### Guaranteed Minimum Monthly Payment
#### for each $1,000 of net proceeds

| Period Income Is Payable (Years) | Monthly Income | Period Income Is Payable (Years) | Monthly Income |
|---|---|---|---|
| 1 | $84.47 | 14 | $7.26 |
| 2 | 42.86 | 15 | 6.87 |
| 3 | 28.99 | 16 | 6.53 |
| 4 | 22.06 | 17 | 6.23 |
| 5 | 17.91 | 18 | 5.96 |
| 6 | 15.14 | 19 | 5.73 |
| 7 | 13.16 | 20 | 5.51 |
| 8 | 11.68 | 21 | 5.32 |
| 9 | 10.53 | 22 | 5.15 |
| 10 | 9.61 | 23 | 4.99 |
| 11 | 8.86 | 24 | 4.84 |
| 12 | 8.24 | 25 | 4.71 |
| 13 | 7.71 | | |

### OPTION 2. EQUAL PAYMENTS OF A SPECIFIED AMOUNT
Equal monthly payments of at least $4.71 per month for each $1,000 of proceeds. Payments will begin on the option date and will continue until the proceeds and interest at the rate of 3% compounded annually are exhausted.

### OPTION 3. EQUAL PAYMENTS FOR LIFE
Equal monthly payments for a guaranteed period of 10, 15 or 20 years as elected and for life thereafter as shown in the table below.

### OPTION 4. PROCEEDS LEFT AT INTEREST — WITHDRAWALS NOT ALLOWED
The proceeds may be left with the Company for a period of 1 to 25 years. Interest on the proceeds will be paid at

NP-END-86

11

NP-END-86

the rate of 3% compounded annually. The interest may be left with the Company to accumulate or be paid at the following rate for each $1,000 of net proceeds.

1) Annually $30.00.
2) Semi-Annually $14.89.
3) Quarterly $7.42.
4) Monthly $2.47.

At the end of the period selected, the proceeds with accrued interest will be paid in one sum unless otherwise provided in the election.

## OPTION 5. PROCEEDS LEFT AT INTEREST — WITHDRAWALS ALLOWED

The proceeds may be left with the Company for a period

of 1 to 25 years. Interest on the proceeds will be paid at the rate of 3% compounded annually. The interest may be left with the Company to accumulate or be paid at the following rate for each $1,000 of net proceeds.

1) Annually $30.00.
2) Semi-Annually $14.89.
3) Quarterly $7.42.
4) Monthly $2.47.

The payee may withdraw portions of the proceeds by request in writing to the Company. At the end of the specified period, any remaining proceeds with accrued interest will be paid in one sum.

### OPTION 3
#### Amount of each monthly installment per $1,000 net proceeds.

| Age of Payee* | | Monthly Income for Life with Guaranteed Period of: | | | Age of Payee* | | Monthly Income for Life with Guaranteed Period of: | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 10 Years | 15 Years | 20 Years | | | 10 Years | 15 Years | 20 Years |
| Male | Female | | | | Male | Female | | | |
| 5 | 10 | $2.83 | $2.83 | $2.83 | 44 | 48 | $4.00 | $3.97 | $3.92 |
| 7 | 11 | 2.84 | 2.84 | 2.84 | 45 | 49 | 4.07 | 4.03 | 3.97 |
| 8 | 12 | 2.85 | 2.85 | 2.86 | 46 | 50 | 4.14 | 4.10 | 4.03 |
| 9 | 13 | 2.87 | 2.87 | 2.87 | 47 | 51 | 4.21 | 4.16 | 4.09 |
| 10 | 14 | 2.89 | 2.89 | 2.89 | 48 | 52 | 4.29 | 4.23 | 4.15 |
| 11 | 15 | 2.90 | 2.90 | 2.90 | 49 | 53 | 4.37 | 4.31 | 4.21 |
| 12 | 16 | 2.92 | 2.92 | 2.92 | 50 | 54 | 4.45 | 4.38 | 4.28 |
| 13 | 17 | 2.93 | 2.93 | 2.93 | 51 | 55 | 4.54 | 4.46 | 4.34 |
| 14 | 18 | 2.95 | 2.95 | 2.95 | 52 | 56 | 4.64 | 4.55 | 4.41 |
| 15 | 19 | 2.97 | 2.97 | 2.97 | 53 | 57 | 4.74 | 4.63 | 4.48 |
| 16 | 20 | 2.98 | 2.99 | 2.99 | 54 | 58 | 4.84 | 4.72 | 4.55 |
| 17 | 21 | 3.00 | 3.00 | 3.00 | 55 | 59 | 4.95 | 4.82 | 4.61 |
| 18 | 22 | 3.02 | 3.02 | 3.02 | 56 | 60 | 5.07 | 4.91 | 4.68 |
| 19 | 23 | 3.04 | 3.04 | 3.04 | 57 | 61 | 5.19 | 5.01 | 4.75 |
| 20 | 24 | 3.07 | 3.06 | 3.06 | 58 | 62 | 5.32 | 5.11 | 4.82 |
| 21 | 25 | 3.09 | 3.09 | 3.08 | 59 | 63 | 5.45 | 5.21 | 4.88 |
| 22 | 26 | 3.11 | 3.11 | 3.11 | 60 | 64 | 5.59 | 5.32 | 4.95 |
| 23 | 27 | 3.13 | 3.13 | 3.13 | 61 | 65 | 5.74 | 5.42 | 5.02 |
| 24 | 28 | 3.16 | 3.16 | 3.15 | 62 | 66 | 5.89 | 5.53 | 5.08 |
| 25 | 29 | 3.19 | 3.18 | 3.18 | 63 | 67 | 6.05 | 5.64 | 5.13 |
| 26 | 30 | 3.22 | 3.21 | 3.21 | 64 | 68 | 6.22 | 5.75 | 5.19 |
| 27 | 31 | 3.24 | 3.24 | 3.23 | 65 | 69 | 6.39 | 5.85 | 5.24 |
| 28 | 32 | 3.27 | 3.27 | 3.26 | 66 | 70 | 6.56 | 5.95 | 5.29 |
| 29 | 33 | 3.30 | 3.30 | 3.29 | 67 | 71 | 6.75 | 6.05 | 5.32 |
| 30 | 34 | 3.34 | 3.33 | 3.32 | 68 | 72 | 6.93 | 6.15 | 5.36 |
| 31 | 35 | 3.37 | 3.37 | 3.35 | 69 | 73 | 7.12 | 6.25 | 5.39 |
| 32 | 36 | 3.41 | 3.40 | 3.39 | 70 | 74 | 7.31 | 6.33 | 5.42 |
| 33 | 37 | 3.44 | 3.44 | 3.42 | 71 | 75 | 7.51 | 6.42 | 5.44 |
| 34 | 38 | 3.48 | 3.48 | 3.46 | 72 | 76 | 7.70 | 6.49 | 5.46 |
| 35 | 39 | 3.52 | 3.51 | 3.50 | 73 | 77 | 7.89 | 6.56 | 5.48 |
| 36 | 40 | 3.57 | 3.56 | 3.54 | 74 | 78 | 8.09 | 6.62 | 5.49 |
| 37 | 41 | 3.61 | 3.60 | 3.58 | 75 | 79 | 8.28 | 6.67 | 5.49 |
| 38 | 42 | 3.65 | 3.65 | 3.62 | 76 | 80 | 8.48 | 6.71 | 5.50 |
| 39 | 43 | 3.71 | 3.70 | 3.67 | 77 | 81 | 8.60 | 6.75 | 5.51 |
| 40 | 44 | 3.76 | 3.75 | 3.71 | 78 | 82 | 8.76 | 6.78 | 5.51 |
| 41 | 45 | 3.82 | 3.80 | 3.76 | 79 | 83 | 8.90 | 6.81 | 5.51 |
| 42 | 46 | 3.87 | 3.85 | 3.81 | 80 | 84 | 9.02 | 6.83 | 5.51 |
| 43 | 47 | 3.94 | 3.91 | 3.87 | | | | | |

*Age on the birthday coinciding with or next preceding the due-date of the first installment. Ages not illustrated are available upon request.

## GENERAL PROVISIONS

### ENTIRE CONTRACT

This policy, including any attached riders and the attached copy of the application are the entire contract.

This policy cannot be changed or any of its provisions waived, including any extension of time to pay pre-

BRD000015

miums, except by the President, a Vice President, or the Secretary.

All statements made in an application are assumed, in the absence of fraud, to be representations and not warranties. No statement will be used to void this policy or defend against a claim unless it is contained in the application or a supplemental application.

Any changes, modifications, or waivers must be in writing. No agent has authority to waive a complete answer to any question on the application, pass on insurability make or alter any contract or waive any of the Company's other rights or requirements.

### INCONTESTABILITY

This policy will be incontestable after it has been in force during the lifetime of the insured for 2 years from the date of issue except for non-payment of premiums.

### PROCEEDS

Proceeds means the amount payable on the maturity or surrender of this policy or upon the death of the insured.

The proceeds payable on death will be the death benefit. If the policy is surrendered the proceeds will be the net cash value. On the maturity date the proceeds will be the cash value less any indebtedness.

### PAYMENT OF PROCEEDS

The proceeds are subject first to any indebtedness to the Company and then to the interest of any assignee of record. Payments to satisfy any indebtedness to the Company and any assignee will be paid in one sum.

### PREMIUM CLASS

The insured's premium class is shown on a Policy Data Page.

### AGE

Age means age last birthday.

### ERROR IN AGE OR SEX

If the age or sex of the insured has been misstated, any guaranteed benefits under this policy will be those which the premium paid would have purchased for the correct age and sex. The sum insured shall be that which would be purchased by the most recent mortality charge at the correct age or sex.

### SUICIDE EXCLUSION

If the insured commits suicide while sane or insane within two years after the date of issue, the amount payable by the Company will be limited to the premiums paid prior to the insured's death less any indebtedness.

### ELECTIONS, DESIGNATIONS, CHANGES AND REQUESTS

All elections, designations, changes and requests must be in a written form satisfactory to the Company and become effective when received and approved by the Company at its Administrative Office.

### NON-PARTICIPATING

This is a non-participating policy. This policy will not share in any of the Company's profits or surplus earnings. Any premium or factor changes are determined and redetermined prospectively. The Company will not recoup prior losses, if any, by means of premium or factor changes.

### MATURITY DATE

The maturity date is the policy anniversary on or next following the insured's 95th birthday while the policy is in force. It is the date on which the insurance coverage will terminate, no more premiums may be paid, and the cash value less indebtedness will be paid to the owner.

### ANNUAL REPORT

At least once a year, the Company will send the owner a report which shows the death benefit, premiums paid, expense charges, interest credited, mortality charges, outstanding loans, current cash value, net cash value and all charges since the last report.

### PROJECTION OF BENEFITS AND VALUES

The Company will provide a projection of future death benefits and the value of the accumulation account at any time upon written request and payment of a service fee. The fee payable will be the one then in effect for this service. The projection will be based on:

(1) assumptions as to specified amounts, type of coverage option and future premium payments as may be specified by the owner, and

(2) such other assumptions as are necessary and specified by the Company and/or the owner

### EFFECTIVE DATE OF COVERAGE

The effective date of coverage under this policy is the date of issue shown on a Policy Data Page subject to the provisions of this policy.

### TERMINATION OF POLICY

This policy will terminate when any one of the following events occur:

1. The owner requests that coverage terminate;
2. The insured dies;
3. The policy is without value when the grace period ends without payment of a premium;
4. The benefits under the Non-Forfeiture provision expire;
5. The total indebtedness equals or exceeds the cash value; or,
6. The policy matures.

### POLICY DATE

Policy years and policy anniversaries are computed from the date of issue of the policy.

The policy date of issue is the effective date for all coverage provided in the original application.

BRD000016

18

MASSACHUSETTS GENERAL LIFE INSURANCE COMPANY

BOSTON, MASSACHUSETTS

ENDORSEMENT

ANYTHING IN THE POLICY TO WHICH THIS ENDORSEMENT IS ATTACHED TO
THE CONTRARY NOTHWITHSTANDING:

PROJECTION OF BENEFITS AND VALUES: THE COMPANY WILL PROVIDE
A PROJECTION OF FUTURE BENEFITS AND THE VALUE OF THE
ACCUMULATION ACCOUNT AT ANY TIME UPON WRITTEN REQUEST AND
PAYMENT OF A SERVICE FEE, NOT TO EXCEED FIVE DOLLARS.

ATTACHED TO AND MADE A PART OF THE POLICY TO WHICH IT IS ATTACHED
ON THE POLICY DATE OF ISSUE.

*Sherman Lay*

SECRETARY

UN-86-CA

# MASSACHUSETTS GENERAL LIFE Insurance Company
Boston Massachusetts

## QUALIFIED PLAN RETIREMENT DEPOSIT ENDORSEMENT

### BENEFIT

Upon the insured's retirement, funds accumulated in a separate Qualified Retirement Plan Auxiliary Fund, plus the cash values of this policy may be applied to purchase retirement benefits. The monthly income settlement options, to be specified by the Trustee, or Plan Administrator, may be found on the reverse side of this endorsement. Should there be available more favorable monthly settlement option rates at the insured's retirement date, the more favorable rate may be used to purchase the retirement benefit.

### DEFINITION

Retirement refers to normal retirement, early retirement or disability retirement, as those terms are defined in the plan.

### TRANSFER PROVISIONS

(a)  The Trustee or Plan Administrator is required to notify the Company in writing as to the monthly income amount available to the retiree.

(b)  The Policy must be in force on a premium paying basis on the date of retirement. At the retirement date, this policy and its benefits must be owned by a Qualified Plan Trustee.

(c)  The policy must be debt free at retirement.

### AUXILIARY FUND DEPOSIT LIMITATION

On the maturity date of this policy, the proceeds may be supplemented by a single payment to the Company by the Owner from the Qualified Plan's Auxiliary Fund. The proceeds of this policy plus the Auxiliary Deposit may be applied under the settlement option elected. The maximum Auxiliary Deposit may not exceed twenty-five times (25) the cash value of the policy available at the maturity date. The Company may, at its option, accept additional funds in excess of the twenty-five (25) maximum subject to a six percent (6%) administrative fee on the excess.

### GENERAL PROVISIONS

This endorsement is a part of the Policy to which it is attached. The Policy has been issued pursuant to the terms of a Qualified Pension or Profit Sharing Plan and Trust.

Secretary

# QUALIFIED PLANS SETTLEMENT OPTIONS TABLE
## MONTHLY INSTALLMENTS FOR EACH $1000 ...

**TABLE A** — Installment for a Limited Number of Years

**TABLE B** — Monthly Life Income With Installments Certain

**TABLE C** — Monthly Joint Life Income Levels (the Survivor)

Payments are based upon the age nearest birthday of the payee on the date the first payment is due.

To obtain the income amount payable other than monthly multiply the monthly income by the appropriate factor

|  | Annual | Semi-Annual | Quarterly |
|---|---|---|---|
| All Options | | $5.95 | |

BRD000019

QUALIFIED PLAN
LIFE APPLICATION    MASSACHUSETTS GENERAL LIFE insurance Company,    an *F H* company

Boston, Massachusetts    15PMD05856

| 1. PROPOSED INSURED (Print Full Name) Cedric T Brody | Birthdate Month 9 Day 5 Year 1932 | Age Last Birthday 45 | ☒ Male ☐ Female | Height 5-8 | Weight 155 |
|---|---|---|---|---|---|

2. OCCUPATION    Financial Planner    Employer    Cedric T Brody Inc.    Years 7

Employer's Address
14 Martha Rd    Orinda    CA    94583

| 3. RESIDENCE ADDRESS No. 14 Martha Rd | Street | City Orinda | State CA | Zip 94523 |
|---|---|---|---|---|

4. PLAN OF INSURANCE

Death Benefit ☐ Option A  ☐ Option B    Amount 420,676    Home Office Corrections/Additions Plan of Insurance shall read: Life Fund 4 12/16/87

| A.P.L.? (If Applicable) ☐ Yes  ☐ No | If the sum of future premiums paid for the proposed policy exceeds IRS Section 101 premium limitation, the excess premium should be: ☐ Applied to issue a Deferred Annuity Policy ☒ Refunded. | 6. OWNER (Name and Address) Cedric T Brody, Trustee Cedric T Brody, Inc Defined Benefit Pension Trust |
|---|---|---|

5. PREMIUM MODE    Annual    Total Mode premium, including other benefits $ 10,000⁰⁰    (Planned Premium)

Owner's Social Security or Federal I.D.    Special Requests   ☐ Issue as Rated Class   ☒ Simplified Issue   ☐ Guaranteed Issue

7. REQUESTED ISSUE DATE    December 15, 1987

| 8. BENEFICIARIES (Print Full Name and relationship to Proposed Insured) | Primary: Cedric T Brody, Inc. Defined Benefit Pension Trust |
|---|---|
| | Contingent: |

9. Will this plan replace another insurance policy or annuity? ☒ Yes  ☐ No (If yes, give details) All American Whole Life $250,000

10.

I agree to the best of my knowledge and belief the above information is complete and true. I understand and agree, subject to approval of this application by the Company: (1) the coverage applied for shall become effective as of the Requested Issue Date; (2) that if a signed authorization for third party payment which is not accompanied by the full first premium is tendered with the application, coverage shall not be effective until the requested Issue Date entered on the application and receipt by the Company of the full first premium; and (3) that, in the event I am not actively at work as of the Requested Issue Date, other than for vacation or paid day off (other than for disability), coverage will become effective on the date I return and am actively at work and the Company is so notified and approves of this application.

The Company has the right to accept or reject this application or to offer coverage at a different rate. I further agree that any coverage issued based on this application shall constitute a ratification of additions or corrections made by the Company and noted in the space "Home Office Corrections/Additions," except that any change in amount, age at issue, classification, plan of insurance or benefits shall be made only with my written consent in those states where it is required.

I hereby authorize any licensed physician, medical practitioner, hospital, clinic, or other medical or medically-related facility, insurance company, the Medical Information Bureau, or other organization, institute or person that has any records or knowledge of me or my health, to give Massachusetts General Life Insurance Company or its Reinsurers any such information. A photographic copy of this authorization shall be as valid as the original.

I also acknowledge receipt of the NOTICE TO APPLICANT

$ 10,000⁰⁰    deposit made with this application signed at    San Leandro    CA    11/26/87
                                                           City          State    Date

X [signature]
   Signature of Proposed Insured

X [signature]

Agent's replacement question: Will this coverage replace another insurance policy or annuity?   ☒ Yes  ☐ No

X [signature]

BRD000020

ENDOWMENT AT AGE 95 LIFE INSURANCE
PROCEEDS PAYABLE AT DEATH
PREMIUMS PAYABLE DURING THE PREMIUM PERIOD
SHOWN ON A POLICY DATA PAGE OR UNTIL PRIOR
DEATH
PREMIUMS ALLOCATED TO COST OF INSURANCE
BALANCE ACCUMULATING AT INTEREST IN AN
ACCUMULATION ACCOUNT WHICH WILL VARY IN VALUE
BASED UPON THE AMOUNT OF INTEREST CREDITED
NON-PARTICIPATING — NO DIVIDENDS APPLICABLE

NP-END-88

BRD000021