# Exhibit 2
## to Declaration of Andrea Hopkins in Support of Motion for Partial Summary Judgment

## LIFETREND III
### Monthly Per Unit Expense Charge

| ISSUE AGE | MALE FIRST YEAR | MALE RENEWAL | FEMALE FIRST YEAR | FEMALE RENEWAL | AGE | MALE FIRST YEAR | MALE RENEWAL | FEMALE FIRST YEAR | FEMALE RENEWAL |
|---|---|---|---|---|---|---|---|---|---|
| 0 | $.20 | $.03 | $.16 | $.03 | 40 | $.99 | $.14 | $.72 | $.09 |
| 1 | .20 | .03 | .16 | .03 | 41 | 1.03 | .15 | .74 | .10 |
| 2 | .20 | .04 | .17 | .03 | 42 | 1.07 | .16 | .76 | .10 |
| 3 | .20 | .04 | .18 | .03 | 43 | 1.12 | .17 | .79 | .11 |
| 4 | .20 | .05 | .19 | .03 | 44 | 1.17 | .17 | .82 | .11 |
| 5 | .21 | .05 | .20 | .03 | 45 | 1.22 | .18 | .84 | .12 |
| 6 | .22 | .05 | .21 | .03 | 46 | 1.26 | .18 | .89 | .12 |
| 7 | .23 | .06 | .22 | .03 | 47 | 1.31 | .19 | .93 | .12 |
| 8 | .24 | .06 | .23 | .03 | 48 | 1.36 | .19 | .98 | .12 |
| 9 | .25 | .06 | .24 | .03 | 49 | 1.41 | .19 | 1.03 | .12 |
| 10 | .26 | .06 | .25 | .03 | 50 | 1.46 | .19 | 1.08 | .12 |
| 11 | .26 | .06 | .26 | .03 | 51 | 1.52 | .19 | 1.13 | .12 |
| 12 | .27 | .06 | .27 | .03 | 52 | 1.57 | .19 | 1.19 | .12 |
| 13 | .28 | .06 | .27 | .03 | 53 | 1.64 | .20 | 1.26 | .13 |
| 14 | .28 | .06 | .28 | .03 | 54 | 1.70 | .20 | 1.32 | .13 |
| 15 | .29 | .06 | .28 | .03 | 55 | 1.77 | .20 | 1.39 | .13 |
| 16 | .30 | .06 | .29 | .03 | 56 | 1.84 | .20 | 1.46 | .13 |
| 17 | .30 | .06 | .29 | .03 | 57 | 1.91 | .20 | 1.54 | .13 |
| 18 | .31 | .06 | .30 | .03 | 58 | 1.97 | .20 | 1.62 | .13 |
| 19 | .33 | .06 | .31 | .03 | 59 | 2.03 | .20 | 1.71 | .13 |
| 20 | .34 | .06 | .33 | .03 | 60 | 2.09 | .20 | 1.80 | .13 |
| 21 | .37 | .06 | .34 | .03 | 61 | 2.12 | .20 | 1.82 | .13 |
| 22 | .39 | .06 | .36 | .03 | 62 | 2.15 | .20 | 1.84 | .13 |
| 23 | .42 | .07 | .37 | .03 | 63 | 2.17 | .20 | 1.87 | .13 |
| 24 | .45 | .07 | .39 | .04 | 64 | 2.19 | .20 | 1.89 | .13 |
| 25 | .48 | .07 | .41 | .04 | 65 | 2.21 | .20 | 1.91 | .13 |
| 26 | .50 | .07 | .42 | .04 | 66 | 2.22 | .20 | 1.93 | .13 |
| 27 | .53 | .07 | .44 | .05 | 67 | 2.24 | .20 | 1.95 | .13 |
| 28 | .56 | .08 | .46 | .05 | 68 | 2.26 | .20 | 1.97 | .13 |
| 29 | .59 | .08 | .48 | .06 | 69 | 2.28 | .20 | 1.99 | .13 |
| 30 | .62 | .08 | .50 | .06 | 70 | 2.30 | .20 | 2.00 | .13 |
| 31 | .66 | .08 | .52 | .06 | 71 | 2.32 | .20 | 2.02 | .13 |
| 32 | .70 | .09 | .54 | .07 | 72 | 2.34 | .20 | 2.04 | .13 |
| 33 | .74 | .09 | .56 | .07 | 73 | 2.36 | .20 | 2.06 | .13 |
| 34 | .78 | .10 | .59 | .08 | 74 | 2.38 | .20 | 2.08 | .13 |
| 35 | .81 | .10 | .61 | .08 | | | | | |
| 36 | .85 | .11 | .63 | .08 | | | | | |
| 37 | .88 | .11 | .65 | .08 | | | | | |
| 38 | .91 | .12 | .67 | .09 | | | | | |
| 39 | .95 | .13 | .69 | .09 | | | | | |

## MASSACHUSETTS GENERAL LIFE INSURANCE COMPANY

Massachusetts General Life began operations in 1962. The Company originally marketed life and health products via independent fire and casualty brokers. It now distributes its products through a system of large marketing groups and client companies as well as a general agency system comprised of approximately 2,200 general agents and 4,500 producers.

Massachusetts General Life offers a complete portfolio of life insurance products directed to the areas of business insurance, estate planning, tax-related life insurance, and qualified pension plans.

Massachusetts General Life is rated "A" (Excellent) by the A.M. Best Company, and is licensed in 47 states plus the District of Columbia. It has admitted assets in excess of $600 milliion and over $10 billion of life insurance in force.

7887 East Belleview Avenue
Englewood, CO 80111-6093
(303)779-1111 / (800)525-7662
Fax: (303)796-7576

MRC-TD3-1/91

# LIFETREND III

A FIXED PREMIUM
INTEREST-SENSITIVE
WHOLE LIFE POLICY
MINIMUM: $25,000

## RATE CARD

POLICY FORM: NP-WL-86

(FOR AGENT USE ONLY.
NOT FOR CONSUMER DISTRIBUTION.)



MASSACHUSETTS GENERAL LIFE

CLIC 0003508 CONFIDENTIAL

## SPECIFICATIONS

**Description:**
This product is a fixed premium, interest-sensitive, whole life insurance policy.

**Issue Ages:** 0-75, age last birthday

**Minimum Amount:** $25,000 ($5,000 for increases)

**Premiums:**
Premiums are payable for life. However, after the 5th policy year, the policyowner may elect to pay less than the specified premium in accordance with the terms of the Optional Premium Payment Provision. This provision allows the payment of a premium less than that due on the policy, provided that after the payment of such reduced premium, the value of the accumulation account exceeds the sum of the then guaranteed cash value plus the applicable surrender charge plus any outstanding indebtedness.

**Death Benefit:**
The death benefit is the greater of the initial sum insured or the amount required by the Cash Value Accumulation Test as defined in the Internal Revenue Code.

**Accumulation Account:**
At the end of each policy month:
   a. Premiums received during the month are credited to the accumulation account;
   b. Interest is credited;
   c. The cost of insurance is deducted based upon the current cost of insurance rate and amount at risk;
   d. The expense charge is deducted.

The monthly expense charge per policy is currently $2.50 (the Company reserves the right to increase this charge to $5.00) and is deducted in all policy years. In addition, there is a monthly per unit expense charge (per thousand initial sum insured) based upon the insured's issue age, duration, and sex (see chart).

**Guaranteed Interest:**
Interest is credited to the unborrowed portion of the accumulation account at a guaranteed rate of 75% of the Chemical Bank Certificate of Deposit rate (80% when the Certificate of Deposit rate is 16% or higher), but in no event less than 4.5% per annum. Excess interest is credited to the first dollar of unloaned account value. The loaned portion of the accumulation account is credited interest at the rate of 4.5% per annum.

**Cash Value:**
The cash value while the policy is in full force is the greater of the guaranteed cash value or the value of the accumulation account less the surrender charge.

**Surrender Charge:**
During the first nine policy years, there is a surrender charge in effect which is expressed as a percentage of the annual premium (excluding policy fee):

| POLICY YEAR | PERCENTAGE |
|---|---|
| 1-5 | 95% |
| 6 | 90 |
| 7 | 85 |
| 8 | 80 |
| 9 | 75 |
| 10+ | 0 |

**Policy Loans:**
The cash surrender value may be borrowed by policy loan. The loan will be in advance (6.54%), unless the owner requests that it be in arrears (7.00%).

**Partial Withdrawals:** Not permitted

**Additional Interest Credits:**
If the first five annual premiums are paid in full, this product qualifies for retroactive and proactive additional interest credits of .25% (10th year), .25% (15th year), and .125% (in each of the 17th, 18th, 19th, and 20th years).

**Modal Factors:**
The modal factors are as follows:

| | |
|---|---|
| Semiannual | 0.5000 |
| Quarterly | 0.2500 |
| Monthly Bank Draft | 0.8333 |

**Riders Available:**
The following riders are available:

   Waiver Premium
   Accidental Death
   Spouse Rider
   Child Rider
   GIO Rider

### LIFETREND III
### Gross Annual Premiums per $1,000
### Add $30.00 Policy Fee

| ISSUE AGE | MALE | FEMALE | ISSUE AGE | MALE | FEMALE |
|---|---|---|---|---|---|
| 0 | $ 3.65 | $ 3.17 | 41 | $ 17.17 | $ 12.87 |
| 1 | 3.50 | 3.24 | 42 | 18.04 | 13.49 |
| 2 | 3.59 | 3.32 | 43 | 18.96 | 1.15 |
| 3 | 3.69 | 3.39 | 44 | 19.92 | .84 |
| 4 | 3.80 | 3.48 | 45 | 20.95 | 3.58 |
| 5 | 3.92 | 3.56 | 46 | 22.03 | 16.35 |
| 6 | 4.05 | 3.65 | 47 | 23.17 | 17.17 |
| 7 | 4.19 | 3.75 | 48 | 24.39 | 18.04 |
| 8 | 4.34 | 3.85 | 49 | 25.67 | 18.96 |
| 9 | 4.50 | 3.95 | 50 | 27.03 | 19.92 |
| 10 | 4.67 | 4.06 | 51 | 28.47 | 20.95 |
| 11 | 4.84 | 4.18 | 52 | 29.99 | 22.03 |
| 12 | 5.03 | 4.30 | 53 | 31.60 | 23.17 |
| 13 | 5.22 | 4.42 | 54 | 33.31 | 24.39 |
| 14 | 5.42 | 4.56 | 55 | 35.12 | 25.67 |
| 15 | 5.63 | 4.70 | 56 | 37.05 | 27.03 |
| 16 | 5.85 | 4.85 | 57 | 39.09 | 28.47 |
| 17 | 6.07 | 5.01 | 58 | 41.26 | 29.99 |
| 18 | 6.31 | 5.17 | 59 | 43.54 | 31.60 |
| 19 | 6.55 | 5.35 | 60 | 45.94 | 33.31 |
| 20 | 6.81 | 5.53 | 61 | 48.49 | 35.12 |
| 21 | 7.08 | 5.68 | 62 | 51.19 | 37.05 |
| 22 | 7.36 | 5.85 | 63 | 54.05 | 39.09 |
| 23 | 7.65 | 6.07 | 64 | 57.08 | 41.26 |
| 24 | 7.97 | 6.31 | 65 | 60.29 | 43.54 |
| 25 | 8.30 | 6.55 | 66 | 63.68 | 45.94 |
| 26 | 8.65 | 6.81 | 67 | 67.28 | 48.49 |
| 27 | 9.02 | 7.08 | 68 | 71.06 | 51.19 |
| 28 | 9.41 | 7.36 | 69 | 75.04 | 54.05 |
| 29 | 9.82 | 7.65 | 70 | 79.22 | 57.08 |
| 30 | 10.26 | 7.97 | 71 | 83.60 | 60.29 |
| 31 | 10.72 | 8.30 | 72 | 88.21 | 63.68 |
| 32 | 11.21 | 8.65 | 73 | 93.08 | 67.28 |
| 33 | 11.73 | 9.02 | 74 | 98.27 | .05 |
| 34 | 12.28 | 9.41 | 75 | 103.80 | .04 |
| 35 | 12.87 | 9.82 | | | |
| 36 | 13.49 | 10.26 | | | |
| 37 | 14.15 | 10.72 | | | |
| 38 | 14.84 | 11.21 | | | |
| 39 | 15.58 | 11.73 | | | |
| 40 | 16.35 | 12.28 | | | |

CLIC 0003509 CONFIDENTIAL

## Lifetrend III Specifications

**Issue Ages:** 0-70 age last birthday

**Minimum** ▓▓▓ $25,000 ($5,000 for increases in qualified plan).

**Premiums:** Premiums are fixed and may be paid continuously, however, the insured has the option after the payment of 5 year's premiums of "vanishing" or limiting premium payments, thereby creating a "paid-up" policy based on *current interest, mortality and expense assumptions.*

There are three cost of insurance bands: N.S. Select, Select (Smoker) and Standard.

**Death Benefit:** Level, subject to the minimums required by tax law.

**Accumulation Account:** The accumulation account is the sum of all premiums paid (excluding rider premiums) minus the cost of insurance and the monthly expense fee, plus credited interest.

**Cash Value:** The cash value is the value of the accumulation account less the surrender charge.

**Surrender Charge:** There is a nine-year graded surrender charge which is a percentage of one annual premium (excluding policy fee).

| Policy Year | Surrender Charge Percentage |
|---|---|
| 1-5 | 95% |
| 6 | 90% |
| 7 | 85% |
| 8 | 80% |
| 9 | 75% |
| 10 + | 0% |

### Interest Crediting

**Guaranteed Interest:** Guaranteed interest rate is 75% of the Chemical Bank of New York C.D. rate (80% if the C.D. rate is 16% or higher), but in no event less than 4.5%.

**Excess Interest:** Interest credited in addition to the guaranteed rate is declared by the Company.

**Guaranteed Additional Interest Credits:** If the first five annual premiums are paid in full, *additional interest* will be credited retroactively and prospectively to the accumulation account as follows:

   *End of 10 years*—An additional 0.25% will be credited.
   *End of 15 years*—An additional 0.25% will be credited.
   *End of 20 years*—Another 0.50% will be credited.

The additional interest is guaranteed and will continue to be credited for the life of the policy.

**Policy Loans:** Cash values may be accessed by policy loans (partial withdrawals not available). Loan interest options which may be selected on the application are as follows:

   Interest in Advance—6.54%
   Interest in Arrears—7%

If a fixed loan interest rate is elected, that portion of the accumulation account equal to the loan balance will earn interest at 4.5%.

**Riders Available:** Waiver of Premium, ADB, Spouse Rider, Child Rider, GIO Rider, Payor Death, Payor Death and Disability.

**Modal Factors:** Semi-Annual  .5000
                 Quarterly     .2500
                 Monthly
                 Bank Draft   .8333

**Proposals:** Software available for IBM PC and compatibles. Proposals may also be ordered from the home office or through FDP (Goldberg system) timesharing.



A
Fixed
Premium
Interest-Sensitive
Whole
Life
Policy
With
Vanish
Option

Policy Form NP-WL-86


*companies*

Administrative Offices:
7887 E. Belleview, Englewood, Colorado 80111

CLIC 0003510 CONFIDENTIA[L]

## Gross Annual Premiums Per $1,000

Add $30.00 Policy Fee

| Issue Age | Male Premium | Female Premium | Issue Age | Male Premium | Female Premium |
|---|---|---|---|---|---|
| 0 | $ 3.65 | $ 3.17 | 35 | 12.87 | 9.82 |
| 1 | 3.50 | 3.24 | 36 | 13.49 | 10.26 |
| 2 | 3.59 | 3.32 | 37 | 14.15 | 10.72 |
| 3 | 3.69 | 3.39 | 38 | 14.84 | 11.21 |
| 4 | 3.80 | 3.48 | 39 | 15.58 | 11.73 |
| 5 | 3.92 | 3.56 | 40 | 16.35 | 12.28 |
| 6 | 4.05 | 3.65 | 41 | 17.17 | 12.87 |
| 7 | 4.19 | 3.75 | 42 | 18.04 | 13.49 |
| 8 | 4.34 | 3.85 | 43 | 18.96 | 14.15 |
| 9 | 4.50 | 3.95 | 44 | 19.92 | 14.84 |
| 10 | 4.67 | 4.06 | 45 | 20.95 | 15.58 |
| 11 | 4.84 | 4.18 | 46 | 22.03 | 16.35 |
| 12 | 5.03 | 4.30 | 47 | 23.17 | 17.17 |
| 13 | 5.22 | 4.42 | 48 | 24.39 | 18.04 |
| 14 | 5.42 | 4.56 | 49 | 25.67 | 18.96 |
| 15 | 5.63 | 4.70 | 50 | 27.03 | 19.92 |
| 16 | 5.85 | 4.85 | 51 | 28.47 | 20.95 |
| 17 | 6.07 | 5.01 | 52 | 29.99 | 22.03 |
| 18 | 6.31 | 5.17 | 53 | 31.60 | 23.17 |
| 19 | 6.55 | 5.35 | 54 | 33.31 | 24.39 |
| 20 | 6.81 | 5.53 | 55 | 35.12 | 25.67 |
| 21 | 7.08 | 5.63 | 56 | 37.05 | 27.03 |
| 22 | 7.36 | 5.85 | 57 | 39.09 | 28.47 |
| 23 | 7.65 | 6.07 | 58 | 41.26 | 29.99 |
| 24 | 7.97 | 6.31 | 59 | 43.54 | 31.60 |
| 25 | 8.30 | 6.55 | 60 | 45.94 | 33.31 |
| 26 | 8.65 | 6.81 | 61 | 48.49 | 35.12 |
| 27 | 9.02 | 7.08 | 62 | 51.19 | 37.05 |
| 28 | 9.41 | 7.36 | 63 | 54.05 | 39.09 |
| 29 | 9.82 | 7.65 | 64 | 57.08 | 41.26 |
| 30 | 10.26 | 7.97 | 65 | 60.29 | 43.54 |
| 31 | 10.72 | 8.30 | 66 | 63.68 | 45.94 |
| 32 | 11.21 | 8.65 | 67 | 67.28 | 48.49 |
| 33 | 11.73 | 9.02 | 68 | 71.06 | 51.19 |
| 34 | 12.28 | 9.41 | 69 | 75.04 | 54.05 |
|  |  |  | 70 | 79.22 | 57.08 |

## Waiver of Premium Rates

| Issue Age | Male Premium | Female Premium | Issue Age | Male Premium | Female Premium |
|---|---|---|---|---|---|
| 15 | 0.20 | 0.30 | 35 | .53 | .54 |
| 16 | 0.20 | 0.30 | 36 | .57 | .57 |
| 17 | 0.21 | 0.30 | 37 | .61 | .62 |
| 18 | 0.22 | 0.30 | 38 | .65 | .66 |
| 19 | 0.23 | 0.30 | 39 | .69 | .71 |
| 20 | 0.24 | 0.30 | 40 | .73 | .75 |
| 21 | 0.25 | 0.30 | 41 | .78 | .80 |
| 22 | 0.26 | 0.30 | 42 | .85 | .86 |
| 23 | 0.27 | 0.32 | 43 | .94 | .92 |
| 24 | 0.28 | 0.33 | 44 | 1.03 | .98 |
| 25 | 0.30 | 0.35 | 45 | 1.13 | 1.04 |
| 26 | 0.31 | 0.36 | 46 | 1.25 | 1.10 |
| 27 | 0.32 | 0.38 | 47 | 1.39 | 1.17 |
| 28 | 0.34 | 0.39 | 48 | 1.55 | 1.28 |
| 29 | 0.36 | 0.41 | 49 | 1.73 | 1.41 |
| 30 | 0.38 | 0.42 | 50 | 1.93 | 1.55 |
| 31 | 0.41 | 0.45 | 51 | 2.17 | 1.70 |
| 32 | 0.44 | 0.47 | 52 | 2.45 | 1.88 |
| 33 | 0.47 | 0.48 | 53 | 2.75 | 2.09 |
| 34 | 0.50 | 0.51 | 54 | 3.07 | 2.33 |
|  |  |  | 55 | 3.43 | 2.60 |

## ADB Rates
(Maximum 250,000)

| Issue Age | Male & Female Premium | Issue Age | Male & Female Premium | Issue Age | Male & Female Premium | Issue Age | Male & Female Premium |
|---|---|---|---|---|---|---|---|
| 5 | 1.00 | 20 | 1.00 | 35 | 1.00 | 50 | 1.50 |
| 6 | 1.00 | 21 | 1.00 | 36 | 1.20 | 51 | 1.50 |
| 7 | 1.00 | 22 | 1.00 | 37 | 1.20 | 52 | 1.50 |
| 8 | 1.00 | 23 | 1.00 | 38 | 1.20 | 53 | 1.50 |
| 9 | 1.00 | 24 | 1.00 | 39 | 1.20 | 54 | 1.50 |
| 10 | 1.00 | 25 | 1.00 | 40 | 1.20 | 55 | 1.50 |
| 11 | 1.00 | 26 | 1.00 | 41 | 1.20 | 56 | 1.90 |
| 12 | 1.00 | 27 | 1.00 | 42 | 1.20 | 57 | 1.90 |
| 13 | 1.00 | 28 | 1.00 | 43 | 1.20 | 58 | 1.90 |
| 14 | 1.00 | 29 | 1.00 | 44 | 1.20 | 59 | 1.90 |
| 15 | 1.00 | 30 | 1.00 | 45 | 1.20 | 60 | 1.90 |
| 16 | 1.00 | 31 | 1.00 | 46 | 1.50 | 61 | 1.90 |
| 17 | 1.00 | 32 | 1.00 | 47 | 1.50 | 62 | 1.90 |
| 18 | 1.00 | 33 | 1.00 | 48 | 1.50 | 63 | 1.90 |
| 19 | 1.00 | 34 | 1.00 | 49 | 1.50 | 64 | 1.90 |
|  |  |  |  |  |  | 65 | 1.90 |

## WAIVER OF PREMIUM

**Issue Ages:** 15-55 (WP-78)

**Benefit:** If the insured becomes totally and permanently disabled prior to age 60, premiums falling due during the continuance of such disability will be waived. Disability must exist continuously for at least three months.

**Disability Defined:** Disability is considered total if it has continued for at least three consecutive months, preventing the insured from engaging in an occupation for compensation or profit.

During the first 24 months of total disability, "occupation" means the insured's occupation at the time disability began. After that period, "occupation" means any occupation for which the insured is or becomes reasonably fitted by education, training or experience.

## ACCIDENTAL DEATH BENEFIT

**Issue Ages:** 5-65 (ADB-78)

**Benefit:** The Company will pay an additional amount equal to the face amount of the base policy for accidental death occuring within 90* days of injury.

**Double Benefit:** The Company will pay twice the Accidental Death Benefit in lieu of the single Accidental Death Benefit if the accident occured while the insured was a fare paying passenger in or on a licensed public conveyance being operated as a common carrier for passenger service.

*91 days, Texas

CLIC 0003511
CONFIDENTIAL

## MASSACHUSETTS GENERAL LIFE INSURANCE COMPANY

Massachusetts General Life began operations in 1962. The Company originally marketed life and health products via independent fire and casualty brokers. It now distributes its products through a system of large marketing groups and client companies as well as a general agency system comprised of approximately 2,200 general agents and 4,500 producers.

Massachusetts General Life offers a complete portfolio of life insurance products directed to the areas of business insurance, estate planning, tax-related life insurance, and qualified pension plans.

Massachusetts General Life is rated "A" (Excellent) by the A.M. Best Company, and is licensed in 47 states plus the District of Columbia. It has admitted assets in excess of $600 million and over $10 billion of life insurance in force.

7887 East Belleview Avenue
Englewood, CO 80111-6093
(303)779-1111 / (800)525-7662
Fax: (303)796-7576

MRC-TDRD-1/91

![Massachusetts General Life logo]

(FOR AGENT USE ONLY.
NOT FOR CONSUMER DISTRIBUTION.)

## LIFETREND RIDER CARD

TO BE USED WITH
INTEREST SENSITIVE
— WHOLE LIFE —
PRODUCTS ONLY

## RATE CARD

WAIVER OF PREMIUM
ACCIDENTAL DEATH BENEFIT
GUARANTEED INSURABILITY OPTION
SPOUSE
CHILD

CLIC 0003512
CONFIDENTIAL

# WAIVER OF PREMIUM:

Except for the premium rates the Waiver of Premium rider is identical for each of the Lifetrend Series products.

**Issue Ages:** 15-59 age last birthday

**Description:** Following 6 months of total and continuous disability, this rider provides for a monthly waiver of the total fixed premium (including ADB, GIO, and Child's Term) to the policy anniversary following the insured's age 65. Monthly deductions from the Accumulation Account will continue during the waiver period.

**Disability Defined:** Total and permanent disability means disability resulting from bodily injury or disease while this rider is in force, preventing the insured from performing material and substantial duties of any occupation or employment. During the first 24 months of total disability "occupation" means the insured's occupation at the time disability begins. After that period, "occupation" means any occupation for which the insured is or becomes reasonably fitted by education, training or experience.

## LIFETREND III — Waiver of Premium Rates

| ISSUE AGE | MALE | FEMALE | ISSUE AGE | MALE | FEMALE |
|---|---|---|---|---|---|
| 15 | $ .20 | $ .30 | 40 | .73 | .75 |
| 16 | .20 | .30 | 41 | .76 | .80 |
| 17 | .21 | .30 | 42 | .85 | .86 |
| 18 | .22 | .30 | 43 | .86 | .86 |
| 19 | .23 | .30 | 44 | .94 | .92 |
| 20 | .24 | .30 | 45 | 1.03 | .98 |
| 21 | .25 | .30 | 46 | 1.13 | 1.04 |
| 22 | .26 | .30 | 47 | 1.25 | 1.10 |
| 23 | .27 | .32 | 48 | 1.39 | 1.17 |
| 24 | .28 | .33 | 49 | 1.55 | 1.28 |
| 25 | .28 | .35 | 50 | 1.73 | 1.41 |
| 26 | .30 | .36 | 51 | 1.93 | 1.55 |
| 27 | .31 | .38 | 52 | 2.17 | 1.70 |
| 28 | .32 | .39 | 53 | 2.45 | 1.88 |
| 29 | .34 | .41 | 54 | 2.76 | 2.09 |
| 30 | .36 | .42 | 55 | 3.07 | 2.33 |
| 31 | .38 | .43 | 56 | 3.43 | 2.60 |
| 32 | .41 | .45 | 57 | 3.83 | 2.88 |
| 33 | .44 | .47 | 58 | 4.26 | 3.21 |
| 34 | .47 | .48 | 59 | 4.69 | 3.56 |
| 35 | .50 | .51 |   | 5.17 | 3.94 |
| 36 | .53 | .54 |   |   |   |
| 37 | .57 | .57 |   |   |   |
| 38 | .61 | .62 |   |   |   |
| 39 | .65 | .66 |   |   |   |
|   | .69 | .71 |   |   |   |

## LIFETREND IV — Waiver of Premium Rates

| ISSUE AGE | MALE | FEMALE | ISSUE AGE | MALE | FEMALE |
|---|---|---|---|---|---|
| 15 | $ .23 | $ .34 | 40 | .83 | .85 |
| 16 | .24 | .34 | 41 | .90 | .91 |
| 17 | .25 | .34 | 42 | .96 | .97 |
| 18 | .26 | .34 | 43 | 1.06 | 1.04 |
| 19 | .27 | .34 | 44 | 1.17 | 1.11 |
| 20 | .28 | .34 | 45 | 1.28 | 1.18 |
| 21 | .29 | .34 | 46 | 1.41 | 1.24 |
| 22 | .30 | .34 | 47 | 1.57 | 1.32 |
| 23 | .31 | .36 | 48 | 1.75 | 1.45 |
| 24 | .32 | .37 | 49 | 1.96 | 1.60 |
| 25 | .34 | .37 | 50 | 2.18 | 1.75 |
| 26 | .35 | .39 | 51 | 2.45 | 1.92 |
| 27 | .36 | .40 | 52 | 2.77 | 2.13 |
| 28 | .38 | .41 | 53 | 3.11 | 2.36 |
| 29 | .40 | .43 | 54 | 3.47 | 2.64 |
| 30 | .41 | .44 | 55 | 3.86 | 2.94 |
| 31 | .43 | .46 | 56 | 4.31 | 3.30 |
| 32 | .46 | .48 | 57 | 4.81 | 3.68 |
| 33 | .48 | .51 | 58 | 5.76 | 4.13 |
| 34 | .50 | .53 | 59 |  | 4.60 |
| 35 | .54 | .58 |   |   |   |
| 36 | .57 | .61 |   |   |   |
| 37 | .60 | .64 |   |   |   |
| 38 | .64 | .67 |   |   |   |
| 39 | .69 | .70 |   |   |   |
|   | .74 | .75 |   |   |   |
|   | .78 | .80 |   |   |   |

## LIFETREND V — Waiver of Premium Rates

| ISSUE AGE | MALE | FEMALE | ISSUE AGE | MALE | FEMALE |
|---|---|---|---|---|---|
| 15 | $ .27 | $ .40 | 40 | .98 | 1.00 |
| 16 | .27 | .40 | 41 | 1.04 | 1.07 |
| 17 | .28 | .40 | 42 | 1.14 | 1.15 |
| 18 | .29 | .40 | 43 | 1.23 | 1.23 |
| 19 | .31 | .40 | 44 | 1.26 | 1.31 |
| 20 | .31 | .40 | 45 | 1.38 | 1.31 |
| 21 | .32 | .40 | 46 | 1.51 | 1.39 |
| 22 | .33 | .40 | 47 | 1.67 | 1.47 |
| 23 | .35 | .40 | 48 | 1.66 | 1.57 |
| 24 | .36 | .43 | 49 | 1.86 | 1.71 |
| 25 | .37 | .44 | 50 | 2.07 | 1.89 |
| 26 | .40 | .44 | 51 | 2.31 | 2.07 |
| 27 | .42 | .46 | 52 | 2.58 | 2.27 |
| 28 | .43 | .47 | 53 | 2.90 | 2.51 |
| 29 | .46 | .51 | 54 | 3.26 | 2.80 |
| 30 | .48 | .52 | 55 | 3.68 | 3.12 |
| 31 | .49 | .55 | 56 | 4.11 | 3.48 |
| 32 | .51 | .56 | 57 | 4.59 | 3.80 |
| 33 | .55 | .60 | 58 | 5.13 | 4.22 |
| 34 | .59 | .63 | 59 | 5.69 | 4.66 |
| 35 | .63 | .64 |   | 6.28 | 5.18 |
| 36 | .67 | .66 |   | 6.92 |  |
| 37 | .71 | .72 |   |   |   |
| 38 | .76 | .76 |   |   |   |
| 39 | .82 | .83 |   |   |   |
|   | .87 | .88 |   |   |   |
|   | .92 | .95 |   |   |   |

CLIC 0003513
CONFIDENTIAL

## ACCIDENTAL DEATH BENEFIT:

**Issue Ages:** 15-65

**Benefit:** The Company will pay an additional amount equal to the face amount of the base policy for accidental death occurring within 90 days (91 days for Texas) of injury.

**Double Benefit:** The Company will pay twice the Accidental Death Benefit in lieu of the single Accidental Death Benefit if the accident occurred while the insured was a fare-paying passenger in or on a licensed public conveyance being operated as a common carrier for passenger service.

### ADB Rates (Maximum $250,000)

| ISSUE AGE | MALE & FEMALE PREMIUM | ISSUE AGE | MALE & FEMALE PREMIUM | ISSUE AGE | MALE & FEMALE PREMIUM | ISSUE AGE | MALE & FEMALE PREMIUM |
|---|---|---|---|---|---|---|---|
| 15 | 1.00 | 30 | 1.00 | 45 | 1.20 | 60 | 1.90 |
| 16 | 1.00 | 31 | 1.00 | 46 | 1.50 | 61 | 1.90 |
| 17 | 1.00 | 32 | 1.00 | 47 | 1.50 | 62 | 1.90 |
| 18 | 1.00 | 33 | 1.00 | 48 | 1.50 | 63 | 1.90 |
| 19 | 1.00 | 34 | 1.00 | 49 | 1.50 | 64 | 1.90 |
| 20 | 1.00 | 35 | 1.00 | 50 | 1.50 | 65 | 1.90 |
| 21 | 1.00 | 36 | 1.20 | 51 | 1.50 | | |
| 22 | 1.00 | 37 | 1.20 | 52 | 1.50 | | |
| 23 | 1.00 | 38 | 1.20 | 53 | 1.50 | | |
| 24 | 1.00 | 39 | 1.20 | 54 | 1.50 | | |
| 25 | 1.00 | 40 | 1.20 | 55 | 1.50 | | |
| 26 | 1.00 | 41 | 1.20 | 56 | 1.50 | | |
| 27 | 1.00 | 42 | 1.20 | 57 | 1.90 | | |
| 28 | 1.00 | 43 | 1.20 | 58 | 1.90 | | |
| 29 | 1.00 | 44 | 1.20 | 59 | 1.90 | | |

## GUARANTEED INSURABILITY OPTION (GPO-83):

This benefit provides that a new permanent life insurance policy may be purchased without evidence of insurability on each of six option dates. Additional option dates are provided to the insured while the rider is in force; (1) if the insured marries, (2) if a living child is born of the insured's marriage, (3) if the insured legally adopts a child, and (4) if the insured purchases a building for use as his principal residence.

The minimum number of units available is 5 ($1,000 per unit), the maximum is the lesser of 30 units or the initial amount of the base policy in thousands.

Regular option dates are the policy anniversaries on which the insured's age nearest birthday is 25, 28, 31, 34, 37 and 40.

### Guaranteed Insurability Option Premiums

| AGE AT ISSUE | ANNUAL PREMIUM PER UNIT | AGE AT ISSUE | ANNUAL PREMIUM PER UNIT |
|---|---|---|---|
| 0 | .65 | 19 | 1.11 |
| 1 | .58 | 20 | 1.13 |
| 2 | .61 | 21 | 1.16 |
| 3 | .64 | 22 | 1.19 |
| 4 | .67 | 23 | 1.22 |
| 5 | .70 | 24 | 1.25 |
| 6 | .73 | 25 | 1.28 |
| 7 | .76 | 26 | 1.31 |
| 8 | .79 | 27 | 1.34 |
| 9 | .82 | 28 | 1.37 |
| 10 | .85 | 29 | 1.41 |
| 11 | .88 | 30 | 1.45 |
| 12 | .91 | 31 | 1.49 |
| 13 | .94 | 32 | 1.53 |
| 14 | .97 | 33 | 1.57 |
| 15 | 1.00 | 34 | 1.61 |
| 16 | 1.03 | 35 | 1.65 |
| 17 | 1.06 | 36 | 1.70 |
| 18 | 1.09 | 37 | 1.75 |

CLIC 0003514
CONFIDENTIAL

## SPOUSE RIDER (SR-83)

This benefit provides decreasing term insurance on the spouse and is available in one to five units. Each unit of coverage provides a death benefit as follows:

| SPOUSE'S AGE AT DEATH | DEATH BENEFIT PER UNIT |
|---|---|
| 10-25 | $10,000 |
| 26-30 | 8,750 |
| 31-35 | 7,500 |
| 36-40 | 6,250 |
| 41-45 | 5,000 |
| 46-50 | 3,750 |
| 51-55 | 2,500 |
| 56-60 | 1,500 |
| 61-65 | 1,000 |

At the death of the insured, the benefit continues in force as decreasing term insurance without further premium payment.

This benefit expires on the policy anniversary immediately following the 65th birthday of the spouse. The coverage is convertible to permanent coverage prior to the policy anniversary following the spouse's attained age 62.

SPOUSE RIDER PREMIUMS     MAXIMUM 5 UNITS
$30 per unit

## CHILD RIDER (SCR-82)

This benefit provides term insurance on the life of each child. It covers each eligible dependent child named in the application who is at least 14 days old but less than 24 years. After issue, automatic coverage commencing at 14 days of age is provided to children born to, legally adopted by or becoming step-children of the insured. The maximum amount of coverage available per child is $10,000; the minimum is $1,000.

Coverage may be converted as of the Expiry Date of the Rider or the anniversary date following the date the child attains the age of 25, whichever is earlier, up to five times the coverage provided by the Rider.

CHILD RIDER PREMIUMS     $10,000 MAXIMUM
$7.00 per $1,000 (one premium covers all children)