# Exhibit 3
## to Declaration of Andrea Hopkins in Support of Motion for Partial Summary Judgment

## LIFETREND IV
**Monthly Expense Charges
Per $1,000 Initial Sum Insured
First Two Policy Years**

| AGE | MALE | FEMALE | AGE | MALE | FEMALE |
|---|---|---|---|---|---|
|  | $0.21 | $0.18 | 40 | $0.93 | $0.69 |
| 1 | 0.21 | 0.18 | 41 | 0.97 | 0.73 |
| 2 | 0.22 | 0.19 | 42 | 1.02 | 0.76 |
| 3 | 0.22 | 0.19 | 43 | 1.07 | 0.80 |
| 4 | 0.23 | 0.20 | 44 | 1.13 | 0.84 |
| 5 | 0.24 | 0.20 | 45 | 1.19 | 0.88 |
| 6 | 0.25 | 0.21 | 46 | 1.25 | 0.93 |
| 7 | 0.26 | 0.21 | 47 | 1.31 | 0.97 |
| 8 | 0.28 | 0.22 | 48 | 1.38 | 1.02 |
| 9 | 0.29 | 0.22 | 49 | 1.45 | 1.07 |
| 10 | 0.30 | 0.23 | 50 | 1.53 | 1.13 |
| 11 | 0.31 | 0.24 | 51 | 1.61 | 1.19 |
| 12 | 0.32 | 0.24 | 52 | 1.70 | 1.25 |
| 13 | 0.33 | 0.25 | 53 | 1.79 | 1.31 |
| 14 | 0.34 | 0.26 | 54 | 1.88 | 1.38 |
| 15 | 0.35 | 0.27 | 55 | 1.99 | 1.45 |
| 16 | 0.35 | 0.27 | 56 | 2.10 | 1.53 |
| 17 | 0.36 | 0.28 | 57 | 2.21 | 1.61 |
| 18 | 0.37 | 0.29 | 58 | 2.33 | 1.70 |
| 19 | 0.38 | 0.30 | 59 | 2.46 | 1.79 |
| 20 | 0.39 | 0.31 | 60 | 2.60 | 1.88 |
| 21 | 0.40 | 0.32 | 61 | 2.74 | 1.99 |
| 22 | 0.42 | 0.33 | 62 | 2.90 | 2.10 |
| 23 | 0.43 | 0.34 | 63 | 3.06 | 2.21 |
| 24 | 0.45 | 0.36 | 64 | 3.23 | 2.33 |
| 25 | 0.47 | 0.37 | 65 | 3.41 | 2.46 |
| 26 | 0.49 | 0.39 | 66 | 3.60 | 2.60 |
| 27 | 0.51 | 0.40 | 67 | 3.81 | 2.74 |
|  | 0.53 | 0.42 | 68 | 4.02 | 2.90 |
|  | 0.56 | 0.43 | 69 | 4.24 | 3.06 |
|  | 0.58 | 0.45 | 70 | 4.48 | 3.23 |
|  | 0.61 | 0.47 | 71 | 4.73 | 3.41 |
| 32 | 0.63 | 0.49 | 72 | 4.99 | 3.60 |
| 33 | 0.66 | 0.51 | 73 | 5.27 | 3.81 |
| 34 | 0.69 | 0.53 | 74 | 5.56 | 4.02 |
| 35 | 0.73 | 0.56 | 75 | 5.87 | 4.24 |
| 36 | 0.76 | 0.58 |  |  |  |
| 37 | 0.80 | 0.61 |  |  |  |
| 38 | 0.84 | 0.63 |  |  |  |
| 39 | 0.88 | 0.66 |  |  |  |

CLIC 0003516 CONFIDENTIAL

## MASSACHUSETTS GENERAL LIFE INSURANCE COMPANY

Massachusetts General Life began operations in 1962. The Company originally marketed life and health products via independent fire and casualty brokers. It now distributes its products through a system of large marketing groups and client companies as well as a general agency system comprised of approximately 2,200 general agents and 4,500 producers.

Massachusetts General Life offers a complete portfolio of life insurance products directed to the areas of business insurance, estate planning, tax-related life insurance, and qualified pension plans.

Massachusetts General Life is rated "A" (Excellent) by the A.M. Best Company, and is licensed in 47 states plus the District of Columbia. It has admitted assets in excess of $600 million and over $10 billion of life insurance in force.

7887 East Belleview Avenue
Englewood, CO 80111-6093
(303)779-1111 / (800)525-7662
Fax: (303)796-7576

MRC-TD4-1/91

# LIFETREND IV

A FIXED PREMIUM
INTEREST-SENSITIVE
WHOLE LIFE POLICY
MINIMUM: $25,000

# RATE CARD

POLICY FORM: NP-END-86

(FOR AGENT USE ONLY.
NOT FOR CONSUMER DISTRIBUTION.)

MASSACHUSETTS
GENERAL
LIFE

# SPECIFICATIONS

**Description:**
This product is a fixed premium, interest-sensitive, endowment at age 95 life insurance policy.

**Issue Ages:** 0-75, age last birthday

**Minimum Amount:** $25,000 ($5,000 for increases)

**Premiums:**
Premiums are payable to age 95. However, after the 5th policy year, the policyowner may elect to pay less than the specified premium in accordance with the terms of the Optional Premium Payment Provision. This provision allows the payment of a premium less than that due on the policy, provided that after the payment of such reduced premium, the value of the accumulation account exceeds the sum of the then guaranteed cash value plus the applicable surrender charge plus any outstanding indebtedness.

**Death Benefit:**
The death benefit is the greater of the initial sum insured or the amount required by the Cash Value Accumulation Test as defined in the Internal Revenue Code.

**Accumulation Account:**
At the end of each policy month:
a. Premiums received during the month are credited to the accumulation account;
b. Interest is credited;
c. The cost of insurance is deducted based upon the current cost of insurance rate and amount at risk;
d. The expense charge is deducted.

The monthly expense charge per policy is currently $2.50 (the Company reserves the right to increase this charge to $5.00) In the first two policy years only, there is a monthly expense charge per thousand initial sum insured based upon the insured's issue age and sex (see chart).

**Guaranteed Interest:**
Interest is credited to the unborrowed portion of the accumulation account at a guaranteed rate of 75% of the Chemical Bank Certificate of Deposit rate (80% when the Certificate of Deposit rate is 16% or higher), but in no event less than 4.5% per annum. Excess interest is credited to the first dollar of unloaned account value. The loaned portion of the accumulation account is credited interest at the rate of 4.5% per annum.

**Cash Value:**
The cash value while the policy is in full force is the greater of the guaranteed cash value or the value of the accumulation account less the surrender charge.

**Surrender Charge:**
During the first nineteen policy years, there is a surrender charge in effect which is expressed as a percentage of the annual premium (excluding policy fee):

| POLICY YEAR | PERCENTAGE | POLICY YEAR | PERCENTAGE |
|---|---|---|---|
| 1-10 | 125.0% | 16 | 50.0% |
| 11 | 112.5 | 17 | 37.5 |
| 12 | 100.0 | 18 | 25.0 |
| 13 | 87.5 | 19 | 12.5 |
| 14 | 75.0 | 20+ | 0.0 |
| 15 | 62.5 | | |

**Policy Loans:**
The cash surrender value may be borrowed by policy loan. The loan will be in advance (6.54%) unless the owner requests that it be in arrears (7.00%).

**Partial Withdrawals:** Not permitted

**Additional Interest Credits:**
If the first five annual premiums are paid in full, this product qualifies for retroactive and proactive additional interest credits of .25% (year 10), .25% (year 15) and .125% (in each of the 17th, 18th, 19th & 20th years).

**Modal Factors:**
The modal factors are as follows:

| | |
|---|---|
| Semiannual | 0.5000 |
| Quarterly | 0.2500 |
| Monthly Bank Draft | 0.8333 |

**Riders Available:**
The following riders are available:

Waiver Premium
Accidental Death
Spouse Rider
Child Rider
GIO Rider

### LIFETREND IV
### Gross Annual Premiums per $1,000
### Add $30.00 Policy Fee

| ISSUE AGE | MALE | FEMALE | ISSUE AGE | MALE | FEMALE |
|---|---|---|---|---|---|
| 0 | $ 4.13 | $ 3.59 | 41 | $ 19.42 | $ 14.56 |
| 1 | 3.96 | 3.67 | 42 | 20.41 | 15.26 |
| 2 | 4.06 | 3.76 | 43 | 21.46 | 16.01 |
| 3 | 4.17 | 3.83 | 44 | 22.53 | 16.79 |
| 4 | 4.30 | 3.94 | 45 | 23.70 | 17.63 |
| 5 | 4.43 | 4.03 | 46 | 24.92 | 18.50 |
| 6 | 4.58 | 4.13 | 47 | 26.21 | |
| 7 | 4.74 | 4.24 | 48 | 27.59 | |
| 8 | 4.91 | 4.36 | 49 | 29.04 | |
| 9 | 5.09 | 4.47 | 50 | 30.58 | 22.53 |
| 10 | 5.28 | 4.59 | 51 | 32.21 | 23.70 |
| 11 | 5.48 | 4.73 | 52 | 33.93 | 24.92 |
| 12 | 5.69 | 4.86 | 53 | 35.75 | 26.21 |
| 13 | 5.91 | 5.00 | 54 | 37.68 | 27.59 |
| 14 | 6.13 | 5.16 | 55 | 39.73 | 29.04 |
| 15 | 6.37 | 5.32 | 56 | 41.91 | 30.58 |
| 16 | 6.62 | 5.49 | 57 | 44.22 | 32.21 |
| 17 | 6.87 | 5.67 | 58 | 46.68 | 33.93 |
| 18 | 7.14 | 5.85 | 59 | 49.26 | 35.75 |
| 19 | 7.41 | 6.05 | 60 | 51.97 | 37.68 |
| 20 | 7.70 | 6.26 | 61 | 54.86 | 39.73 |
| 21 | 8.01 | 6.37 | 62 | 57.91 | 41.91 |
| 22 | 8.33 | 6.62 | 63 | 61.14 | 44.22 |
| 23 | 8.65 | 6.87 | 64 | 64.57 | 46.68 |
| 24 | 9.02 | 7.14 | 65 | 68.20 | 49.26 |
| 25 | 9.39 | 7.41 | 66 | 72.04 | 51.97 |
| 26 | 9.79 | 7.70 | 67 | 76.11 | 54.86 |
| 27 | 10.20 | 8.01 | 68 | 80.39 | 57.91 |
| 28 | 10.65 | 8.33 | 69 | 84.69 | 61.14 |
| 29 | 11.11 | 8.65 | 70 | 89.62 | 64.57 |
| 30 | 11.61 | 9.02 | 71 | 94.57 | 68.20 |
| 31 | 12.13 | 9.39 | 72 | 99.79 | 72.04 |
| 32 | 12.68 | 9.79 | 73 | 105.30 | 76.11 |
| 33 | 13.27 | 10.20 | 74 | 111.17 | 80.39 |
| 34 | 13.89 | 10.65 | 75 | 117.43 | 84.89 |
| 35 | 14.56 | 11.11 | | | |
| 36 | 15.26 | 11.61 | | | |
| 37 | 16.01 | 12.13 | | | |
| 38 | 16.79 | 12.68 | | | |
| 39 | 17.63 | 13.27 | | | |
| 40 | 18.50 | 13.89 | | | |

CLIC 0003517 CONFIDENTIAL

# Lifetrend IV Specifications

**Issue Ages:** 0-70 age last birthday

**Minimum** ▮▮▮▮▮ $25,000 ($5,000 for increases in qualified plan).

**Premiums:** Premiums are fixed and may be paid continuously, however, the insured has the option after the payment of 5 year's premiums of "vanishing" or limiting premium payments, thereby creating a "paid-up" policy based on *current interest, mortality and expense assumptions.*

There are three cost of insurance bands: N.S. Select, Select (Smoker) and Standard.

**Death Benefit:** Level, subject to the minimum required by tax law.

**Accumulation Account:** The accumulation account is the sum of all premiums paid (excluding rider premiums) minus the cost of insurance and the monthly expense fee, plus credited interest.

**Cash Value:** The cash value is the value of the accumulation account less the surrender charge.

**Surrender Charge:** There is a nine-year graded surrender charge which is a percentage of one annual premium (excluding policy fee).

| Policy Year | Percentage | Policy Year | Percentage |
|---|---|---|---|
| 1-10 | 125.0% | 16 | 50.0% |
| 11 | 112.5% | 17 | 37.0% |
| 12 | 100.0% | 18 | 25.0% |
| 13 | 87.5% | 19 | 12.5% |
| 14 | 75.0% | 20+ | 0.0% |
| 15 | 62.5% | | |

### Interest Crediting

**Guaranteed Interest:** Guaranteed interest rate is 75% of the Chemical Bank of New York C.D. rate (80% if the C.D. rate is 16% or higher), but in no event less than 4.5%.

**Excess Interest:** Interest credited in addition to the guaranteed rate is declared by the Company.

**Guaranteed Additional Interest Credits:** If the first five annual premiums are paid in full, *additional interest* will be credited retroactively and prospectively to the accumulation account as follows:

   End of 10 years—An additional 0.25% will be credited.
   End of 15 years—An additional 0.25% will be credited.
   End of 20 years—Another 0.50% will be credited.

The additional interest is guaranteed and will continue to be credited for the life of the policy.

**Policy Loans:** Cash values may be accessed by policy loans (partial withdrawals not available). Loan interest options which may be selected on the application are as follows:

   Interest in Advance—6.54%
   Interest in Arrears—7%

If a fixed loan interest rate is elected, that portion of the accumulation account equal to the loan balance will earn interest at 4.5%.

**Riders Available:** Waiver of Premium, ADB, Spouse Rider, Child Rider, GIO Rider, Payor Death, Payor Death and Disability.

**Modal Factors:** Semi-Annual  .5000
                 Quarterly    .2500
                 Monthly
                 Bank Draft  .8333

**Proposals:** Software available for IBM PC and compatibles. Proposals may also be ordered from the home office or through FDP (Goldberg system) timesharing.



A
Fixed
Premium
Interest-Sensitive
Whole
Life
Policy
With
Vanish
Option

Policy Form NP-END-86



*companies*

Administrative Offices:
7887 E. Belleview, Englewood, Colorado 80111

CLIC 0003518 CONFIDENTIAL

## Gross Annual Premiums Per $1,000

Add $30.00 Policy Fee

| Issue Age | Male Premium | Female Premium | Issue Age | Male Premium | Female Premium |
|---|---|---|---|---|---|
| 0 | $ 4.13 | $ 3.59 | 35 | $14.56 | $11.11 |
| 1 | 3.95 | 3.67 | 36 | 15.26 | 11.61 |
| 2 | 4.06 | 3.76 | 37 | 16.01 | 12.13 |
| 3 | 4.17 | 3.83 | 38 | 16.79 | 12.68 |
| 4 | 4.30 | 3.94 | 39 | 17.63 | 13.27 |
| 5 | 4.43 | 4.03 | 40 | 18.50 | 13.89 |
| 6 | 4.58 | 4.13 | 41 | 19.42 | 14.56 |
| 7 | 4.74 | 4.24 | 42 | 20.41 | 15.26 |
| 8 | 4.91 | 4.36 | 43 | 21.45 | 16.01 |
| 9 | 5.09 | 4.47 | 44 | 22.53 | 16.79 |
| 10 | 5.28 | 4.59 | 45 | 23.70 | 17.63 |
| 11 | 5.48 | 4.73 | 46 | 24.92 | 18.50 |
| 12 | 5.69 | 4.86 | 47 | 26.21 | 19.42 |
| 13 | 5.91 | 5.00 | 48 | 27.59 | 20.41 |
| 14 | 6.13 | 5.16 | 49 | 29.04 | 21.45 |
| 15 | 6.37 | 5.32 | 50 | 30.58 | 22.53 |
| 16 | 6.62 | 5.49 | 51 | 32.21 | 23.70 |
| 17 | 6.87 | 5.67 | 52 | 33.93 | 24.92 |
| 18 | 7.14 | 5.85 | 53 | 35.75 | 26.21 |
| 19 | 7.41 | 6.05 | 54 | 37.68 | 27.59 |
| 20 | 7.70 | 6.26 | 55 | 39.73 | 29.04 |
| 21 | 8.01 | 6.37 | 56 | 41.91 | 30.58 |
| 22 | 8.33 | 6.62 | 57 | 44.22 | 32.21 |
| 23 | 8.65 | 6.87 | 58 | 46.68 | 33.93 |
| 24 | 9.02 | 7.14 | 59 | 49.26 | 35.75 |
| 25 | 9.39 | 7.41 | 60 | 51.97 | 37.68 |
| 26 | 9.79 | 7.70 | 61 | 54.86 | 39.73 |
| 27 | 10.20 | 8.01 | 62 | 57.91 | 41.91 |
| 28 | 10.65 | 8.33 | 63 | 61.14 | 44.22 |
| 29 | 11.11 | 8.65 | 64 | 64.57 | 46.68 |
| 30 | 11.61 | 9.02 | 65 | 68.20 | 49.26 |
| 31 | 12.13 | 9.39 | 66 | 72.04 | 51.97 |
| 32 | 12.68 | 9.79 | 67 | 76.11 | 54.86 |
| 33 | 13.27 | 10.20 | 68 | 80.39 | 57.91 |
| 34 | 13.89 | 10.65 | 69 | 84.89 | 61.14 |
|   |       |       | 70 | 89.62 | 64.57 |

## Waiver of Premium Rates

Form NP-END-86

| Issue Age | Male Premium | Female Premium | Issue Age | Male Premium | Female Premium |
|---|---|---|---|---|---|
| 15 | $0.23 | $0.34 | 35 | $0.60 | $0.61 |
| 16 | 0.23 | 0.34 | 36 | 0.64 | 0.64 |
| 17 | 0.24 | 0.34 | 37 | 0.69 | 0.70 |
| 18 | 0.25 | 0.34 | 38 | 0.74 | 0.75 |
| 19 | 0.26 | 0.34 | 39 | 0.78 | 0.80 |
| 20 | 0.27 | 0.34 | 40 | 0.83 | 0.85 |
| 21 | 0.28 | 0.34 | 41 | 0.88 | 0.91 |
| 22 | 0.29 | 0.34 | 42 | 0.96 | 0.97 |
| 23 | 0.31 | 0.36 | 43 | 1.06 | 1.04 |
| 24 | 0.32 | 0.37 | 44 | 1.17 | 1.11 |
| 25 | 0.34 | 0.40 | 45 | 1.28 | 1.18 |
| 26 | 0.35 | 0.41 | 46 | 1.41 | 1.24 |
| 27 | 0.36 | 0.43 | 47 | 1.57 | 1.32 |
| 28 | 0.38 | 0.44 | 48 | 1.75 | 1.45 |
| 29 | 0.41 | 0.46 | 49 | 1.96 | 1.60 |
| 30 | 0.43 | 0.48 | 50 | 2.18 | 1.75 |
| 31 | 0.46 | 0.51 | 51 | 2.45 | 1.92 |
| 32 | 0.50 | 0.53 | 52 | 2.77 | 2.13 |
| 33 | 0.53 | 0.54 | 53 | 3.11 | 2.36 |
| 34 | 0.57 | 0.58 | 54 | 3.47 | 2.64 |
|    |      |      | 55 | 3.88 | 2.94 |

## ADB Rates

(Maximum 250,000)

| Issue Age | Male & Female Premium | Issue Age | Male & Female Premium | Issue Age | Male & Female Premium | Issue Age | Male & Female Premium |
|---|---|---|---|---|---|---|---|
| 5 | 1.00 | 20 | 1.00 | 35 | 1.00 | 50 | 1.50 |
| 6 | 1.00 | 21 | 1.00 | 36 | 1.20 | 51 | 1.50 |
| 7 | 1.00 | 22 | 1.00 | 37 | 1.20 | 52 | 1.50 |
| 8 | 1.00 | 23 | 1.00 | 38 | 1.20 | 53 | 1.50 |
| 9 | 1.00 | 24 | 1.00 | 39 | 1.20 | 54 | 1.50 |
| 10 | 1.00 | 25 | 1.00 | 40 | 1.20 | 55 | 1.50 |
| 11 | 1.00 | 26 | 1.00 | 41 | 1.20 | 56 | 1.90 |
| 12 | 1.00 | 27 | 1.00 | 42 | 1.20 | 57 | 1.90 |
| 13 | 1.00 | 28 | 1.00 | 43 | 1.20 | 58 | 1.90 |
| 14 | 1.00 | 29 | 1.00 | 44 | 1.20 | 59 | 1.90 |
| 15 | 1.00 | 30 | 1.00 | 45 | 1.20 | 60 | 1.90 |
| 16 | 1.00 | 31 | 1.00 | 46 | 1.50 | 61 | 1.90 |
| 17 | 1.00 | 32 | 1.00 | 47 | 1.50 | 62 | 1.90 |
| 18 | 1.00 | 33 | 1.00 | 48 | 1.50 | 63 | 1.90 |
| 19 | 1.00 | 34 | 1.00 | 49 | 1.50 | 64 | 1.90 |
|    |      |    |      |    |      | 65 | 1.90 |

## WAIVER OF PREMIUM

**Issue Ages:** 15-55 (WP-78)

**Benefit:** If the insured becomes totally and permanently disabled prior to age 60, premiums falling due during the continuance of such disability will be waived. Disability must exist continuously for at least three months.

**Disability Defined:** Disability is considered total if it has continued for at least three consecutive months, preventing the insured from engaging in an occupation for compensation or profit.

During the first 24 months of total disability, "occupation" means the insured's occupation at the time disability began. After that period, "occupation" means any occupation for which the insured is or becomes reasonably fitted by education, training or experience.

## ACCIDENTAL DEATH BENEFIT

**Issue Ages:** 5-65 (ADB-78)

**Benefit:** The Company will pay an additional amount equal to the face amount of the base policy for accidental death occuring within 90* days of injury.

**Double Benefit:** The Company will pay twice the Accidental Death Benefit in lieu of the single Accidental Death Benefit if the accident occured while the insured was a fare paying passenger in or on a licensed public conveyance being operated as a common carrier for passenger service.

*91 days, Texas

CLIC 0003519
CONFIDENTIAL