# Exhibit 5

## to Declaration of Andrea Hopkins in Support of Motion for Partial Summary Judgment

## PRODUCT SPECIFICATIONS FOR

### LIFETREND III

**1. - Description:**

This product is a fixed premium, interest-sensitive, whole life insurance policy. The form number is NP-WL-86.

**2. Issue Ages:** 0-80, age last birthday

**3. Minimum Amount:** $25,000 ($5,000 for increases)

**4. Premiums:**

Premiums are payable for life (Exhibit I). However, after the 5th policy year, the policyowner may elect to pay less than the specified premium in accordance with the terms of the Optional Premium Payment Provision. This provision allows the payment of a premium less than that due on the policy, provided that after the payment of such reduced premium, the value of the accumulation account exceeds the sum of (i) the then guaranteed cash value plus (ii) the applicable surrender charge plus (iii) any outstanding indebtedness.

**5. Death Benefit:**

The death benefit is the greater of (i) the initial sum insured or (ii) the amount required by the Cash Value Accumulation Test as defined in the Internal Revenue Code (Exhibit III).

**6. Accumulation Account:**

At the end of each policy month:

a. Premiums received during the month are credited to the accumulation account;

b. Interest is credited;

c. The cost of insurance is deducted based upon the current cost of insurance rate (Exhibit II) and amount at risk;

d. The expense charge is deducted.

Interest is credited to the unborrowed portion of the accumulation account at a guaranteed rate of 75% of the Chemical Bank Certificate of Deposit rate (80% when the Certificate of Deposit rate is 16% or higher), but in no event less than 4.5% per annum. Excess interest is credited to the first dollar of unloaned account value. The loaned portion of the accumulation account is credited interest at the rate of 4.5% per annum.

The monthly expense charge per policy is currently $2.50 (the Company reserves the right to increase this charge to $5.00) and is deducted in

110/411(1)                                                                09/16/86

CLIC 0003776
CONFIDENTIAL

Product Specifications for LIFETREND III
Page 2

all policy years.  In addition, there is a monthly per unit expense charge
(per thousand initial sum insured) based upon the insured's issue age,
duration, and sex (Exhibit IV).

It is the Company's current practice to deduct neither the monthly per
unit expense charge nor the cost of insurance after the 8th policy year.
However, it is the Company intention to continue charging the $2.50
monthly expense charge after the 8th policy year.

7.  Cash Value:

The cash value while the policy is in full force is the greater of (i) the
guaranteed cash value or (ii) the value of the accumulation account less
the surrender charge.

Guaranteed cash values are based upon the Commissioner's 1980 Standard
Ordinary Mortality Table, ALB, 5.5% interest per annum.

8.  Surrender Charge:

During the first nine policy years, there is a surrender charge in effect
which is expressed as a percentage of the annual premium (excluding policy
fee):

| POLICY YEAR | PERCENTAGE |
|---|---|
| 1-5 | 95% |
| 6 | 90 |
| 7 | 85 |
| 8 | 80 |
| 9 | 75 |
| 10+ | 0 |

9.  Policy Loans:

The cash surrender value may be borrowed by policy loan.  The loan will be
in advance, unless the owner requests that it be in arrears.  In addition,
the owner can request a variable rate (Moody's) instead of a fixed rate
loan (6.54% in advance, 7.00% in arrears).

10.  Partial Withdrawals:  Not Permitted

11.  Field Compensation:

The basic G.A. compensation is as follows:

| YEAR | RATE |
|---|---|
| 1 | 57% |
| 2-10 | 5 |
| 11+ | 3 |

This product qualifies for the Production Incentive and Quality Business
bonuses.

110/411(2)                                                    09/16/86

CLIC 0003777
CONFIDENTIAL

Product Specifications for LIFETREND III
Page 3

12. **Additional Interest Credits:**

If the first five annual premiums are paid in full, additional interest will be credited to the accumulation account at the end of the tenth (½%), fifteenth (½%) and twentieth (½%) years, not only retroactively to the date of issue, but prospectively as well.

13. **Modal Factors:**

The modal factors are as follows:

| | |
|---|---|
| Semiannual | 0.5000 |
| Quarterly | 0.2500 |
| Monthly Bank Draft | 0.8333 |

14. **Riders:**

The following riders are available:

- Waiver Premium
- Accidental Death
- Spouse Rider
- Child Rider
- GIO Rider
- Payor Death
- Payor Death & Disability

110/411(3)                                                          09/16/86

CLIC 0003778
CONFIDENTIAL

LIFETREND III

Form NP-WL-86
Gross Annual Premiums per $1,000
Add $30.00 Policy Fee

| ISSUE AGE | MALE PREMIUM | FEMALE PREMIUM | ISSUE AGE | MALE PREMIUM | FEMALE PREMIUM |
|---|---|---|---|---|---|
| 0 | $ 3.65 | $ 3.17 | 41 | $ 17.17 | $ 12.87 |
| 1 | 3.50 | 3.24 | 42 | 18.04 | 13.49 |
| 2 | 3.59 | 3.32 | 43 | 18.96 | 14.15 |
| 3 | 3.69 | 3.39 | 44 | 19.92 | 14.84 |
| 4 | 3.80 | 3.48 | 45 | 20.95 | 15.58 |
| 5 | 3.92 | 3.56 | 46 | 22.03 | 16.35 |
| 6 | 4.05 | 3.65 | 47 | 23.17 | 17.17 |
| 7 | 4.19 | 3.75 | 48 | 24.39 | 18.04 |
| 8 | 4.34 | 3.85 | 49 | 25.67 | 18.96 |
| 9 | 4.50 | 3.95 | 50 | 27.03 | 19.92 |
| 10 | 4.67 | 4.06 | 51 | 28.47 | 20.95 |
| 11 | 4.84 | 4.18 | 52 | 29.99 | 22.03 |
| 12 | 5.03 | 4.30 | 53 | 31.60 | 23.17 |
| 13 | 5.22 | 4.42 | 54 | 33.31 | 24.39 |
| 14 | 5.42 | 4.56 | 55 | 35.12 | 25.67 |
| 15 | 5.63 | 4.70 | 56 | 37.05 | 27.03 |
| 16 | 5.85 | 4.85 | 57 | 39.09 | 28.47 |
| 17 | 6.07 | 5.01 | 58 | 41.26 | 29.99 |
| 18 | 6.31 | 5.17 | 59 | 43.54 | 31.60 |
| 19 | 6.55 | 5.35 | 60 | 45.94 | 33.31 |
| 20 | 6.81 | 5.53 | 61 | 48.49 | 35.12 |
| 21 | 7.08 | 5.63 | 62 | 51.19 | 37.05 |
| 22 | 7.36 | 5.85 | 63 | 54.05 | 39.09 |
| 23 | 7.65 | 6.07 | 64 | 57.08 | 41.26 |
| 24 | 7.97 | 6.31 | 65 | 60.29 | 43.54 |
| 25 | 8.30 | 6.55 | 66 | 63.68 | 45.94 |
| 26 | 8.65 | 6.81 | 67 | 67.28 | 48.49 |
| 27 | 9.02 | 7.08 | 68 | 71.06 | 51.19 |
| 28 | 9.41 | 7.36 | 69 | 75.04 | 54.05 |
| 29 | 9.82 | 7.65 | 70 | 79.22 | 57.08 |
| 30 | 10.26 | 7.97 | 71 | 83.60 | 60.29 |
| 31 | 10.72 | 8.30 | 72 | 88.21 | 63.68 |
| 32 | 11.21 | 8.65 | 73 | 93.08 | 67.28 |
| 33 | 11.73 | 9.02 | 74 | 98.27 | 71.06 |
| 34 | 12.28 | 9.41 | 75 | 103.80 | 75.04 |
| 35 | 12.87 | 9.82 | 76 | 109.73 | 79.22 |
| 36 | 13.49 | 10.26 | 77 | 116.06 | 83.60 |
| 37 | 14.15 | 10.72 | 78 | 122.79 | 88.21 |
| 38 | 14.84 | 11.21 | 79 | 129.90 | 93.08 |
| 39 | 15.58 | 11.73 | 80 | 137.63 | 98.27 |
| 40 | 16.35 | 12.28 | | | |

110/411(4)                                                                09/16/86

CLIC 0003779
CONFIDENTIAL

LIFETREND III
FORM NP-WL-86
Monthly Cost of Insurance Rates

| | MALE | | | | FEMALE | | | |
| AGE | NONSMOKER | SELECT | STANDARD | GUARANTEED | NONSMOKER | SELECT | STANDARD | GUARANTEED |
|---|---|---|---|---|---|---|---|---|
| 0 | 0.0838 | 0.0846 | 0.0855 | 0.22 | 0.0652 | 0.0658 | 0.0665 | 0.16 |
| 1 | 0.0838 | 0.0846 | 0.0855 | 0.09 | 0.0652 | 0.0658 | 0.0665 | 0.07 |
| 2 | 0.0784 | 0.0792 | 0.0800 | 0.08 | 0.0652 | 0.0658 | 0.0665 | 0.07 |
| 3 | 0.0775 | 0.0783 | 0.0791 | 0.08 | 0.0652 | 0.0658 | 0.0665 | 0.07 |
| 4 | 0.0747 | 0.0754 | 0.0762 | 0.08 | 0.0559 | 0.0564 | 0.0570 | 0.06 |
| 5 | 0.0686 | 0.0693 | 0.0700 | 0.07 | 0.0559 | 0.0564 | 0.0570 | 0.06 |
| 6 | 0.0686 | 0.0693 | 0.0700 | 0.07 | 0.0559 | 0.0564 | 0.0570 | 0.06 |
| 7 | 0.0668 | 0.0675 | 0.0682 | 0.07 | 0.0559 | 0.0564 | 0.0570 | 0.06 |
| 8 | 0.0588 | 0.0594 | 0.0600 | 0.06 | 0.0559 | 0.0564 | 0.0570 | 0.06 |
| 9 | 0.0588 | 0.0594 | 0.0600 | 0.06 | 0.0559 | 0.0564 | 0.0570 | 0.06 |
| 10 | 0.0588 | 0.0594 | 0.0600 | 0.06 | 0.0559 | 0.0564 | 0.0570 | 0.06 |
| 11 | 0.0686 | 0.0693 | 0.0700 | 0.07 | 0.0559 | 0.0564 | 0.0570 | 0.06 |
| 12 | 0.0784 | 0.0792 | 0.0800 | 0.08 | 0.0559 | 0.0564 | 0.0570 | 0.06 |
| 13 | 0.0882 | 0.0891 | 0.0900 | 0.09 | 0.0559 | 0.0564 | 0.0570 | 0.06 |
| 14 | 0.0980 | 0.0990 | 0.1000 | 0.10 | 0.0600 | 0.0618 | 0.0665 | 0.07 |
| 15 | 0.1000 | 0.1188 | 0.1200 | 0.12 | 0.0625 | 0.0642 | 0.0665 | 0.07 |
| 16 | 0.1000 | 0.1242 | 0.1265 | 0.13 | 0.0650 | 0.0717 | 0.0760 | 0.08 |
| 17 | 0.1000 | 0.1294 | 0.1330 | 0.14 | 0.0689 | 0.0747 | 0.0760 | 0.08 |
| 18 | 0.1000 | 0.1325 | 0.1425 | 0.15 | 0.0713 | 0.0759 | 0.0760 | 0.08 |
| 19 | 0.1000 | 0.1332 | 0.1520 | 0.16 | 0.0725 | 0.0804 | 0.0855 | 0.09 |
| 20 | 0.1000 | 0.1320 | 0.1520 | 0.16 | 0.0727 | 0.0820 | 0.0855 | 0.09 |
| 21 | 0.1000 | 0.1294 | 0.1520 | 0.16 | 0.0721 | 0.0829 | 0.0855 | 0.09 |
| 22 | 0.1000 | 0.1259 | 0.1520 | 0.16 | 0.0711 | 0.0833 | 0.0855 | 0.09 |
| 23 | 0.1000 | 0.1221 | 0.1425 | 0.15 | 0.0697 | 0.0834 | 0.0855 | 0.09 |
| 24 | 0.1000 | 0.1187 | 0.1425 | 0.15 | 0.0683 | 0.0833 | 0.0950 | 0.10 |
| 25 | 0.1000 | 0.1161 | 0.1425 | 0.15 | 0.0672 | 0.0832 | 0.0950 | 0.10 |
| 26 | 0.1000 | 0.1148 | 0.1330 | 0.14 | 0.0664 | 0.0832 | 0.0950 | 0.10 |
| 27 | 0.1000 | 0.1147 | 0.1330 | 0.14 | 0.0661 | 0.0834 | 0.0950 | 0.10 |
| 28 | 0.0999 | 0.1155 | 0.1330 | 0.14 | 0.0662 | 0.0840 | 0.1045 | 0.11 |
| 29 | 0.0999 | 0.1169 | 0.1330 | 0.14 | 0.0667 | 0.0849 | 0.1045 | 0.11 |
| 30 | 0.0997 | 0.1186 | 0.1425 | 0.15 | 0.0675 | 0.0863 | 0.1045 | 0.11 |
| 31 | 0.0995 | 0.1204 | 0.1425 | 0.15 | 0.0687 | 0.0883 | 0.1140 | 0.12 |
| 32 | 0.0994 | 0.1227 | 0.1520 | 0.16 | 0.0704 | 0.0911 | 0.1140 | 0.12 |
| 33 | 0.0993 | 0.1257 | 0.1520 | 0.16 | 0.0728 | 0.0951 | 0.1235 | 0.13 |
| 34 | 0.0994 | 0.1301 | 0.1615 | 0.17 | 0.0761 | 0.1005 | 0.1235 | 0.13 |
| 35 | 0.0997 | 0.1360 | 0.1710 | 0.18 | 0.0806 | 0.1077 | 0.1330 | 0.14 |
| 36 | 0.1004 | 0.1439 | 0.1805 | 0.19 | 0.0863 | 0.1169 | 0.1425 | 0.15 |
| 37 | 0.1016 | 0.1539 | 0.1995 | 0.21 | 0.0932 | 0.1280 | 0.1520 | 0.16 |
| 38 | 0.1034 | 0.1659 | 0.2090 | 0.22 | 0.1012 | 0.1409 | 0.1710 | 0.18 |
| 39 | 0.1061 | 0.1801 | 0.2280 | 0.24 | 0.1059 | 0.1554 | 0.1805 | 0.19 |
| 40 | 0.1097 | 0.1963 | 0.2470 | 0.26 | 0.1095 | 0.1715 | 0.1995 | 0.21 |
| 41 | 0.1145 | 0.2145 | 0.2755 | 0.29 | 0.1142 | 0.1887 | 0.2185 | 0.23 |
| 42 | 0.1205 | 0.2339 | 0.2945 | 0.31 | 0.1200 | 0.2060 | 0.2375 | 0.25 |
| 43 | 0.1281 | 0.2537 | 0.3230 | 0.34 | 0.1270 | 0.2221 | 0.2565 | 0.27 |
| 44 | 0.1372 | 0.2728 | 0.3515 | 0.37 | 0.1370 | 0.2358 | 0.2755 | 0.29 |
| 45 | 0.1482 | 0.2905 | 0.3800 | 0.40 | 0.1480 | 0.2457 | 0.2945 | 0.31 |
| 46 | 0.1612 | 0.3066 | 0.4085 | 0.43 | 0.1610 | 0.2515 | 0.3135 | 0.33 |
| 47 | 0.1773 | 0.3242 | 0.4370 | 0.46 | 0.1770 | 0.2558 | 0.3325 | 0.35 |
| 48 | 0.1975 | 0.3472 | 0.4750 | 0.50 | 0.1973 | 0.2622 | 0.3515 | 0.37 |
| 49 | 0.2230 | 0.3796 | 0.5130 | 0.54 | 0.2153 | 0.2740 | 0.3800 | 0.40 |
| 50 | 0.2547 | 0.4253 | 0.5605 | 0.59 | 0.2381 | 0.2950 | 0.4085 | 0.43 |

110/411(5)

CLIC 0003780
CONFIDENTIAL

Page 2 of 2

LIFETREND III
FORM NP-WL-86
Monthly Cost of Insurance Rates

| AGE | MALE | | | | FEMALE | | | |
|---|---|---|---|---|---|---|---|---|
| | NONSMOKER | SELECT | STANDARD | GUARANTEED | NONSMOKER | SELECT | STANDARD | GUARANTEED |
| 51 | 0.2933 | 0.4863 | 0.6080 | 0.64 | 0.2688 | 0.3269 | 0.4370 | 0.46 |
| 52 | 0.3381 | 0.5572 | 0.6650 | 0.70 | 0.3041 | 0.3658 | 0.4750 | 0.50 |
| 53 | 0.3879 | 0.6310 | 0.7220 | 0.76 | 0.3396 | 0.4059 | 0.5035 | 0.53 |
| 54 | 0.4413 | 0.7003 | 0.7980 | 0.84 | 0.3710 | 0.4417 | 0.5415 | 0.57 |
| 55 | 0.4971 | 0.7580 | 0.8740 | 0.92 | 0.3938 | 0.4674 | 0.5995 | 0.61 |
| 56 | 0.5548 | 0.7999 | 0.9500 | 1.00 | 0.4059 | 0.4800 | 0.6195 | 0.65 |
| 57 | 0.6166 | 0.8338 | 1.0355 | 1.09 | 0.4130 | 0.4869 | 0.6295 | 0.69 |
| 58 | 0.6851 | 0.8707 | 0.1305 | 1.19 | 0.4229 | 0.4980 | 0.6385 | 0.73 |
| 59 | 0.7633 | 0.9214 | 1.2255 | 1.29 | 0.4437 | 0.5232 | 0.6515 | 0.77 |
| 60 | 0.8538 | 0.9969 | 1.3395 | 1.41 | 0.4832 | 0.5725 | 0.6680 | 0.82 |
| 61 | 0.9590 | 1.1051 | 1.4630 | 1.54 | 0.5464 | 0.6518 | 0.7062 | 0.88 |
| 62 | 1.0788 | 1.2433 | 1.5770 | 1.69 | 0.6270 | 0.7520 | 0.8811 | 0.96 |
| 63 | 1.2126 | 1.4058 | 1.7005 | 1.86 | 0.7161 | 0.8598 | 1.0518 | 1.06 |
| 64 | 1.3600 | 1.5870 | 1.8430 | 2.05 | 0.8044 | 0.9622 | 1.1377 | 1.17 |
| 65 | 1.5203 | 1.7811 | 2.1375 | 2.25 | 0.8828 | 1.0460 | 1.1880 | 1.28 |
| 66 | 1.6927 | 1.9833 | 2.3370 | 2.46 | 0.9456 | 1.1029 | 1.2324 | 1.40 |
| 67 | 1.8753 | 2.1907 | 2.5555 | 2.69 | 1.0000 | 1.1443 | 1.2823 | 1.52 |
| 68 | 2.0658 | 2.4010 | 2.7835 | 2.93 | 1.0564 | 1.1862 | 1.3493 | 1.65 |
| 69 | 2.2621 | 2.6122 | 3.0495 | 3.21 | 1.1254 | 1.2449 | 1.4454 | 1.79 |
| 70 | 2.4619 | 2.8220 | 3.3345 | 3.51 | 1.2175 | 1.3363 | 1.5823 | 1.95 |
| 71 | 2.6657 | 3.0304 | 3.6765 | 3.87 | 1.3415 | 1.4730 | 1.7679 | 2.15 |
| 72 | 2.8843 | 3.2465 | 3.9805 | 4.27 | 1.4986 | 1.6520 | 1.9952 | 2.40 |
| 73 | 3.1313 | 3.4815 | 4.2370 | 4.73 | 1.6885 | 1.8666 | 2.2534 | 2.71 |
| 74 | 3.4204 | 3.7465 | 4.5030 | 5.24 | 1.9108 | 2.1103 | 2.5316 | 3.06 |
| 75 | 3.7652 | 4.0528 | 4.7880 | 5.78 | 2.1652 | 2.3762 | 2.8190 | 3.44 |
| 76 | 4.1733 | 4.4113 | 5.0825 | 6.36 | 2.4513 | 2.6582 | 3.1098 | 3.87 |
| 77 | 4.6297 | 4.8318 | 5.4150 | 6.96 | 2.7698 | 2.9516 | 3.4186 | 4.32 |
| 78 | 5.1136 | 5.3238 | 6.1750 | 7.59 | 3.1213 | 3.2523 | 3.7649 | 4.82 |
| 79 | 5.6040 | 5.8967 | 6.6500 | 8.26 | 3.5065 | 3.5560 | 4.1684 | 5.37 |
| 80 | 6.0800 | 6.5600 | 7.6000 | 9.01 | 3.9261 | 3.9586 | 4.6489 | 6.00 |
| 81 | 6.5215 | 6.8880 | 7.9800 | 9.86 | 4.0814 | 4.3286 | 5.2152 | 6.73 |
| 82 | 6.9110 | 7.2160 | 8.3600 | 10.82 | 4.3755 | 4.8422 | 5.8340 | 7.58 |
| 83 | 7.2317 | 7.5440 | 8.7400 | 11.90 | 4.8462 | 5.3613 | 6.4616 | 8.55 |
| 84 | 7.4670 | 7.8720 | 9.1200 | 13.08 | 5.2904 | 5.8547 | 7.0539 | 9.63 |
| 85 | 7.6000 | 8.3000 | 9.5000 | 14.32 | 5.6753 | 6.2806 | 7.5670 | 10.81 |
| 86 | 7.6000 | 8.3000 | 9.5000 | 15.63 | 5.6753 | 6.2806 | 7.5670 | 12.09 |
| 87 | 7.6000 | 8.3000 | 9.5000 | 16.98 | 5.6753 | 6.2806 | 7.5670 | 13.47 |
| 88 | 7.6000 | 8.3000 | 9.5000 | 18.38 | 5.6753 | 6.2806 | 7.5670 | 14.95 |
| 89 | 7.6000 | 8.3000 | 9.5000 | 19.83 | 5.6753 | 6.2806 | 7.5670 | 16.56 |
| 90 | 7.6000 | 8.3000 | 9.5000 | 21.38 | 5.6753 | 6.2806 | 7.5670 | 18.31 |
| 91 | 7.6000 | 8.3000 | 9.5000 | 23.05 | 5.6753 | 6.2806 | 7.5670 | 20.25 |
| 92 | 7.6000 | 8.3000 | 9.5000 | 24.94 | 5.6753 | 6.2806 | 7.5670 | 22.47 |
| 93 | 7.6000 | 8.3000 | 9.5000 | 27.24 | 5.6753 | 6.2806 | 7.5670 | 25.16 |
| 94 | 7.6000 | 8.3000 | 9.5000 | 30.45 | 5.6753 | 6.2806 | 7.5670 | 28.74 |
| 95 | 7.6000 | 8.3000 | 9.5000 | 35.49 | 5.6753 | 6.2806 | 7.5670 | 34.16 |
| 96 | 7.6000 | 8.3000 | 9.5000 | 44.52 | 5.6753 | 6.2806 | 7.5670 | 43.54 |
| 97 | 7.6000 | 8.3000 | 9.5000 | 62.83 | 5.6753 | 6.2806 | 7.5670 | 62.19 |
| 98 | 7.6000 | 8.3000 | 9.5000 | 83.33 | 5.6753 | 6.2806 | 7.5670 | 83.33 |
| 99 | 7.6000 | 8.3000 | 9.5000 | 83.33 | 5.6753 | 6.2806 | 7.5670 | 83.33 |

110/411(6)

CLIC 0003781
CONFIDENTIAL

EXHIBIT III

## LIFETREND III

Form NP-WL-86
Table of Minimum Death Benefit Percentages

| ATTAINED AGE | PERCENTAGE | |
| --- | --- | --- |
| | MALE | FEMALE |
| 0 | 2,373% | 3,006% |
| 5 | 2,006 | 2,552 |
| 10 | 1,641 | 2,110 |
| 15 | 1,338 | 1,723 |
| 20 | 1,122 | 1,411 |
| 25 | 934 | 1,149 |
| 30 | 760 | 930 |
| 35 | 614 | 751 |
| 40 | 496 | 607 |
| 45 | 404 | 495 |
| 50 | 332 | 407 |
| 55 | 276 | 336 |
| 60 | 232 | 279 |
| 65 | 198 | 233 |
| 70 | 172 | 197 |
| 75 | 153 | 168 |
| 80 | 139 | 147 |
| 85 | 128 | 132 |
| 90 | 121 | 122 |
| 95+ | 113 | 113 |

Percentages for intermediate ages are calculated by linearly
interpolating the quinquennial age values.

110/411(7)

09/16/86

CLIC 0003782
CONFIDENTIAL

Product Specifications for LIFETREND III

EXHIBIT IV

## LIFETREND III
### FORM NP-WL-86
### Monthly Per Unit Expense Charge

| Issue Age | Male First Year | Male Renewal | Female First Year | Female Renewal | Issue Age | Male First Year | Male Renewal | Female First Year | Female Renewal |
|---|---|---|---|---|---|---|---|---|---|
| 0 | $ .20 | $ .03 | $ .16 | $ .03 | 40 | $ .99 | $ .14 | $ .72 | $ .09 |
| 1 | .20 | .03 | .16 | .03 | 41 | 1.03 | .15 | .74 | .10 |
| 2 | .20 | .04 | .17 | .03 | 42 | 1.07 | .16 | .76 | .10 |
| 3 | .20 | .04 | .18 | .03 | 43 | 1.12 | .17 | .79 | .11 |
| 4 | .20 | .05 | .19 | .03 | 44 | 1.17 | .17 | .82 | .11 |
| 5 | .21 | .05 | .20 | .03 | 45 | 1.22 | .18 | .84 | .12 |
| 6 | .22 | .05 | .21 | .03 | 46 | 1.26 | .18 | .89 | .12 |
| 7 | .23 | .06 | .22 | .03 | 47 | 1.31 | .19 | .93 | .12 |
| 8 | .24 | .06 | .23 | .03 | 48 | 1.36 | .19 | .98 | .12 |
| 9 | .25 | .06 | .24 | .03 | 49 | 1.41 | .19 | 1.03 | .12 |
| 10 | .26 | .06 | .25 | .03 | 50 | 1.46 | .19 | 1.08 | .12 |
| 11 | .26 | .06 | .26 | .03 | 51 | 1.52 | .19 | 1.13 | .12 |
| 12 | .27 | .06 | .27 | .03 | 52 | 1.57 | .19 | 1.19 | .12 |
| 13 | .28 | .06 | .27 | .03 | 53 | 1.64 | .20 | 1.26 | .13 |
| 14 | .28 | .06 | .28 | .03 | 54 | 1.70 | .20 | 1.32 | .13 |
| 15 | .29 | .06 | .28 | .03 | 55 | 1.77 | .20 | 1.39 | .13 |
| 16 | .30 | .06 | .29 | .03 | 56 | 1.84 | .20 | 1.46 | .13 |
| 17 | .30 | .06 | .29 | .03 | 57 | 1.91 | .20 | 1.54 | .13 |
| 18 | .31 | .06 | .30 | .03 | 58 | 1.97 | .20 | 1.62 | .13 |
| 19 | .33 | .06 | .31 | .03 | 59 | 2.03 | .20 | 1.71 | .13 |
| 20 | .34 | .06 | .33 | .03 | 60 | 2.09 | .20 | 1.80 | .13 |
| 21 | .37 | .06 | .34 | .03 | 61 | 2.12 | .20 | 1.82 | .13 |
| 22 | .39 | .06 | .36 | .03 | 62 | 2.15 | .20 | 1.84 | .13 |
| 23 | .42 | .07 | .37 | .03 | 63 | 2.17 | .20 | 1.87 | .13 |
| 24 | .45 | .07 | .39 | .04 | 64 | 2.19 | .20 | 1.89 | .13 |
| 25 | .48 | .07 | .41 | .04 | 65 | 2.21 | .20 | 1.91 | .13 |
| 26 | .50 | .07 | .42 | .04 | 66 | 2.22 | .20 | 1.93 | .13 |
| 27 | .53 | .07 | .44 | .05 | 67 | 2.24 | .20 | 1.95 | .13 |
| 28 | .56 | .08 | .46 | .05 | 68 | 2.26 | .20 | 1.97 | .13 |
| 29 | .59 | .08 | .48 | .06 | 69 | 2.28 | .20 | 1.99 | .13 |
| 30 | .62 | .08 | .50 | .06 | 70 | 2.30 | .20 | 2.00 | .13 |
| 31 | .66 | .08 | .52 | .06 | 71 | 2.32 | .20 | 2.02 | .13 |
| 32 | .70 | .09 | .54 | .07 | 72 | 2.34 | .20 | 2.04 | .13 |
| 33 | .74 | .09 | .56 | .07 | 73 | 2.36 | .20 | 2.06 | .13 |
| 34 | .78 | .10 | .59 | .08 | 74 | 2.38 | .20 | 2.08 | .13 |
| 35 | .81 | .10 | .61 | .08 | 75 | 2.40 | .20 | 2.10 | .13 |
| 36 | .85 | .11 | .63 | .08 | 76 | 2.42 | .20 | 2.11 | .13 |
| 37 | .88 | .11 | .65 | .08 | 77 | 2.44 | .20 | 2.12 | .13 |
| 38 | .91 | .12 | .67 | .09 | 78 | 2.46 | .20 | 2.13 | .13 |
| 39 | .95 | .13 | .69 | .09 | 79 | 2.48 | .20 | 2.14 | .13 |
| | | | | | 80 | 2.50 | .20 | 2.15 | .13 |

110/411(9)

09/16/86

CLIC 0003783
CONFIDENTIAL

# LIFETREND III

### Waiver of Premium Rates
### Form NP-WL-86

| Issue Age | Male | Female | Issue Age | Male | Female |
|---|---|---|---|---|---|
| 15 | $0.20 | $0.30 | 35 | $0.53 | $0.54 |
| 16 | 0.20 | 0.30 | 36 | 0.57 | 0.57 |
| 17 | 0.21 | 0.30 | 37 | 0.61 | 0.62 |
| 18 | 0.22 | 0.30 | 38 | 0.65 | 0.66 |
| 19 | 0.23 | 0.30 | 39 | 0.69 | 0.71 |
| 20 | 0.24 | 0.30 | 40 | 0.73 | 0.75 |
| 21 | 0.25 | 0.30 | 41 | 0.78 | 0.80 |
| 22 | 0.26 | 0.30 | 42 | 0.85 | 0.86 |
| 23 | 0.27 | 0.32 | 43 | 0.94 | 0.92 |
| 24 | 0.28 | 0.33 | 44 | 1.03 | 0.98 |
| 25 | 0.30 | 0.35 | 45 | 1.13 | 1.04 |
| 26 | 0.31 | 0.36 | 46 | 1.25 | 1.10 |
| 27 | 0.32 | 0.38 | 47 | 1.39 | 1.17 |
| 28 | 0.34 | 0.39 | 48 | 1.55 | 1.28 |
| 29 | 0.36 | 0.41 | 49 | 1.73 | 1.41 |
| 30 | 0.38 | 0.42 | 50 | 1.93 | 1.55 |
| 31 | 0.41 | 0.45 | 51 | 2.17 | 1.70 |
| 32 | 0.44 | 0.47 | 52 | 2.45 | 1.88 |
| 33 | 0.47 | 0.48 | 53 | 2.75 | 2.09 |
| 34 | 0.50 | 0.51 | 54 | 3.07 | 2.33 |
| | | | 55 | 3.43 | 2.60 |

110/413(1)

CLIC 0003784
CONFIDENTIAL