# Exhibit 9
## to Declaration of Andrea Hopkins in Support of Motion for Partial Summary Judgment

CONSECO LIFE INSURANCE COMPANY
11825 N. PENNSYLVANIA STREET
CARMEL, IN 46032-4555

October 7, 2008

Kenneth Hovden & Caren
Hovden
2 Eucalyptus Ct
Woodside, CA  94062-3546

Policy Number:     10L0992610
Insured:           Charles N Hovden

### Re: Important News About Your Life Insurance Policy Premium

Dear Policyholder:

We are writing to provide important news about your policy that affects your coverage. It is important that you review this letter in order to make important decisions about your policy.

### Cost of Insurance Rate and Expense Charge Change

We are writing to notify you of an increase in your monthly Cost of Insurance ("COI") rates and Expense Charges for the life insurance policy you purchased from Conseco Life Insurance Company ("Company"), formerly known as Massachusetts General Life Insurance Company. Under the terms of your policy, we may adjust your COI rates and Expense Charges subject to the guaranteed maximum amounts shown in your policy. The Company is taking this action because experience factors have differed from those assumed when your policy was originally sold.

You are not being singled out. This change will be applied uniformly to all policies in the same age, gender and underwriting classification with like benefits and provisions as your policy. The increase in the monthly deductions from your policy will begin on your next policy anniversary on or following February 1, 2009 ("Effective Date").

After the Effective Date:

- The monthly Expense Charges deducted from your accumulation account will equal the guaranteed maximum Expense Charges described in your policy.
- The monthly COI charges deducted from your accumulation account will not exceed the guaranteed maximum COI charges described in your policy.

BRD000077

The table below provides an estimate of the increase in monthly deductions from your policy immediately before and after the Effective Date.

| Charge Category/Type | The deductions one month prior to the Effective Date | The first monthly deductions after the Effective Date |
|---|---|---|
| Monthly Expense Charges | $0.00 | $5.00 |
| Monthly Cost of Insurance Charges | $0.00 | $2,013.61 |

Please understand that for future monthly deductions, COI charges will generally increase as your attained age increases each year.

### Administrative Changes

The scheduled premium is payable for the premium period stated in your policy. The Optional Premium Payment Provision ("OPPP") of your policy allows for the payment of premiums in an amount which is less than the premium then due, if after such payment the amount remaining in the accumulation account value exceeds the sum of the guaranteed cash value, plus the surrender charge and any indebtedness. At the point in time when your policy no longer meets the OPPP requirements ("Under Funded"), premium payments are required. If a payment sufficient to meet the OPPP requirements is not received, the terms of your policy require it to be placed on the Non-Forfeiture provision of Continuation of Insurance. Under your contract's existing Continuation of Insurance provision: (1) all riders terminate; (2) no further premium payments are allowed; and (3) the policy terminates when the remaining cash value is insufficient to cover the monthly deductions.

Due to administration issues related to your policy, you may not have previously been informed that your policy is Under Funded and additional premiums were required. Despite this administrative issue, your policy has remained in effect and would have provided a death benefit if the insured had passed away. We have addressed this administrative issue and in the future you will receive a shortfall notification at any point in time when your policy is Under Funded. Upon receiving this shortfall notification, you will have sixty (60) days to remit a payment so your policy meets the OPPP requirements.

To provide you with additional flexibility to manage your coverage, the Company is enhancing the Non-Forfeiture provision of your policy as follows: (1) the Company will allow you to make flexible premium payments to keep your policy in-force under the Continuation of Insurance provision described above; (2) the Company will keep all policy riders and benefits in-force while the policy is administered under Continuation of Insurance; (3) the Company will allow you to establish premium billings for your policy when it is on Continuation of Insurance so you can extend the time that your policy will remain in-force.

BRD000078

### How will the change affect you?

Your policy has been operating under the OPPP provision, however your policy is currently Under Funded by $80,243.64. You will receive a shortfall notification within 60 days that will contain the updated amount due and the timeframe in which you must remit this payment. After paying this amount, you will need to resume payment of your scheduled policy premium. If you continue to pay your full annual premium each year, your cash surrender value will continue to meet or exceed the guaranteed cash value shown in your policy less any indebtedness. Your required premium payments will not change and your death benefit will remain in effect.

If the additional payment requested in the shortfall notification is not paid, your policy will be placed on Continuation of Insurance as described above. Your death benefit will remain in effect; however your death benefit is not guaranteed to remain in-force to the end of the benefit period date of your policy. In addition, under Continuation of Insurance, the guaranteed cash values are no longer in effect, so your surrender value is equal to the accumulation account value less the applicable surrender charge and any loan balance at the time of the surrender.

If you wish to extend the length of time your policy will remain in-force under Continuation of Insurance, you may resume making premium payments. You can select the amount and frequency of the payments you wish to establish for the future funding of your policy. If at any time in the future your accumulation account value exceeds the guaranteed cash value, plus the surrender charge and any indebtedness, your minimum cash values as shown on your policy will be restored and can be maintained with scheduled premium payments for all remaining policy years.

If the additional payment requested in the shortfall notification is not paid and you do not resume premium payments, your policy will go on Continuation of Insurance and will remain in-force only until it no longer has sufficient value to cover the monthly deductions. When the policy reaches a point that it no longer has sufficient cash value to cover the monthly deductions, a grace notice will be issued informing you that if the requested payment is not received by the due date, the policy and its benefits will terminate.

We have enclosed three projections of the expected future performance ("illustrations") of your policy. The first illustration assumes that you pay the shortfall amount and resume making premium payments for all the remaining policy years. The second illustration assumes that you do not pay the shortfall amount and assumes no further premium payments under the Continuation of Insurance provision. The third illustration assumes that you do not pay the shortfall amount and shows the minimum quarterly premium payments necessary to carry the policy to the end of the benefit period with an ending value as illustrated based on current assumptions under the Continuation of Insurance provision. The *projected* values in these illustrations assume revised current cost of insurance rates, revised current expense charges and current interest crediting rates. The *guaranteed* values illustrate the minimum values provided for in your contract based upon the maximum allowable cost of insurance rates and expense charges, the minimum allowable credited interest rate and payment of all premiums illustrated. Actual policy values will depend on these factors, the timing of any future changes to these factors, and the timing and amount of premiums paid.

BRD000079

11/05/2008  16:01    4153346480                    HOVDEN                                              PAGE   21

### What do you need to do?

We strongly encourage you to review the illustrations in detail, along with all of the options available under your policy. If you remit the requested payment when you receive the shortfall notification, your policy will resume scheduled premium billings. This will allow you the opportunity to restore the guaranteed minimum cash values as shown in your policy and maintain those values with premium payments for all remaining policy years. If you do not remit the requested payment when you receive the shortfall notification, your policy will operate under Continuation of Insurance and terminate as indicated in the second illustration referenced above, based on projected values. If you wish to begin making premium payments to extend the timeframe your policy will remain in-force under Continuation of Insurance, you will need to contact our office to establish the amount and frequency you wish to receive your billing notices.

If you have further questions or need additional assistance, please contact our Policyholder Services department at 800-899-9528.

BRD000080

11/05/2008  15:51    4153340480           HOVDEN                    PAGE  22

# Conseco Life Insurance Company
11825 N. Pennsylvania Street, Carmel, IN 46032-4555


CONSECO.
Step up.

## AN INFORCE LIFE INSURANCE ILLUSTRATION

The following information is being provided to help you understand your Inforce life insurance illustration. If you have any questions don't hesitate to contact Conseco Life Insurance Company at 1-800-899-9528.

| | | |
|---|---|---|
| **Product Description** | Policy Type: | Interest Sensitive Whole Life Policy |
| | Product Name: | LifeTrend IV (87) |
| | Policy Form Number: | NP-END-86 |
| **Issue Information** | Policy Number: | 10L0992610 |
| | Issue State: | California |
| | Issue Date: | 12/1/1988 |
| **Insured** | Name: | Charles N Hovden |
| | Issue Age/Sex/Class: | Age 63 / Male / Non-Smoker Select |
| **Policy Owner** | Name: | Kenneth Hovden & Caren |
| | Address: | Hovden 2 Eucalyptus Ct |
| | | Woodside, California 94062-3546 |
| **Current Policy Information as of 10/1/2008** | Reproposal Date: | 10/7/2008 |
| | Accumulation Account Value: | $190,068.92 |
| | Specified Amount: | $500,000 |
| | Current Premium Payment Option: | Premium Paying |
| | Current Planned Premium: | $2,549.90 |
| | Planned Premiums are Paid: | Monthly |
| | Ultimate Tier: | $194,101.44 |
| | Qualified: | No |
| | Current Loan Balance: | $0.00 |
| | Current Loan Payoff: | $0.00 |
| | Riders: | None |

**THIS IS AN INFORCE ILLUSTRATION ONLY. IT IS NOT A CONTRACT.**

THIS ILLUSTRATION INCLUDES VALUES THAT ARE NOT GUARANTEED. THE ILLUSTRATION ASSUMES THAT THE CURRENTLY ILLUSTRATED NON-GUARANTEED ELEMENTS WILL CONTINUE UNCHANGED FOR ALL YEARS SHOWN. THIS IS NOT LIKELY TO OCCUR, AND THE ACTUAL RESULTS MAY BE MORE OR LESS FAVORABLE THAN THOSE SHOWN.

Prepared on: 10/8/2008              Page 1 of 4              Prepared by: 502M1
#1822366918    *THIS CONDITIONAL ILLUSTRATION IS NOT COMPLETE WITHOUT ALL PAGES*    V2008.1.0a-LK

BRD000081

## Conseco Life Insurance Company
11825 N. Pennsylvania Street, Carmel, IN 46032-4555



CONSECO.
Step up.

### LifeTrend IV (87)
### Policy #10L0992610

### GUARANTEED ELEMENTS
The guaranteed interest rate is 75% of the 90 day CD rate, Chemical Bank of New York (or its successor), but in no event less than 4.50%.

### PROJECTED ELEMENTS
The actual monthly policy charges and credited interest rate used to determine the policy values are set by the insurance company and may be more favorable than those guaranteed. Projected Values are based on current interest, expense, and cost of insurance rates. Projected values include added interest credits on unborrowed values as follows: 0.25% at the end of year 10, an additional 0.25% at the end of year 15, and 0.125% at the end of years 17, 18, 19 and 20. The interest will be credited retroactively from the date of issue and prospectively while the policy is in force.

Cash values equal to any outstanding loan balance will earn interest at 4.50%.

### PREMIUM OUTLAY
Premiums are assumed paid on the first day of each quarterly premium outlay period. Any premiums received by the company after 10/1/2008 but prior to 10/7/2008, are not included in the Accumulation Account or Total Premiums Paid to Date values on Page 1, but will be included in the projected values.

### DEATH BENEFIT
Benefits are shown as of the end of the policy year.

### SURRENDER CHARGES
Account Values are subject to a surrender charge if the policy is in the first 19 years.

### TAX NOTICE
Conseco Life Insurance Company does not provide tax or legal advice. Due to the complexities of the federal and state tax codes, prospective purchasers should consult their own professional tax and legal advisors regarding specific tax issues related to the purchase or ongoing tax treatment of the policy being illustrated.

### EXPLANATION OF THE LIMITED PAY OPTION
Following the payment of five years of premium, your contract offers an optional payment provision giving the flexibility of paying a reduced premium as long as the accumulation account for the policy less surrender charges and indebtedness exceeds the guaranteed cash value. This illustration shows the use of this provision to reduce some or all of the future premiums due.

THIS ILLUSTRATION INCLUDES VALUES THAT ARE NOT GUARANTEED. THE ILLUSTRATION ASSUMES THAT THE CURRENTLY ILLUSTRATED NON-GUARANTEED ELEMENTS WILL CONTINUE UNCHANGED FOR ALL YEARS SHOWN. THIS IS NOT LIKELY TO OCCUR, AND THE ACTUAL RESULTS MAY BE MORE OR LESS FAVORABLE THAN THOSE SHOWN.

Prepared on: 10/5/2008                         Page 2 of 4                    Prepared by:  502M1
#1822368918     *THIS CONDITIONAL ILLUSTRATION IS NOT COMPLETE WITHOUT ALL PAGES*    V2008.1.0a-LK

BRD000082

## Conseco Life Insurance Company
11825 N. Pennsylvania Street, Carmel, IN 46032-4555


CONSECO.
Step up.

### LifeTrend IV (87)
### Policy #10L0992610

--------------------------------- Illustrated Changes ---------------------------------

**POLICY CHANGES**
The company will not automatically process a change to the premium amount, premium mode, or rider specified amount(s) before expiration. A written request must be submitted for consideration of the desired change.
The changes listed below include Rider expirations and Premium Payment Options in accordance with the policy provisions.

**SHORTFALL AMOUNT**
- Effective 11/1/2008 - $80,243.64

**PREMIUM CHANGES**
- Effective 11/1/2008 - $7,650.00 Quarterly

---

THIS ILLUSTRATION INCLUDES VALUES THAT ARE NOT GUARANTEED. THE ILLUSTRATION ASSUMES THAT THE CURRENTLY ILLUSTRATED NON-GUARANTEED ELEMENTS WILL CONTINUE UNCHANGED FOR ALL YEARS SHOWN. THIS IS NOT LIKELY TO OCCUR, AND THE ACTUAL RESULTS MAY BE MORE OR LESS FAVORABLE THAN THOSE SHOWN.

Prepared on: 10/8/2008                      Page 3 of 4                          Prepared by: 502M1
#1822368918    *THIS CONDITIONAL ILLUSTRATION IS NOT COMPLETE WITHOUT ALL PAGES*   V2008.1.0a-LK

BRD000083


# Conseco Life Insurance Company
11825 N. Pennsylvania Street, Carmel, IN 46032-4555


CONSECO.
Step up!

## LifeTrend IV (87)
## Summary of Values

| | |
|---|---|
| Name: Charles N Hovden | Illustrated Specified Amount: $500,000 |
| Illustrated Age/Sex: Age 82 / Male | Illustrated Interest Rate: 4.50% |
| Class: Non-Smoker Select | Illustrated Premium Mode: Quarterly |
| Issue State: California | Illustrated Planned Premium: $7,650.00 |
| Policy Number: 10L0992610 | |

| End of Policy Year | Age | Premium Outlay | Projected Values at Guaranteed Interest Rate (4.50%) and Guaranteed Monthly Deductions | | | Non-Guaranteed Projected Values at Assumed Interest Rate (4.50%) and Current Monthly Deductions | | |
|---|---|---|---|---|---|---|---|---|
| | | | Cash Surr Value | Death Benefit | | Accum Value | Cash Surr Value | Death Benefit |
| Current | Values | 80,244 | 260,958 | 500,000 | | 190,069 | 260,958 | 500,000 |
| 20 | 83 | 80,244 | 269,535 | 500,000 | | 276,444 | 276,444 | 500,000 |
| 21 | 84 | 30,600 | 281,114 | 500,000 | | 323,293 | 323,293 | 500,000 |
| 22 | 85 | 30,600 | 291,846 | 500,000 | | 359,620 | 359,620 | 500,000 |
| 23 | 86 | 30,600 | 301,725 | 500,000 | | 400,013 | 400,013 | 512,017 |
| 24 | 87 | 30,600 | 310,698 | 500,000 | | 442,140 | 442,140 | 559,749 |
| 25 | 88 | 30,600 | 322,000 | 500,000 | | 485,012 | 485,012 | 607,235 |
| 26 | 89 | 30,600 | 334,500 | 500,000 | | 528,695 | 528,695 | 654,450 |
| 27 | 90 | 30,600 | 348,500 | 500,000 | | 573,058 | 573,058 | 701,422 |
| 28 | 91 | 30,600 | 365,000 | 500,000 | | 618,378 | 618,378 | 748,237 |
| 29 | 92 | 30,600 | 385,500 | 500,000 | | 664,941 | 664,941 | 795,940 |
| 30 | 93 | 30,600 | 411,500 | 500,000 | | 712,993 | 712,993 | 839,965 |
| 31 | 94 | 30,600 | 447,500 | 520,000 | | 762,836 | 762,836 | 886,415 |
| 32 | 95 | 30,600 | 500,000 | 575,000 | | 814,840 | 814,840 | 933,807 |

THIS ILLUSTRATION INCLUDES VALUES THAT ARE NOT GUARANTEED. THE ILLUSTRATION ASSUMES THAT THE CURRENTLY ILLUSTRATED NON-GUARANTEED ELEMENTS WILL CONTINUE UNCHANGED FOR ALL YEARS SHOWN. THIS IS NOT LIKELY TO OCCUR, AND THE ACTUAL RESULTS MAY BE MORE OR LESS FAVORABLE THAN THOSE SHOWN.

Prepared on: 10/8/2008                         Page 4 of 4                         Prepared by: 502M1
#1822368918      THIS CONDITIONAL ILLUSTRATION IS NOT COMPLETE WITHOUT ALL PAGES      V2008.1.0a-LK

BRD000084

# Conseco Life Insurance Company
11825 N. Pennsylvania Street, Carmel, IN 46032-4555



CONSECO.
Step up.

## AN INFORCE LIFE INSURANCE ILLUSTRATION

The following information is being provided to help you understand your Inforce life insurance Illustration. If you have any questions don't hesitate to contact Conseco Life Insurance Company at 1-800-899-9528.

| | | |
|---|---|---|
| **Product Description** | Policy Type:<br>Product Name:<br>Policy Form Number: | Interest Sensitive Whole Life Policy<br>LifeTrend IV (87)<br>NP-END-86 |
| **Issue Information** | Policy Number:<br>Issue State:<br>Issue Date: | 10L0992610<br>California<br>12/1/1988 |
| **Insured** | Name:<br>Issue Age/Sex/Class: | Charles N Hovden<br>Age 63 / Male / Non-Smoker Select |
| **Policy Owner** | Name:<br>Address: | Kenneth Hovden & Caren<br>Hovden 2 Eucalyptus Ct<br>Woodside, California 94062-3546 |
| **Current Policy Information as of 10/1/2008** | Reproposal Date:<br>Accumulation Account Value:<br>Specified Amount:<br>Current Premium Payment Option:<br>Current Planned Premium:<br>Planned Premiums are Paid:<br>Ultimate Tier:<br>Qualified:<br>Current Loan Balance:<br>Current Loan Payoff:<br>Riders: | 10/7/2008<br>$190,068.92<br>$500,000<br>Continuation of Insurance<br>$2,549.90<br>Monthly<br>$194,101.44<br>No<br>$0.00<br>$0.00<br>None |

**THIS IS AN INFORCE ILLUSTRATION ONLY. IT IS NOT A CONTRACT.**

THIS ILLUSTRATION INCLUDES VALUES THAT ARE NOT GUARANTEED. THE ILLUSTRATION ASSUMES THAT THE CURRENTLY ILLUSTRATED NON-GUARANTEED ELEMENTS WILL CONTINUE UNCHANGED FOR ALL YEARS SHOWN. THIS IS NOT LIKELY TO OCCUR, AND THE ACTUAL RESULTS MAY BE MORE OR LESS FAVORABLE THAN THOSE SHOWN.

Prepared on: 10/6/2008         Page 1 of 4         Prepared by: 502M1
#1822368920    *THIS CONDITIONAL ILLUSTRATION IS NOT COMPLETE WITHOUT ALL PAGES*    V2008.1.0a-LK

BRD000085

# Conseco Life Insurance Company
11825 N. Pennsylvania Street, Carmel, IN  46032-4555


CONSECO.
Step up.℠

### LifeTrend IV (87)
### Policy #10L09S2610

**GUARANTEED ELEMENTS**
The guaranteed interest rate is 75% of the 90 day CD rate, Chemical Bank of New York (or its successor), but in no event less than 4.50%.

**PROJECTED ELEMENTS**
The actual monthly policy charges and credited interest rate used to determine the policy values are set by the insurance company and may be more favorable than those guaranteed. Projected Values are based on current interest, expense, and cost of insurance rates. Projected values include added interest credits on unborrowed values as follows: 0.25% at the end of year 10, an additional 0.25% at the end of year 15, and 0.125% at the end of years 17, 18, 19 and 20. The interest will be credited retroactively from the date of issue and prospectively while the policy is in force.

Cash values equal to any outstanding loan balance will earn interest at 4.50%.

**PREMIUM OUTLAY**
Premiums are assumed paid on the first day of each quarterly premium outlay period. Any premiums received by the company after 10/1/2008 but prior to 10/7/2008, are not included in the Accumulation Account or Total Premiums Paid to Date values on Page 1, but will be included in the projected values.

**DEATH BENEFIT**
Benefits are shown as of the end of the policy year.

**SURRENDER CHARGES**
Account Values are subject to a surrender charge if the policy is in the first 19 years.

**TAX NOTICE**
Conseco Life Insurance Company does not provide tax or legal advice. Due to the complexities of the federal and state tax codes, prospective purchasers should consult their own professional tax and legal advisors regarding specific tax issues related to the purchase or ongoing tax treatment of the policy being illustrated.

**EXPLANATION OF THE LIMITED PAY OPTION**
Following the payment of five years of premium, your contract offers an optional payment provision giving the flexibility of paying a reduced premium as long as the accumulation account for the policy less surrender charges and indebtedness exceeds the guaranteed cash value. This illustration shows the use of this provision to reduce some or all of the future premiums due.

**EXPLANATION OF CONTINUATION OF INSURANCE**
This illustration is based on the Continuation of Insurance provision in your contract. Insurance coverage is continued based on the deduction of current cost of insurance and expense charges from your account value and the crediting of interest based on current rates. Cash values may drop below the guarantees shown in your contract since the policy premium has not been paid each year. Additional deposits may be illustrated subject to limitations due to IRS rules.

THIS ILLUSTRATION INCLUDES VALUES THAT ARE NOT GUARANTEED. THE ILLUSTRATION ASSUMES THAT THE CURRENTLY ILLUSTRATED NON-GUARANTEED ELEMENTS WILL CONTINUE UNCHANGED FOR ALL YEARS SHOWN. THIS IS NOT LIKELY TO OCCUR, AND THE ACTUAL RESULTS MAY BE MORE OR LESS FAVORABLE THAN THOSE SHOWN.

BRD000086

## Conseco Life Insurance Company
11825 N. Pennsylvania Street, Carmel, IN 46032-4555


CONSECO.
Step up!

### LifeTrend IV (87)
### Policy #10L0992610

------------- Illustrated Changes -------------

### POLICY CHANGES
The company will not automatically process a change to the premium amount, premium mode, or rider specified amount(s) before expiration. A written request must be submitted for consideration of the desired change.
The changes listed below include Rider expirations and Premium Payment Options in accordance with the policy provisions.

### PREMIUM CHANGES
- Effective 11/1/2008 - $3,369.77 Quarterly

THIS ILLUSTRATION INCLUDES VALUES THAT ARE NOT GUARANTEED. THE ILLUSTRATION ASSUMES THAT THE CURRENTLY ILLUSTRATED NON-GUARANTEED ELEMENTS WILL CONTINUE UNCHANGED FOR ALL YEARS SHOWN. THIS IS NOT LIKELY TO OCCUR, AND THE ACTUAL RESULTS MAY BE MORE OR LESS FAVORABLE THAN THOSE SHOWN.

Prepared on: 10/8/2008                 Page 3 of 4                    Prepared by:  502M1
#1822368920    *THIS CONDITIONAL ILLUSTRATION IS NOT COMPLETE WITHOUT ALL PAGES*   V2008.1.0a-LK

BRD000087

11/05/2008  16:01    41533400490           HOVDEN                         PAGE   02



## Conseco Life Insurance Company
11825 N. Pennsylvania Street, Carmel, IN 46032-4555

CONSECO.
Step up.™

### LifeTrend IV (87)
### Summary of Values

| | |
|---|---|
| Name: Charles N Hovden | Illustrated Specified Amount: $500,000 |
| Illustrated Age/Sex: Age 82 / Male | Illustrated Interest Rate: 4.50% |
| Class: Non Smoker Select | Illustrated Premium Mode: Quarterly |
| Issue State: California | Illustrated Planned Premium: $3,369.77 |
| Policy Number: 1CL0992610 | |

| End of | | | Projected Values at Guaranteed Interest Rate (4.50%) and Guaranteed Monthly Deductions | | Non-Guaranteed Projected Values at Assumed Interest Rate (4.50%) and Current Monthly Deductions | | |
|---|---|---|---|---|---|---|---|
| Policy Year | Age | Premium Outlay | Cash Surr Value | Death Benefit | Accum Value | Cash Surr Value | Death Benefit |
| Current | Values | 0 | 190,069 | 500,000 | 190,069 | 190,069 | 500,000 |
| 20 | 83 | 0 | 188,125 | 500,000 | 195,841 | 195,841 | 500,000 |
| 21 | 84 | 13,480 | 163,807 | 500,000 | 220,552 | 220,552 | 500,000 |
| 22 | 85 | 13,480 | 129,143 | 500,000 | 223,274 | 223,274 | 500,000 |
| 23 | 86 | 13,480 | 80,455 | 500,000 | 224,155 | 224,155 | 500,000 |
| 24 | 87 | 13,480 | 12,362 | 500,000 | 222,740 | 222,740 | 500,000 |
| 25 | 88 | 13,480 | 0 | 0 | 218,436 | 218,436 | 500,000 |
| 26 | 89 | 13,480 | 0 | 0 | 210,484 | 210,484 | 500,000 |
| 27 | 90 | 13,480 | 0 | 0 | 197,916 | 197,916 | 500,000 |
| 28 | 91 | 13,480 | 0 | 0 | 179,439 | 179,439 | 500,000 |
| 29 | 92 | 13,480 | 0 | 0 | 153,343 | 153,343 | 500,000 |
| 30 | 93 | 13,480 | 0 | 0 | 117,216 | 117,216 | 500,000 |
| 31 | 94 | 13,480 | 0 | 0 | 67,705 | 67,705 | 500,000 |
| 32 | 95 | 13,480 | 0 | 0 | 100 | 100 | 500,000 |

THIS ILLUSTRATION INCLUDES VALUES THAT ARE NOT GUARANTEED. THE ILLUSTRATION ASSUMES THAT THE CURRENTLY ILLUSTRATED NON-GUARANTEED ELEMENTS WILL CONTINUE UNCHANGED FOR ALL YEARS SHOWN. THIS IS NOT LIKELY TO OCCUR, AND THE ACTUAL RESULTS MAY BE MORE OR LESS FAVORABLE THAN THOSE SHOWN.

Prepared on: 10/6/2008                Page 4 of 4                Prepared by: 502M1
#1822368920   *THIS CONDITIONAL ILLUSTRATION IS NOT COMPLETE WITHOUT ALL PAGES*   V2008.1.0a-LK

BRD000088

# Conseco Life Insurance Company
11825 N. Pennsylvania Street, Carmel, IN 46032-4555



CONSECO.
Step up.

## AN INFORCE LIFE INSURANCE ILLUSTRATION

The following information is being provided to help you understand your inforce life insurance illustration. If you have any questions don't hesitate to contact Conseco Life Insurance Company at 1-800-899-9528

| | | |
|---|---|---|
| **Product Description** | Policy Type: | Interest Sensitive Whole Life Policy |
| | Product Name: | LifeTrend IV (87) |
| | Policy Form Number: | NP-END-86 |
| **Issue Information** | Policy Number: | 10L1000650 |
| | Issue State: | California |
| | Issue Date: | 2/15/1989 |
| **Insured** | Name: | Marion M Hovden |
| | Issue Age/Sex/Class: | Age 61 / Female / Non-Smoker Select |
| **Policy Owner** | Name: | Kenneth Hovden & Caren |
| | Address: | Hovden 2 Eucalyptus Ct |
| | | Woodside, California 94062-3546 |
| **Current Policy Information as of 9/15/2008** | Reproposal Date: | 10/7/2008 |
| | Accumulation Account Value: | $149,003.44 |
| | Specified Amount: | $500,000 |
| | Current Premium Payment Option: | Continuation of Insurance |
| | Current Planned Premium: | $1,657.85 |
| | Planned Premiums are Paid: | Monthly |
| | Ultimate Tier: | $152,024.02 |
| | Qualified: | No |
| | Current Loan Balance: | $0.00 |
| | Current Loan Payoff: | $0.00 |
| | Riders: | None |

### THIS IS AN INFORCE ILLUSTRATION ONLY.  IT IS NOT A CONTRACT.

THIS ILLUSTRATION INCLUDES VALUES THAT ARE NOT GUARANTEED. THE ILLUSTRATION ASSUMES THAT THE CURRENTLY ILLUSTRATED NON-GUARANTEED ELEMENTS WILL CONTINUE UNCHANGED FOR ALL YEARS SHOWN. THIS IS NOT LIKELY TO OCCUR, AND THE ACTUAL RESULTS MAY BE MORE OR LESS FAVORABLE THAN THOSE SHOWN.

Prepared on: 10/9/2008                Page 1 of 4                        Prepared by: 502F1
#1822445861     *THIS CONDITIONAL ILLUSTRATION IS NOT COMPLETE WITHOUT ALL PAGES*     V2008.1.0a-LK

BRD000089

## Conseco Life Insurance Company
11825 N. Pennsylvania Street, Carmel, IN 46032-4555


CONSECO.
Step up?

### LifeTrend IV (87)
### Policy #10L1000650

**GUARANTEED ELEMENTS**
The guaranteed interest rate is 75% of the 90 day CD rate, Chemical Bank of New York (or its successor), but in no event less than 4.50%.

**PROJECTED ELEMENTS**
The actual monthly policy charges and credited interest rate used to determine the policy values are set by the insurance company and may be more favorable than those guaranteed. Projected Values are based on current interest, expense, and cost of insurance rates. Projected values include added interest credits on unborrowed values as follows: 0.25% at the end of year 10, an additional 0.25% at the end of year 15, and 0.125% at the end of years 17, 18, 19 and 20. The interest will be credited retroactively from the date of issue and prospectively while the policy is in force.

Cash values equal to any outstanding loan balance will earn interest at 4.50%.

**PREMIUM OUTLAY**
Premiums are assumed paid on the first day of each quarterly premium outlay period. Any premiums received by the company after 9/15/2008 but prior to 10/7/2008, are not included in the Accumulation Account or Total Premiums Paid to Date values on Page 1, but will be included in the projected values.

**DEATH BENEFIT**
Benefits are shown as of the end of the policy year.

**SURRENDER CHARGES**
Account Values are subject to a surrender charge if the policy is in the first 19 years.

**TAX NOTICE**
Conseco Life Insurance Company does not provide tax or legal advice. Due to the complexities of the federal and state tax codes, prospective purchasers should consult their own professional tax and legal advisors regarding specific tax issues related to the purchase or ongoing tax treatment of the policy being illustrated.

**EXPLANATION OF THE LIMITED PAY OPTION**
Following the payment of five years of premium, your contract offers an optional payment provision giving the flexibility of paying a reduced premium as long as the accumulation account for the policy less surrender charges and indebtedness exceeds the guaranteed cash value. This illustration shows the use of this provision to reduce some or all of the future premiums due.

**EXPLANATION OF CONTINUATION OF INSURANCE**
This illustration is based on the Continuation of Insurance provision in your contract. Insurance coverage is continued based on the deduction of current cost of insurance and expense charges from your account value and the crediting of interest based on current rates. Cash values may drop below the guarantees shown in your contract since the policy premium has not been paid each year. Additional deposits may be illustrated subject to limitations due to IRS rules.

THIS ILLUSTRATION INCLUDES VALUES THAT ARE NOT GUARANTEED. THE ILLUSTRATION ASSUMES THAT THE CURRENTLY ILLUSTRATED NON-GUARANTEED ELEMENTS WILL CONTINUE UNCHANGED FOR ALL YEARS SHOWN. THIS IS NOT LIKELY TO OCCUR, AND THE ACTUAL RESULTS MAY BE MORE OR LESS FAVORABLE THAN THOSE SHOWN.

Prepared on: 10/9/2008　　　　　Page 2 of 4　　　　　Prepared by: 502F1
#1822445861　*THIS CONDITIONAL ILLUSTRATION IS NOT COMPLETE WITHOUT ALL PAGES*　V2008.1.0s-LK

BRD000090

## Conseco Life Insurance Company
11825 N. Pennsylvania Street, Carmel, IN 46032-4555


CONSECO.
Step up.

### LifeTrend IV (87)
### Policy #10L1000650

------------------------------------- Illustrated Changes -------------------------------------

**POLICY CHANGES**
The company will not automatically process a change to the premium amount, premium mode, or rider specified amount(s) before expiration. A written request must be submitted for consideration of the desired change.
The changes listed below include Rider expirations and Premium Payment Options in accordance with the policy provisions.

**PREMIUM CHANGES**
- Effective 10/15/2008 - $1,624.67 Quarterly

THIS ILLUSTRATION INCLUDES VALUES THAT ARE NOT GUARANTEED. THE ILLUSTRATION ASSUMES THAT THE CURRENTLY ILLUSTRATED NON-GUARANTEED ELEMENTS WILL CONTINUE UNCHANGED FOR ALL YEARS SHOWN. THIS IS NOT LIKELY TO OCCUR, AND THE ACTUAL RESULTS MAY BE MORE OR LESS FAVORABLE THAN THOSE SHOWN.

Prepared on: 10/9/2008                          Page 3 of 4                          Prepared by:  502F1
#1822445861     *THIS CONDITIONAL ILLUSTRATION IS NOT COMPLETE WITHOUT ALL PAGES*   V2008.1.0a-LK

BRD000091

# Conseco Life Insurance Company
11825 N. Pennsylvania Street, Carmel, IN 46032-4555



CONSECO.
Step up.

## LifeTrend IV (87)
### Summary of Values

Name: Marion M Hovden  
Illustrated Age/Sex: Age 80 / Female  
Class: Non-Smoker Select  
Issue State: California  
Policy Number: 10L1000650

Illustrated Specified Amount: $500,000  
Illustrated Interest Rate: 4.50%  
Illustrated Premium Mode: Quarterly  
Illustrated Planned Premium: $1,624.67

| End of Policy Year | Age | Premium Outlay | Projected Values at Guaranteed Interest Rate (4.50%) and Guaranteed Monthly Deductions | | Non-Guaranteed Projected Values at Assumed Interest Rate (4.50%) and Current Monthly Deductions | | |
|---|---|---|---|---|---|---|---|
| | | | Cash Surr Value | Death Benefit | Accum Value | Cash Surr Value | Death Benefit |
| Current | Values | 1,625 | 149,003 | 500,000 | 149,003 | 149,003 | 500,000 |
| 20 | 81 | 1,625 | 144,913 | 500,000 | 157,100 | 157,100 | 500,000 |
| 21 | 82 | 0,499 | 128,313 | 500,000 | 161,235 | 161,235 | 500,000 |
| 22 | 83 | 6,499 | 105,405 | 500,000 | 164,171 | 164,171 | 500,000 |
| 23 | 84 | 6,499 | 74,165 | 500,000 | 165,625 | 165,625 | 500,000 |
| 24 | 85 | 6,499 | 31,843 | 500,000 | 165,247 | 165,247 | 500,000 |
| 25 | 86 | 6,499 | 0 | 0 | 162,605 | 162,605 | 500,000 |
| 26 | 87 | 6,499 | 0 | 0 | 159,665 | 159,665 | 500,000 |
| 27 | 88 | 6,499 | 0 | 0 | 156,392 | 156,392 | 500,000 |
| 28 | 89 | 6,499 | 0 | 0 | 152,284 | 152,284 | 500,000 |
| 29 | 90 | 6,499 | 0 | 0 | 144,642 | 144,642 | 500,000 |
| 30 | 91 | 6,499 | 0 | 0 | 132,355 | 132,355 | 500,000 |
| 31 | 92 | 6,499 | 0 | 0 | 113,995 | 113,995 | 500,000 |
| 32 | 93 | 6,499 | 0 | 0 | 87,676 | 87,676 | 500,000 |
| 33 | 94 | 6,499 | 0 | 0 | 50,847 | 50,847 | 500,000 |
| 34 | 95 | 6,499 | 0 | 0 | 101 | 101 | 500,000 |

THIS ILLUSTRATION INCLUDES VALUES THAT ARE NOT GUARANTEED. THE ILLUSTRATION ASSUMES THAT THE CURRENTLY ILLUSTRATED NON-GUARANTEED ELEMENTS WILL CONTINUE UNCHANGED FOR ALL YEARS SHOWN. THIS IS NOT LIKELY TO OCCUR, AND THE ACTUAL RESULTS MAY BE MORE OR LESS FAVORABLE THAN THOSE SHOWN.

Prepared on: 10/9/2008                    Page 4 of 4                    Prepared by: 502F1  
#1822445861    *THIS CONDITIONAL ILLUSTRATION IS NOT COMPLETE WITHOUT ALL PAGES*    V2008.1.0a-LK

BRD000092