# Exhibit 13
## to Declaration of Andrea Hopkins in Support of Motion for Partial Summary Judgment

Conseco Life Insurance Company
11825 N. Pennsylvania Street
P.O. Box 1960
Carmel, IN 46082-1960
(800) 899-9528



CONSECO.

December 19, 2008

CEDRIC T BRADY
14 MARTHA RD
ORINDA CA 94563-3536

Policy Number:    10PM005886
Insured:          Cedric T Brady

Dear Policy Owner:

We are writing to notify you that at this time, you may temporarily disregard all previous notices sent to you from Conseco Life Insurance Company ("Conseco Life") regarding your Lifetrend policy.

We apologize for any confusion you may have experienced regarding the Company's prior correspondence. Conseco Life and its representatives are currently working with various state insurance regulators to review the terms and conditions of your Lifetrend policy and the recent changes that were announced. Conseco Life expects this review to be completed on or before March 31, 2009 and will provide you with an update on the outcome of these discussions.

During this period, you will continue to receive the full benefits of your Lifetrend insurance policy. If you have any questions, Conseco Life continues to maintain a dedicated toll-free telephone number (1-800-899-9528) staffed by experienced call center representatives who can answer your questions or concerns.

Sincerely,

Conseco Life Insurance Company

LPR9077

CLIC 0002529
CONFIDENTIAL