# Exhibit 17
## to Declaration of Andrea Hopkins in Support of Motion for Partial Summary Judgment

# REDACTED