# Exhibit 19
## to Declaration of Andrea Hopkins in Support of Motion for Partial Summary Judgment

PREPARED BY CONSECO AT
REQUEST OF PLAINTIFFS' COUNSEL

The Sources of Earnings document identified in the Defendant Conseco Life Insurance Company's Responses and Objections to Plaintiffs' Second Set of Interrogatories, Response to Interrogatory No. 13, dated May 10, 2012 is the final iteration of multiple similar analyses. Among other things it sets forth, on a year by year basis, projected estimated future cost of insurance fees ("Mortality Charge") and associated costs ("Mortality Cost") for multiple scenarios, each of which was based upon different assumptions. This document was provided to the regulators, and the fees approved by the regulators in 2010 are based upon a midpoint between two scenarios: Scenario 7 and Scenario 9, the assumptions for each of which are set forth on the Summary tab and the Summary AGI tab.

The Calculated Present Value section of the Summary page provides the estimated present value of future profits as of different points in time, e.g., for Scenario 1, $6,000 for 3/31/2007 (see Summary, cell D12, and Source of Profits 1, cell B33), $7,580,000 for 9/30/2008 (see Summary, cell E12, and the average of Source of Profits 1, cells C33 and D33), and $16,102,000 for 3/31/2010 (see Summary, cell F12, and Source of Profits 1, cell E33). The present-value-of-future-profits figures are based upon a baseline multiple of 169.4% (see "Summary" page, cell H12) applied to the base COI table (the base COI table is referenced in RSA Exhibit G). The 169.4% was the multiple necessary to generate a prospective break-even result[1] in Scenario 1 as of 3/31/07 (see Summary page, cell D12). All of the Calculated Present Values in the Source of Profits tabs as well as the Summary page use this 169.4% multiple and the corresponding assumptions as listed in the Summary page. For example, the calculated present value of $9,509,000 as of 9/30/2008 for Scenario 7 (see Summary page cell E18, and the Source of Profits 7, average of cells C33 and D33), is calculated using the 169.4% factor.

For other scenarios and valuation dates, lower multiples than 169.4% of the base COI Table were implied to reduce the depicted present-value-of-future-profits figures for the corresponding assumption scenario to a prospective break-even level. These multiples are shown on the Summary tab in columns H through J. For Scenario 7 and 9/30/2008, the break-even multiple can be found in cell I18 (multiple of 129.2%), and for Scenario 9 and 9/30/2008, the break-even multiple can be found in cell I20 (multiple of 120.5%). These same multiples can also be found in cells J19 and J21 of the Summary AGI tab. Consistent with the regulators approving a midpoint between Scenarios 7 and 9, the relevant multiple for the Lifetrend 3 and 4 policies, as reflected in Exhibit G of the Regulatory Settlement Agreement, is 125.5% (given as 4/7 * 129.2% + 3/7 * 120.5% = 125.5%).

---

[1] I.e., A situation pursuant to which Conseco's revenues for 9/30/2008-forward will align with its costs for 9/30/2008 forward.

CLIC 0774617
CONFIDENTIAL