# Exhibit 27
## to Declaration of Andrea Hopkins in Support of Motion for Partial Summary Judgment

REDACTED