David J. Millstein (CSB #87878)
MILLSTEIN & ASSOCIATES
100 The Embarcadero Suite 200
San Francisco, California 94105
Telephone:  (415) 348-0348
Facsimile:  (415) 348-0336
Email:  dmillstein@millstein-law.com

Craig J. Litherland (admitted *Pro Hac Vice*)
Andrea K. Hopkins (admitted *Pro Hac Vice*)
Michelle A. Price (admitted *Pro Hac Vice*)
Emily P. Grim (admitted *Pro Hac Vice)*
Daniel I. Wolf (admitted *Pro Hac Vice*)
GILBERT LLP
1100 New York Avenue, NW, Suite 700
Washington, DC 20005
Telephone:  (202) 772-2200
Facsimile:  (202) 772-3333
Email:  litherlandc@gotofirm.com
Email:  hopkinsa@gotofirm.com
Email:  pricem@gotofirm.com
Email:  grime@gotofirm.com
Email:  wolfd@gotofirm.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CONSECO LIFE INSURANCE CO. LIFETREND INSURANCE MARKETING AND SALES PRACTICES LITIGATION | ) ) Case No. 3:10-md-02124-SI ) ) ) STIPULATION AND [PROPOSED] ) ORDER EXTENDING  THE DATE OF ) THE FURTHER CASE MANAGEMENT ) CONFERENCE ) ) ) ) ) ) |

## STIPULATION

Pursuant to Civil Local Rule 7-12, Plaintiffs and Defendant Conseco Life Insurance Company ("Conseco") respectfully submit this Stipulation and [Proposed] Order Extending the Date of the Further Case Management Conference:

WHEREAS, on July 20, 2012, the Court scheduled the Further Case Management Conference for October 5, 2012 (ECF No. 376);

WHEREAS, Plaintiffs and Conseco are in the process of preparing reports of rebuttal experts, which are also due on October 5, 2012 (ECF No. 377);

WHEREAS, to provide additional time to prepare for the Case Management Conference, the parties have agreed to extend the date of the Case Management Conference by fourteen days, or on such other date that the Court may set;

THEREFORE, IT IS HEREBY STIPULATED by the undersigned Parties:

1. The date of the Further Case Management Conference is extended to October 19, 2012.
2. This Stipulation and [Proposed] Order does not change any other deadline in this action.

| | | |
|---|---|---|
| 1 | Dated: September 27, 2012 | Respectfully submitted, |
| 2 | | |
| 3 | | _____/s/_____ |
| | | Craig J. Litherland (*Pro Hac Vice*) |
| 4 | | litherlandc@gotofirm.com |
| | | Andrea K. Hopkins (*Pro Hac Vice*) |
| 5 | | hopkinsa@gotofirm.com |
| | | Michelle A. Price (*Pro Hac Vice*) |
| 6 | | pricem@gotofirm.com |
| | | Emily P. Grim (*Pro Hac Vice*) |
| 7 | | grime@gotofirm.com |
| | | Daniel I. Wolf (*Pro Hac Vice*) |
| 8 | | wolfd@gotofirm.com |
| | | GILBERT LLP |
| 9 | | New York Avenue, NW, Suite 700 |
| 10 | | Washington, DC 20005 |
| | | Telephone: (202) 772-2200 |
| 11 | | Facsimile: (202) 772-3333 |
| 12 | | |
| | | David J. Millstein (CSB #87878) |
| 13 | | dmillstein@millstein-law.com |
| | | MILLSTEIN & ASSOCIATES |
| 14 | | 100 The Embarcadero Suite 200 |
| | | San Francisco, CA 94105 |
| 15 | | Telephone: (415) 348-0348 |
| | | Facsimile: (415) 348-0336 |
| 16 | | |
| 17 | | Joseph J. Tabacco, Jr. (CSB #75484) |
| | | Christopher T. Heffelfinger (CSB #118058) |
| 18 | | Bing W. Ryan (CSB #228641) |
| | | BERMAN DEVALERIO |
| 19 | | Once California Street, Suite 900 |
| | | San Francisco, CA 94111 |
| 20 | | Telephone: (415) 433-3200 |
| 21 | | Facsimile: (415) 433-6382 |
| 22 | | *Attorneys for Plaintiffs* |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

STIPULATION AND [PROPOSED] ORDER EXTENDING         3:10-md-02124-SI
THE DATE OF THE FURTHER CASE MANAGEMENT CONFERENCE

1
2                                     /s/
                          _____
Raoul D. Kennedy (State Bar No. 40892)
Raoul.Kennedy@skadden.com
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, CA 94301
Telephone: (650) 470-4500
Facsimile:  (650) 470-4570

James R. Carroll (*Pro Hac Vice*)
James.Carroll@skadden.com
David S. Clancy (*Pro Hac Vice*)
David.Clancy@skadden.com
Christopher A. Lisy (*Pro Hac Vice*)
Christopher.Lisy@skadden.com
Abra C. Bron (*Pro Hac Vice*)
Abra.Bron@skadden.com
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
One Beacon Street, 31st Floor
Boston, MA 02108
Telephone:  (617) 573-4800
Facsimile: (617) 573-4822

*Attorneys for Conseco Life Insurance Company*

---

STIPULATION AND [PROPOSED] ORDER EXTENDING              3:10-md-02124-SI
THE DATE OF THE FURTHER CASE MANAGEMENT CONFERENCE

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Andrea K. Hopkins, am the ECF User whose ID and password are being used to file this Stipulation and Proposed Order. In compliance with General Order 45.X.B, I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 27th day of September 2012 at Washington, D.C.

          /s/ Andrea K. Hopkins
          Andrea K. Hopkins

PURSUANT TO STIPULATION, IT IS SO ORDERED,

Dated: 10/3/12

          Hon. Susan Illston
          United States District Judge