RAOUL D. KENNEDY (STATE BAR NO. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570
Email: Raoul.Kennedy@skadden.com

JAMES R. CARROLL (*PRO HAC VICE*)
DAVID S. CLANCY (*PRO HAC VICE*)
CHRISTOPHER A. LISY (*PRO HAC VICE*)
ABRA C. BRON (*PRO HAC VICE*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Beacon Street, 31st Floor
Boston, Massachusetts 02108
Telephone: (617) 573-4800
Facsimile: (617) 573-4822
Email: James.Carroll@skadden.com
Email: David.Clancy@skadden.com
Email: Christopher.Lisy@skadden.com
Email: Abra.Bron@skadden.com

Attorneys for Defendant
Conseco Life Insurance Company

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CONSECO LIFE INSURANCE COMPANY LIFETREND INSURANCE SALES AND MARKETING LITIGATION | CASE NO.: 3:10-md-2124 SI<br><br>ALL CASES<br><br>**STIPULATION AND [PROPOSED] ORDER CHANGING THE DATE OF THE HEARING ON THE PENDING SUMMARY JUDGMENT AND DECERTIFICATION MOTIONS, AND ADJUSTING THE BRIEFING ON THE SUMMARY JUDGMENT MOTIONS** |

Pursuant to Civil Local Rule 7-12, Plaintiffs and defendant Conseco Life Insurance Company ("Conseco Life") respectfully submit this Stipulation And [Proposed] Order Changing The Date Of The Hearing On The Pending Summary Judgment And Decertification Motions, And Adjusting The Briefing On The Summary Judgment Motions:

WHEREAS, Plaintiffs have filed a motion for partial summary judgment (Docket No. 387) and Conseco Life has filed a motion for decertification (Docket No. 393) and a motion for summary judgment (Docket No. 402);

WHEREAS, Plaintiffs have previously committed to filing their reply in further support of their motion for partial summary judgment by November 16, 2012, which under Civil Local Rules 7-3(c) and 7-4(b), may be up to 15 pages;

WHEREAS, Plaintiffs' opposition to Conseco Life's motion for summary judgment is due by November 30, 2012, which under Civil Local Rules 7-3(a) and 7-4(b), may be up to 25 pages;

WHEREAS, Plaintiffs propose to file no later than November 16, 2012, a combined brief, not to exceed 30 pages, (1) in further support of their motion for partial summary judgment, and (2) in opposition to Conseco Life's motion for summary judgment;

WHEREAS, Conseco Life proposes to file a reply brief in further support of its motion for summary judgment (not to exceed the 15 pages provided by Civil Local Rules 7-3(c) and 7-4(b)) no later than November 26, 2012;

WHEREAS, under this proposed approach, the briefing on Plaintiffs' motion for partial summary judgment, Conseco Life's motion for summary judgment, and Conseco Life's motion for decertification will be completed by November 26, 2012;

WHEREAS, a hearing on all three motions is now scheduled for December 7, 2012;

WHEREAS, counsel for Conseco Life has a conflict on December 7, 2012 and therefore the parties, after consulting with the Court, propose to schedule the hearing on those motions for December 5, 2012 at 4:00 p.m. PST;

IT IS THEREFORE STIPULATED AND AGREED, by and between the undersigned, as follows:

1. The hearing on Plaintiffs' motion (Docket No. 387) and Conseco Life's motions (Docket Nos. 393 & 402) will be held on December 5, 2012 at 4:00 p.m. PST.

2. Plaintiffs' deadline to submit a combined brief, not to exceed 30 pages, (a) in further support of their motion for partial summary judgment and (b) their opposition to Conseco Life's motion for summary judgment is November 16, 2012;

3. Conseco Life's deadline to submit its reply in further support of its motion for summary judgment is November 26, 2012;

4. This stipulation and [proposed] order does not change any other deadline in this action (including the date of the final pretrial conference, which is scheduled for March 12, 2013 at 3:30 p.m. PDT, or the date that trial is scheduled to commence, which is March 25, 2013, at 8:30 a.m. PDT).

| | | |
|---|---|---|
| 1 | Dated: November 13, 2012 | Respectfully submitted, |
| 2 | | /s/ Craig J. Litherland |

Craig J. Litherland (Pro Hac Vice)
Andrea K. Hopkins (Pro Hac Vice)
Michelle A. Price (Pro Hac Vice)
Emily P. Grim (Pro Hac Vice)
Daniel I. Wolf (Pro Hac Vice)
GILBERT LLP
1100 New York Avenue, NW, Suite 700
Washington, DC 20005
Telephone: (202) 772-2200
Facsimile: (202) 772-3333
Email: litherlandc@gotofirm.com
Email: hopkinsa@gotofirm.com
Email: pricem@gotofirm.com
Email: grime@gotofirm.com
Email: wolfd@gotofirm.com

David J. Millstein (CSB #87878)
MILLSTEIN & ASSOCIATES
100 The Embarcadero Suite 200
San Francisco, CA 94105
Telephone: (415) 348-0348
Facsimile: (415) 348-0336
Email: dmillstein@millstein-law.com

Joseph J. Tabacco, Jr. (CSB #75484)
Christopher T. Heffelfinger (CSB #118058)
Bing W. Ryan (CSB #228641)
BERMAN DEVALERIO
One California Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: jtabacco@bermandevalerio.com
Email: cheffelfinger@bermandevalerio.com
Email: bryan@bermandevalerio.com

Attorneys for Plaintiffs

|   |   |
|---|---|
| 1 | /s/ David S. Clancy |
| 2 | RAOUL D. KENNEDY (State Bar No. 40892)<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>525 University Avenue, Suite 1100<br>Palo Alto, California 94301<br>Telephone: (650) 470-4500<br>Facsimile: (650) 470-4570<br>Email: Raoul.Kennedy@skadden.com |

JAMES R. CARROLL (Pro Hac Vice)
DAVID S. CLANCY (Pro Hac Vice)
CHRISTOPHER A. LISY (Pro Hac Vice)
ABRA C. BRON (Pro Hac Vice)
Skadden, Arps, Slate, Meagher & Flom LLP
One Beacon Street, 31st Floor
Boston, Massachusetts 02108
Telephone: (617) 573-4800
Facsimile: (617) 573-4822
Email:  James.Carroll@skadden.com
Email:  David.Clancy@skadden.com
Email:  Christopher.Lisy@skadden.com
Email:  Abra.Bron@skadden.com

Attorneys for Defendant
Conseco Life Insurance Company

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, David S. Clancy, am the ECF User whose ID and password are being used to file this Stipulation And Proposed Order.  In compliance with Civil L.R. 5-1, I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of November 2012, at Boston, Massachusetts.

/s/ David S. Clancy
David S. Clancy

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  11/14/12

Hon. Susan Illston
United States District Judge

4

STIPULATION AND [PROPOSED] ORDER CHANGING THE DATE OF THE            CASE NO.:  3:10-md-2124 SI
HEARING ON THE PENDING SUMMARY JUDGMENT AND DECERTIFICATION
MOTIONS  AND ADJUSTING THE BRIEFING ON THE SUMMARY JUDGMENT MOTIONS

RAOUL D. KENNEDY (STATE BAR NO. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570
Email: Raoul.Kennedy@skadden.com

JAMES R. CARROLL (*PRO HAC VICE*)
DAVID S. CLANCY (*PRO HAC VICE*)
CHRISTOPHER A. LISY (*PRO HAC VICE*)
ABRA C. BRON (*PRO HAC VICE*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Beacon Street, 31st Floor
Boston, Massachusetts 02108
Telephone: (617) 573-4800
Facsimile: (617) 573-4822
Email: James.Carroll@skadden.com
Email: David.Clancy@skadden.com
Email: Christopher.Lisy@skadden.com
Email: Abra.Bron@skadden.com

Attorneys for Defendant
Conseco Life Insurance Company

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CONSECO LIFE INSURANCE COMPANY LIFETREND INSURANCE SALES AND MARKETING LITIGATION | CASE NO.: 3:10-md-2124 SI<br><br>ALL CASES<br><br>**DECLARATION OF DAVID S. CLANCY IN CONNECTION WITH THE STIPULATION AND [PROPOSED] ORDER CHANGING THE DATE OF THE HEARING ON THE PENDING SUMMARY JUDGMENT AND DECERTIFICATION MOTIONS AND ADJUSTING THE BRIEFING ON THE SUMMARY JUDGMENT MOTIONS** |

CLANCY DECLARATION IN CONNECTION WITH THE
STIPULATION AND [PROPOSED] ORDER CHANGING HEARING
DATE AND ADJUSTING THE BRIEFING ON SUMMARY JUDGMENT MOTIONS

Case No. 3:10-md-2124 SI

I, David S. Clancy, pursuant to 28 U.S.C. § 1746, declare and state as follows:

1. I am a partner in the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel to defendant Conseco Life Insurance Company ("Conseco Life") in this matter.

2. I submit this declaration in connection with the Stipulation And [Proposed] Order Changing The Date Of The Hearing On The Pending Summary Judgment And Decertification Motions, And Adjusting The Briefing On The Summary Judgment Motions.

3. A hearing on Plaintiff's motion for partial summary judgment (Docket No. 387), Conseco Life's motion for summary judgment (Docket No. 402), and Conseco Life's motion for decertification (Docket No. 393) is now scheduled for December 7, 2012.

4. Counsel for Conseco Life has a conflict on December 7, 2012 and therefore the parties, after consulting with the Court, propose to schedule the hearing on those motions for December 5, 2012 at 4:00 p.m. PST.

5. Plaintiffs have previously committed to file their reply brief (not to exceed 15 pages under the Civil Local Rules) in further support of their motion for partial summary judgment by November 16, 2012;

6. Plaintiffs' deadline to file their opposition (not to exceed 25 pages under the Civil Local Rules) to Conseco Life's motion for summary judgment is currently November 30, 2012;

7. The parties have agreed it is more efficient for Plaintiffs to file a single combined brief, not to exceed 30 pages, (a) in further support of their motion for partial summary judgment and (b) in opposition to Conseco Life's motion for summary judgment.

8. Counsel for the parties have conferred and propose the following deadlines for the pending papers on the parties' summary judgment motions:

    (a) November 16, 2012: Deadline for Plaintiffs to file a combined brief, not to exceed 30 pages, (i) in further support of their motion for partial summary judgment and (ii) in opposition to Conseco Life's motion for summary judgment; and

1

CLANCY DECLARATION IN CONNECTION WITH THE
STIPULATION AND [PROPOSED] ORDER CHANGING HEARING
DATE AND ADJUSTING THE BRIEFING ON SUMMARY JUDGMENT MOTIONS

Case No. 3:10-md-2124 SI

        (b)      November 26, 2012:  Deadline for Conseco Life to file its reply in further support of its motion for summary judgment.

9.     Under this schedule, Plaintiffs' motion for partial summary judgment, Conseco Life's motion for summary judgment, and Conseco Life's motion for decertification will be fully briefed by November 26, 2012.

10.    The parties do not seek to change the trial date or the date of the final pretrial conference.

11.    Prior to this stipulation and [proposed] order, the parties have requested by stipulation and been granted time modifications in this case in the following instances:  Docket Nos. 7, 21, 106, 149, 151, 159, 167, 189, 237, 249, 260, 276, 291, 306, 371, 377, and 396.

I declare under penalty of perjury that the foregoing is true and correct.  Executed at Boston, Massachusetts on November 13, 2012.

                                                /s/ David S. Clancy
                                            David S. Clancy