David J. Millstein (CSB #87878)
MILLSTEIN & ASSOCIATES
100 The Embarcadero Suite 200
San Francisco, California 94105
Telephone:  (415) 348-0348
Facsimile:  (415) 348-0336
Email:  dmillstein@millstein-law.com

Craig J. Litherland (admitted *Pro Hac Vice*)
Andrea K. Hopkins (admitted *Pro Hac Vice*)
Michelle A. Price (admitted *Pro Hac Vice*)
Emily P. Grim (admitted *Pro Hac Vice)*
Daniel I. Wolf (admitted *Pro Hac Vice*)
GILBERT LLP
1100 New York Avenue, NW, Suite 700
Washington, DC 20005
Telephone:  (202) 772-2200
Facsimile:  (202) 772-3333
Email:  litherlandc@gotofirm.com
Email:  hopkinsa@gotofirm.com
Email:  pricem@gotofirm.com
Email:  grime@gotofirm.com
Email:  wolfd@gotofirm.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE CONSECO LIFE INSURANCE CO. LIFETREND INSURANCE MARKETING AND SALES PRACTICES LITIGATION** | **Case No. 3:10-md-02124-SI**<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING THE DEADLINES CONCERNING PLAINTIFFS' MOTION TO REMOVE CONFIDENTIALITY DESIGNATIONS FROM DEPOSITIONS**<br>AS MODIFIED |

STIPULATION AND [PROPOSED] ORDER EXTENDING THE                      3:10-md-02124-SI
DEADLINES CONCERNING PLAINTIFFS' MOTION TO REMOVE
CONFIDENTIALITY DESIGNATIONS FROM DEPOSITIONS

1 **STIPULATION**

2 Pursuant to Civil Local Rule 7-12, Plaintiffs and Defendant Conseco Life Insurance
3 Company ("Conseco") respectfully submit this Stipulation and [Proposed] Order Extending the
4 Deadline for Conseco's Opposition to Plaintiffs' Motion to Remove Confidentiality Designations
5 from Depositions and Plaintiffs' Reply in Support of their Motion to Remove Confidentiality
6 Designations from Depositions:

7 WHEREAS, Plaintiffs filed their Motion to Remove Confidentiality Designations from
8 Depositions on December 21, 2012;

9 WHEREAS, Plaintiffs noticed the hearing on their motion for January 29, 2013;

10 WHEREAS, Conseco's opposition to Plaintiffs' motion is currently due January 4, 2013;

11 WHEREAS, Plaintiffs' reply in support of their motion is currently due January 11, 2013;

12 WHEREAS, the parties wish to extend the deadlines in light of the holidays;

13 THEREFORE, IT IS HEREBY STIPULATED by the undersigned Parties:

14 1. The deadline for Conseco's Opposition to Plaintiffs' Motion to Remove Confidentiality Designations from Depositions is January 11, 2013. NO LATER THAN NOON

16 2. The deadline for Plaintiffs' Reply in Support of their Motion to Remove Confidentiality Designations from Depositions is January 18, 2013. NO LATER THAN NOON

18 3. This stipulation and [proposed] order does not change any other deadline in this action.

STIPULATION AND [PROPOSED] ORDER EXTENDING THE
DEADLINES CONCERNING PLAINTIFFS' MOTION TO REMOVE
CONFIDENTIALITY DESIGNATIONS FROM DEPOSITIONS

3:10-md-02124-SI

1    Dated:  December 21, 2012                    Respectfully submitted,

2
                                                   /s/ Craig J. Litherland
3                                                 Craig J. Litherland (*Pro Hac Vice*)
                                                  litherlandc@gotofirm.com
4                                                 Andrea K. Hopkins (*Pro Hac Vice*)
                                                  hopkinsa@gotofirm.com
5                                                 Michelle A. Price (*Pro Hac Vice*)
6                                                 pricem@gotofirm.com
                                                  Emily P. Grim (*Pro Hac Vice*)
7                                                 grime@gotofirm.com
                                                  Daniel I. Wolf (*Pro Hac Vice*)
8                                                 wolfd@gotofirm.com
                                                  GILBERT LLP
9                                                 New York Avenue, NW, Suite 700
10                                                Washington, DC 20005
                                                  Telephone:  (202) 772-2200
11                                                Facsimile:  (202) 772-3333

12                                                David J. Millstein (CSB #87878)
                                                  dmillstein@millstein-law.com
13                                                MILLSTEIN & ASSOCIATES
14                                                100 The Embarcadero Suite 200
                                                  San Francisco, CA 94105
15                                                Telephone:  (415) 348-0348
                                                  Facsimile:  (415) 348-0336
16
17                                                Joseph J. Tabacco, Jr. (CSB #75484)
                                                  Christopher T. Heffelfinger (CSB #118058)
18                                                Bing W. Ryan (CSB #228641)
                                                  BERMAN DEVALERIO
19                                                Once California Street, Suite 900
                                                  San Francisco, CA 94111
20                                                Telephone:  (415) 433-3200
21                                                Facsimile:  (415) 433-6382

22                                                *Attorneys for Plaintiff*

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER EXTENDING THE                    3:10-md-02124-SI
DEADLINES CONCERNING PLAINTIFFS' MOTION TO REMOVE
CONFIDENTIALITY DESIGNATIONS FROM DEPOSITIONS

/s/ Christopher A. Lisy
James R. Carroll (*Pro Hac Vice*)
James.Carroll@skadden.com
David S. Clancy (*Pro Hac Vice*)
David.Clancy@skadden.com
Christopher A. Lisy (*Pro Hac Vice*)
Christopher.Lisy@skadden.com
Abra C. Bron (*Pro Hac Vice*)
Abra.Bron@skadden.com
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
One Beacon Street, 31st Floor
Boston, MA 02108
Telephone:  (617) 573-4800
Facsimile: (617) 573-4822

Raoul D. Kennedy (State Bar No. 40892)
Raoul.Kennedy@skadden.com
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, CA 94301
Telephone: (650) 470-4500
Facsimile:  (650) 470-4570


*Attorneys for Conseco Life Insurance Company*

STIPULATION AND [PROPOSED] ORDER EXTENDING THE
DEADLINES CONCERNING PLAINTIFFS' MOTION TO REMOVE
CONFIDENTIALITY DESIGNATIONS FROM DEPOSITIONS                3:10-md-02124-SI

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Andrea K. Hopkins, am the ECF User whose ID and password are being used to file this Stipulation and Proposed Order.  In compliance with General Order 45.X.B, I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of December 2012 at Washington, D.C.

/s/ Andrea K. Hopkins
Andrea K. Hopkins

PURSUANT TO STIPULATION, IT IS SO ORDERED, AS MODIFIED

Dated: December 26, 2012

Hon. Elizabeth D. Laporte
United States District Judge

STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINES CONCERNING PLAINTIFFS' MOTION TO REMOVE CONFIDENTIALITY DESIGNATIONS FROM DEPOSITIONS

3:10-md-02124-SI