David J. Millstein (CSB #87878)
MILLSTEIN & ASSOCIATES
100 The Embarcadero Suite 200
San Francisco, California 94105
Telephone:  (415) 348-0348
Facsimile:  (415) 348-0336
Email: dmillstein@millstein-law.com

Craig J. Litherland (*Pro Hac Vice*)
Andrea K. Hopkins (*Pro Hac Vice*)
Michelle A. Price (*Pro Hac Vice*)\
Emily P. Grim (*Pro Hac Vice*)
Daniel I. Wolf (*Pro Hac Vice*)
GILBERT LLP
1100 New York Avenue, NW, Suite 700
Washington, DC 20005
Telephone:  (202) 772-2200
Facsimile:  (202) 772-3333
Email: litherlandc@gotofirm.com
Email: hopkinsa@gotofirm.com
Email: pricem@gotofirm.com
Email: grime@gotofirm.com
Email: wolfd@gotofirm.com

*Other Plaintiffs' Counsel Appear on the Signature Page*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

|  |  |
|---|---|
| | ) **Case No. 3:10-md-02124-SI** |
| **IN RE CONSECO LIFE INSURANCE CO. LIFETREND INSURANCE MARKETING AND SALES PRACTICES LITIGATION** | ) **STIPULATION AND [PROPOSED] ORDER TO FILE UNDER SEAL PLAINTIFFS' MOTION TO REMOVE CONFIDENTIALITY DESIGNATIONS FROM DEPOSITIONS** |
| | ) **Date:    January 29, 2013** |
| | ) **Time:    9:00 a.m.** |
| | ) **Judge:   United States Magistrate Judge Hon. Elizabeth D. Laporte Courtroom E, 15th Floor** |

## STIPULATION

WHEREAS, on December 21, 2012, Plaintiffs Cedric Brady, Dr. Charles Hovden, Dr. Marion Hovden, Dr. John McNamara, Dr. Hisaji Sakai, and Bill W. McFarland ("Plaintiffs") will file their Motion for to Remove Confidentiality Designations from Depositions ("Motion");

WHEREAS, the Stipulation and [Proposed] Order for the Protection and Exchange of Confidential Information (submitted on October 16, 2009 in *Brady v. Conseco, Inc.*, No. 3:08-CV-5746 (N.D. Cal.), entered as an Order by the Court on May 14, 2012, and adopted by the Parties in this MDL (Brady ECF No. 77; Brady ECF No. 127; MDL ECF No. 13) (the "Proposed Protective Order")) permits a party to designate as "Confidential" documents or information that contain "confidential or proprietary business, commercial, personal or financial information, trade secrets, confidential research or development, and/or credit, compliance personnel and administrative information;"

WHEREAS, page 5 of the Motion and Exhibit 5 to the Declaration of Andrea Hopkins in Support of Plaintiffs' Motion reference materials that a third party, PricewaterhouseCoopers, has designated as confidential (the "Designated Materials);

WHEREAS, the Court previously granted the Parties' motions for leave to file the Designated Materials under seal in this matter and the *Brady* matter (Brady ECF Nos. 85, 115; MDL ECF Nos. 16, 29, 41, 44, 82, 148, 202, 275, and 289); and

WHEREAS, the Parties agree that good cause exists now for filing the Designated Materials under seal, although Plaintiffs reserve their rights to challenge the confidentiality of the Designated Materials in a future proceeding or at trial;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the undersigned Parties as follows:

(1)      Plaintiffs may file the Designated Materials under seal until the final disposition of this case, including any appeals;

(2)      At the conclusion of the litigation, after any appeals have been exhausted, the

- 1 -

STIPULATION AND [PROPOSED] ORDER TO FILE UNDER SEAL      3:10-md-02124-SI
PLAINTIFFS' MOTION TO REMOVE CONFIDENTIALITY
DESIGNATIONS FROM DEPOSITIONS

1    Designated Materials shall be returned to the party that designated them as confidential; and

2         (3)    The clerk shall seal page 5 of the Motion and Exhibit 5 to the Declaration of

3    Andrea K. Hopkins in Support of Plaintiffs' Motion.

4

5    Dated:  December 21, 2012          Respectfully submitted,

6

7                                       _____
                                        /s/
                                        David J. Millstein (CSB #87878)

8                                       dmillstein@millstein-law.com
                                        MILLSTEIN & ASSOCIATES

9                                       100 The Embarcadero Suite 200
                                        San Francisco, California 94105

10                                      Telephone:  (415) 348-0348
                                        Facsimile:  (415) 348-0336

11

12                                      Craig J. Litherland (*Pro Hac Vice*)
                                        litherlandc@gotofirm.com

13                                      Andrea K. Hopkins (*Pro Hac Vice*)
                                        hopkinsa@gotofirm.com

14                                      Michelle A. Price (*Pro Hac Vice*)
                                        pricem@gotofirm.com

15                                      Emily P. Grim (*Pro Hac Vice*)
                                        grime@gotofirm.com

16                                      Daniel I. Wolf (*Pro Hac Vice*)
                                        wolfd@gotofirm.com

17                                      GILBERT LLP

18                                      1100 New York Avenue, NW, Suite 700
                                        Washington, DC 20005

19                                      Telephone:  (202) 772-2200
                                        Facsimile:  (202) 772-1924

20

21                                      *Counsel for the Plaintiffs*

22                                      _____
                                        /s/
                                        James R. Carroll

23                                      David S. Clancy
                                        Christopher A. Lisy

24                                      SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
                                        One Beacon Street, 31st Floor

25                                      Boston, MA  02108

26                                      *Counsel for Conseco Life Insurance Company*

27

28
                                       - 2 -

STIPULATION AND [PROPOSED] ORDER TO FILE UNDER SEAL          3:10-md-02124-SI
PLAINTIFFS' MOTION TO REMOVE CONFIDENTIALITY
DESIGNATIONS FROM DEPOSITIONS

1

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

2        I, Andrea K. Hopkins, am the ECF User whose ID and password are being used to file this

3   Stipulation and Proposed Order.  In compliance with General Order 45.X.B, I hereby attest that

4   concurrence in the filing of this document has been obtained from each of the other signatories.  I

5   declare under penalty of perjury under the laws of the United States of America that the foregoing

6   is true and correct.

7   Executed this 21st day of December 2012 in Washington, DC.

8

9                                         /s/
                          _____
                          Andrea K. Hopkins (Admitted *pro hac vice*)

10

11   PURSUANT TO STIPULATION, IT IS SO ORDERED.

12

13   Dated: _____         _____
                Janaury 18, 2013            The Honorable Elizabeth D. Laporte

14                                          United States Magistrate Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

STIPULATION AND [PROPOSED] ORDER TO FILE UNDER SEAL          3:10-md-02124-SI
PLAINTIFFS' MOTION TO REMOVE CONFIDENTIALITY
DESIGNATIONS FROM DEPOSITIONS