RAOUL D. KENNEDY (STATE BAR NO. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570
Email: Raoul.Kennedy@skadden.com

JAMES R. CARROLL (*PRO HAC VICE*)
DAVID S. CLANCY (*PRO HAC VICE*)
CHRISTOPHER A. LISY (*PRO HAC VICE*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Beacon Street, 31st Floor
Boston, Massachusetts 02108
Telephone: (617) 573-4800
Facsimile: (617) 573-4822
Email: James.Carroll@skadden.com
Email: David.Clancy@skadden.com
Email: Christopher.Lisy@skadden.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CONSECO LIFE INSURANCE COMPANY LIFETREND INSURANCE SALES AND MARKETING LITIGATION | CASE NO.: 3:10-md-2124 SI<br><br>Burnett v. Conseco Life Ins. Co. et al.<br><br>**STIPULATION AND [**~~PROPOSED~~**] ORDER SCHEDULING THE INITIAL CASE MANAGEMENT CONFERENCE FOR APRIL 26, 2013 OR AT THE COURT'S CONVENIENCE THEREAFTER** |

Pursuant to Civil Local Rule 7-12, Plaintiffs and Defendants respectfully submit this Stipulation And [Proposed] Order Scheduling The Initial Case Management Conference For April 26, 2013:

WHEREAS, the <u>Burnett</u> action (<u>Burnett v. Conseco Life Insurance Co. et al.</u>) was initially filed in the U.S. District Court for the Central District of California, and subsequently transferred to this Court on November 20, 2012 by the Judicial Panel on Multidistrict Litigation;

WHEREAS, this Court has not yet scheduled an initial case management conference in the <u>Burnett</u> action;

WHEREAS, Defendants have filed a motion to dismiss the <u>Burnett</u> action, which is fully briefed and which will be argued on February 1, 2013;

WHEREAS, trial on the certified class's claims (in the <u>Brady</u> and <u>McFarland</u> actions) is scheduled to begin on March 25, 2013 and counsel for Conseco Life is preparing for that trial;

WHEREAS, counsel for all parties in the <u>Burnett</u> action have conferred and agree that, for scheduling reasons, the initial case management conference in the <u>Burnett</u> action should take place after the trial on the certified class's claims;

IT IS THEREFORE STIPULATED AND AGREED, by and between the undersigned, as follows:

1. Subject to Court approval, the initial case management conference in the <u>Burnett</u> action shall be held on April 26, 2013 at a time convenient to the Court, or at a date and time thereafter that is convenient for the Court;

2. The parties to the <u>Burnett</u> action shall serve or file their Rule 26(a)(1) initial disclosures, a Civil Local Rule 16-9 Case Management Statement, and a Rule 26(f) conference report (to the extent not covered by the Civil Local Rule 16-9 Case Management Statement) by one week before the initial case management conference (e.g., by April 19, 2013 if the case management conference is held on April 26, 2013); and

3. At the initial case management conference, the Court will set deadlines for filing any documents required by Civil Local Rule 16-8.

STIPULATION AND [PROPOSED] ORDER
SCHEDULING THE INITIAL CASE MANAGEMENT CONFERENCE
FOR APRIL 26, 2013 OR AT THE COURT'S CONVENIENCE THEREAFTER

CASE NO.: 3:10-md-2124 SI

| | |
|---|---|
| 1  Dated: January 28, 2013 | Respectfully submitted, |
| 2 | /s/ Stephen A. Weisbrod |
| | STEPHEN A. WEISBROD (Pro Hac Vice) |
| 3 | AUGUST J. MATTEIS, JR. (Pro Hac Vice) |
| | KATHLEEN M.S. HALE (Pro Hac Vice) |
| 4 | JOSHUA N. KATZ (Pro Hac Vice) |
| | NEESA SETHI (State Bar No. 263955) |
| 5 | Weisbrod Matteis & Copley PLLC |
| | 1900 M Street NW, Suite 850 |
| 6 | Washington, D.C. 20036 |
| | Telephone:  (202) 499-7900 |
| 7 | Facsimile:  (202) 478-1795 |
| | Email:  sweisbrod@wmclaw.com |
| 8 | Email:  amatteis@wmclaw.com |
| | Email:  khale@wmclaw.com |
| 9 | Email:  jkatz@wmclaw.com |
| | Email:  nsethi@wmclaw.com |
| 10 | |
| | Attorneys for Plaintiffs |
| 11 | William Jeff Burnett and Joe H. Camp |

2

STIPULATION AND [PROPOSED] ORDER                                                                                       CASE NO.:  3:10-md-2124 SI
SCHEDULING THE INITIAL CASE MANAGEMENT CONFERENCE
FOR APRIL 26, 2013 OR AT THE COURT'S CONVENIENCE THEREAFTER

|   |   |
|---|---|
| 1 | /s/ David S. Clancy |
| 2 | RAOUL D. KENNEDY (State Bar No. 40892)<br>Skadden, Arps, Slate, Meagher & Flom LLP |
| 3 | 525 University Avenue, Suite 1100<br>Palo Alto, California 94301 |
| 4 | Telephone: (650) 470-4500<br>Facsimile: (650) 470-4570 |
| 5 | Email: Raoul.Kennedy@skadden.com |

          /s/ David S. Clancy
RAOUL D. KENNEDY (State Bar No. 40892)
Skadden, Arps, Slate, Meagher & Flom LLP
525 University Avenue, Suite 1100
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570
Email: Raoul.Kennedy@skadden.com

JAMES R. CARROLL (Pro Hac Vice)
DAVID S. CLANCY (Pro Hac Vice)
CHRISTOPHER A. LISY (Pro Hac Vice)
Skadden, Arps, Slate, Meagher & Flom LLP
One Beacon Street, 31st Floor
Boston, Massachusetts 02108
Telephone: (617) 573-4800
Facsimile: (617) 573-4822
Email:  James.Carroll@skadden.com
Email:  David.Clancy@skadden.com
Email:  Christopher.Lisy@skadden.com

Attorneys for Defendants

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

      I, David S. Clancy, am the ECF User whose ID and password are being used to file this Stipulation And Proposed Order.  In compliance with Civil L.R. 5-1, I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 28th day of January 2013, at Boston, Massachusetts.

          /s/ David S. Clancy
David S. Clancy

PURSUANT  TO STIPULATION, IT IS SO ORDERED,

Dated: 1/31/12                                         
                                           Hon. Susan Illston
                                           United States District Judge

STIPULATION AND [PROPOSED] ORDER                            CASE NO.:  3:10-md-2124 SI
SCHEDULING THE INITIAL CASE MANAGEMENT CONFERENCE
FOR APRIL 26, 2013 OR AT THE COURT'S CONVENIENCE THEREAFTER