David J. Millstein (CSB #87878)
MILLSTEIN & ASSOCIATES
100 The Embarcadero Suite 200
San Francisco, California 94105
Telephone: (415) 348-0348
Facsimile: (415) 348-0336
Email: dmillstein@millstein-law.com

Craig J. Litherland (admitted *Pro Hac Vice*)
Andrea K. Hopkins (admitted *Pro Hac Vice*)
Michelle A. Price (admitted *Pro Hac Vice*)
Emily P. Grim (admitted *Pro Hac Vice)*
Daniel I. Wolf (admitted *Pro Hac Vice*)
GILBERT LLP
1100 New York Avenue, NW, Suite 700
Washington, DC 20005
Telephone: (202) 772-2200
Facsimile: (202) 772-3333
Email: litherlandc@gotofirm.com
Email: hopkinsa@gotofirm.com
Email: pricem@gotofirm.com
Email: grime@gotofirm.com
Email: wolfd@gotofirm.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE CONSECO LIFE INSURANCE CO. LIFETREND INSURANCE MARKETING AND SALES PRACTICES LITIGATION** | **Case No. 3:10-md-02124-SI**<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER POSTPONING THE PRETRIAL CONFERENCE** |

**STIPULATION**

Pursuant to Civil Local Rule 7-12, Plaintiffs and Defendant Conseco Life Insurance Company (collectively, "the parties") respectfully submit this Stipulation and [Proposed] Order Postponing the Pretrial Conference.

WHEREAS, the Pretrial Conference is currently scheduled for Wednesday, March 20, 2013 at 3:30 p.m.;

WHEREAS, the parties jointly contacted the Clerk of the Court to ask that the pretrial conference be postponed in light of the status of the parties' settlement discussions;

WHEREAS, the Clerk indicated that April 2, 2013 is available and requested that the parties file a stipulation seeking this extension;

WHEREAS, the parties stipulate that, with the Court's approval, the Pretrial Conference will be postponed until April 2, 2013.

THEREFORE, IT IS HEREBY STIPULATED by the undersigned Parties:

1. The Pretrial Conference currently scheduled for March 20, 2013 will be postponed until April 2, 2013.
2. All other deadlines in the case will remain the same.

Dated: March 18, 2013

Respectfully submitted,

/s/ Andrea K. Hopkins
Craig J. Litherland (*Pro Hac Vice*)
litherlandc@gotofirm.com
Andrea K. Hopkins (*Pro Hac Vice*)
hopkinsa@gotofirm.com
Michelle A. Price (*Pro Hac Vice*)
pricem@gotofirm.com
Emily P. Grim (*Pro Hac Vice*)
grime@gotofirm.com
Daniel I. Wolf (*Pro Hac Vice*)
wolfd@gotofirm.com
GILBERT LLP
New York Avenue, NW, Suite 700
Washington, DC 20005
Telephone: (202) 772-2200
Facsimile: (202) 772-3333

David J. Millstein (CSB #87878)
dmillstein@millstein-law.com
MILLSTEIN & ASSOCIATES
100 The Embarcadero Suite 200
San Francisco, CA 94105
Telephone: (415) 348-0348
Facsimile: (415) 348-0336

Joseph J. Tabacco, Jr. (CSB #75484)
Christopher T. Heffelfinger (CSB #118058)
Bing W. Ryan (CSB #228641)
BERMAN DEVALERIO
Once California Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

*Attorneys for Plaintiff*

_/s/ David S. Clancy
James R. Carroll (*Pro Hac Vice*)
James.Carroll@skadden.com
David S. Clancy (*Pro Hac Vice*)
David.Clancy@skadden.com
Christopher A. Lisy (*Pro Hac Vice*)
Christopher.Lisy@skadden.com
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
One Beacon Street, 31st Floor
Boston, MA 02108
Telephone: (617) 573-4800
Facsimile: (617) 573-4822

Raoul D. Kennedy (State Bar No. 40892)
Raoul.Kennedy@skadden.com
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, CA 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

*Attorneys for Conseco Life Insurance Company*

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Andrea K. Hopkins, am the ECF User whose ID and password are being used to file this Stipulation and Proposed Order. In compliance with General Order 45.X.B, I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 18th day of March 2013 at Washington, D.C.

/s/ Andrea K. Hopkins
Andrea K. Hopkins

PURSUANT TO STIPULATION, IT IS SO ORDERED,

Dated: 3/19/13

Hon. Susan Illston
United States District Judge

The pretrial conference is continued to April 2, 2013,a t 3:30 p.m.