RAOUL D. KENNEDY (STATE BAR NO. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570
Email: Raoul.Kennedy@skadden.com

JAMES R. CARROLL (*PRO HAC VICE*)
DAVID S. CLANCY (*PRO HAC VICE*)
CHRISTOPHER A. LISY (*PRO HAC VICE*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Beacon Street, 31st Floor
Boston, Massachusetts 02108
Telephone: (617) 573-4800
Facsimile: (617) 573-4822
Email: James.Carroll@skadden.com
Email: David.Clancy@skadden.com
Email: Christopher.Lisy@skadden.com

Attorneys for Defendant
Conseco Life Insurance Company

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CONSECO LIFE INSURANCE COMPANY LIFETREND INSURANCE SALES AND MARKETING LITIGATION | CASE NO.: 3:10-MD-02124-SI<br><br>**STIPULATION AND [PROPOSED] ORDER CONCERNING THE APRIL 2, 2013 PRETRIAL CONFERENCE AND APRIL 15, 2013 TRIAL IN LIGHT OF THE PARTIES' AGREEMENT IN PRINCIPLE ON MATERIAL SETTLEMENT TERMS** |

Pursuant to Civil Local Rules 6-2 and 7-12, plaintiffs Cedric Brady, Dr. Charles Hovden, Dr. Marion Hovden, Dr. John McNamara, Dr. Hisaji Sakai and Bill McFarland ("Plaintiffs") and defendant Conseco Life Insurance Company ("Conseco Life") (together, the "Parties") respectfully submit this Stipulation And [Proposed] Order.

WHEREAS, a pretrial conference is scheduled for April 2, 2013 and trial is scheduled to begin on April 15, 2013;

WHEREAS, after extensive arms-length negotiations with the assistance of the Honorable Edward A. Infante (Ret.) as mediator, the Parties have reached an agreement in principle on material terms to settle this matter;

WHEREAS, the Parties have begun to document the agreement in principle, and anticipate finalizing a written settlement agreement in April;

WHEREAS, the Parties wish to proceed efficiently and to conserve resources, and to focus their efforts on the ongoing tasks set forth herein;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the undersigned as follows:

1. The pretrial conference scheduled for April 2, 2013 and the trial scheduled for April 15, 2013 may be continued for at least 90 days to permit the Parties to finalize a settlement agreement and request its approval by the Court.

| | | |
|---|---|---|
| 1 | DATED: April 1, 2013 | Gilbert LLP |
| 2 | | |
| 3 | | By: /s/ Craig Litherland |
| | | Craig Litherland |
| 4 | | Lead Counsel For Plaintiffs |
| 5 | | |
| 6 | DATED: April 1, 2013 | Skadden, Arps, Slate, Meagher & Flom LLP |

By: /s/ David S. Clancy
Raoul D. Kennedy
James R. Carroll (Admitted *Pro Hac Vice*)
David S. Clancy (Admitted *Pro Hac Vice*)
Christopher A. Lisy (Admitted *Pro Hac Vice*)

Attorneys for Defendant
Conseco Life Insurance Company

### ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1

I, David S. Clancy, am the ECF User whose ID and password are being used to file this Stipulation And [Proposed] Order. In compliance with Civ. L.R. 5-1, I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 1st day of April, 2013, at Boston, Massachusetts.

By: /s/ David S. Clancy
David S. Clancy

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 4/1/13    By: /s/ Susan Illston
Hon. Susan Illston

PRETRIAL CONFERENCE SET: 6/24/13 @ 3:30 P.M.
TRIAL CONTINUED TO 7/8/13 @ 8:30 A.M.

| | |
|---|---|
| 1 | RAOUL D. KENNEDY (STATE BAR NO. 40892)<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| 2 | 525 University Avenue, Suite 1100<br>Palo Alto, California 94301 |
| 3 | Telephone: (650) 470-4500<br>Facsimile: (650) 470-4570 |
| 4 | Email: Raoul.Kennedy@skadden.com |
| 5 | JAMES R. CARROLL (*PRO HAC VICE*)<br>DAVID S. CLANCY (*PRO HAC VICE*) |
| 6 | CHRISTOPHER A. LISY (*PRO HAC VICE*)<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| 7 | One Beacon Street, 31st Floor<br>Boston, Massachusetts 02108 |
| 8 | Telephone: (617) 573-4800<br>Facsimile: (617) 573-4822 |
| 9 | Email: James.Carroll@skadden.com<br>Email: David.Clancy@skadden.com |
| 10 | Email: Christopher.Lisy@skadden.com |
| 11 | |
| 12 | Attorneys for Defendant<br>Conseco Life Insurance Company |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CONSECO LIFE INSURANCE COMPANY LIFETREND INSURANCE SALES AND MARKETING LITIGATION | CASE NO.: 3:10-md-2124 SI<br><br>**DECLARATION OF DAVID S. CLANCY IN CONNECTION WITH THE STIPULATION AND [PROPOSED] ORDER CONCERNING THE APRIL 2, 2013 PRETRIAL CONFERENCE AND APRIL 15, 2013 TRIAL IN LIGHT OF THE PARTIES' AGREEMENT IN PRINCIPLE ON MATERIAL SETTLEMENT TERMS** |

CLANCY DECLARATION IN CONNECTION WITH THE
STIPULATION AND [PROPOSED] ORDER CONCERNING THE
APRIL 2, 2013 PRETRIAL CONFERENCE AND APRIL 15, 2013 TRIAL

Case No. 3:10-md-2124 SI

I, David S. Clancy, pursuant to 28 U.S.C. § 1746, declare and state as follows:

1. I am a partner in the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel to defendant Conseco Life Insurance Company ("Conseco Life") in this matter.

2. I submit this declaration in connection with the Stipulation And [Proposed] Order Concerning The April 2, 2013 Pretrial Conference And April 15, 2013 Trial In Light Of The Parties' Agreement In Principle On Material Settlement Terms.

3. A pretrial conference is scheduled for April 2, 2013 and trial is scheduled to begin on April 15, 2013.

4. After extensive arms-length negotiations with the assistance of the Honorable Edward A. Infante (Ret.) as mediator, the Parties have reached an agreement in principle on material terms to settle this matter.

5. The Parties have begun to document the agreement in principle, and anticipate finalizing a written settlement agreement in April.

6. The Parties wish to proceed efficiently and to conserve resources, and to focus their efforts on the ongoing tasks set forth herein.

7. The Parties therefore respectfully request that the pretrial conference scheduled for April 2, 2013 and the trial scheduled for April 15, 2013 may be continued for at least 90 days to permit the Parties to finalize a settlement agreement and request its approval by the Court. The Parties' [Proposed] Order would change the date of the pretrial conference and trial.

8. Prior to this Stipulation and [Proposed] Order, the Parties have requested by stipulation and been granted time modifications in this case in the following instances: Docket Nos. 7, 21, 106, 149, 151, 159, 167, 189, 237, 249, 260, 276, 291, 306, 371, 377, 396, 414, 433, and 476.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Boston, Massachusetts on April 1, 2013.

                                         /s/ David S. Clancy
                                         David S. Clancy

CLANCY DECLARATION IN CONNECTION WITH THE
STIPULATION AND [PROPOSED] ORDER CONCERNING THE
APRIL 2, 2013 PRETRIAL CONFERENCE AND APRIL 15, 2013 TRIAL

Case No. 3:10-md-2124 SI