STEPHEN A. WEISBROD (Pro Hac Vice)
AUGUST J. MATTEIS, JR. (Pro Hac Vice)
JOSHUA N. KATZ (Pro Hac Vice)
Weisbrod Matteis & Copley PLLC
1900 M Street NW, Suite 850
Washington, D.C. 20036
Telephone: (202) 499-7900
Facsimile: (202) 478-1795
Email: sweisbrod@wmclaw.com
Email: amatteis@wmclaw.com
Email: jkatz@wmclaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CONSECO LIFE INSURANCE COMPANY LIFETREND INSURANCE SALES AND MARKETING LITIGATION | CASE NO.: 3:10-md-2124 SI<br><br>Burnett v. Conseco Life Ins. Co. et al.<br><br>**STIPULATION AND [**~~PROPOSED~~**] ORDER TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE TO JULY 19, 2013 OR AT THE COURT'S CONVENIENCE THEREAFTER** |

{00049437;v2}

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE
TO JULY 19, 2013 OR AT THE COURT'S CONVENIENCE THEREAFTER

CASE NO.: 3:10-md-2124 SI

1    Pursuant to Civil Local Rule 7-12, Plaintiffs and Defendants respectfully submit this
2 Stipulation And [Proposed] Order To Continue The Initial Case Management Conference To July
3 19, 2013 Or At The Court's Convenience Thereafter:
4    WHEREAS, the Burnett action (Burnett v. Conseco Life Insurance Co. et al.) was initially
5 filed in the U.S. District Court for the Central District of California, subsequently transferred to this
6 Court on November 20, 2012 by the Judicial Panel on Multidistrict Litigation and incorporated into
7 the pending multidistrict litigation captioned In Re Conseco Insurance Company Lifetrend
8 Insurance Sales And Marketing Litigation, No. 3:10-md-2124-SI ("Lifetrend MDL");
9    WHEREAS, an initial case management conference was scheduled in the Burnett action for
10 April 26, 2013 (Docket No. 453), and, pursuant a prior stipulation of the parties (Docket No. 480,
11 was rescheduled for May 17, 2013 (Docket No. 481);
12    WHEREAS, case management issues in the Burnett action may be affected by the
13 settlement in principle of the Brady class also pending in the Lifetrend MDL that has been reported
14 to the Court (Docket No. 478);
15    WHEREAS, the settlement in principle of the Brady class is anticipated to be submitted to
16 the Court for preliminary approval in the forthcoming weeks;
17    WHEREAS undersigned counsel for the Burnett Plaintiffs did not participate in
18 negotiations of the settlement of the Brady class and has not yet been informed of its presently-
19 confidential terms;
20    WHEREAS, counsel for all parties in the Burnett action have conferred and agree that, for
21 scheduling reasons and to ensure that the initial case management conference in the Burnett action
22 is as productive as possible, the initial case management conference in the Burnett action should
23 take place on or after July 19, 2013;
24    IT IS THEREFORE STIPULATED AND AGREED, by and between the undersigned, as
25 follows:

{00049437;v2} 1

1.      Subject to Court approval, the initial case management conference in the <u>Burnett</u> action shall be held on July 19, 2013 at a time convenient to the Court, or at a date and time thereafter that is convenient for the Court; and

2.      The case management conference scheduled for May 17, 2013 shall be vacated.

Dated: May 10, 2013

Respectfully submitted,

/s/ Stephen A. Weisbrod
STEPHEN A. WEISBROD (Pro Hac Vice)
AUGUST J. MATTEIS, JR. (Pro Hac Vice)
JOSHUA N. KATZ (Pro Hac Vice)
Weisbrod Matteis & Copley PLLC
1900 M Street NW, Suite 850
Washington, D.C. 20036
Telephone: (202) 499-7900
Facsimile: (202) 478-1795
Email: sweisbrod@wmclaw.com
Email: amatteis@wmclaw.com
Email: jkatz@wmclaw.com

Attorneys for Plaintiffs
William Jeff Burnett and Joe H. Camp


/s/ David S. Clancy
RAOUL D. KENNEDY (State Bar No. 40892)
Skadden, Arps, Slate, Meagher & Flom LLP
525 University Avenue, Suite 1100
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570
Email: Raoul.Kennedy@skadden.com

JAMES R. CARROLL (Pro Hac Vice)
DAVID S. CLANCY (Pro Hac Vice)
CHRISTOPHER A. LISY (Pro Hac Vice)
Skadden, Arps, Slate, Meagher & Flom LLP
One Beacon Street, 31st Floor
Boston, Massachusetts 02108
Telephone: (617) 573-4800
Facsimile: (617) 573-4822
Email: James.Carroll@skadden.com
Email: David.Clancy@skadden.com
Email: Christopher.Lisy@skadden.com

Attorneys for Defendants

{00049437;v2}2

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE
TO July 19, 2013 OR AT THE COURT'S CONVENIENCE THEREAFTER

CASE NO.: 3:10-md-2124 SI

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, Stephen A. Weisbrod, am the ECF User whose ID and password are being used to file this Stipulation And Proposed Order. In compliance with Civil L.R. 5-1, I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 10th day of May 2013, at Washington, D.C.

/s/ Stephen A. Weisbrod
Stephen A. Weisbrod

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 5/14/13

Hon. Susan Illston
United States District Judge

{00049437;v2}3

STIPULATION AND [PROPOSED] ORDER                                    CASE NO.: 3:10-md-2124 SI
TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE
TO July 19, 2013 OR AT THE COURT'S CONVENIENCE THEREAFTER