Joan B. Tucker Fife (SBN: 144572)
Krista M. Enns (SBN: 206430)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5802
Telephone:  (415) 591-1000
Facsimile:  (415) 591-1400
Email:  jfife@winston.com
Email:  kenns@winston.com

John M. Aerni (pro hac vice)
Adam J. Kaiser (pro hac vice)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166
Telephone (212) 294-6700
Facsimile (212) 294-4700
Email: jaerni@winston.com
Email: akaiser@winston.com

Raoul D. Kennedy (SBN: 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, California  94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570
Email: Raoul.Kennedy@skadden.com

James R. Carroll (pro hac vice)
David S. Clancy (pro hac vice)
Christopher A. Lisy (pro hac vice)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Beacon Street, 31st Floor
Boston, Massachusetts 02108
Telephone: (617) 573-4800
Facsimile: (617) 573-4822
Email: James.Carroll@skadden.com
Email: David.Clancy@skadden.com
Email: Christopher.Lisy@skadden.com

*Attorneys for Conseco Life Insurance Company*

1

2

3

4

5

6

7

8

9 **UNITED STATES DISTRICT COURT**

10 **NORTHERN DISTRICT OF CALIFORNIA**

11 **SAN FRANCISCO DIVISION**

12

13 | | **Case No. 3:10-md-02124-SI** |
|---|---|
| | |
| **IN RE CONSECO LIFE INSURANCE CO.** | **STIPULATION AND [PROPOSED]** |
| **LIFETREND INSURANCE MARKETING** | **ORDER TO POSTPONE THE** |
| **AND SALES PRACTICES LITIGATION** | **PRETRIAL CONFERENCE AND** |
| | **TRIAL IN LIGHT OF THE PARTIES'** |
| | **SETTLEMENT AGREEMENT IN** |
| | **PRINCIPLE** |

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**STIPULATION**

2       Pursuant to Civil Local Rule 7-12, Plaintiffs Cedric Brady, Dr. Charles Hovden, Dr.

3   Marion Hovden, Dr. John McNamara, Dr. Hisaji Sakai, and Bill McFarland, and Defendant

4   Conseco Life Insurance Company (collectively, "the parties") respectfully submit this Stipulation

5   and [Proposed] Order Postponing the Pretrial Conference and Trial.

6       WHEREAS, the Pretrial Conference is currently scheduled for June 24, 2013 and the Trial

7   is currently scheduled for July 8, 2013;

8       WHEREAS, after extensive arms-length negotiations with the assistance of the Honorable

9   Edward A. Infante (Ret.) as mediator, the parties reached an agreement in principle on material

10  terms to settle this matter in late March 2013;

11      WHEREAS, the parties have been working diligently for the past several months to

12  finalize the settlement agreement and anticipate completion of the written settlement agreement in

13  approximately one week;

14      WHEREAS, the parties stipulate that, with the Court's approval, the Pretrial Conference

15  and Trial will be postponed at least 90 days to allow the parties to finalize the settlement

16  agreement and seek the Court's approval.

17      THEREFORE, IT IS HEREBY STIPULATED by the undersigned Parties:

18      1.  The Pretrial Conference currently scheduled for June 24, 2013 and the Trial scheduled for

19  July 8, 2013 may be continued for at least 90 days to permit the parties to finalize a settlement

20  agreement and request its approval by the Court.

21

22

23

24

25

26

27

28

1    Dated:  May 31, 2013                    Respectfully submitted,

2
                                            /s/ Krista M. Enns
3                                           Joan B. Tucker Fife (SBN: 144572)
                                            Krista M. Enns (SBN: 206430)
4                                           WINSTON & STRAWN LLP
                                            101 California Street
5                                           San Francisco, CA 94111-5802
                                            Telephone:  (415) 591-1000
6                                           Facsimile:  (415) 591-1400
                                            Email:  jfife@winston.com
7                                           Email:  kenns@winston.com

8
                                            John M. Aerni (pro hac vice)
9                                           Adam J. Kaiser (pro hac vice)
                                            WINSTON & STRAWN LLP
10                                          200 Park Avenue
                                            New York, New York 10166
11                                          Telephone (212) 294-6700
                                            Facsimile (212) 294-4700
12                                          Email: jaerni@winston.com
                                            Email: akaiser@winston.com
13

14
                                            James R. Carroll (*Pro Hac Vice*)
15                                          James.Carroll@skadden.com
                                            David S. Clancy (*Pro Hac Vice*)
16                                          David.Clancy@skadden.com
                                            Christopher A. Lisy (*Pro Hac Vice*)
17                                          Christopher.Lisy@skadden.com
                                            SKADDEN, ARPS, SLATE,
18                                          MEAGHER & FLOM LLP
                                            One Beacon Street, 31st Floor
19                                          Boston, MA 02108
                                            Telephone:  (617) 573-4800
20                                          Facsimile: (617) 573-4822
21
                                            Raoul D. Kennedy (State Bar No. 40892)
22                                          Raoul.Kennedy@skadden.com
                                            SKADDEN, ARPS, SLATE,
23                                          MEAGHER & FLOM LLP
                                            525 University Avenue, Suite 1100
24                                          Palo Alto, CA 94301
                                            Telephone: (650) 470-4500
25                                          Facsimile:  (650) 470-4570
26
27                                          *Attorneys for Conseco Life Insurance Company*

28

---
STIPULATION AND [PROPOSED] ORDER POSTPONING THE                    3:10-md-02124-SI
PRETRIAL CONFERENCE AND TRIAL

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

/s/ Craig J. Litherland
Craig J. Litherland (*Pro Hac Vice*)
litherlandc@gotofirm.com
Andrea K. Hopkins (*Pro Hac Vice*)
hopkinsa@gotofirm.com
Michelle A. Price (*Pro Hac Vice*)
pricem@gotofirm.com
Daniel I. Wolf (*Pro Hac Vice*)
wolfd@gotofirm.com
GILBERT LLP
New York Avenue, NW, Suite 700
Washington, DC 20005
Telephone:  (202) 772-2200
Facsimile:  (202) 772-3333

David J. Millstein (CSB #87878)
dmillstein@millstein-law.com
MILLSTEIN & ASSOCIATES
100 The Embarcadero Suite 200
San Francisco, CA 94105
Telephone:  (415) 348-0348
Facsimile:  (415) 348-0336

Joseph J. Tabacco, Jr. (CSB #75484)
Christopher T. Heffelfinger (CSB #118058)
Bing W. Ryan (CSB #228641)
BERMAN DEVALERIO
Once California Street, Suite 900
San Francisco, CA 94111
Telephone:  (415) 433-3200
Facsimile:  (415) 433-6382

*Attorneys for Plaintiffs*

---

STIPULATION AND [PROPOSED] ORDER POSTPONING THE
PRETRIAL CONFERENCE AND TRIAL

3:10-md-02124-SI

## ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)

I, Krista M. Enns, am the ECF User whose ID and password are being used to file this Stipulation and Proposed Order.  In compliance with Local Rules 5-1(i), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 31st day of May, 2013 at New York, New York

/s/ Krista M. Enns
Krista M. Enns

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED,

Dated: _____   6/11/13

_____
Hon. Susan Illston
United States District Judge

THE PRETRIAL AND TRIAL ARE VACATED.
A FURTHER CASE MANAGEMENT CONFERENCE HAS BEEN SCHEDULED FOR
SEPTEMBER 27, 2013, AT 3:00 P.M.  A JOINT CASE MANAGEMENT
CONFERENCE STATEMENT SHALL BE FILED ONE WEEK PRIOR TO THE
CONFERENCE.