1 | STEPHEN A. WEISBROD (Pro Hac Vice)
AUGUST J. MATTEIS, JR. (Pro Hac Vice)
2 | JOSHUA N. KATZ (Pro Hac Vice)
Weisbrod Matteis & Copley PLLC
3 | 1900 M Street NW, Suite 850
Washington, D.C. 20036
4 | Telephone: (202) 499-7900
Facsimile: (202) 478-1795
5 | Email: sweisbrod@wmclaw.com
Email: amatteis@wmclaw.com
6 | Email: jkatz@wmclaw.com

7 | Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| | CASE NO.: 3:10-md-2124 SI |
| | Burnett v. Conseco Life Ins. Co. et al. |
| IN RE CONSECO LIFE INSURANCE COMPANY LIFETREND INSURANCE SALES AND MARKETING LITIGATION | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE TO NOVEMBER 1, 2013 OR AT THE COURT'S CONVENIENCE THEREAFTER** |

1 | Pursuant to Civil Local Rule 7-12, Plaintiffs and Defendants respectfully submit this Stipulation And [Proposed] Order To Continue The Initial Case Management Conference To November 1, 2013 Or At The Court's Convenience Thereafter:

WHEREAS, the <u>Burnett</u> action (<u>Burnett v. Conseco Life Insurance Co. et al.</u>) was initially filed in the U.S. District Court for the Central District of California, subsequently transferred to this Court on November 20, 2012 by the Judicial Panel on Multidistrict Litigation and incorporated into the pending multidistrict litigation captioned <u>In Re Conseco Insurance Company Lifetrend Insurance Sales And Marketing Litigation</u>, No. 3:10-md-2124-SI ("Lifetrend MDL");

WHEREAS, an initial case management conference was scheduled in the <u>Burnett</u> action for April 26, 2013 (Docket No. 453), and, pursuant to prior stipulations of the parties (Docket No. 480, 484) was rescheduled for July 19, 2013 (Docket No. 485);

WHEREAS, a further case management conference was scheduled in the <u>Burnett</u> action for September 27, 2013 (Docket No. 502);

WHEREAS, on August 15, 2013, counsel for the Defendants produced the documents that were previously produced in the <u>Brady</u> action, which total roughly 820,000 pages, and Plaintiffs' counsel is still in the process of reviewing these documents;

WHEREAS, counsel for all parties in the <u>Burnett</u> action agree that they will be in a better position to make proposals to the Court concerning additional discovery in the <u>Burnett</u> action after Plaintiffs' counsel has completed an initial review documents previously produced in the <u>Brady</u> action; and

WHEREAS, counsel for all parties in the <u>Burnett</u> action have conferred and agree that to ensure that the upcoming case management conference in the <u>Burnett</u> action is as productive as possible, the case management conference in the <u>Burnett</u> action should take place on or after November 1, 2013 at 3:00 p.m.

IT IS THEREFORE STIPULATED AND AGREED, by and between the undersigned, as follows:

1

STIPULATION AND [PROPOSED] ORDER                                        CASE NO.: 3:10-md-2124 SI
TO CONTINUE THE CASE MANAGEMENT CONFERENCE
TO NOVEMBER 1, 2013 OR AT THE COURT'S CONVENIENCE THEREAFTER

1. Subject to Court approval, the case management conference in the <u>Burnett</u> action shall be held on November ~~1~~ 18, 2013 at 3:00 p.m. or at a date and time thereafter that is convenient for the Court; and

2. The case management conference scheduled for September 27, 2013 shall be vacated.

Dated: September 17, 2013                Respectfully submitted,

                                                    /s/ Stephen A. Weisbrod
STEPHEN A. WEISBROD (Pro Hac Vice)
AUGUST J. MATTEIS, JR. (Pro Hac Vice)
JOSHUA N. KATZ (Pro Hac Vice)
Weisbrod Matteis & Copley PLLC
1900 M Street NW, Suite 850
Washington, D.C. 20036
Telephone: (202) 499-7900
Facsimile: (202) 478-1795
Email: sweisbrod@wmclaw.com
Email: amatteis@wmclaw.com
Email: jkatz@wmclaw.com

Attorneys for Plaintiffs
William Jeff Burnett and Joe H. Camp

Dated: September 17, 2013                /s/ John M. Aerni
JOHN M. AERNI (Pro Hac Vice)
ADAM J. KAISER (Pro Hac Vice)
Winston & Strawn LLP
200 Park Avenue
New York, New York 10166
Telephone:     (212) 294-6700
Facsimile:     (212) 294-4700
Email: jaerni@winston.com
Email: akaiser@winston.com

Attorneys for Defendants
Conseco Life Insurance Company, CNO Financial Group, Inc., CDOC, Inc., and CNO Services, LLC

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 9/17/13                _____
                                                  Honorable Susan Illston
                                                  United States District Judge

2

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

 I, John M. Aerni, am the ECF User whose ID and password are being used to file this Stipulation And Proposed Order.  In compliance with Civil L.R. 5-1, I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of September 2013, at New York, N.Y.

               /s/ John M. Aerni
               John M. Aerni

3

STIPULATION AND [PROPOSED] ORDER                   CASE NO.:  3:10-md-2124 SI
TO CONTINUE THE CASE MANAGEMENT CONFERENCE
TO NOVEMBER 1, 2013 OR AT THE COURT'S CONVENIENCE THEREAFTER