IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CONSECO LIFE INSURANCE CO. LIFE TREND INSURANCE MARKETING AND SALES PRACTICE LITIGATION | No. C 10-02124 SI<br><br>**ORDER TO PRODUCE RECORDS FOR FEE APPLICATION** |

Currently before the Court is class counsel's motion for attorneys' fees, costs and expenses incurred in litigation, and service awards to the named plaintiffs. Docket No. 506. On November 8, 2013, the Court conducted a fairness hearing and in a separate order, granted the parties' joint motion for final approval of the settlement agreement. Docket No. 526. On November 20, 2013, pursuant to the Court's order at the fairness hearing, class counsel submitted supplemental briefing and declarations to support their lodestar calculation. Docket No. 530. The Court has reviewed class counsel's supplementary briefing materials and issues this order for additional records to complete its evaluation of the motion for attorneys' fees.

Class counsel from each law firm is directed to file with the Court a sworn, written declaration that each attorney listed in the submitted attorneys' fees schedules is an employee or partner of the respective firm. If any of these individuals were once but are no longer employed by class counsel, the dates of their employment should be included.

Counsel from Gilbert LLP is directed to submit to the Court a definition of the position "Staff Attorney." The firm is also directed to explain litigation expense and fees entries for document review

(Gilbert LLP's expense schedule includes $121,012.31 in expenses for "Contract Attorneys for Document Review" and the schedule for attorneys' fees also includes 2,165.60 hours spent by attorneys on "Document Production/Review").

Counsel from Millstein & Associates is directed to define the positions of "Other" and "Staff Attorney" listed in its fees schedule.

Class counsel is directed to submit these additional records to the Court by **Thursday, December 5, 2013.**

**IT IS SO ORDERED.**

Dated: November 26, 2013

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

2