IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CONSECO LIFE INSURANCE COMPANY LIFETREND INSURANCE SALES AND MARKETING LITIGATION _____/ | No. C 10-MD-02124 SI<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION** |

Having considered defendant's motion for leave to file a motion for reconsideration pursuant to this Court's Local Rule 7-9(a), and plaintiffs' opposition, the Court GRANTS the motion. Docket No. 533.

The Court deems defendant's motion for leave as the motion for reconsideration. If plaintiffs wish to file further opposition, they may do so within ten days.

**IT IS SO ORDERED.**

Dated: February 7, 2014

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE