Joan B. Tucker Fife (SBN: 144572)
Krista M. Enns (SBN: 206430)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA  94111-5802
Telephone:  (415) 591-1000
Facsimile:   (415) 591-1400
Email:  jfife@winston.com
Email:  kenns@winston.com

John M. Aerni (pro hac vice)
Adam J. Kaiser (pro hac vice)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY  10166
Telephone:  (212) 294-6700
Facsimile:  (212) 294-4700
Email:  jaerni@winston.com
Email:  akaiser@winston.com

Raoul D. Kennedy (SBN: 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, CA  94301
Telephone:  (650) 470-4500
Facsimile:  (650) 470-4570
Email:  Raoul.Kennedy@skadden.com

James R. Carroll (pro hac vice)
David S. Clancy (pro hac vice)
Christopher A. Lisy (pro hac vice)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Beacon Street, 31st Floor
Boston, Massachusetts 02108
Telephone:  (617) 573-4800
Facsimile:  (617) 573-4822
Email:  James.Carroll@skadden.com
Email:  David.Clancy@skadden.com
Email:  Christopher.Lisy@skadden.com

Attorneys for Defendant
CONSECO LIFE INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CONSECO LIFE INSURANCE COMPANY LIFETREND INSURANCE SALES AND MARKETING LITIGATION | **Case No. 3:10-MD-02124-SI (EDL)**<br><br>**Burnett et ano. v. Conseco Life Ins. Co.**<br><br>**STIPULATION PURSUANT TO LOCAL RULE 6-2 TO EXTEND DEFENDANT'S TIME TO FILE OPPOSITIONS TO PLAINTIFFS' DISCOVERY MOTIONS TO MARCH 31, 2014, AND TO EXTEND PLAINTIFFS' TIME TO FILE REPLIES TO DEFENDANT'S OPPOSITIONS TO APRIL 14, 2014** AND MODIFIED ORDER<br><br>Date:  May 7, 2014<br>Time:  9:30 a.m.<br>Judge:  Hon. Elizabeth D. Laporte<br>         Chief Magistrate Judge<br>Courtroom:  Courtroom E |

STIPULATION PURSUANT TO LOCAL RULE 6-2 TO EXTEND TIME TO FILE CONSECO LIFE'S
OPPOSITIONS TO DISCOVERY MOTIONS AND PLAINTIFFS' REPLIES TO OPPOSITIONS
CASE NO. 3:10- MD-02124-SI; MDL NO.: 2124

1  WHEREAS, pursuant to Civil Local Rule 6-2, Plaintiffs William Burnett and Joe Camp
2  ("Plaintiffs") and Defendant Conseco Life Insurance Company ("Conseco Life" and with Plaintiffs,
3  "the Parties") respectfully request that the Court enter an Order extending the time for Conseco Life
4  to file Oppositions to the following six discovery motions (the "Discovery Motions") filed by
5  Plaintiffs to March 31, 2014[1]:

- Plaintiffs' Motion to Compel Production of Information Showing Inter-Company Payments (D.I. 556);
- Plaintiffs' Motion to Compel Production of Actuarial Consultant Information (D.I. 557);
- Plaintiffs' Motion to Compel Production of Information Regarding Committees, Task Forces, and Other Groups (D.I. 558);
- Plaintiffs' Motion to Compel Production of Actuarial Memoranda (D.I. 559);
- Plaintiffs' Motion to Compel Production of Information Concerning Regulatory Negotiations (D.I. 560);
- Plaintiffs' Motion to Compel Documents and Information Withheld Pursuant to *Brady* Stipulation, Including All Relevant Documents Supplied to Wilton Reassurance Company (D.I. 561);

WHEREAS, pursuant to Civil Local Rule 6-2, the Parties also respectfully request pursuant to Local Rule 6-2 that the Court enter an order extending the time for Plaintiffs to file Reply briefs to Conseco Life's Oppositions to the Discovery Motions be extended to April 14, 2014;

WHEREAS, on March 18, 2014, the Court entered an Order continuing the hearing date on the Discovery Motions to May 7, 2014, at 9:30 a.m.;

WHEREAS, given that Plaintiffs filed the six Discovery Motions simultaneously, the volume of the papers and the discovery issues to which Conseco Life must respond is considerable;

WHEREAS, the additional days will allow Conseco Life more time to prepare responses aimed at assisting this Court in resolving these issues;

---

[1] Plaintiffs filed their Notices of Motion and corresponding memoranda of points and authorities for the six motions on March 10, 2014, but Plaintiffs did not file their required declaration in support of the Motions until March 11, 2014.

**Winston & Strawn LLP**
**101 California Street**
**San Francisco, CA 94111-5802**

1

STIPULATION PURSUANT TO LOCAL RULE 6-2 TO EXTEND TIME TO FILE DEFENDANT'S OPPOSITIONS TO DISCOVERY MOTIONS AND PLAINTIFFS' REPLIES TO OPPOSITIONS
CASE NO. 3:10- MD-02124-SI; MDL NO.: 2124

WHEREAS, Conseco Life may be able to produce additional documents and supplement interrogatory answers in the near future relating to matters raised in the Discovery Motions, which could serve to reduce or eliminate issues Plaintiffs have raised in those Motions;

WHEREAS, this stipulation and request also allows additional time for Plaintiffs to file their Replies in support of the Discovery Motions;

WHEREAS, the Court's calendar will not be impacted as the May 7, 2014 hearing date for these Motions is not affected by this stipulation and request;

WHEREAS, the Declaration of John M. Aerni in support of this stipulation is being filed herewith;

WHEREAS, the filer of this document hereby attests that the concurrence to the filing of this document has been obtained from the other signatory hereto.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: March 20, 2014                Respectfully submitted,

/s/ Stephen A. Weisbrod
Stephen A. Weisbrod (admitted *pro hac vice*)
August J. Matteis, Jr. (admitted *pro hac vice*)
**WEISBROD MATTEIS & COPLEY PLLC**
1900 M Street, NW, Suite 850
Washington, DC 20036
sweisbrod@wmclaw.com
amatteis@wmclaw.com
Telephone:  (202) 499-7900
Facsimile:  (202) 478-1795

Attorneys for Plaintiffs

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

2
STIPULATION PURSUANT TO LOCAL RULE 6-2 TO EXTEND TIME TO FILE DEFENDANT'S OPPOSITIONS TO DISCOVERY MOTIONS AND PLAINTIFFS' REPLIES TO OPPOSITIONS
CASE NO. 3:10- MD-02124-SI; MDL NO.: 2124

**Winston & Strawn LLP**
**101 California Street**
**San Francisco, CA 94111-5802**

/s/ John M. Aerni
John M. Aerni (pro hac vice)
Adam J. Kaiser (pro hac vice)
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166
Telephone:   (212) 294-6700
Facsimile:    (212) 294-4700
Email: jaerni@winston.com
Email: akaiser@winston.com

Joan B. Tucker Fife (SBN: 144572)
Krista M. Enns (SBN: 206430)
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA  94111-5802
Telephone: (415) 591-1000
Facsimile:  (415) 591-1400
Email:  jfife@winston.com
Email:  kenns@winston.com

Raoul D. Kennedy (SBN: 40892)
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
525 University Avenue, Suite 1100
Palo Alto, California  94301
Telephone: (650) 470-4500
Facsimile:  (650) 470-4570
Email: Raoul.Kennedy@skadden.com

James R. Carroll (pro hac vice)
David S. Clancy (pro hac vice)
Christopher A. Lisy (pro hac vice)
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
One Beacon Street, 31st Floor
Boston, Massachusetts 02108
Telephone: (617) 573-4800
Facsimile:  (617) 573-4822
Email: James.Carroll@skadden.com
Email: David.Clancy@skadden.com
Email: Christopher.Lisy@skadden.com

Attorneys for Defendant
CONSECO LIFE INSURANCE COMPANY

3
STIPULATION PURSUANT TO LOCAL RULE 6-2 TO EXTEND TIME TO FILE DEFENDANT'S
OPPOSITIONS TO DISCOVERY MOTIONS AND PLAINTIFFS' REPLIES TO OPPOSITIONS
CASE NO. 3:10- MD-02124-SI; MDL NO.: 2124

MODIFIED
# [**PROPOSED**] ORDER

Upon consideration of the Joint Stipulation Pursuant to Local Rule 6-2 to Extend Defendant's Time to File Oppositions to Plaintiffs' Discovery Motions to March 31, 2014, and to Extend Plaintiffs' Time to File Replies to Defendant's Oppositions to April 14, 2014, and the supporting Declaration of John M. Aerni, THE COURT HEREBY ORDERS THAT:

1. Defendant's time to file its Oppositions to Plaintiffs' Discovery Motions will be extended to March 31, 2014 at 9:00 a.m.
2. Plaintiffs' time to file their Replies in support of the Discovery Motions will be extended to April 14, 2014 at 9:00 a.m.

IT IS SO ORDERED.

Dated: March 24, 2014

_____
HON. ELIZABETH D. LAPORTE
CHIEF MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

4
STIPULATION PURSUANT TO LOCAL RULE 6-2 TO EXTEND TIME TO FILE DEFENDANT'S OPPOSITIONS TO DISCOVERY MOTIONS AND PLAINTIFFS' REPLIES TO OPPOSITIONS
CASE NO. 3:10- MD-02124-SI; MDL NO.: 2124