Joan B. Tucker Fife (SBN: 144572)
Krista M. Enns (SBN: 206430)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5802
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
Email: jfife@winston.com
Email: kenns@winston.com

John M. Aerni (pro hac vice)
Adam J. Kaiser (pro hac vice)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
Email: jaerni@winston.com
Email: akaiser@winston.com

Raoul D. Kennedy (SBN: 40892)
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, CA 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570
Email: Raoul.Kennedy@skadden.com

James R. Carroll (pro hac vice)
David S. Clancy (pro hac vice)
Christopher A. Lisy (pro hac vice)
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
500 Boylston St.
Boston, Massachusetts 02116
Telephone: (617) 573-4800
Facsimile: (617) 573-4822
Email: James.Carroll@skadden.com
Email: David.Clancy@skadden.com
Email: Christopher.Lisy@skadden.com

Attorneys for Defendant
CONSECO LIFE INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CONSECO LIFE INSURANCE COMPANY LIFETREND INSURANCE SALES AND MARKETING LITIGATION | **Case No. 3:10-MD-02124-SI (EDL)**<br><br>**Burnett et ano. v. Conseco Life Ins. Co.**<br><br>**STIPULATION AND [PROPOSED] ORDER TO CHANGE DATE OF CASE MANAGEMENT CONFERENCE TO FRIDAY, JULY 25, 2014 AT 3:00 P.M.**<br><br>Date: May 7, 2014<br>Time: 9:30 a.m.<br>Judge: Hon. Susan Illston<br>Courtroom: Courtroom 10 |

**STIPULATION**

WHEREAS, the Court has set a further Case Management Conference for July 11, 2014 at 3:00 p.m. in Courtroom 10;

WHEREAS, Plaintiffs William Burnett and Joe Camp ("Plaintiffs") and Defendant Conseco Life Insurance Company ("Conseco Life" and with Plaintiffs, "the Parties") are unavailable on July 11, 2014;

WHEREAS, the Parties have conferred and are available for a Case Management Conference on July 25, 2014 at 3:00 p.m. in Courtroom 10;

WHEREAS, pursuant to Civil Local Rule 16-2(e), Plaintiffs William Burnett and Joe Camp ("Plaintiffs") and Defendant Conseco Life Insurance Company ("Conseco Life" and with Plaintiffs, "the Parties") respectfully request that the Court enter an Order changing the date of the Case Management Conference to July 25, 2014, at 3:00 p.m. in Courtroom 10.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated:  April 3, 2014                    Respectfully submitted,

/s/ Stephen A. Weisbrod
Stephen A. Weisbrod (admitted *pro hac vice*)
August J. Matteis, Jr. (admitted *pro hac vice*)
**WEISBROD MATTEIS & COPLEY PLLC**
1900 M Street, NW, Suite 850
Washington, DC 20036
sweisbrod@wmclaw.com
amatteis@wmclaw.com
Telephone:  (202) 499-7900
Facsimile:  (202) 478-1795

Attorneys for Plaintiffs

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

1

STIPULATION AND [PROPOSED] ORDER TO CHANGE DATE OF CASE MANAGEMENT CONFERENCE TO FRIDAY, JULY 25, 2014; CASE NO. 3:10- MD-02124-SI (EDL); MDL NO.: 2124

/s/ John M. Aerni
John M. Aerni (pro hac vice)
Adam J. Kaiser (pro hac vice)
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166
Telephone:   (212) 294-6700
Facsimile:    (212) 294-4700
Email: jaerni@winston.com
Email: akaiser@winston.com

Joan B. Tucker Fife (SBN: 144572)
Krista M. Enns (SBN: 206430)
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA  94111-5802
Telephone: (415) 591-1000
Facsimile:   (415) 591-1400
Email: jfife@winston.com
Email:  kenns@winston.com

Raoul D. Kennedy (SBN: 40892)
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
525 University Avenue, Suite 1100
Palo Alto, California  94301
Telephone: (650) 470-4500
Facsimile:   (650) 470-4570
Email: Raoul.Kennedy@skadden.com

James R. Carroll (pro hac vice)
David S. Clancy (pro hac vice)
Christopher A. Lisy (pro hac vice)
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
500 Boylston St.
Boston, Massachusetts 02116
Telephone: (617) 573-4800
Facsimile:   (617) 573-4822
Email: James.Carroll@skadden.com
Email: David.Clancy@skadden.com
Email: Christopher.Lisy@skadden.com

Attorneys for Defendant
CONSECO LIFE INSURANCE COMPANY

2
STIPULATION AND [PROPOSED] ORDER TO CHANGE DATE OF CASE MANAGEMENT CONFERENCE TO
FRIDAY, JULY 25, 2014; CASE NO. 3:10- MD-02124-SI (EDL); MDL NO.: 2124

**[PROPOSED] ORDER**

Upon consideration of the Stipulation to Change the Date of the Case Management Conference to Friday, July 25, 2014 at 3:00 p.m.,

THE COURT HEREBY ORDERS THAT:

The case management conference shall be held on Friday, July 25, 2014 at 3:00 p.m. in Courtroom 10.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 4/3/14

HON. SUSAN ILLSTON
SENIOR DISTRICT JUDGE
UNITED STATES DISTRICT COURT

3

STIPULATION AND [PROPOSED] ORDER TO CHANGE DATE OF CASE MANAGEMENT CONFERENCE TO FRIDAY, JULY 25, 2014; CASE NO. 3:10- MD-02124-SI (EDL); MDL NO.: 2124