UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CONSECO LIFE INSURANCE CO. LIFE TREND INSURENACE MARKETING AND SALES PRACTICE LITIGATION _____/ | No.   C 10-2124 SI  (EDL)<br><br>ORDER |

On May 7, 2014, the Court held a hearing on Plaintiffs' Motions to Compel (docket numbers 556, 557, 558, 560, 561). At the conclusion of the hearing, the Court ordered the parties to prepare a joint proposed order reflecting the ruling of the Court. On May 14, 2014, Defendant filed a proposed order that did not indicate whether Plaintiffs joined in the proposed order. On May 14, 2014, Plaintiffs filed a letter clarifying that it did not join Defendant in filing the proposed order. On May 15, 2014, Defendant filed a letter responding to Plaintiffs' letter. Now that both parties have the benefit of the transcript of the hearing, they are ordered to meet and confer and prepare a joint proposed order regarding the motions. The joint proposed order shall be filed no later than May 30, 2014.

Dated: May 20, 2014

ELIZABETH D. LAPORTE
United States Magistrate Judge