STEPHEN A. WEISBROD (Pro Hac Vice)
AUGUST J. MATTEIS, JR. (Pro Hac Vice)
Weisbrod Matteis & Copley PLLC
1900 M Street NW, Suite 850
Washington, D.C. 20036
Telephone:  (202) 499-7900
Facsimile:  (202) 478-1795
Email:  sweisbrod@wmclaw.com
Email:  amatteis@wmclaw.com

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |
|---|---|
| IN RE CONSECO LIFE INSURANCE COMPANY LIFETREND INSURANCE SALES AND MARKETING LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

CASE NO.: 3:10-md-2124 SI

MDL No. 2124

Burnett et al. v. Conseco Life Ins. Co. et al.

**STIPULATION AND [~~PROPOSED~~] ORDER PURSUANT TO LOCAL RULE 6-2 TO EXTEND PLAINTIFFS' TIME TO AMEND COMPLAINT AND FILE MOTION FOR CLASS CERTIFICATION**

Place:  Courtroom 10
Judge:  The Honorable Susan Illston

    Plaintiffs William Burnett and Joe Camp ("Plaintiffs") and Defendant Conseco Life Insurance Company ("Conseco Life") hereby stipulate and request pursuant to Local Rule 6-2 that the Court enter an Order extending the time for Plaintiffs to file an amended complaint until July 1, 2014, for Plaintiffs to file a motion for class certification until September 30, 2014, and for corresponding extensions of deadlines for responses and replies.

Currently, Plaintiffs' Amended Complaint must be filed on or before June 1, 2014.  On May 7, 2014, Magistrate Judge Laporte heard oral argument regarding a number of motions to compel filed by Plaintiffs, and the parties are discussing additional documents and information that will be produced by Conseco Life.  The parties also are discussing dates for depositions of Conseco Life's corporate designees pursuant to Fed. R. Civ. P. 30(b)(6).  Some or all of those depositions are expected to take place after Conseco Life has completed its document production and cannot be scheduled before June 1, 2014.

Accordingly, Plaintiffs respectfully request an extension of their time to file an amended complaint to and through August 1, 2014, to allow the parties time to make further progress on discovery.  If this extension is granted, the parties further request that the deadline for any answer or motion to dismiss the amended complaint be extended to September 29, 2014, and that Plaintiffs' response to any motion to dismiss be due on or before November 10, 2014, and Conseco Life's reply be due on or before December 12, 2014.

Plaintiffs' Motion for Class Certification currently must be filed on June 27, 2014, with any response due on August 29, 2014, and any reply due on September 12, 2014.  In light of ongoing discovery, including jurisdictional discovery, Plaintiffs request an extension of time to file their motion for class certification until September 30, 2014, with any opposition due by December 5, 2014, and any reply due by January 16, 2015.

Conseco Life has consented to the requested extensions listed above.

1   May 23, 2014                                    Respectfully submitted,

2                                                    /s/ Stephen A. Weisbrod

3                                                   Stephen A. Weisbrod (admitted *pro hac vice*)
                                                    August J. Matteis, Jr. (admitted *pro hac vice*)
4                                                   **WEISBROD MATTEIS & COPLEY PLLC**
                                                    1900 M Street, NW, Suite 850
5                                                   Washington, DC 20036
                                                    sweisbrod@wmclaw.com
6                                                   amatteis@wmclaw.com
                                                    Telephone:  (202) 499-7900
7                                                   Facsimile:  (202) 478-1795

8                                                    /s/ John M. Aerni   (by consent)

9                                                   John M. Aerni (pro hac vice)
                                                    Adam J. Kaiser (pro hac vice)
10                                                  WINSTON & STRAWN LLP
                                                    200 Park Avenue
11                                                  New York, New York 10166
                                                    Telephone: (212) 294-6700
12                                                  Facsimile: (212) 294-4700
                                                    Email: jaerni@winston.com
13                                                  Email: akaiser@winston.com
                                                    *Counsel for Conseco*
14

15

16  PURSUANT TO STIPULATION, IT IS SO ORDERED.

17

18  Dated   5/27/14
                                                    Hon. Susan Illston
19                                                  United States District Judge

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER PURSUANT TO LOCAL RULE 6-2 TO EXTEND PLAINTIFFS' TIME TO AMEND
COMPLAINT AND FILE MOTION FOR CLASS CERTIFICATION