STEPHEN A. WEISBROD (Pro Hac Vice)
AUGUST J. MATTEIS, JR. (Pro Hac Vice)
Weisbrod Matteis & Copley PLLC
1900 M Street NW, Suite 850
Washington, D.C. 20036
Telephone:  (202) 499-7900
Facsimile:  (202) 478-1795
Email:  sweisbrod@wmclaw.com
Email:  amatteis@wmclaw.com

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CONSECO LIFE INSURANCE COMPANY LIFETREND INSURANCE SALES AND MARKETING LITIGATION, | CASE NO.: 3:10-md-2124 SI |
| WILLIAM JEFFREY BURNETT and JOE H. CAMP, <br><br> Plaintiffs, <br><br> v. <br><br> CONSECO LIFE INSURANCE COMPANY, INC. an Indiana corporation, <br><br> Defendant. | Case No. 3:12-cv-05906-SI <br><br> **STIPULATION AND [PROPOSED] ORDER TO FILE UNDER SEAL PLAINTIFFS' MOTIONS TO COMPEL AND SUPPORTING DOCUMENTS** |

## **STIPULATION**

WHEREAS, on August 13, 2013, the Court entered a Stipulation and Order for the Protection and Exchange of Confidential Information (the "Stipulation and Order") in this matter;

WHEREAS, Plaintiffs, William Jeffrey Burnett and Joe H. Camp ("Plaintiffs") have moved the above-entitled Court for six orders compelling Defendant Conseco Life Insurance Company, Inc. ("Conseco Life") to provide further responses to Requests for Production and Interrogatories served on Conseco Life by Plaintiffs on November 27, 2013 (the "Requests for Production") and produce responsive documents and information;  and

WHEREAS, in support of their motions to compel, Plaintiffs have submitted the following documents to the Court that Conseco Life designated as "Confidential" under the Stipulation and Order and the following pages of Plaintiffs' Notices of Motion and Motions to Compel contain information designated "Confidential" by Conseco Life (the "Designated Materials"), and Conseco Life has identified the Designated Materials as "Confidential" due to their containing confidential business information or trade secrets:

1. Plaintiffs' Notice of Motion and Motion to Compel Production of Information Regarding Committees, Task Forces, and Other Groups: Pages 2-5 and 8-10
2. Plaintiffs' Notice of Motion and Motion to Compel Production of Actuarial Consultant Information: Pages 2-4 and 10-11
3. Plaintiffs' Notice of Motion and Motion to Compel Production of Information Concerning Regulatory Negotiations: 3 and 8-9; and
4. Omnibus Declaration of Stephen A. Weisbrod: Pages 5-8 and Exhibits F and K-N thereto

WHEREAS, the parties agree that good cause exists now for filing the Designated Materials under seal, although the parties reserve their rights to challenge the confidentiality of the Designated Materials in a future proceeding and/or at trial;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the undersigned parties as follows:

(1)     Plaintiffs may file the Designated Materials under seal until the final disposition of this case, including any appeals;

(2)     At the conclusion of this litigation, after any appeals have been exhausted, the Designated Materials shall be returned to the party that designated them as confidential; and

(3)     The clerk shall seal:

    a. Plaintiffs' Notice Of Motion And Motion To Compel Production Of Information Regarding Committees, Task Forces, And Other Groups: Pages 2-5 and 8-10

    b. Plaintiffs' Notice Of Motion And Motion To Compel Production Of Actuarial Consultant Information: Pages 2-4 and 10-11

    c. Plaintiffs' Notice Of Motion And Motion To Compel Production Of Information Concerning Regulatory Negotiations: 3 and 8-9; and

    d. Omnibus Declaration of Stephen A. Weisbrod: Pages 5-8 and Exhibits F and K-N thereto

March 10, 2014                                          Respectfully submitted,


                                             /s/ Stephen A. Weisbrod
Stephen A. Weisbrod (admitted *pro hac vice*)
August J. Matteis, Jr. (admitted *pro hac vice*)
**WEISBROD MATTEIS & COPLEY PLLC**
1900 M Street, NW, Suite 850
Washington, DC 20036
sweisbrod@wmclaw.com
amatteis@wmclaw.com
Telephone:  (202) 499-7900
Facsimile:  (202) 478-1795

Barbara L. Lyons (SBN #173548)
405 Primrose Road
Suite 202
Burlingame, CA 94010
BLyonsLaw@gmail.com
Tel.:  (650) 740-9846


                 /s/ John Aerni, by consent
John M. Aerni (pro hac vice)
Adam J. Kaiser (pro hac vice)

STIPULATION AND [PROPOSED] ORDER TO FILE UNDER SEAL                    3:10-md-02124-SI
PLAINTIFFS' MOTIONS TO COMPEL

|   |   |
|---|---|
| 1 | |
| 2 | WINSTON & STRAWN LLP |
|   | 200 Park Avenue |
| 3 | New York, New York 10166 |
|   | Telephone: (212) 294-6700 |
| 4 | Facsimile: (212) 294-4700 |
|   | Email: jaerni@winston.com |
| 5 | Email: akaiser@winston.com |
|   | *Counsel for Conseco* |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated  June 6, 2014          _____
                              Hon. Elizabeth Laporte
                              United States Magistrate Judge

STIPULATION AND [~~PROPOSED~~] ORDER TO FILE UNDER SEAL        3:10-md-02124-SI
PLAINTIFFS' MOTIONS TO COMPEL