Counsel Listed on Following Page

**DENIED**
Judge Susan Illston

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CONSECO LIFE INSURANCE COMPANY LIFETREND INSURANCE SALES AND MARKETING LITIGATION | Case No. 3:10-md-2124 SI <br><br> <u>Burnett v. Conseco Life Insurance Co.</u> <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO REFER OR TRANSFER TO MAGISTRATE JUDGE LAPORTE PLAINTIFFS' MOTION FOR DISCOVERY SANCTIONS (ECF 657) AND TO SHORTEN TIME PURSUANT TO L.R. 6-3 (ECF 658)** |

| | | |
|---|---|---|
| 1 | Joan B. Tucker Fife (SBN: 144572) | Raoul D. Kennedy (SBN: 40892) |
| | Krista M. Enns (SBN: 206430) | SKADDEN, ARPS, SLATE, MEAGHER & |
| 2 | WINSTON & STRAWN LLP | FLOM LLP |
| | 101 California Street | 525 University Avenue, Suite 1100 |
| 3 | San Francisco, CA  94111-5802 | Palo Alto, CA  94301 |
| | Telephone:  (415) 591-1000 | Telephone:  (650) 470-4500 |
| 4 | Facsimile:   (415) 591-1400 | Facsimile:  (650) 470-4570 |
| | Email:  jfife@winston.com | Email:  Raoul.Kennedy@skadden.com |
| 5 | Email:  kenns@winston.com | |

Joan B. Tucker Fife (SBN: 144572)
Krista M. Enns (SBN: 206430)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA  94111-5802
Telephone:  (415) 591-1000
Facsimile:   (415) 591-1400
Email:  jfife@winston.com
Email:  kenns@winston.com

John M. Aerni (pro hac vice)
Adam J. Kaiser (pro hac vice)
Jeffrey J. Amato (pro hac vice)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY  10166
Telephone:  (212) 294-6700
Facsimile:  (212) 294-4700
Email: jaerni@winston.com
Email:  akaiser@winston.com
Email:  jamato@winston.com

Carl C. Scherz (pro hac vice)
cscherz@lockelord.com
James H. Bilton (pro hac vice)
jbilton@lockelord.com
LOCKE LORD LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75200
Telephone:  214-740-8000

Raoul D. Kennedy (SBN: 40892)
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, CA  94301
Telephone:  (650) 470-4500
Facsimile:  (650) 470-4570
Email:  Raoul.Kennedy@skadden.com

James R. Carroll (pro hac vice)
David S. Clancy (pro hac vice)
Christopher A. Lisy (pro hac vice)
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
500 Boylston Street
Boston, MA 02116
Telephone:  (617) 573-4800
Facsimile:  (617) 573-4822
Email:  James.Carroll@skadden.com
Email:  David.Clancy@skadden.com
Email:  Christopher.Lisy@skadden.com

Regina J. McClendon (SBN 184669)
rmcclendon@lockelord.com
Stephanie A. Chambers-Wraight (SBN 261025)
swraight@lockelord.com
LOCKE LORD LLP
44 Montgomery Street, Suite 4100
San Francisco, CA  94104
Telephone: 415-318-8810

Attorneys for Defendants

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION
Case No. 3:10-md-2124 SI

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Having considered Defendants Conseco Life Insurance Company ("Conseco Life"), CNO Financial Group, Inc. ("CNO Financial") and CNO Services, LLC's ("CNO Services") Administrative Motion to Refer or Transfer to Magistrate Judge Laporte Plaintiffs' Motion for Discovery Sanctions (ECF 657) and to Shorten Time Pursuant to L.R. 6-3 (ECF 658) ("Defendants' Administrative Motion"), the Declaration of Adam J. Kaiser in support of Defendants' Administrative Motion, Plaintiffs' Opposition to Defendants' Administrative Motion, and good cause showing, the Court **HEREBY ORDERS THAT**:

1. Defendants' Administrative Motion is **GRANTED** in all respects.
2. Plaintiffs' Motion for Discovery Sanctions (ECF 657) is referred to Magistrate Judge Laporte.
3. Plaintiffs' Motion to Shorten Time Pursuant to L.R. 6-3 (ECF 658) is referred to Magistrate Judge Laporte.

**IT IS SO ORDERED.**

Dated: _____          _____
                                 Hon. Susan Illston
                                 Senior District Judge
                                 UNITED STATES DISTRICT COURT