UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Conseco Life Insurance Company LifeTrend Insurance Sales and Marketing Litigation* | Case No. 3:10-md-02124-SI |
| WILLIAM JEFFREY BURNETT and JOE H. CAMP, | Case No. 3:12-cv-05906- SI |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| CONSECO LIFE INSURANCE COMPANY, INC., CNO FINANCIAL GEROUP, INC, and CNO SERVICES, LLC, | |
| Defendants. | |

The amended complaint of plaintiffs William Jeffrey Burnett and Joe H. Camp has been dismissed without leave to amend.  Judgment is entered accordingly, in favor of defendants and against these plaintiffs.

**IT IS SO ORDERED AND ADJUDGED.**

Dated:   April 9, 2015

_____
SUSAN ILLSTON
United States District Judge