UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CONSECO LIFE INSURANCE COMPANY LIFE TREND INSURANCE MARKETING & SALES PRACTICE LITIGATION<br><br>This Document Relates To All Cases | Case No. 10-md-02124-SI<br><br>**ORDER RECOMMENDING TERMINATION OF MDL PROCEEDING TO JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**<br><br>For Case Nos.:<br>10-cv-0652-SI, *McFarland*<br>08-cv-5746-SI, *Brady*<br>10-cv-0689-SI, *Muldrow*<br>12-cv-5906-SI, *Burnett* |

In February 2010, the Judicial Panel on Multidistrict Litigation ("MDL Panel"), pursuant to 28 U.S.C. § 1407, issued an order that three actions against defendant Conseco Life Insurance Company be transferred to this Court. Dkt. No. 1.[1] In March 2010, this Court consolidated the actions (into the "Brady Action"), and a nationwide class was certified in October 2010, with a subclass certified in December 2010. Dkt. Nos. 21, 111, 138. In December 2011, following the Supreme Court's ruling in *Wal-Mart Stores, Inc. v. Dukes*, 564 U.S. 338 (2011), this Court granted in part defendant's motion to decertify the class. Dkt. No. 253. On November 8, 2013, the parties to the Brady Action agreed to a settlement and this Court issued final approval of the class action settlement. Dkt. No. 526. This Court issued a final judgment in the class action case that same day. Dkt. No. 527.

Plaintiffs William Burnett and Joe Camp were members of the class originally certified in

---

[1] Unless otherwise stated, references to the docket are to the MDL docket, Case No. 10-md-02124-SI.

1  the Brady Action but were excluded from the class following the partial decertification order. On October 5, 2012, Burnett and Camp filed suit in the Central District of California. *See Burnett v. Conseco Life Ins. Co.*, Case No. 12-1715 (C.D. Cal. Oct. 5, 2012). The MDL Panel transferred the case as a tag-along to this Court in November 2012. Dkt. No. 413. On April 9, 2015, this Court granted defendants' motion to dismiss the complaint without leave to amend and entered judgment against plaintiffs. Dkt. Nos. 717, 718. With all actions under Case No. 10-md-2124 closed, on September 8, 2015, this Court issued an order terminating the MDL action and directing the Clerk of the Court to close the file in each underlying case. Dkt. No. 727.

On May 4, 2017, the Ninth Circuit issued a memorandum reversing the dismissal of the Burnett/Camp Action and remanding the case to this Court. Dkt. No. 728. On July 3, 2017, this Court held a case management conference and ordered additional briefing on the question of remand to the transferor court, as raised by Conseco Life in its 2015 motion to dismiss and again at the case management conference. Following a hearing on August 18, 2017, this Court issued an order suggesting that the MDL Panel remand the Burnett/Camp Action to the transferor court. Dkt. No. 753. The MDL Panel issued a conditional remand order, which became final on September 6, 2017. Dkt. No. 754. Therefore, all of the cases in this MDL have now settled or have been remanded to the transferor court.

Accordingly, the Court **RECOMMENDS** to the MDL Panel that the Panel terminate this multidistrict litigation proceeding at this time. Should the MDL Panel accept this Court's recommendation, the Clerk of this Court **SHALL CLOSE** the MDL No. 2124 master file (No. 3:10-md-02124-SI) without further order of this Court.

**IT IS SO ORDERED**.

Dated: October 6, 2017

SUSAN ILLSTON
United States District Judge